## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **UAL CORPORATION et al.,** | ) | **Case No. 02 B 48191** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | **Honorable Eugene R. Wedoff** |
| | ) | |
| | ) | **Hearing Date: May 21, 2004 at 9:30 AM** |
| | | **Objection Deadline: May 14, 2004** |

### NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

        **PLEASE TAKE NOTICE** that on the 21st day of May, 2004, at 9:30 a.m.,
Debtors shall appear before the Honorable Bankruptcy Judge Eugene R. Wedoff in Room
744 at the United Bankruptcy Court for the Northern District of Illinois, Eastern Division
at the 219 S. Dearborn St., Chicago, Illinois, 60604, and present the attached **Joint Motion to
Approve Settlement of: (1) Adversary Complaint No. 03A1901; (2) Proofs of Claim of
Summers and Lenormand (Nos. 42923 and 42924); (3) Proofs of Claim of Marty Torres,
Barry Wilson, Doug Walsh, Ira Levy, and All Other Current, Former, and Future
Members of the UAL Corporation ESOP Committee (No. 035437);and (4) Debtors' Motion
to Establish Claims Estimation Procedures,** a copy of which is attached hereto and herewith
served upon you.

Dated:    May 7, 2004

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 07 2004

KENNETH S. GARDNER, CLERK
PS REP. - MJ

                                    **UAL CORPORATION et al.**

                                    By: _____
                                    James H.M. Sprayregen, P.C. (ARDC No.6190206)
                                    Marc Kieselstein, Esq. (ARDC No. 6199255)
                                    Michael B. Slade (ARDC No. 6274231)
                                    KIRKLAND & ELLIS LLP
                                    200 East Randolph Drive
                                    Chicago, Illinois 60601
                                    (312) 861-2000 (telephone)
                                    (312) 861-2200 (facsimile)

                                    Counsel for the Debtors and Debtors In Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **UAL CORPORATION, et al.,** | ) | **Case No. 02-B-48191** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **Honorable Eugene R. Wedoff** |
| | ) | **Hearing Date: May 21, 2004 at 9:30 AM** |
| | ) | **Objection Deadline: May 14, 2004** |
| | ) | |

**JOINT MOTION TO APPROVE SETTLEMENT OF: (1) ADVERSARY COMPLAINT
NO. 03A0901; (2) PROOFS OF CLAIM OF SUMMERS AND LENORMAND (NOS.
42923 and 42924); (3) PROOFS OF CLAIM OF MARTY TORRES, BARRY WILSON,
DOUG WALSH, IRA LEVY, AND ALL OTHER CURRENT, FORMER, AND FUTURE
MEMBERS OF THE UAL CORPORATION ESOP COMMITTEE (NO. 035437); AND
(4) DEBTORS' MOTION TO ESTABLISH CLAIMS ESTIMATION PROCEDURES**

The above-captioned debtors and debtors in possession (collectively, the
"Debtors"), Jerry R. Summers and George T. Lenormand, individually and on behalf of those
similarly situated (collectively, "Plaintiffs"), the UAL Corporation Employee Stock Ownership
Plan (the "ESOP"), the UAL Corporation ESOP Committee (the "ESOP Committee"), Marty
Torres, Barry Wilson, Doug Walsh, Ira Levy, and Jane and John Does consisting of all other
members of the ESOP Committee (the "Individual Defendants") (which together with Debtors,
Plaintiffs, the ESOP and the ESOP Committee are collectively the "Parties") jointly move the
Court to approve a Stipulation, attached as Exhibit A, resolving all aspects of the so-called
"Summers" litigation (the "Summers Litigation") presently pending before this Court. In
particular, the Stipulation resolves:

- Adversary Complaint No. 03A090*1, UAL Corp., et al. v. Jerry R. Summers
  and George T. Lenormand, individually and on behalf of all others similarly
  situated* (the "Adversary Complaint");

- The proofs of claim filed by Jerry R. Summers and George T. Lenormand, Proofs of Claim Nos. 42923 and 42924 (collectively, "Plaintiffs' Proofs of Claim");

- The proofs of claim filed by Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, and all other current, former, and future members of the ESOP Committee, Proof of Claim No. 035437 (the "ESOP Committee Proof of Claim"); and

- The Debtors' Motion to Establish Claims Estimation Procedures [Docket No. 4762] (the "Estimation Motion"), with respect to the claims of the Plaintiffs.

In support of this Joint Motion, the Parties state as follows.

## Jurisdiction

1.     This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.     Venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are Section 363(b) of Title 11 of the United States Code (as amended from time to time, the "Bankruptcy Code"), Rule 41(a) of the Federal Rules of Civil Procedure, and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (as amended from time to time, the "Bankruptcy Rules").

## Background

4.     On December 9, 2002 (the "Petition Date"), the Debtors filed voluntary petitions for relief under the Bankruptcy Code and commenced the above-captioned Chapter 11 cases (the "Chapter 11 Cases").   The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.   On December 13, 2002, the United States Trustee appointed an official committee of unsecured creditors.

5.      On February 28, 2003, Plaintiffs filed a Class Action Complaint for Violation of
ERISA in the United States District Court for the Northern District of Illinois, Eastern Division,
case number 03 C 1537 (the "District Court Action"). On March 24, 2003, Plaintiffs filed an
Amended Class Action Complaint in the District Court Action.

6.      On May 8, 2003, counsel for the ESOP Committee filed proofs of claim against
the Debtors on behalf of Marty Torres, Barry Wilson, Doug Walsh, Ira Levy and all other
current, former and future members of the ESOP Committee and the ESOP Committee itself
(collectively, the "ESOP Committee Claimants"), that they contended arose from the
indemnification provision (Section 11.7) of the ESOP (the "Indemnity Provision"), each seeking
an estimated amount of $2,000,000,000.00 that the ESOP Committee Claimants contended
constituted debts or liabilities arising from the District Court Action, plus any contingent and
unliquidated amounts resulting from the imposition, incurrence or assertion of liability against
ESOP Committee Claimants that result from any and all other subsequent demands for payment,
suits or other proceedings or actions brought against any of ESOP Committee Claimants in their
capacity as members of the ESOP Committee and any other amounts purportedly due to any of
the ESOP Committee Claimants in such capacity. At the request of the Debtors, the ESOP
Committee Claimants subsequently stipulated and agreed to withdraw proofs of claim Nos.
038745, 034193, 035431, 036638, 036415, 036499, 043315, and 037725, leaving proof of claim
No. 035437, which survives as the vehicle pursuant to which all of the ESOP Committee
Claimants reserved their claims against the Debtors.

7.      On May 16, 2003, Debtors filed the Adversary Complaint. On May 19, 2003,
Debtors filed (within the Adversary Proceeding) a Motion for a Stay or, in the Alternative, a
Permanent Injunction Staying Prosecution of the Summers Complaint (the "Stay Motion")
(Adversary No. 03 A 1901, Docket No. 5). Debtors requested that the Court extend the

3

automatic stay of 11 U.S.C. § 362(a) to the District Court Action or, in the alternative, that the Court enter a permanent injunction pursuant to 11 U.S.C. § 105 to bar prosecution of the District Court Action during the Debtors' Chapter 11 proceedings.

8.      On July 21, 2003, this Court granted the Stay Motion and entered a temporary injunction pursuant to Section 105 of the Bankruptcy Code, enjoining Plaintiffs from prosecuting the District Court Action.

9.      On December 5, 2003, Debtors filed the Estimation Motion. In the Estimation Motion, Debtors asserted that they needed to estimate a large number of claims against their estates (including Plaintiffs' Proofs of Claim) to expedite a successful reorganization, and they proposed a series of procedures by which these claims would be estimated. Plaintiffs filed an Objection to the Debtors' Estimation Motion (Docket No. 5147).

10.      Since Plaintiffs filed their Objection to the Estimation Motion, the Parties have been discussing the best manner in which Plaintiffs' claims can be resolved, consistent with efficiency, judicial economy, and the fiduciary duties that each party has to its constituencies. Consistent with the foregoing, the Parties have determined that the Plaintiffs' claims should be resolved in a single forum (the United States District Court for the Northern District of Illinois) with any liability against the Individual Defendants and the ESOP Committee capped by and limited to the amounts available to reimburse the Individual Defendants and/or the ESOP Committee pursuant to a claims-made insurance policy (the "Zurich Policy") issued by Zurich American Insurance Company ("Zurich") or any other applicable insurance policies, should they exist ("Other Policies"). Zurich has been informed of the Parties' agreement, has stated no objection to the agreement, and will agree in writing that by entering into the agreement, neither

4

the ESOP Committee nor the Individual Defendants have given up any rights they now have, or may have in the future, to recover the proceeds of the Zurich Policy or any Other Policy.

11.    To assure that the agreement between the parties complied with applicable requirements of ERISA, UAL Corporation -- as sponsor of the ESOP -- retained an independent fiduciary to examine and evaluate the agreements contained in the Stipulation, and to act as an independent fiduciary on behalf of the ESOP (the "Independent Fiduciary") in determining whether the ESOP should enter into the Stipulation.    After a thorough investigation and consultation with independent legal counsel, the Independent Fiduciary determined that the terms of the Parties' agreement, as set forth in this Stipulation, do not violate any provisions of ERISA, and that the terms of the Stipulation are reasonable in light of all the circumstances, including the likelihood of full recovery, the risks and costs of litigation, and the value of the claims and procedural mechanisms for obtaining a remedy that are foregone pursuant to the Stipulation.

12.    Accordingly, subject to this Court's approval, the Parties entered into the Stipulation to remove the Summers Litigation from this Court and permit it to proceed in the District Court, with liability against the ESOP and the Individual Defendants limited to and capped by amounts available under the Zurich Policy or Other Policies.    The critical terms of the Stipulation are:[1]

    a.    Plaintiffs' Proof of Claim will be deemed withdrawn, with prejudice;

    b.    The ESOP Committee Proof of Claim will be deemed withdrawn, with prejudice; and

    c.    Debtors will request that this Court lift the stay entered on July 21, 2003, permitting Plaintiffs to pursue the District Court Action.    However,

---

[1] The description provided herein is a summary of some parts of the Stipulation, and is not intended to completely describe every aspect of the Stipulation. In particular, the Stipulation reserves certain rights to the parties, including to the Plaintiffs in the event of a distribution, pursuant to a confirmed Chapter 11 plan of reorganization, to current UAL Corporation equity holders. In the event of a conflict between the Stipulation and this Motion, the Stipulation shall govern.

Plaintiffs stipulate and agree that, if they prevail on the merits of their
claims against the ESOP Committee or any of the Individual Defendants
in the District Court Action or resolve such claims by settlement, any
recovery against the ESOP Committee or the Individual Defendants will
be capped by, and limited to, the proceeds, if any, available under the
Zurich Policy or Other Policies, after payment of costs, including
attorneys' fees, incurred by the ESOP Committee or the Individual
Defendants in the defense of such action or proceeding and/or the
negotiation of its resolution.    Except as otherwise provided in the
Stipulation, Plaintiffs expressly waive any rights they may have to collect
on any claims or judgments against the Individual Defendants and
Debtors, except to the extent that such claims or judgments may be paid or
reimbursed out of the proceeds available under the Zurich Policy or other
Policies.

### Relief Requested and Applicable Authority

13.    The Debtors respectfully request the Court to approve the Stipulation, pursuant to

Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a).

14.    This Court may authorize the Debtors to enter into the Stipulation. Section 363(b)

of the Bankruptcy Code allows a debtor in possession to use property of the estate in other than

the ordinary course of business after appropriate notice and hearing. *See* 11 U.S.C. § 363(b)(1).

To approve the use, sale or lease of property outside of the ordinary course of business, this

Court need only determine that the Debtors' decision to enter into the Stipulation is supported by

an articulated business justification. *See, e.g., Committee of Equity Sec. Holders v. Lionel Corp.*

*(In re Lionel Corp.)*, 722 F.2d 1063, 1070 (2d Cir. 1983) ("there must be some articulated

business justification . . . for using, selling or leasing property out of the ordinary course of

business before the bankruptcy judge may order such disposition under section 363(d)"); *accord*

*In re Continental Airlines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986); *In re Schipper*, 933 F.2d

513, 515 (7th Cir. 1991) (approving an order upholding a land sale where the debtor in

possession articulated a business justification, adequate notice was provided to all creditors, and

a hearing was held); *In re Delaware & Hudson R.R. Co.*, 124 B.R. 169, 175-76 (D. Del. 1991)

6

("Once a court is satisfied that there is a sound business reason or an emergency justifying the pre-confirmation sale, the court must also determine that the trustee has provided the interested parties with adequate and reasonable notice, that the sale price is fair and reasonable and that the purchaser is proceeding in good faith"); *In re Telesphere Communications, Inc.*, 179 B.R. 544, 552 (Bankr. N.D. Ill. 1999) (approving debtors' proposed settlement as in the best interests of the estate).

15.    Bankruptcy Rule 9019 provides, in part, that "[o]n motion by the [debtor-in-possession] and after notice and a hearing, the court may approve a compromise or settlement." Fed. R. Bankr. P. 9019(a). Compromises are tools for expediting the administration of the case and reducing administrative costs and are favored in bankruptcy. *See Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000) ("Judges naturally prefer to settle complex litigation than to see it litigated to the hilt, especially when it is litigation in a bankruptcy proceeding -- the expenses of administering the bankruptcy estate often consume most or even all of the bankrupt's assets."); *In re Martin*, 91 F.3d 389, 393 (3d Cir. 1996) ("To minimize litigation and expedite the administration of a bankruptcy case, '[c]ompromises are favored in bankruptcy.'") (quoting 9 Colliers on Bankruptcy 9019.03[1] (15th Ed. 1993)). Various courts have endorsed the use of Bankruptcy Rule 9019 to resolve disputes. *See, e.g., In re Miller*, 148 B.R. 510, 525 (Bankr. N.D. Ill. 1992) (settlement is in the interests of both parties' estates); *In re Patel*, 43 B.R. 500, 504 (N.D. Ill. 1982) (settlement approval appropriate where trustee acted in the best interests of the estate based on "(1) the probability of success in the litigation; (2) the difficulties, if any, to be encountered in the matter of collection, (3) the complexity of the litigation involved, and the expense and inconvenience in delay necessarily attending it, and (4) the paramount interest of the creditors") (*citing In re Tidewater Group, Inc.*, 13 B.R. 764, 765 (Bankr. N.D. Ga. 1981).

7

16.    A settlement should be approved if it is determined to be in the best interest of the estate. *In re Grifffin Trading Company*, 270 B.R. 883, 903 (Bankr. N.D. Ill. 2001) (*citing In re American Reserve Corp.*, 841 F.2d 159, 161 (7th Cir. 1987)). More specifically, "[t]his determination requires a comparison of the settlement's terms with the litigation's probable costs and probable benefits." *Miller*, 148 B.R. at 516 (internal citation omitted). Furthermore, "[i]n making this comparison the bankruptcy judge should consider the litigation's probable costs and probability of success, the litigation's complexity, and the litigation's attendant expense, inconvenience, and delay." *Id.*

17.    After having conducted good-faith, arm's-length negotiations with Plaintiffs, the ESOP, and the Individual Defendants, Debtors believe that entering into the Stipulation is in the best interests of the Debtors' estates because, among other reasons: (a) proofs of claim filed against Debtors currently seeking a total of over $6 Billion will be withdrawn, with prejudice; and (b) Debtors' estates will be spared the expense of litigating the issues raised by the Summers Litigation first in an estimation trial in this Court and second in the District Court Action.

18.    In addition, Debtors are pleased to reach a compromise which permits the Individual Defendants to defend themselves against allegations that they steadfastly deny and, at the same time, protects the Individual Defendants -- current and former officers, directors, or employees of Debtors -- against any personal liability that they might have been subject to absent the Stipulation.

19.    Because Plaintiffs' recovery from Debtors and the Individual Defendants is limited through the Stipulation, the principal elements that led the Debtors to seek the stay of the District Court Action are resolved by the Stipulation. Overall, the Debtors believe that entering into the Stipulation is within their sound business judgment and offers the best available means

8

to maximize the value of Debtors' estate by minimizing litigation costs and expediting the administration of Debtors' bankruptcy estates.

## Notice

20.    Notice of this Motion has been given to (a) the Core Group (as defined in the current case management procedures); (b) all persons currently on the 2002 Service List; and (c) the Parties.  In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

## No Prior Request

21.    No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Parties respectfully request that the Court enter an order, substantially in the form attached hereto (a) approving the Stipulation, and (b) granting such other and further relief as this Court may deem just and proper.

Dated: May 7, 2004
      Chicago, Illinois

Respectfully submitted,

_____

James H.M. Sprayregen, P.C. (ARDC No. 6190206)
Marc Kieselstein, Esq. (ARDC No. 6199255)
Michael B. Slade, Esq. (ARDC No. 6274231)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Debtors and Debtors in Possession

_____

Andrew M. Volk
HAGENS BERMAN LLP
1301 5th Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292 (telephone)
(206) 623-0594 (facsimile)

James P. Hill
SULLIVAN HILL LEWIN REZ & ENGEL., P.C.
550 West C Street, Suite 1500
San Diego, CA 92101-3540
(619) 233-4100 (telephone)
(619) 231-4372 (facsimile)

Counsel for Plaintiffs

_____

Howard Shapiro
René E. Thorne
SHOOK, HARDY & BACON
909 Poydras St., Suite 1100
New Orleans, LA 70112
(504) 310-4090 (telephone)

Cathy Herschcopf
Ronald R. Sussman
KRONISH LIEB WIENER & HELLMAN LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000 (telephone)

Counsel for non-Debtor Defendants

10

# EXHIBIT A

## Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **UAL CORPORATION, et al.,** | ) | **Case No. 02-B-48191** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **The Honorable Eugene R. Wedoff** |

### STIPULATION OF DISMISSAL

**I.    INTRODUCTION.**

The Parties to this Stipulation are Jerry R. Summers and George T. Lenormand, individually and on behalf of others similarly situated ("Plaintiffs"); UAL Corporation and its 27 direct or indirect subsidiaries ("UAL" or "Debtors"); UAL Corporation Employee Stock Ownership Plan (the "ESOP"); UAL Corporation ESOP Committee (the "ESOP Committee"); and Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, and Jane and John Does, consisting of all other members of the UAL Corporation ESOP Committee (collectively, the "Individual Defendants", which together with Plaintiffs, Debtors, the ESOP and the ESOP Committee are collectively, the "Parties").

The Parties have agreed on the following Stipulations resolving:    (1) Adversary Complaint No. 03A0901, *UAL Corporation et al. v. Jerry R. Summers and George T. Lenormand,* individually and on behalf of all others similarly situated; (2) the proofs of claim filed by Jerry R. Summers and George T. Lenormand (Nos. 42923-24); (3) the proofs of claim filed by Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, and all other current, former, and future members of the UAL Corporation ESOP Committee (No. 035437); and (4) the Debtors' Motion to Establish Claims Estimation Procedures (Doc. # 4762), insofar as that motion relates

1

to Plaintiffs' objections to Debtors' Motion to Establish Claims Estimation Procedures (Doc.
#5147).

## II.    STIPULATIONS.

   **A.**    On February 28, 2003, Plaintiffs filed a Class Action Complaint for Violation of
ERISA in the United States District Court for the Northern District of Illinois, Eastern Division,
case number 03 C 1537 (the "District Court Action").  On March 24, 2003, Plaintiffs filed an
Amended Class Action Complaint in the District Court Action.

   **B.**    On May 8, 2003, counsel for the ESOP Committee filed proofs of claim against
the Debtors on behalf of Marty Torres, Barry Wilson, Doug Walsh, Ira Levy and all other
current, former and future members of the ESOP Committee and the ESOP Committee itself
(collectively, the "ESOP Committee Claimants"), that they contended arose from the
indemnification provision (Section 11.7) of the ESOP (the "Indemnity Provision"), each seeking
an estimated amount of $2,000,000,000.00 that the ESOP Committee Claimants contended
constituted debts or liabilities arising from the District Court Action, plus any contingent and
unliquidated amounts resulting from the imposition, incurrence or assertion of liability against
ESOP Committee Claimants that result from any and all other subsequent demands for payment,
suits or other proceedings or actions brought against any of ESOP Committee Claimants in their
capacity as members of the ESOP Committee and any other amounts purportedly due to any of
the ESOP Committee Claimants in such capacity.  At the request of the Debtors, the ESOP
Committee Claimants subsequently stipulated and agreed to withdraw proofs of claim Nos.
038745, 034193, 035431, 036638, 036415, 036499, 043315, and 037725, leaving proof of claim
No. 035437, which survives as the vehicle pursuant to which all of the ESOP Committee
Claimants reserved their claims against the Debtors.

C.     On May 16, 2003, Debtors filed an Adversary Complaint to Extend the Stay Or, In The Alternative, For Permanent Injunctive Relief, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Adversary Complaint"). *Adversary Complaint No. 03 A 1901.* On July 3, 2003, Plaintiffs filed an Answer to the Adversary Complaint, denying the allegations in all material respects and attaching a proposed Amended Complaint captioned in the District Court adding UAL as a defendant. (Adversary No. 03 A 1901, Doc. # 26).

D.     On May 19, 2003, Debtors filed a Motion for a Stay or, in the Alternative, a Permanent Injunction Staying Prosecution of the Summers Complaint in the Adversary Proceeding (the "Stay Motion") (Adversary No. 03 A 1901, Doc. # 5). Debtors requested that the Court extend the automatic stay of 11 U.S.C. § 362(a) or, in the alternative, that the Court enter a permanent injunction pursuant to 11 U.S.C. § 105 to bar prosecution of the District Court Action during the Debtors' Chapter 11 proceedings.

E.     On June 12, 2003, the ESOP, the ESOP Committee, and the Individual Defendants, filed an Answer to Plaintiffs' Amended Class Action Complaint in the District Court Action denying Plaintiffs' allegations in all material respects. (Case No. 1:03-CV1537, Doc. # 23).

F.     On July 3, 2003, Plaintiffs filed proofs of claim against the Debtors, which were assigned numbers 42923 and 42924. Each claim sought $2,003,600,000.00 based on, among other things, alleged breaches of fiduciary duties in violation of ERISA.

G.     On July 21, 2003, the Bankruptcy Court granted the Stay Motion and entered a temporary injunction pursuant to Section 105 of the United States Bankruptcy Code, enjoining Plaintiffs from prosecuting the District Court Action.

3

**H.**    On December 5, 2003, Debtors filed a Motion to Establish Claims Estimation Procedures (Doc. # 4762) (the "Claims Estimation Motion"). In the Claims Estimation Motion, Debtors asserted that they needed to estimate a large number of claims against their estates (including the proofs of claim filed by Plaintiffs) to expedite a successful reorganization, and they proposed a series of procedures by which these claims would be estimated. Plaintiffs filed an Objection to the Debtors' Estimation Motion (Doc. # 5147).

**I.**    Debtors are in possession of a claims-made Fiduciary Liability Policy, No. FLC8086839, issued by Zurich American Insurance Company ("Zurich") for the period July 12, 2002 to July 12, 2003 in the self-depleting amount of $10,000,000 (the "Policy"). Debtors and the Individual Defendants represent that they are aware of no other insurance policies ("Other Policies") that potentially cover the ERISA claims that Plaintiffs have asserted against the Debtors or the Individual Defendants. Debtors, the Individual Defendants, and Plaintiffs recognize that nothing in this Stipulation and Order may be construed as satisfying, eliminating or impacting any recovery Plaintiffs might obtain which would be insured by such Other Policies should they in fact exist.

**J.**    Since Plaintiffs filed their Objection to the Claims Estimation Motion, the Parties have been discussing the best manner in which Plaintiffs' claims could be resolved, consistent with efficiency, judicial economy, and the fiduciary duties that each party has to its constituencies. Consistent with the foregoing, the Parties have determined that, pursuant to the mutual agreements and consideration set forth below, the Plaintiffs' claims should be resolved in a single forum -- the United States District Court for the Northern District of Illinois -- with any liability against the Individual Defendants and the ESOP Committee capped by and limited to the

4

amounts available to reimburse the Individual Defendants and/or the ESOP Committee pursuant to the Policy or such Other Policies should they in fact exist.

K.    In connection with the aforementioned discussions, UAL, as the sponsor of the ESOP, retained an Independent Fiduciary to examine and evaluate the agreements contemplated in this Stipulation, and to act as an independent fiduciary on behalf of the ESOP in determining whether the ESOP should enter into or object to the Stipulation. The Parties acknowledge that the Independent Fiduciary is the same Independent Fiduciary who made determinations about UAL's 401(k) Plans in 2002.

L.    After thorough investigation and consultation with independent legal counsel, the independent fiduciary determined that the terms of the Parties' agreement, as set forth in this Stipulation, do not violate any provisions of ERISA, and that the terms of the Stipulation are reasonable in light of all the circumstances, including the chance of full recovery, the risks and costs of litigation, and the value of the claims and procedural mechanisms for obtaining a remedy that are foregone pursuant to the Stipulation. In addition to reviewing the Stipulation as ultimately agreed upon, the independent fiduciary participated, through said counsel, in negotiating the terms of the Stipulation to assure that the interests of the ESOP and its participants and beneficiaries were protected in entering into this Stipulation. Therefore, the independent fiduciary directed counsel for the Individual Defendants to sign the Stipulation on behalf of the ESOP.

**M.**    Therefore, in exchange for the mutual agreements and substantial consideration provided herein, the Parties agree as follows:

    **1.**    Debtors agree that they will promptly seek the approval of the Bankruptcy Court to dismiss the Adversary Complaint, request that the Bankruptcy Court vacate the injunction issued on July 21, 2003, and otherwise approve this Stipulation.

    **2.**    Upon entry of an order granting the relief requested in subparagraph M.1. above, Plaintiffs' proofs of claim against the Debtors (Claim Nos. 42923-24) shall be deemed withdrawn, with prejudice, with Plaintiffs releasing and forever waiving any claims against Debtors that were or could have been raised in the District Court Action. Notwithstanding the foregoing, if current UAL equity holders are to receive a distribution under a confirmed Chapter 11 plan of reorganization (the "Plan of Reorganization"), solely because they hold equity interests in UAL and not in any other capacity, such that holders of the claims alleged by Plaintiffs in the District Court Action subordinated to claims of general unsecured creditors of UAL might receive a distribution, the Debtors stipulate that they will permit Plaintiffs to file a new proof of claim ("Plaintiffs' New Proof of Claim") against each of the Debtors, with Debtors retaining all rights to contest such a claim (including defenses, counterclaims, and any other arguments) on any grounds other than the timeliness of filing. The Parties agree and stipulate that Plaintiffs' New Proof of Claim shall also be deemed to be filed on behalf of the Individual Defendants and ESOP Committee Claimants as assigned indemnification claims for Plaintiffs' claims against the Individual Defendants in the District Court Action. To the extent the ESOP Committee Claimants have withdrawn Claim No. 035437 and have not asserted New Proof(s) of Claim (as defined in subparagraph M.3. below) the Individual Defendants and ESOP Committee Claimants agree to assign, and shall be deemed to have assigned their individual and collective

6

indemnification rights solely with respect to Plaintiffs' claims against the Individual Defendants in the District Court Action. All other indemnification rights are expressly reserved by the ESOP Committee Claimants. The limited assignment of the indemnification rights of the Individual Defendants shall be for the exclusive purpose of allowing Plaintiffs to file, assert, pursue and collect on Plaintiffs' New Proof of Claim. To the extent Plaintiffs prevail against Debtors on their assigned indemnification claim, Plaintiffs alone will be entitled to any distribution under the Plan of Reorganization on account of such claim.

3.    Upon entry of an order granting the relief requested in paragraph (1), Claim No. 035437 filed by the ESOP Committee Claimants shall be deemed withdrawn with prejudice. In the event that any new causes of action, lawsuits, controversies, claims or demands (other than those brought by the Plaintiffs) are brought against the Individual Defendants and/or and ESOP Committee Claimants arising from their participation on the ESOP Committee, the ESOP Committee Claimants, individually or collectively, shall be permitted to file new proofs of claim against Debtors, which may include, without limitation, any request for an administrative expense claim ("New Proof(s) of Claim"). Debtors agree that they shall waive any objection that such New Proof(s) of Claim were untimely filed. Debtors shall retain any and all defenses and objections (other than timeliness) with respect to such New Proofs of Claim, including, without limitation, any defenses and objections to administrative expense claims.

4.    The execution and filing of this Stipulation on behalf of the ESOP, the ESOP Committee and the Individual Defendants, is not and shall not be deemed (i) an admission of any liability with regard to the actions, performance or nonperformance of their duties, whether in connection with the ESOP or otherwise relating to the UAL Corporation; (ii) a waiver or release of their rights against any other entity or person liable for all or any part of the

7

amounts asserted herein; (iii) an admission that claims arising from the Indemnity Provision are anything other than administrative expense claims.

5.      Upon entry of an order granting the relief requested in subparagraph M. 1. above, Plaintiffs will dismiss the ESOP as a defendant in the District Court Action, without prejudice.

6.      Plaintiffs agree that, if they prevail on the merits of their claims against the ESOP Committee or any of the Individual Defendants in the District Court Action or resolve such claims by settlement, any recovery against the ESOP Committee or the Individual Defendants will be capped by, and limited to, the proceeds, if any, available under the Policy or Other Policies, after payment of costs, including attorneys' fees, incurred by the ESOP Committee or the Individual Defendants in the defense of such action or proceeding and/or the negotiation of its resolution. Plaintiffs expressly waive any rights they may have to collect on any claims or judgments against the Individual Defendants and Debtors, except to the extent that such claims or judgments may be paid or reimbursed out of the proceeds available under the Policy or Other Policies.  The Parties agree that in the event that Zurich or any other insurer refuses to pay proceeds available under the Policy or any Other Policies, the ESOP Committee and/or the Individual Defendants, at Plaintiffs' sole cost and expense, shall pursue Zurich or any insurer issuing one of the Other Policies to obtain the amount of any judgment or agreed upon recovery from the proceeds under the Policy or Other Policies, as well as any other remedies that may be available to them against Zurich or such other insurer, by taking all reasonably necessary steps to obtain such amounts and other remedies, including, without limitation, asserting in any court, forum or tribunal a claim or action to obtain such amounts and such other remedies as may be available.  The Parties further agree that in the event that Zurich or any other insurer refuses

8

to pay proceeds available under the Policy or any Other Policies, Plaintiffs' counsel will represent the ESOP Committee and/or the Individual Defendants for the sole purpose of pursuing any such amounts and remedies from Zurich or any other insurer, including the prosecution of any action in any court, forum, or tribunal. In any such action, Plaintiffs will advance all costs, including attorneys' fees and expenses, incurred by the ESOP Committee and/or the Individual Defendants in the pursuit of such amounts and remedies against Zurich or any other insurer. In no event will the ESOP Committee and/or the Individual Defendants have any liability to repay any such costs advanced pursuing Zurich or any other insurer, except to the extent that such costs are recovered from Zurich or the issuer of one of the Other Policies. Nothing in this Stipulation shall be construed as an assignment of rights by any insured, including the ESOP Committee and/or the Individual Defendants, under the policy or any Other Policies.

7.     The Parties have provided notice to Zurich of the terms of this Stipulation at least 14 days prior to the date on which the Parties request that the terms of this Stipulation be approved by the Court. The Parties agree that it is their intent that nothing in this Stipulation prejudice in any way the rights of the insureds under the Policy or any Other Policies to be reimbursed for the amount of any judgment or settlement resolving the claims that Plaintiffs have brought against the ESOP Committee and/or the Individual Defendants.

8.     Notwithstanding the dismissal of the Adversary Proceeding and withdrawal of the proofs of claim, Debtors agree to cooperate reasonably with Plaintiffs, the ESOP Committee, and the Individual Defendants with respect to any discovery properly requested in the District Court Action. Additionally, the Individual Defendants and UAL agree to produce the following documents within five (5) business days of the date of execution of this Stipulation: (1) minutes of all meetings of the ESOP Committee from calendar year 2000 until

9

the filing for bankruptcy; (2) the written instrument establishing and maintaining the ESOP, including, but not limited to, any trust agreement or plan document and amendments to either; (3) all summary plan descriptions for the ESOP; (4) any document relating to any services provided to the ESOP by State Street for calendar years 2000 to the present, to the extent not otherwise covered in previously listed categories; (5) any documents provided by the UAL board of directors to the ESOP Committee concerning the financial condition of UAL from calendar year 2000 until the filing for bankruptcy; (6) copies of all contracts, and any other communications with, investment managers or advisers to the ESOP from calendar year 2001 forward.   UAL and the Individual Defendants agree to provide each other with copies of documents produced to Plaintiffs.

N.      Each of the undersigned counsel represents that he/she is authorized to execute this Stipulation on behalf of his/her respective clients.

O.      This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

P.      The Bankruptcy Court shall retain jurisdiction (and the Parties consent to such retention of jurisdiction) to resolve any disputes or controversies arising from or related to this Stipulation.  Any motion or application brought before the Bankruptcy Court to resolve a dispute arising from or related to this Stipulation shall be brought on proper notice in accordance with the Case Management Order [Docket No. 1851], relevant Federal Rules of Bankruptcy Procedure, and Local Rules of the Bankruptcy Court.

**Q.**    This Stipulation shall not be modified, altered, amended or vacated without written consent of all Parties hereto. Any such modification, alteration, amendment or vacation, in whole or in part, shall be subject to the approval of this Court.

**R.**    This Stipulation will be governed by Illinois law, except to the extent governed by federal law.

STIPULATED TO BY:

Jerry R. Summers
George T. Lenormand

on behalf of themselves and those similarly situated

By: _____
Andrew M. Volk
HAGENS BERMAN LLP
1301 5th Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292 (telephone)
(206) 623-0594 (facsimile)

James P. Hill
SULLIVAN HILL LEWIN REZ & ENGEL, P.C.
550 West C Street, Suite 1500
San Diego, CA  92101-3540
(619) 233-4100 (telephone)
(619) 231-4372 (facsimile)

Counsel for Plaintiffs

12

UAL Corporation Employee Stock Ownership Plan
UAL Corporation ESOP Committee
Marty Torres
Barry Wilson
Doug Walsh
Ira Levy
Jane and John Does consisting of all other Individual
Members of the ESOP Committee


By: _____
Howard Shapiro
René E. Thorne
Stacey C.S. Cerrone
SHOOK, HARDY & BACON
909 Poydras St., Suite 1100
New Orleans, LA 70112
(504) 310-4090 (telephone)
(504) 522-5771 (facsimile)

Cathy Herschcopf
Ronald R. Sussman
KRONISH LIEB WIENER & HELLMAN LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000 (telephone)

Counsel for non-Debtor Defendants

13

UAL CORPORATION, et al.

By: _____

James H.M. Sprayregen, P.C.
Marc Kieselstein
Brian D. Sieve, P.C.
Michael B. Slade
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I, Jesse Aguilar, a non attorney, certify that on the 7th day of May, 2004, I caused to be served, by e-mail (to parties who have provided an e-mail address), facsimile (to parties who have not provided an e-mail address) and by overnight delivery (to all parties who have not provided an e-mail address or a facsimile number), a true and correct copy of the foregoing **Joint Motion to Approve Settlement of: (1) Adversary Complaint No. 03A1901; (2) Proofs of Claim of Summers and Lenormand (Nos. 42923 and 42924); (3) Proofs of Claim of Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, and All Other Current, Former, and Future Members of the UAL Corporation ESOP Committee (No. 035437);and (4) Debtors' Motion to Establish Claims Estimation Procedures,** on the parties on the attached service list.

Dated: May 7, 2004

_____
Jesse Aguilar

Subscribed and sworn to before me
this 7th   day of May , 2004.

"OFFICIAL SEAL"
Scott F. Walker
Notary Public, State of Illinois
My Commission Expires Jan. 24, 2006

## CORE GROUP SERVICE LIST

| | |
|---|---|
| Debtors:<br>United Air Lines, Inc.<br>WHQLD<br>1200 East Algonquin Road<br>Elk Grove Village, Illinois 60007<br>Attn:      John Lakosil<br>Phone:            (847) 700-4462<br>Facsimile:        (847) 700-4683 | Counsel to Debtors and Debtors in Possession:<br>Kirkland & Ellis<br>200 East Randolph Street<br>Chicago, Illinois  60601<br>Attn:      James H.M. Sprayregen, P.C.<br>            Marc Kieselstein<br>            David R. Seligman<br>            Steven Kotarba<br>Phone:            (312) 861-2000<br>Facsimile:        (312) 861-2200 |
| Office of the United States Trustee:<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois 60606<br>Attn:            Stephen Wolfe<br>Phone:          :   (312) 886-5785<br>Facsimile:      .   (312) 886-5794 | Counsel to the Debtors' debtor in possession<br>lender (Bank One):<br>Latham & Watkins<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Attn:      David Heller<br>            Timothy Barnes<br>Phone:            (312) 876-7700<br>Facsimile:        (312) 993-9767 |
| Counsel to the Debtors' debtor in possession<br>lender (CIT Group):<br>Schulte, Roth & Zabel<br>919 Third Avenue<br>New York, New York 10022<br>Attn:      Robert J. Mrofka<br>Phone:            (212) 756-2000<br>Facsimile:        (212) 593-5955 | Counsel to the Debtors' debtor in possession<br>lender (Citibank and JP Morgan):<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn:      Richard S. Toder<br>            Jay Teitelbaum<br>Phone:            (212) 309-6000<br>Facsimile:        (212) 309-6001 |
| Counsel to the Debtors' debtor in possession<br>lender (Citibank and JP Morgan):<br>Kaye Scholer, LLP<br>3 First National Plaza, Suite 4100<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn:      Michael B. Solow<br>Phone:            (312) 583-2300<br>Facsimile:        (312) 583-2360 | Debtors' Private Copy Service:<br>Merrill Corporation<br>250 South Wacker Drive, 4th Floor<br>Chicago, Illinois 60606<br>Attn:      Patrick Finnerty<br>Phone:            (312) 786-6300<br>Facsimile:        (312) 930-5986 |
| Official Notice and Claims Agent:<br>Poorman-Douglas Corporation<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br>Attn:      Rhonda G. McNally<br>Phone:            (503) 277-7999<br>Facsimile:        (503) 350-5230 | Counsel to Committee:<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60604<br>Attn:      Fruman Jacobson<br>            Robert E. Richards<br>Phone:            (312) 876-8123<br>Facsimile:        (312) 876-7934 |
| Counsel to Committee:<br>Sonnenschein, Nath & Rosenthal<br>1221 Avenue of the Americas<br>24th Floor<br>New York, New York 10020<br>Attn:      Carole Neville<br>Phone:            (212) 768-6889<br>Facsimile:        (212) 768-6800 | |

## 2002 Service List as of: 5/7/2004 9:43:15 AM

## In re UAL Corporation, et al.

## Case No. 02-B-48191

## Northern District of Illinois, Eastern Division

---

**Mark E. Abraham**
Gould & Ratner
222 North LaSalle Street  Suite 800
Chicago, IL  80801-1086
Fax: 3122363241;  Email: mabraham@gouldratner.com
  Counsel for : U.S. Bank N.A.

**Denise Adamucci**
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor  18th and Arch Streets
Philadelphia, PA  19103-2756
Fax: 2155872237;  Email: dadamucci@klettrooney.com
  Counsel for : PNC Bank, National Association

**Jesse Aguilar**
Kirkland & Ellis
Aon Building  200 E Randolph Drive
Chicago, IL  60601
Fax: ;  Email: jaguilar@kirkland.com
  Counsel for : UAL Corp.

**R. Scott Alsterda**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405;  Email: rsalsterda@uhlaw.com
  Counsel for : Healthcare Service Corp.
    City & County of San Francisco
    Denver International Airport

**Jerald I. Ancel**
Sommer Barnard Ackerson, PC
4000 Bank One Tower  111 Monument Circle
Indianapolis, IN  46204
Fax: (317) 236-9802;  Email: jancel@sbalawyers.com
  Counsel for : City of Indianapolis

**Jonathan Y. Arnason**
Vedder, Price, Kaufman & Kammholz
805 Third Avenue
New York, NY  10022
Fax: (212) 407-7799;  Email: jarnason@vedderprice.com
  Counsel for : UAL Corporation

**Marian Baldwin**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Fax: 6467105231;  Email: mbaldwin@chadbourne.com
  Counsel for : Citibank Privatkunden AG

**Terence G. Banich, II**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611-7603
Fax: (312) 840-8704;  Email: tbanich@jenner.com
  Counsel for : Milwaukl Properties - Chicago, LLC

**Francisco L. Acevedo Nogueras**
Department of Transportation
P.O. Box 0023905
San Juan, PR  00902-3905
Fax: 7879773773;  Email: fcoacevedo@yahoo.com
  Counsel for : Commonwealth of Puerto Rico

**Howard L. Adelman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd;  Ste. 1050
Chicago, IL  60604
Fax: 3124351050;  Email: hla@agmbc.com
  Counsel for : Mitsui & Co. Ltd.; UGT Kuntai
    Sumitomo Corporation
    Mitsui & Co. International (Europe)
    Marubeni America Corporation
    Wells Fargo Bank Northwest, NA

**Robert D. Albergotti**
Haynes and Boone, LLP
900 Main Street, Suite 3100
Dallas, TX  75202
Fax: 2142000350;  Email: robert.albergotti@haynesboone.com
  Counsel for : American Airlines, Inc.

**Jonathan B. Alter**
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Fax: (860) 240-2900;  Email: jonathan.alter@bingham.com
  Counsel for : Travelers Casualty & Surety Company
    Travelers Indemnity Company

**Margaret M. Anderson**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2400-3600
Chicago, IL  60603
Fax: (312) 443-0336;  Email: penderson@lordbissell.com
  Counsel for : United States Aviation Underwriters, Inc.
    Blue Cross and Blue Shield of Florida, Inc.

**Adrian S. Baer**
Andrews & Kurth
600 Travis  Suite 4200
Houston, TX  77002
Fax: 7132704286;  Email: ardiebaer@akllp.com
  Counsel for : Kinder Morgan Liquids Terminals LLC

**Elizabeth Banda**
Perdue Brandon Fielder Collins & Mott, LLP
P.O. Box 13430
Arlington, TX  76094-0430
Fax: (817) 860-6509;  Email: ebanda@pbfcm.com
  Counsel for : Grapevine-Colleyville I.S.D
    City of Grapevine (Texas)

**Mariana Baquero**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019
Fax: (212) 849-5614;  Email: mbaquero@mayerbrownrowe.com
  Counsel for : ABN-AMRO Bank, NV

**Ann Acker, Esq.**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361;  Email: aacker@chapman.com
  Counsel for : Wells Fargo Bank Northwest, NA
    Pacific Investment Management Co. LLC
    Reams Asset Management Co. LLC
    Metropolitan West Asset Management LLC

**David G. Aelvoet**
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX  78205
Fax: (210) 225-6410;  Email: sanantonio.bankruptcy@publicans.com
  Counsel for : Bexar County
    Tarrant County
    Dallas County

**Peter B. Alderman, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY  10022
Fax: (212) 909-6836;  Email: pbalderm@debevoise.com
  Counsel for : John Hancock Life Insurance Co.

**George  Alvord**
Gate Gourmet Inc.
5100 Poplar Ave.
Memphis, TN  38137
Fax: (901) 766-3710;  Email: galvord@gategourmet.com
  Counsel for : Gate Gourmet Inc.

**Bill Angelowitz**
Daily Insights
JAF Box 3127
New York, NY  10116
Fax: (212) 714-9827;  Email: wangelow@keecapital.com
  Counsel for : Daily Insights

**Kathy Bailey**
Bailey Law Group, P.C.
1752 N Street, NW  Suite 800
Washington, DC  20036
Fax: 2028678044;  Email: kbailey@baileylawgroup.com
  Counsel for : HMSHost Corporation
    Host International Inc.

**Mark Bane**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
Fax: (212) 808-7897;  Email: MBane@KelleyDrye.com
  Counsel for : Pension Benefit Guaranty Corporation

**Ronald E. Barab**
Smith, Gambrell & Russell, LLP
Promenade II  Suite 3100  1230 Peachtree Street, NE
Atlanta, GA  30309
Fax: (404) 815-3509;  Email: rbarab@sgrlaw.com
  Counsel for : American State Bank

---

**William Barbour**
Public Service Resources Corp.
80 Park Plaza, T-22
Newark, NJ 07102-4194
Fax: 9734583589; Email: william.barbour@pseg.com
*Counsel for : N854UA*

**Barbara Barnett**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: babarnett@sonnenschein.com
*Counsel for : Creditors Committee*

**Kathleen E. Barry**
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Fax: 4109026302; Email: kbarry@therousecompany.com
*Counsel for : Rouse Affiliate*

**Sharon M. Beausoleil-Mayer**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Fax: 7136515246; Email: sbeausoleil-mayer@fulbright.com
*Counsel for : Chase Transportation*
*Chase Terminal*
*Motiva*
*SOPUS*
*Shell Pipeline*

**Robert R. Benjamin**
Benjamin Berneman & Brom, LLC
205 W. Randolph St Ste 2110
Chicago, IL 60606
Fax: 3124446086; Email: benjamin@3blaw.com
*Counsel for : Nancy Abbot, et al*

**Mark A. Berkoff**
Piper Rudnick
203 N. La Salle St Suite 1800
Chicago, IL 60601-1293
Fax: (312) 236-7516; Email: mark.berkoff@piperrudnick.com
*Counsel for : Air Canada*
*Citibank Privatkunden AG*

**Ezra I. Bialik, Esq.**
The Port Authority of NY & NJ
Office of Milton H. Pachter Law Department 225 Park Ave. South, 13th. f
New York, NY 10003
Fax: (212) 435-3684; Email: ebialik@panynj.gov
*Counsel for : Port Authority of NY & NJ*

**Peter L. Borowitz, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022
Fax: (212) 909-6836; Email: plborowitz@debevoise.com
*Counsel for : John Hancock Life Insurance Co*

**Morton R. Branzburg, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St
Philadelphia, PA 19102
Fax: (215) 569-6603; Email: mbranzbu@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Ronald Barliant**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd
55 East Monroe Street  Suite 3700
Chicago, IL 60603
Fax: 3123321298; Email: ronald.barliant@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**William J. Barrett**
Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC  333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Fax: (312) 984-3150; Email: william.barrett@bfkpn.com
*Counsel for : Delta Air Lines, Inc.*
*Environmental Resources Management, Inc.*

**Jeffrey A. Bartos**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW  Suite 700
Washington, DC 20036-2243
Fax: (202) 624-7420; Email: jbartos@geclaw.com
*Counsel for : Association of Flight Attendants*

**David E. Beker**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street  Suite 2700
Chicago, IL 60601
Fax: 3127828410; Email: dbeker@scgk.com
*Counsel for : Allied Capital Corporation*

**James Bennett, President/CEO**
Metropolitan Washington Airport Authority
1 Aviation Circle
Washington, DC 20001-6000
Fax: (703) 417-8949; Email: james.bennett@mwaa.com
*Counsel for : Metropolitan Washington Airport Authority*

**Beverly A. Berneman**
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste 2110
Chicago, IL 60606
Fax: 3124446086; Email: berneman@rcn.com
*Counsel for : Nancy Abbot, et al*

**Evelyn H. Biery**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Fax: 7136515246; Email: ebiery@fulbright.com
*Counsel for : Chase Transportation*
*Chase Terminal*
*Motiva*
*SOPUS*
*Shell Pipeline*

**Elena Bosk**
Zini & Associates
Professional Corporation  460 Park Avenue  21st Floor
New York, NY 10022
Fax: 2129801463; Email: elena.bosk@ziniandassociates.com
*Counsel for : Banco di Napoli*

**Vicki Braunagel**
Denver Airport Revenue Fund City
Department of Aviation  8500 Pena Blvd
Denver, CO 80249
Fax: (303) 342-2325; Email: Vicki.braunagel@dnadenver.net
*Counsel for : Denver Airport Revenue Fund City*

**Timothy A. Barnes**
Latham & Watkins
Sears Tower  Suite 5800
Chicago, IL 60606
Fax: (312) 993-9767; Email: Timothy.Barnes@lw.com
*Counsel for : Bank One, NA*
*Bank One Delaware, NA*

**Timothy M. Barry, Senior Deputy**
County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
Fax: 6196336005; Email: timothy.barry@sdcounty.ca.gov
*Counsel for : County of San Diego*

**W. Robinson Beard**
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202
Fax: (502) 587-6391; Email: wbeard@stites.com
*Counsel for : Regn'l Airport Auth of Louisville/Jefferson City*
*Lexington-Fayette Urban Airport Board*

**Edith J. Benay**
Attorney at Law
345 Franklin Street
San Francisco, CA 94102
Fax: 4152628046; Email: ebenay@cs.com
*Counsel for : Frank, et al*

**Brad A. Berish**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 W. Jackson Blvd.
Chicago, IL 60604
Fax: (312) 435-1059; Email: bberish@agmbc.com
*Counsel for : Travelers Casualty & Surety Company*
*Travelers Indemnity Company*

**Jeffrey Bernstein**
Carpenter, Bennett & Morrissey
Three Gateway Center  100 Mulberry Street
Newark, NJ 07102
Fax: (973) 622-5314; Email: jb@carpbcn.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Thomas E. Biron**
Blank, Rome, Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103-6998
Fax: (215) 832-5552; Email: biron@blankrome.com
*Counsel for : Creditors Committee*

**David H. Botter**
Akin, Gump, Strauss, Hauber & Feld, LLP
590 Madison Ave
New York, NY 10022
Fax: (212) 872-1002; Email: dbotter@akingump.com
*Counsel for : Ad Hoc Committee of Holders of EETC and LTC*
*Ad Hoc Committee of Noteholders*

**Bernadette Brennan**
Michael A. Cardozo, Corporate Counsel for NYC
100 Church Street
New York, NY 10007
Fax:  ; Email: hbrennan@law.nyc.gov
*Counsel for : City of New York*

**Adam Brezine**
Thelen Reid & Priest LLP
101 Second St., Ste. 1800
San Francisco, CA 94105-3601
Fax: 4153098827; Email: abrezine@thelenreid.com
*Counsel for : California Self Insurers' Security Fund*

**Mark Broude, Esq.**
Latham & Watkins
885 Third Ave.
New York, NY 10022
Fax: (212) 751-4864; Email: mark.broude@lw.com
*Counsel for : ING Bank, NV*
*ING Lease (Ireland)*
*BV Dublin Branch*

**Gregory W. Buhler, Esq.**
Schnader Harrison Segal & Lewis LLP
140 Broadway  Suite 3100
New York, NY 10005-0006
Fax: (212) 972-8798; Email: GBuhler@Schnader.com
*Counsel for : C.I.T. Leasing*

**James Burshtyn, Assistant Attorney General**
Comptroller of Public Accounts of Texas
Bankruptcy & Collections Division  P.O. Box 12548
Austin, TX 78711-2548
Fax: ; Email: james.burshtyn@oag.state.tx.us
*Counsel for : State of Texas*

**John Wm. Butler, Jr.**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606
Fax: (312) 407-8501; Email: jbutler@skadden.com
*Counsel for : US Airways, Inc., MidAtlantic Airways Inc.*
*US Airways Group, Inc., US Airways Leasing*
*Alleghany Airlines, Inc., PSA Airlines, Inc.*
*Material Services Company, Inc.*
*Piedmont Airlines, Inc.*

**Sarah Campbell**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: (212) 354-8113; Email: scampbell@whitecase.com
*Counsel for : Societe General*
*UFJ Bank Limited, Chicago Branch*
*Aircraft Finance Parties*

**Marc Carmel**
Kirkland & Ellis
200 East Randolph
Chicago, IL 60601
Fax: 3128001190; Email: mcarmel@kirkland.com
*Counsel for : UAL Corp.*

**Steve Carter**
Attorney General of Indiana
Indian Government Center South  Fifth Floor  402 West Washington Street
Indianapolis, IN 46204-2770
Fax: 3172357979; Email:
*Counsel for : Indiana Department of Revenue*

**Debra Ceccotti**
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY 10019
Fax: (212) 762-0358; Email: debra.eason@morganstanley.com
*Counsel for : Morgan Stanley*

**Thomas Brichner**
International Association of Machinists
9000 Machinists Place  Suite 118 B
Upper Marlboro, MD 20772
Fax: 30198743961; Email: tbrichner@iamaw.org
*Counsel for : IAM*

**Abraham Brustein**
DiMonte & Lizak
216 W. Higgins Road
Park Ridge, IL 60068
Fax: 8476066623; Email: abrustein@dimonteandlizak.com
*Counsel for : Advanced Roofing, Inc.*

**Gerard T. Bukowski, Vice President and General C**
Burns & McDonnell Engineering Company, Inc.
9400 Ward Parkway
Kansas City, MO 64114-3319
Fax: 8169223413; Email: gbukowski@burnsmcd.com
*Counsel for : Burns & McDonnell, including*
*Burns & McDonnell Engineering Company, Inc*

**Robert Bush**
Geffner & Bush
3580 W. Olive Ave  Suite 1100
Burbank, CA 91505
Fax: (818) 973-3201; Email: rbush@geffner-bush.com
*Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Susan R. Bye-Walsh**
1/816 Hatridge Lane
Canyon Country, CA 91387
Fax: ; Email:
*Counsel for :*

**Timothy J. Carey, Esq.**
Lovells
One IBM Plaza  330 N. Wabash Ave.  Suite 1900
Chicago, IL 60611
Fax: (312) 832-4444; Email: tim.carey@lovells.com
*Counsel for : Helabe Dublin Landes Bank Hessen-Thuringen Int'l*

**Jack J. Carriglio**
Meckler Bulger & Tilson
123 North Wacker Drive  Suite 1800
Chicago, IL 60606
Fax: 3124747898; Email: jack.carriglio@mbtlaw.com
*Counsel for : United Retired Pilots Benefit Protection*
*Association, an Illinois not-for-profit Corp.*

**Ben T. Caughey**
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN 46282
Fax: (317) 592-4643; Email: ben.caughey@icemiller.com
*Counsel for : Indianapolis Airport Authority*
*Citizens Gas & Coke Utility*

**Erik Chalut**
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL 60601-0636
Fax: 3126612900; Email: erik_chalut@chicago.kirkland.com
*Counsel for : UAL Corp.*

**John M. Brom**
Benjamin Bememan & Brom, LLC
205 W. Randolph St.  Ste. 2110
Chicago, IL 60606
Fax: 3124440080; Email: brom@3blaw.com
*Counsel for : Nancy Abbot, et al.*

**Michael P. Buck**
Zini & Associates
Professional Corporation  460 Park Avenue  21st Floor
New York, NY 10022
Fax: 2129801453; Email: michael.buck@zinilandassociates.com
*Counsel for : Banco di Napoli*

**Phil Burno**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL 60606
Fax: 3124310704; Email: pburno@whummer.com
*Counsel for : Wayne Hummer Investments*

**Gary Bush**
Bank of New York, (The)
101 Barclay Street
New York, NY 10286
Fax: (212) 815-5131; Email: gbush@bankofny.com
*Counsel for : Bank of New York*

**James Caldwell**
IOS Capital, Inc.
Bankruptcy Administration  IOS Capital, LLD  1738 Bass Road  P.O. Box 1
Macon, GA 31209-3708
Fax: (478) 471-2304; Email: jcaldwell@ikon.com
*Counsel for : IOS Capital, Inc.*

**Kurt M. Carlson**
Tishler & Wald, Ltd.
200 S. Wacker Dr. Suite 3000
Chicago, IL 60606
Fax: (312) 876-3816; Email: kcarlson@tishlerandwald.com
*Counsel for : State Street Bank & Trust Co. (UAL ESOP)*
*Lehman Brothers Inc.*
*Detroit Edison, Brilex Aircraft Interior Systems*
*Public Service Electric & Gas Co.*
*Commonwealth Edison Company*

**William K. Carter**
Coston & Lichtman
407 S. Dearborn St., Suite 600
Chicago, IL 60605
Fax: 3124277358; Email: wcarter@costonlaw.com
*Counsel for : General Electric Capital Corporation*

**Babette A. Ceccotti**
Cohen, Weiss & Simon, LLP
330 W. 42nd Street
New York, NY 10036-6976
Fax: (646) 473 8227; Email: bceccotti@cwsny.com
*Counsel for : ALPA*

**George M. Cheever**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street
Pittsburgh, PA 15222-2312
Fax: (412) 355-6501; Email: gcheever@kl.com
*Counsel for : State Street Bank and Trust Co.*

**Matthew W. Cheney, Esq.**
Swidler, Berlin, Shereff, Friedman, LLP
3000 K St., NW  Suite 300
Washington, DC  20007-5116
Fax: (202) 424-7643; Email: mwcheney@swidlaw.com
    Counsel for : Koch Supply & Trading, LP

**Edward P. Christian**
Akin Gump Strauss Hauer & Feld LLP
2028 Century Park East  Suite 2400
Los Angeles, CA  90067
Fax: 3102291901; Email: echristian@akingump.com
    Counsel for : WestLB  AG, f/k/a Westdeutsche Landesbank
    Girozentrale, New York Branch

**Paul E. Chronis**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-0096
Fax: 3129847700; Email: pchronis@mwe.com
    Counsel for : Bank of New York

**Robert S. Clayman**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW  Suite 700
Washington, DC  20036-2243
Fax: (202) 624-7420; Email: rclayman@geclaw.com
    Counsel for : Association of Flight Attendants

**Jeffrey B. Cohen**
Pension Benefit Guaranty Corp.
Office of the General Counsel  1200 K Street, NW, Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112; Email: cohen.jeffrey@pbgc.gov
    Counsel for : Pension Benefit Guaranty Corporation

**John Collen, Esq.**
Duane Morris, LLC
227 West Monroe St., Suite 3400
Chicago, IL  60606
Fax: (312) 499-6701; Email: jcollen@duanemorris.com
    Counsel for : Philadelphia Department of Commerce

**Katherine Constantine, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643; Email: constantine.katherine@dorseylaw.com
    Counsel for : U.S. Bank National Association

**Steven N. Cousins**
Armstrong Teasdale LLP
Metropolitan Square  Suite 2600
St. Louis, MO  63102-2740
Fax: 3146210005; Email: scousins@armstrongteasdale.com
    Counsel for : City of St. Louis
    Lambert St. Louis International Airport

**Leo T. Crowley**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 2126361500; Email: lcrowley@pillsburywinthrop.com
    Counsel for : Mitsui & Co. (USA), Inc.
    Sumitomo Corporation
    Mitsui & Co. International (Europe)
    Marubeni America Corporation
    Wells Fargo Bank Northwest, NA

**Jeffrey C. Dan**
Dannen, Crane, Heyman & Simon
135 South LaSalle St., Suite 1540
Chicago, IL  60603-4297
Fax: (312) 641-7114; Email: jdan@dannencrane.com
    Counsel for : Florida Power and Light

**Michael Chimitris, Assistant General Counsel**
General Growth Management, Inc., as Agent
110 N. Wacker
Chicago, IL  60606
Fax: (312) 960-5903; Email: swmnb@generalgrowth.com
    Counsel for : General Growth Management, Inc., as Agent

**David C. Christian II**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700; Email: dchristian@mwe.com
    Counsel for : Bank of New York

**Francis A. Citera**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL  60601
Fax: 3124569430; Email: citeraf@gtlaw.com
    Counsel for : City of Chicago

**Nathan F. Coco**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700; Email: ncoco@mwe.com
    Counsel for : Bank of New York

**Staurt M. Cohen**
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299
Fax: 2129692900; Email: scohen@proskauer.com
    Counsel for : V-NP Properties, LLC

**Tom Combs**
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY  10019
Fax: (212) 507-0479; Email: tom.combs@morganstanley.com
    Counsel for : Morgan Stanley

**Daniel G. Cortright**
Jaffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center  5th Floor
San Francisco, CA  94111
Fax: 4153985384; Email: dgc@jmbm.com
    Counsel for : Phoenix Leasing Incorporated

**Eugene Crane**
Dannen, Crane, Heyman & Simon
135 LaSalle Street  # 1540
Chicago, IL  60603
Fax: (312) 641-7114; Email: ecrane@dannencrane.com
    Counsel for :

**Frank Cummings**
LeBoeuf, Lamb, Greene & MacRae, LLP
1875 Connecticut Avenue, NW
Washington, DC  20009-5728
Fax: 2026898102; Email: fcummings@llgm.com
    Counsel for : United Retired Pilots Benefit Protection

**Michael J. D'Angelico**
U.S. Bank National Association
One Federal Street, 3rd Floor  Mail Station:  FX-MA-FED
Boston, MA  02110
Fax: 6176000640; Email: michael.dangelico@usbank.com
    Counsel for : U.S. Bank N.A.

**Anthony Chiofalo**
Zini & Associates
Professional Corporation  460 Park Avenue  21st Floor
New York, NY  10022
Fax: 2129691453; Email: anthony.chiofalo@ziniandassociates.com
    Counsel for : Banco di Napoli

**Eleftheria N. Chronas**
Macero & Associates, P.C.
One Thompson Square, Suite 301

Suite 301
Boston, MA  02129
Fax: 6172425598; Email: enc@macerolaw.com
    Counsel for : DMV Associates, LP

**Allison Clark**
Merrill Corp.
250 S. Wacker Dr.  4th Fl.
Chicago, IL  60806
Fax: (312) 786-9200; Email: allison.clark@merrillcorp.com
    Counsel for : Official Copy Service

**Michael W. Coffield**
Michael W. Coffield & Associates
77 West Wacker Drive  Suite 4800
Chicago, IL  60601
Fax: 3124446958; Email: mike@bigdoglaw.com
    Counsel for : Jane Ekstamann Zeller, et al.

**Stacy Coleman**
LaSalle Bank National Association
135 S. LaSalle St.  Suite 1940
Chicago, IL  60603
Fax: (312) 904-2236; Email: stacy.coleman@abnamro.com
    Counsel for : LaSalle Bank National Association

**Robert A. Conrad**
HSBC Bank USA
452 Fifth Avenue
New York, NY  10018
Fax: (212) 525-1968; Email: robert.conrad@us.hsbc.com
    Counsel for : HSBC Bank USA

**Theresa Cosmano**
Theresa Cosmano
5528 N. Nordica
Chicago, IL  60656
Fax: ; Email:
    Counsel for : Kenneth Scott Justal

**Gretchen Crawford, Assistant District Attorney**
Oklahoma County Treasurer
320 Robert S. Kerr  Room 307
Oklahoma City, OK  73102
Fax: 4057137158; Email: tammik@oklahomacounty.org
    Counsel for : Oklahoma County Treasurer

**Vincent A. D'Agostino**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2583; Email: vdagostino@lowenstein.com
    Counsel for : AT&T Corp.

**Maria A. Dantas**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ  07102-5490
Fax: (973) 643-6111; Email: mdantas@llgm.com
    Counsel for : Wachovia Bank, N.A.
    f/k/a First Union National Bank

**Jeanne P. Darcey**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199-7613
Fax: (617) 227-4420; Email: jdarcey@palmerdodge.com
    Counsel for : State Street Bank & Trust Co.
    State Street Bank & Trust Co. of Connecticut

**Raniero D'Aversa, Jr.**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
Fax: (212) 262-1910; Email: rdaversa@mayerbrownrowe.com
    Counsel for : ABN-AMRO Bank, NV

**Susan B. de Resendiz**
Gardner, Carton & Douglas
191 N. Wacker Drive  Suite 3700
Chicago, IL 60606-1698
Fax: 3125692213; Email: sderesendiz@gcd.com
    Counsel for : Airbus North America Holdings, Inc.

**Andrew DeNatale**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: (212) 354-8113; Email: adenatale@whitecase.com
    Counsel for : Societe General
    Aircraft Finance Parties

**Barry J. Dichter**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Fax: (212) 504-6666; Email: barry.dichter@cwt.com
    Counsel for : Lehman Brothers Holdings, Inc.

**Kirk D. Dillman**
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street  Suite 3300
Los Angeles, CA 90017
Fax: 2138041234; Email: dillmank@hbdlawyers.com
    Counsel for : HSBC Bank USA

**Angela D. Dodd**
Securities and Exchange Commission
Midwest Regional Office  175 W. Jackson Blvd  Suite 900
Chicago, IL 60604
Fax: (312) 353-7398; Email: dindda@sec.gov
    Counsel for : Securities & Exchange Commission

**James M. Donohue**
Ausley & McMullen
227 South Calhoun Street  P.O. Box 391
Tallahassee, FL 32302
Fax: (850) 222-7560; Email: jdonohue@ausley.com
    Counsel for : Florida Self-Insurers Guaranty Assn., Inc.

**Sheri L. Drucker**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL 60603
Fax: ; Email: sdrucker@mayerbrownrowe.com
    Counsel for : UAL Loyalty Services, Inc.

**Steve Darnell**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT 06484-4361
Fax: 2039224063; Email: steve.darnell@pb.com
    Counsel for : Pitney Bowes Credit Corporation

**Gregory E. Davidowitch**
Association of Flight Attendants
6400 Shafer Court  Suite 260
Rosemont, IL 60018
Fax: (847) 292-7180; Email: mocpresident@unitedafa.org
    Counsel for : Association of Flight Attendants

**William J. Delaney**
Tillinghast Licht Perkins Smith & Cohen, LLC
10 Weybosset Street, Suite 1000
Providence, RI 02903
Fax: (401) 456-1210; Email: wdelaney@tlslaw.com
    Counsel for : Rhode Island Airport Commission

**Michael K. Desmond**
Figliulo & Silverman, PC
10 South LaSalle Street  Suite 3600
Chicago, IL 60603
Fax: 3123114510; Email: mdesmond@fslegal.com
    Counsel for : Brierley & Partners

**Chris L. Dickerson**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606
Fax: (312) 407-0660; Email: cdickers@skadden.com
    Counsel for : US Airways, Inc., MidAtlantic Airways Inc.
    US Airways Group, Inc., US Airways Leasing
    Allegheny Airlines, Inc., PSA Airlines, Inc.
    Material Services Company, Inc.
    Piedmont Airlines, Inc.

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
Fax: (713) 844-3503, Email: houston_bankruptcy@publicans.com
    Counsel for : Harris County
    Houston ISD
    City of Houston

**Christopher B. Dolan**
Dolan Law Firm
333 Pine Street  4th Floor
San Francisco, CA 94104
Fax: 2154212430; Email: chris@chrlaw.com
    Counsel for : Kenneth Scott Justel

**J. Patrick Donovan**
Chief Assistant Corporation Counsel
City of Chicago  30 North LaSalle Street, Rm. 900
Chicago, IL 60602
Fax: (312) 744-0706; Email: pdonovan@cityofchicago.org
    Counsel for : City of Chicago

**David L. Dubrow**
Arent Fox Kintner Plotkin & Kahn PLLC
1675 Broadway, 25th floor
New York, NY 10019
Fax: (212) 484-3990; Email: dubrowd@arentfox.com
    Counsel for : Suntrust Bank
    Vanguard Municipal Bond Funds

**Duncan Darrow**
Orrick, Herrington & Sutcliff, LLP
666 Fifth Avenue
New York, NY 10103
Fax: 2125095151; Email: ddarrow@orrick.com
    Counsel for : Retirement Systems of Alabama

**Janet L. Davis**
Department of Transportation
Airline Carrier Fitness Division, X-56  400 Seventh St., SW  Room 6401
Washington , DC 20590
Fax: (202) 366-7638; Email: Janet.Davis@ost.dot.gov
    Counsel for : Department of Transportation

**Stephen Demotto**
GE Asset Management Incorporated
Two Union Square
Seattle, WA 98101-2341
Fax: 2065164578; Email: steve.demotto@corporate.ge.com
    Counsel for : GE Asset Management Incorporated

**George Diamantopoulos**
Seham, Seham, Meltz & Peterson, LLP
11 Martine Ave.  Suite 1450
White Plains, NY 10606-4025
Fax: ; Email:
    Counsel for : Aircraft Mechanics Fraternal Association

**Bernard F. Diederich**
U.S. Department of Transportation
Office of General Counsel  C-10, Room 10102  400 7th Street, S.W.
Washington, DC 20590
Fax: 2023660170; Email: bernard.diederich@ost.dot.gov
    Counsel for : Unites States of America

**Dominic DiNapoli**
FTI Consulting, Inc.
1177 Avenue of the Americas  3rd Fl.
New York, NY 10036
Fax: (646) 741-8040; Email: Dominic.DiNapoli@fticonsulting.com
    Counsel for : FTI Consulting, Inc.

**Edward C. Dolan**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Fax: (202) 637-5910; Email: ecdolan@hhlaw.com
    Counsel for : Eagle County Air Terminal Corporation

**Kevin C. Driscoll, Jr.**
Barnes & Thornburg
One North Wacker Drive  Suite 4400
Chicago, IL 60606
Fax: (312) 759-5646; Email: kevin.driscoll@btlaw.com
    Counsel for : Indiana Department of Commerce
    Indiana Transportation Finance Authority

**Cristina L. Dulay**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: (212) 354-8113; Email: CDulay@ny.whitecase.com
    Counsel for : Aircraft Finance Parties

**Bradley R. Duncan**
Hunton & Williams LLP
1751 Pinnacle Drive
McLean, VA 22102
Fax: 703/714/7410; Email: bduncan@hunton.com
    Counsel for : Sabre Inc.

**John F. Eld**
ARINC, Inc.
2551 Riva Road
Annapolis, MD 21401
Fax: (410) 573-3278; Email: fle@arinc.com
    Counsel for : ARINC, Inc.

**Patricia J. Emshwiller, Esq.**
Schiff, Hardin & Waite
233 S. Wacker Drive 6600 Sears Tower
Chicago, IL 60606-6473
Fax: (312) 258-5700; Email: pemshwiller@schiffhardin.com
    Counsel for : Pratt & Whitney
    Hamilton Sundstrand Corporation

**Mark E. Felger, Esq.**
Cozen O'Connor
Chase Manhattan Centre 1201 North Market Street Suite 1400
Wilmington, DE 19801
Fax: (302) 295-2013; Email: mfelger@cozen.com
    Counsel for : Argenbright Security, Inc.

**Jorge A. Fernandez-Reboredo**
Rivera & Fernandez-Reboredo, PSC
P.O. Box 360704
San Juan, PR 00936-0704
Fax: 787/281/0708; Email: jfernandez@frpsc.com
    Counsel for : Puerto Rico Ports Authority

**J. Mark Fisher, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606 6473
Fax: (312) 258-5700; Email: mfisher@schiffhardin.com
    Counsel for : Pratt & Whitney
    Hamilton Sundstrand Corporation

**Dennis D. Fitzpatrick**
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL 60603-1002
Fax: 312/606/7500; Email: dfitzpatrick@clausen.com
    Counsel for : Irene Tan Cheng Hua
    Michael Sum

**J. Brian Fletcher**
Jessop & Co., PC
303 E. 17th Ave. Suite 930
Denver, CO 80203
Fax: (303) 860-7233; Email: jbfletcher@jessopco.com
    Counsel for : Denver International Airport
    City and County of San Francisco,
    acting by and through San Francisco Airport Comm.

**Wilbur F. Foster, Jr.**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 822-5058; Email: wfoster@milbank.com
    Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.
    Diamond Lease (USA), Inc.
    Export Development Canada
    Hamburg Landesbank Girozentrale, Hypovereinsbank
    Luxembourg Societe Anonyme, et al.

**Robin M. Edwards**
Sonnenschein, Nath & Rosenthal LLP
685 Market Street Sixth Floor
San Francisco, CA 94105
Fax: 415/543/5472; Email: redwards@sonnenschein.com
    Counsel for : Official Committee of Unsecured Creditors

**Michael M. Eidelman**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street Suite 2600
Chicago, IL 60601-1003
Fax: 312/609/5005; Email: meidelman@vedderprice.com
    Counsel for : UAL Corp.

**Richard L. Epling**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
Fax: (212) 858-1500; Email: repling@pillsburywinthrop.com
    Counsel for : Cooperatieve Centrale Raiffeisen-Boerenleenbank
    Mitsui & Co. (USA), Inc.
    UGY Kumiai/TLC Santapaula Limited
    UGT-2 Kumiai/TLC Liahira Ltd.

**Lisa H. Fenning**
Dewey Ballantine LLP
333 South Grand Avenue 26th Floor
Los Angeles, CA 90071
Fax: (213) 621-6100; Email: unlservice@deweyballantine.com
    Counsel for : Verizon Capital Corporation
    Walt Disney Pictures & Television
    Morgan Stanley
    Interrock I, LLC

**James M. Finberg**
Lieff, Cabraser, Heimann & Bernstein LLP
Embarcadero Center West 275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Fax: 415/956/1008; Email: jfinberg@lchb.com
    Counsel for : Frank, et al

**Robert M. Fishman**
Shaw, Gussis, Fishman, Glantz & Wolfson, LLC
1144 W. Fulton St. Suite 200
Chicago, IL 60607
Fax: (312) 541-0155; Email: rfishman@shawgussis.com
    Counsel for : Atlantic Coast Airlines, Inc.

**Michael J. Flaherty**
Flaherty & Jacobson, PC
134 North LaSalle Street Suite 1800
Chicago, IL 60602
Fax: (312) 782 4725; Email: mflaherty@fjlaw.com
    Counsel for : Goodrich Corporation

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen LLP
c/o Brandon C. Ives 199 South Los Robles Avenue Suite 600
Pasadena, CA 91101-2459
Fax: 626/577/7764; Email: mtf@afrct.com
    Counsel for : Airport Group International, Inc.

**Joseph D. Frank**
Neal, Gerber & Eisenberg
Two North LaSalle Street Suite 2200
Chicago, IL 60607-3801
Fax: 312/201/7147; Email: jfrank@ngelaw.com
    Counsel for : American State Bank
    Hedrick & Struggles International, Inc.
    DiamondCluster International, Inc.
    Dallas/Ft. Worth Int'l Airport Board
    Sage Parts Plus, Inc.

**Henry A. Efroymson**
Ice Miller
One American Square PO Box 82001
Indianapolis, IN 46282
Fax: (317) 592-4643; Email: henry.efroymson@icemiller.com
    Counsel for : Indianapolis Airport Authority
    Citizens Gas & Coke Utility

**David S. Elkind**
Reboul, MacMurray, Hewitt & Maynard
45 Rockefeller Plaza
New York, NY 10111
Fax: 212/415/5725; Email: dsilkind@reboul.com
    Counsel for : British Airways Plc

**Brad B. Erens**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL 60001
Fax: (312) 782-8585; Email: jdpuel@jonesday.com
    Counsel for : Continental Airlines, Inc.

**Marc I. Fenton**
Piper Rudnick
203 N. LaSalle St. Suite 1800
Chicago, IL 60601-1293
Fax: (312) 630-5348; Email: marc.fenton@piperrudnick.com
    Counsel for : Air Canada
    Wachovia Bank, N.A.
    M/o First Union National Bank

**Mark A. Fink**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas 24th Floor
New York, NY 10020
Fax: 212/768/6800; Email: mfink@sonnenschein.com
    Counsel for : Creditors Committee

**Janet Fitzpatrick, Legal Assistant**
Unisys Corporation
Unisys Way P.O. Box 500, M/S E8-108
Blue Bell, PA 19424
Fax: 215/986/5721; Email: janet.fitzpatrick@unisys.com
    Counsel for : Unisys Corporation

**Steven B. Flancher, Assistant Attorney General**
State of Michigan, Attorney General
Department of Attorney General Revenue and Collections Division First l
Lansing, MI 48922
Fax: 517/335/4876; Email:
    Counsel for : State of Michigan

**Carol Flowe**
Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
Fax: (202) 857-6395; Email: flowe.carol@arentfox.com
    Counsel for : Suntrust Bank
    Vanguard Municipal Bond Funds

**Jeff J. Friedman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY 10022
Fax: 212/402/7109; Email: jeff.friedman@kmzr.com
    Counsel for : Societe Nationale D'Etude et de Construction
    de Moteurs D'Aviation

**Shari L. Friedman**
Marwedel, Minnchelin & Rush
10 South Riverside Plaza, Suite 720
Chicago, IL   60606
Fax: (312) 902-9900; Email: sfriedman@mmr-law.com
Counsel for : Chromalloy Gas Turbine Corporation

**William Gardner**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY   10019-5820
Fax: (212) 262-1910; Email: wgardner@mayerbrownrowe.com
Counsel for : Barclays Bank PLC

**Arthur S. Garrett, III**
Keller & Heckman LLP
1001 G Street, N.W.  Suite 500 West
Washington, DC   20001
Fax: 2024344646; Email: garrett@khlaw.com
Counsel for : Allen Science and Technology, Inc.
Human Factors Applications, Inc.
Behnam Atefi, Sidney Firstman and Barry Watson

**Kimberly A. Geller**
Gibson, Dunn & Crutcher, LLP
2100 McKinney Ave.  Suite 1100
Dallas, TX   75201
Fax: (214) 698-3400; Email: kgeller@gibsondunn.com
Counsel for : Atlantic Coast Airlines

**Douglas C. Giese**
Defrees & Fiske
200 South Michigan Avenue  Suite 1100
Chicago, IL   60604
Fax: 3129346517; Email: dcgiese@dnfrees.com
Counsel for : City & County of Denver

**Steven A. Ginther, Special Assistant Attorney Gene**
Missouri Department of Revenue
General Counsel's Office  301 W. High Street, Room 870  P.O. Box 475
Jefferson City, MO   85105-0475
Fax: 5737517232; Email: ndlled@mail.dor.state.mo.us
Counsel for : Missouri Department of Revenue

**Ronald W. Goldberg**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA   90017-5855
Fax: 2136122409; Email: rgoldberg@orrick.com
Counsel for : WestLB, AG, f/k/a Westdeutsche Landesbank
Girozentrale, New York Branch

**Harley J. Goldstein**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL   60606
Fax: 3129306572; Email: hgoldstein@freebornpeters.com
Counsel for : OurHouse, Inc.

**Bruce Gordon**
IBM Credit Corporation
Restructuring Group - MD NC317  North Castle Drive
Armonk, NY   10504
Fax: 8454913294; Email: gordonbr@us.ibm.com
Counsel for : IBM Credit Corporation

**Lisa E. Funk**
American Airlines, Inc.
P.O. Box 619616  MD 5675
DFW Airport, TX   75261-9616
Fax: 8179672937; Email: lisa.funk@aa.com
Counsel for : American Airlines, Inc.

**Gilles Gareau**
Lauzon Belanger
511 Place Damase  Suite 200
Montreal,  QC   H2Y 2W7  Canada
Fax: ; Email: ggareau@lauzonbelanger.qc.ca
Counsel for : Always Travel, Inc.
Highbourne Enterprises, Inc.
Canadian Standard Travel Agent Registry

**Geoffrey H. Garrett**
Attorney at Law
8311 SE 83rd Street
Mercer Island, WA   98040
Fax: ; Email: ghgarrett@attbi.com
Counsel for : ALPA

**Matthew T. Gensburg**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL   60601
Fax: (312) 456-8435; Email: gensburgm@gtlaw.com
Counsel for : City of Chicago

**David A. Gill**
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East  Third Floor
Los Angeles, CA   90067-2904
Fax: (310) 277-5735; Email: dagill@dgdk.com
Counsel for : City of Los Angeles, Dept. of Airports

**Adrienne Go, Deputy City Attorney**
San Francisco International Airport
International Terminal  5th Fl.  PO Box 8097
San Francisco, CA   94128
Fax: (650) 821-5096; Email: Adrienne.Go@flysfo.com
Counsel for : San Francisco International Airport
City and County of San Francisco

**Richard N. Golding**
Katz Randall Weinberg & Richmond
333 W. Wacker Dr.  Suite 1800
Chicago, IL   60606
Fax: 3128073903; Email: rgolding@krw.com
Counsel for : Port Authority of New York and New Jersey

**Henry Goodman**
Kalton Muchin Zavis Rosenman
575 Madison Avenue
New York, NY   10022
Fax: (212) 940-8776; Email: henry.goodman@kmzr.com
Counsel for : HypoVereinsbank

**David B. Goroff**
Foley & Lardner
321 North Clark Street  Suite 2800
Chicago, IL   60610
Fax: 3128487529; Email: dgoroff@foleylaw.com
Counsel for : Port of Portland; Tucson Airport Auth
John Wayne Airport, Miami-Dade County, Florida
Detroit Metropolitan Wayne County Airport
Port of Oakland
Metropolitan Washington Airport Authority

**Richard P. Garden**
Cline, Williams, Wright, Johnson & Oldfather LLP
1900 U.S. Bank Building  233 South 13th Street
Lincoln, NE   68508-2095
Fax: 4024745993; Email: rgarden@cline-law.com
Counsel for : Travel  & Transport, Inc.

**Jeffrey Gargano**
Wallenstein & Wagner, Ltd.
311 South Wacker Drive  Suite 5300
Chicago, IL   60606
Fax: 3125643301; Email: jgargano@wattyiwag.com
Counsel for : Pitney Bowes Credit Corporation

**Frances Gecker, Esq.**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL   60602-1747
Fax: 3122691747; Email: fgecker@ngelaw.com
Counsel for : American State Bank
Heidrick & Struggles International, Inc.
DiamondCluster International, Inc.
Dallas/Ft. Worth Int'l. Airport Board
Sage Parts Plus, Inc.

**Toby L. Gerber**
Fulbright & Jaworski LLP
2200 Ross Avenue  Suite 2800
Dallas, TX   75201-2784
Fax: 2148568200; Email: tgerber@fulbright.com
Counsel for : International Air Transport Association

**R. Dale Ginter, Esq.**
Downey Brand LLP
555 Capitol Mall  10th Floor
Sacramento, CA   95814-4686
Fax: (916) 441-4021; Email: dginter@downeybrand.com
Counsel for : California Statewide Communities Development Auth.

**Thomas D. Goldberg, Esq.**
Day, Berry & Howard
One Canterbury Green
Stamford, CT   06901-2047
Fax: (203) 977-7301; Email: tdgoldberg@dbh.com
Counsel for : Pratt & Whitney

**Ira H. Goldman**
Shipman & Goodwin LLP
One American Row
Hartford, CT   06103
Fax: ; Email: bankruptcy@goodwin.com
Counsel for : Wells Fargo Bank, National Association

**Barbara Goodstein**
Clifford Chance US LLP
200 Park Avenue
New York, NY   10166
Fax: 2127818375; Email: barbara.goodstein@cliffordchance.com
Counsel for : Nomura Babcock & Brown Co., Ltd.

**William F. Govier**
Bingham McCutchen LLP
One State Street
Hartford, CT   06103
Fax: 3122402588; Email: william.govier@bingham.com
Counsel for : Debtor's 1990 V Equipment Trust

**Brian M. Graham**
Shaw, Gussis, Fishman, Glantz & Wolfson, LLC
1144 W. Fulton St. Suite 200
Chicago, IL 60607
Fax: (312) 541-0155, Email: bgraham@shawgussis.com
Counsel for : Atlantic Coast Airlines, Inc.

**Jonathan S. Green**
Miller, Canfield, Paddock & Stone PLC
150 West Jefferson Avenue Suite 2500
Detroit, MI 48226
Fax: 3134960450; Email: greenj@millercanfield.com
Counsel for : Retirement Systems of Alabama

**John Grossbart**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: jgrossbart@sonnenschein.com
Counsel for : Creditors Committee

**Elizabeth M. Guffy**
Dewey Ballantine LLP
700 Louisiana Suite 1900
Houston, TX 77002
Fax: (713) 445-1633; Email: uslservice@deweyballantine.com
Counsel for : Verizon Capital Corporation
Walt Disney Pictures & Television
Morgan Stanley
Intranuck I, LLC

**W. Thomas Halbleib**
Stites & Harbison, PLLC
400 West Market St.
Louisville, KY 40202
Fax: (502) 587-6391; Email: thalbleib@stites.com
Counsel for : Regn'l Airport Auth of Louisville/Jefferson Cnty
Lexington-Fayette Urban Airport Board

**Lawrence M. Handelsman**
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Fax: (212) 806-6006; Email: lhandelsman@stroock.com
Counsel for : Delta Air Lines, Inc.

**Steven M. Hartmann**
Freeborn & Peters
311 S. Wacker Drive Suite 3000
Chicago, IL 60606-6677
Fax: 3123606573; Email: shartmann@freebornpeters.com
Counsel for : Chase Transportation
Chase Terminal
Motiva
SOPUS
Shell Pipeline

**David Hayes, Chief Legal Officer**
Trans States Airlines, Inc.
11495 Natural Bridge Road
St. Louis, MO 63044
Fax: 3142224311, Email:
Counsel for : Trans States Airlines, Inc.

**John McL. Healy, Esq.**
IAE International Aero Engines AG
IAE Building 400 Main Street, M/S 121-10
East Hartford, CT 06108
Fax: (860) 565-8290; Email: jhealy@iae2500.com
Counsel for : IAE International Aero Engines AG

**Jeffrey J. Graham**
Sommer Barnard Ackerson, PC
4000 Bank One Tower 111 Monument Circle
Indianapolis, IN 46204
Fax: (317) 236-9802; Email: jgraham@sbalawyers.com
Counsel for : City of Indianapolis

**Gary E. Green**
Conlon & Lichtman
407 S. Dearborn St., Suite 600
Chicago, IL 60605
Fax: 3124277358; Email: ggreen@conlonlaw.com
Counsel for : General Electric Capital Corporation

**Judy A. Groves**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199-7613
Fax: (611) 227-4420; Email: jgroves@palmerdodge.com
Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut

**Peter J. Gurfein**
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East Suite 2400
Los Angeles, CA 90067
Fax: 3102291001; Email: pgurfein@akingump.com
Counsel for : WestLB AG, f/k/a Westdeutsche Landesbank
Girozentrale, New York Branch

**Judith A. Hall**
Babcock & Brown LP
2 Harrison St.
San Francisco, CA 94105
Fax: (415) 267-1500; Email: judith.hall@babcockbrown.com
Counsel for : Babcock & Brown LP

**Jonathan C. Hantke**
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032
Fax: 2810656921; Email: jhantke@aldine.k12.tx.us
Counsel for : Aldine Independent School District

**Ruth A. Harvey**
US Department of Justice
Civil Division PO Box 875 Ben Franklin Station
Washington, DC 20044
Fax: (202) 514-9163; Email: ruth.harvey@usdoj.gov
Counsel for : US Department of Justice

**Nathan Haynes**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Fax: (212) 504-6666; Email: nathan.haynes@cwt.com
Counsel for : Northwest Airlines

**Paul E. Heath**
Vinson & Elkins LLP
3700 Trammell Crow Center 2001 Ross Avenue
Dallas, TX 75201-2975
Fax: (214) 999-7976; Email: pheath@velaw.com
Counsel for : Dallas/FL Worth Int'l. Airport Board

**Paul A. Greco**
DiMonte & Lizak
216 W. Higgins Road
Park Ridge, IL 60068
Fax: 8476988423; Email: pgreco@dimonteandlizak.com
Counsel for : Advanced Roofing, Inc.

**Ira S. Greene**
Hogan & Hartson, LLP
551 Fifth Ave.
New York, NY 10176
Fax: (212) 997-6666; Email: isgreene@hhlaw.com
Counsel for : Discover Financial Services

**Matthew J. Gryzlo**
Wallerstein & Wagner, Ltd.
311 South Wacker Drive Suite 5300
Chicago, IL 60606
Fax: 3125543301; Email: mgryzlo@wwrfirm.com
Counsel for : Pitney Bowes Credit Corporation

**Deborah M. Gutfeld**
Piper Rudnick
203 North LaSalle St., Suite 1800
Chicago, IL 60601-1293
Fax: (312) 630-5338; Email: deborah.gutfeld@piperrudnick.com
Counsel for : Wachovia Bank, N.A.
f/k/a First Union National Bank
Michelin Aircraft Tire Corporation

**Aaron L. Hammer, Esq.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603
Fax: (312) 701-7711; Email: ahammer@mayerbrownrowe.com
Counsel for : Philip Morris Capital Corp.
General Foods Credit Investors No. 3 Corp.

**David J. Harris**
Burch, Porter & Johnson
130 North Court Avenue
Memphis, TN 38103
Fax: 9015245024; Email: dharris@bpjlaw.com
Counsel for : Hilton Hotels Corporation

**James F. Hayden**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: (212) 354-8113; Email: jhayden@whitecase.com
Counsel for : UFJ Bank Limited, Chicago Branch

**Thomas E. Healey**
Ketten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, DC 20007
Fax: 20229675/0; Email: thomas.healey@kmzr.com
Counsel for : Hypovereins Bank

**Mark F. Hebbein**
Gardner, Carton & Douglas
321 N. Clark Street Suite 3400
Chicago, IL 60610
Fax: (312) 644-3381; Email: mhebbein@gcd.com
Counsel for : HSBC Bank USA
Fifth Third Bank

**Steven M. Hedberg**
Perkins Coie LLP
1201 Third Avenue  Suite 4800
Seattle, WA  98101-3099
Fax: 2065838508;  Email: shedberg@perkinscoie.com
   *Counsel for : The Boeing Company*
   *Boeing Capital Corp.*

**Eric Henricks**
Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Fax: 6148772495;  Email: henricke@nationwide.com
   *Counsel for : Nationwide Life Insurance Company*
   *Provident Nationwide Provident a/k/a Mutual*
   *Life Insurance Company*

**Robert Herrmann**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039224029;  Email: robert.herrmann@pb.com
   *Counsel for : Pitney Bowes Credit Corporation*

**Richard Hiersteiner**
Palmer & Dodge, LLP
111 Huntington Ave.  Prudential Center
Boston, MA  02199-7613
Fax: (617) 227-4420;  Email: rhiersteiner@palmerdodge.com
   *Counsel for : State Street Bank & Trust Co.*
   *State Street Bank & Trust Co. of Connecticut*

**Barbara J. Hillman**
Cornfield & Feldman
25 E. Washington St.  Suite 1400
Chicago, IL  60602
Fax: (312) 236-8686;  Email: bhillman@cornfieldandfeldman.com
   *Counsel for : Association of Flight Attendants*

**Brian L. Holman**
White & Case LLP
633 West Fifth Street  #1900
Los Angeles, CA  90071-2007
Fax: (213) 687-0758;  Email: bholman@whitecase.com
   *Counsel for : AT&T Credit Holdings, Inc., et al.*
   *ank of America (vendor & leasing and cap)*
   *DFO Partnership*
   *Lone Star Air Partners LLC*
   *USWFS Intermediary Trust*

**John D. Horenstein**
Condon & Forsyth LLP
685 Third Avenue
New York, NY  10017
Fax: 2123704453;  Email: jhorenstein@condonlaw.com
   *Counsel for : Mitsubishi Heavy Industries, Ltd.*

**John D. Hulge**
Unisys Corporation
695 Blairmoor Court
Grosse Pointe Woods, MI  48236
Fax: 3133430441;  Email: john.hulge@unisys.com
   *Counsel for : Unisys Corporation*

**Peter A. Ivanick**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: (212) 424-5990;  Email: pivanick@llgm.com
   *Counsel for : Wachovia Bank, N.A.*
   *f/k/a First Union National Bank*

---

**Steven Helm, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643;  Email: helm.steven@dorseylaw.com
   *Counsel for : U.S. Bank National Association*

**Jeffery D. Hermann**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2139722409;  Email: jhermann@orrick.com
   *Counsel for : WestLB AG*

**Cathy Hershcopf**
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036
Fax: (212) 479-6275;  Email: chershcopf@kronishlieb.com
   *Counsel for : UAL ESOP*

**Ken Higman**
Hewlett-Packard Company
2125 E. Katella Avenue
Anaheim, CA  92806
Fax: (714) 940-7639;  Email: ken.higman@hp.com
   *Counsel for : Hewlett-Packard Company*

**Michael Hoggan**
Wells Fargo Bank Northwest, NA
Corporate Trust Services  299 S. Main Street  12th Floor
Salt Lake City, UT  84111
Fax: (801) 246-5053;  Email: michael.hoggan@wellsfargo.com
   *Counsel for : Wells Fargo Bank Northwest, NA*

**James D. Holzhauer**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: 3127069165;  Email: jholzhauer@mayerbrownrowe.com
   *Counsel for : Glenn F. Tilton*

**Alan Horowitz**
Buchalter, Nemmer, Fields & Younger
655 Olive Street  Suite 490
Newport Beach, CA  92656-8129
Fax: 9497300182;  Email: ahorowitz@buchalter.com
   *Counsel for : Oracle Corporation*

**Cassandra Ingram**
Wells Fargo Investment, LLC
MAC N9303-089  608 Second Ave South, 8th Floor
Minneapolis, MN  55402
Fax: 8126672616;  Email: cassandra.l.ingram@wellsfargo.com
   *Counsel for : Wells Fargo*

**Paula K. Jacobi**
Sugar, Friedberg & Felsenthal
30 North LaSalle St., Suite 3000
Chicago, IL  60602
Fax: (312) 372-7951;  Email: pjacobi@sff-law.com
   *Counsel for : Suntrust Bank*
   *Vanguard Municipal Bond Funds*

---

**David Heller**
Latham & Watkins
233 S. Wacker Drive  Suite 5800
Chicago, IL  60606
Fax: (312) 993-9767;  Email: david.heller@lw.com
   *Counsel for : Bank One*

**Robert W. Herrman**
Investment Management Advisors, LLC
800 E. Northwest Highway
Suite #203
Mt. Prospect, IL  60056
Fax: 8476705805;  Email: rherrman@ima-advisors.com
   *Counsel for : PSEG Resources, LLC*

**Neil H. Herskowitz**
Riverside Contracting LLC
P.O. Box 626  Planetarium Station
New York, NY  10024-0540
Fax: 2126017088;  Email:
   *Counsel for : Regan Capital I, Inc.*

**Barbara M. Hill, Asst. County Atty.**
Broward County Aviation Department
320 Terminal Drive
Fort Lauderdale, FL  33315
Fax: (954) 359-1292;  Email: bahill@broward.org
   *Counsel for : Broward County*

**Margaret A. Holland**
New Jersey Attorney General's Office
Division of Law  R.J. Hughes Justice Complex  P.O. Box 106; 25 Market S
Trenton, NJ  08625
Fax: (609) 292-0007;  Email: hollaman@law.dol.lps.state.nj.us
   *Counsel for : New Jersey Director, Div. Of Taxation*

**Edward B. Hopper**
Stewart & Irwin, P.C.
251 E. Ohio Street  Suite 1100
Indianapolis, IN  46204
Fax: 3176321319;  Email: ehopper@stewart-irwin.com
   *Counsel for : Ike Williamson, et al.*

**Miles Hughes**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700;  Email: mahughes@mwe.com
   *Counsel for : Bank of New York*

**Kenneth W. Irvin**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2028870703;  Email: wmccarron@mofo.com
   *Counsel for : San Diego County Regional Airport Authority*

**Richard J. Jacobson**
Flaherty & Jacobson, PC
134 North LaSalle Street  Suite 1600
Chicago, IL  60602
Fax: (312) 782-4725;  Email: rjacobson@fjlaw.com
   *Counsel for : Goodrich Corporation*

**David Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL  60606
Fax: 3129767934; Email: djacobson@sonnenschein.com
*Counsel for : Creditors Committee*

**Fruman Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934; Email: fjacobson@sonnenschein.com
*Counsel for : Creditors Committee*

**Barbara Jacobson, Esq.**
Port of Portland
7000 NE Airport Way, 3rd Floor
Portland, OR  97218
Fax: (503) 548-5586; Email: jacobb@portptld.com
*Counsel for : Port of Portland*

**Steven R. Jakubowski**
Robert F. Coleman & Associates
77 West Wacker Drive  Suite 4800
Chicago, IL  60601
Fax: (312) 444-1028;  Email: sjakubowski@colemanlawfirm.com
*Counsel for : Carrie Gammell*

**Snyder James**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: 3122691747;  Email: jsnyder@ngelaw.com
*Counsel for : American State Bank*
*Heidrick & Struggles International, Inc.*
*DiamondCluster International, Inc.*
*Dallas/Ft. Worth Int'l. Airport Board*
*Sage Parts Plus, Inc.*

**Kim Y. Jefferson**
Tennessee Attorney General's Office
Office of the Attorney General  Bankruptcy Division  PO Box 20207
Nashville, TN  37202
Fax: (615) 741-3334;  Email: kim.jefferson@state.tn.us
*Counsel for : Tennessee Attorney General's Office*

**William S. Jenkins**
Myers & Jenkins
3003 North Central Avenue  Suite 1900
Phoenix, AZ  85012
Fax: (602) 200-7810;  Email: wsj@mjlegal.com
*Counsel for : City of Des Moines, IA Dept of Aviation*

**Brian A. Jennings**
Perkins Coie LLP
1201 Third Avenue  48th Floor
Seattle, WA  98101-3099
Fax: 2065838300;  Email: bjennings@perkinscoie.com
*Counsel for : The Boeing Company*
*Boeing Capital Corp.*

**Steven D. Jerome**
Snell & Wilmer LLP
One Arizona Center  400 E. Van Buren St.
Phoenix, AZ  85004-2202
Fax: 6023926070;  Email: sjerome@swlaw.com
*Counsel for : Tucson Airport Authority ("TAA")*

**Douglas W. Jessop**
Jessop & Co., PC
303 E. 17th Ave.  Suite 930
Denver, CO  80203
Fax: (303) 860-7233;  Email: dwjessop@jessopco.com
*Counsel for : Denver International Airport*
*City and County of San Francisco,*
*acting by and through San Francisco Airport Comm.*

**Thomas L. Johns**
Oilfest, Inc.
111 Broadway  9th Floor
New York, NY  10006
Fax: ;  Email: tljohnsesq@aol.com
*Counsel for : Oilfest, Inc.*

**Cindy R. Johnson**
Imperial County Treasurer
940 West Main Street  Suite 106
El Centro, CA  92243
Fax: 7603527883;  Email: cindyjohnson@imperialcounty.net
*Counsel for : County of Imperial, California*

**Russell R. Johnson, III**
Attorney at Law
3734 Byfield Place
Richmond, VA  23233
Fax: ;  Email: rusjj1476@aol.com
*Counsel for : Public Service Electric & Gas Co.*
*Commonwealth Edison Company*
*Michigan Consolidated Gas Company*

**David P. Johnson**
Hamilton-Sundstrand
4747 Harrison Avenue  Mail Stop 265-8
Rockford, IL  61108
Fax: (815) 394-2439;  Email: david.johnson@hs.utc.com
*Counsel for : Hamilton-Sundstrand*

**James O. Johnston**
Hennigan, Bennett & Dorman LLP
601 S. Figueroa St.  Suite 3300
Los Angeles, CA  90017
Fax: (213) 694-1234,  Email: johnstonj@hbdlawyers.com
*Counsel for : Franklin Advisors, Inc.*
*Oaktree Capital Management LLC*

**Julie Johnston-Ahlen**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: 3123121017/11;  Email: johnston-ahlen@mayerbrownrowe.com
*Counsel for : General Foods Credit Investors No. 3 Corp.*

**Patrick M. Jones**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: (312) 456-8435;  Email: jonespat@gtlaw.com
*Counsel for : City of Chicago*

**Laura D. Jones**
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market St.  Suite 1600
Wilmington, DE  19801
Fax: (302) 652-4400;  Email: ljones@pszyj.com
*Counsel for :*

**Gregory J. Jordan**
Rooks Pitts
10 S. Wacker Drive  Suite 2300
Chicago, IL  60606
Fax: 6666980630;  Email: gjordan@rookspitts.com
*Counsel for : John D. Steuart*
*John H. Fullmer*
*Leyton S. Han*
*Craig S. Stevens*

**Danni L. Jorenby, Deputy**
State of Wisconsin
Department of Workforce Development  Unemployment Insurance  P.O. E
Madison, WI  53708
Fax: 6082660892;  Email: dwdxxnet@dwd.state.wi.us
*Counsel for : State of Wisconsin*

**David  Kane**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606
Fax: 3129808572;  Email: dkane@freebornpeters.com
*Counsel for : Gulfhouse, Inc.*

**William W. Kannel, Esq.**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: (617) 542-2241;  Email: wkannel@mintz.com
*Counsel for : Fifth Third Bank, N.A.*

**Harold L. Kaplan**
Gardner, Carton & Douglas
321 N. Clark Street  Suite 3400
Chicago, IL  60610-4795
Fax: (312) 644-3381;  Email: hkaplan@gcd.com
*Counsel for : HSBC Bank USA*
*Fifth Third Bank*

**James Katchadurian**
Poorman-Douglas Corporation
48 Todd Hill Circle
Goldens Bridge, NY  10526
Fax: (914) 208-4800;  Email: james.katchadurian@poorman-douglas.com
*Counsel for : Poorman-Douglas Corporation*

**Harold A. Katz**
Katz, Friedman, Eagle, Eisenstein & Johnson
77 West Washington Street  20th Floor
Chicago, IL  60602
Fax: (312) 372-5555;  Email: hkatz@kfeej.com
*Counsel for : Air Line Pilots Association, Int'l*

**Andrew S. Kelley**
Arnold & Porter LLP
370 Seventeenth Street  Suite 4500
Denver, CO  80202-1370
Fax: 3039200426;  Email: andrew.kelley@aporter.com
*Counsel for : Gate Gourmet Inc.*

**Wesley G. Kennedy**
Allison, Slutsky & Kennedy, PC
208 South LaSalle St.  Suite 1880
Chicago, IL  60604
Fax: (312) 364-9410;  Email: kennedy@ask-attorneys.com
*Counsel for : Professional Airline Flight Controller Association - UAL*

**Thomas M. Kennedy**
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL  60606-4673
Fax: ; Email: tkennedy@pretzel-stouffer.com
   Counsel for : American Airlines, Inc.

**Alexander D. Kerr, Jr.**
Tishler & Wald, Ltd.
200 South Wacker Dr.  Suite 2900
Chicago, IL  60606
Fax: (312) 876-3816; Email: akerr@tishlerandwald.com
   Counsel for : City of Des Moines, IA Dept of Aviation

**Marc Kieselstein**
Kirkland & Ellis
200 E. Randolph Drive  Suite 6500
Chicago, IL  60601
Fax: (312) 861-2200; Email: marc_kieselstein@chicago.kirkland.com
   Counsel for : UAL Corporation

**Janice L. Kiraly**
LSG Sky Chefs
Global Credit and Collections  6191 North State Highway 161
Irving, TX  75038
Fax: 9727299006, Email: janice.kiraly@lsgskychefs.com
   Counsel for : LSG Sky Chefs

**Michael S. Kogan**
Ervin, Cohen & Jessup LLP
9401 Wilshire Boulevard  9th Floor
Beverly Hills, CA  90212
Fax: 3108592325; Email: mkogan@ecjlaw.com
   Counsel for : Ronald A. Katz Technology Licensing, L.P.

**Michelle L. Kopf**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
CHicago, IL  60606
Fax: (312) 876-7934; Email: mkopf@sonnenschein.com
   Counsel for : Creditors Committee

**Michael Kramer**
Greenhill
300 Park Ave.  23rd Fl.
New York, NY  10022
Fax: (212) 389-1700; Email: mkramer@greenhill-co.com
   Counsel for :

**Richard M. Kremen, Esq.**
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD  21209-3600
Fax: (410) 580-3001; Email: richard.kremen@piperrudnick.com
   Counsel for : Wachovia Bank, N.A.
   f/k/a First Union National Bank
   Michelin Aircraft Tire Corporation

**Connie A. Lahn**
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII  45 South Seventh Street
Minneapolis, MN  55402
Fax: 6126077100; Email: clahn@oppenheimer.com
   Counsel for : Metropolitan Airports Commission

**Timothy J. Langella**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: 6175422241; Email: tlangella@mintz.com
   Counsel for : Fifth Third Bank

**Anne Marie Kennelly**
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA  94304
Fax: (650) 852-8817; Email: anne.kennelly@hp.com
   Counsel for : Hewlett-Packard Company

**Jennifer L. Kevelson**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178-0060
Fax: 8774329852, Email: jkevelson@morganlewis.com
   Counsel for : JP Morgan Chase
   Citicap USA, Inc.

**Therese C. King**
Foley & Lardner
321 North Clark Street  Suite 2800
Chicago, IL  60610
Fax: (312) 755-1925; Email: tking@foleylaw.com
   Counsel for : Port of Portland; Port of Oakland
   John Wayne/Detroit Met Wayne Cnty Airport
   Metropolitan Washington Airport Authority
   Burlington Int'l Airport, Clark County, Nevada
   Cities of Austin, Cleveland; Columbus Airport Auth

**Clyde  Kizer**
Airbus
198 Van Buren St.  Suite 300
Herndon, VA  20170
Fax: (703) 834-3484; Email: clyde.kizer@airbus.com
   Counsel for : Airbus

**Joe Kohanski**
Geffner & Bush
3500 W. Olive Ave.  Suite 1100
Burbank, CA  91505
Fax: (818) 973-3201; Email: jkohanski@geffner-bush.com
   Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Eugene J. Kottenstette**
City & County of Denver
201 W. Colfax Avenue  Department 1207
Denver, CO  80202-5332
Fax: ; Email: bankruptcy.gene@ci.denver.co.us
   Counsel for : City & County of Denver

**Richard P. Krasnow**
Weil, Gotshal & Manges, LLP
767 Fifth Ave.
New York, NY  10153
Fax: (212) 310-8007; Email: richard.krasnow@weil.com
   Counsel for : General Electric Capital Corporation
   and certain of its affiliates

**Jonathan D. Kron, Esq.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 701-7711; Email: jkron@mayerbrownrowe.com
   Counsel for : Philip Morris Capital Corp.
   General Foods Credit Investors No. 3 Corp.

**John Lakosil**
United Air Lines, Inc.
WHQLD  1200 E. Algonquin Rd.
Elk Grove Village, IL  60007
Fax: (847) 700-4883, Email: John.Lakosil@ual.com
   Counsel for : UAL Corporation

**Joseph G. LaRusso, Assistant Corporation Counsel**
City of Boston
City Hall Room M-5  One City Hall Square
Boston, MA  02201
Fax: 6174354702, Email: joseph.larusso@ci.boston.ma.us
   Counsel for : City of Boston

**Joseph  E. Kernan, Lieutenant Governor**
Indiana Department of Commerce
Office of the Lieutenant Governor
Indianapolis, IN  46204-2700
Fax: (317) 232-4788; Email: jkernan@state.in.us
   Counsel for : Indiana Department of Commerce

**Ayesha Khan**
Selans
620 Fifth Avenue
New York, NY  10020
Fax: 2126325555; Email:
   Counsel for : Credit Lyonnais, et al.

**Christopher Kiplok**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Fax: 2124224720; Email: kiplok@hugheshubbard.com
   Counsel for : Debis Financial Services, Inc.

**Roy S. Kobert, P.A.**
Broad & Cassel
390 N. Orange Ave.  Suite 1100
Orlando, FL  32801
Fax: (407) 650-0927; Email: rkobert@broadandcassel.com
   Counsel for : Greater Orlando Aviation Authority

**Vincent A. Kolber**
Residco
Three First National Plaza, Suite 777
Chicago, IL  60602
Fax: (312) 726-3090; Email: kolber@residco.com
   Counsel for : Vincent A. Kolber

**Stuart Kovensky**
John A. Levin & Co.
1 Rockefeller Plaza  19th Floor
New York, NY  10020
Fax: (212) 332-8402; Email: skovensky@levinco.com
   Counsel for :

**John P. Kreis**
Law Offices of John P. Kreis
515 S. Flower St.  Suite 3500
Los Angeles, CA  90071-2203
Fax: 2133302556; Email: jkreis@attglobal.net
   Counsel for : Meggitt Safety Systems, Inc.

**Jordan A. Kroop**
Squire, Sanders & Dempsey LLP
Two Renaissance Square  40 North Central Avenue  Suite 2700
Phoenix, AZ  85004-4498
Fax: ; Email: jkroop@ssd.com
   Counsel for : Sky Mall

**Kathleen M. LaManna**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax: ; Email: bankruptcy@goodwin.com
   Counsel for : Wells Fargo Bank, National Association

**Linda S. Law**
City of Portland - City Attorney's Office
1221 SW 4th Avenue  Room 430
Portland, OR  97204
Fax: ; Email: llaw@ci.portland.or.us
   Counsel for : City of Portland

**Lon P. LeClair**
Wells Fargo
Sixth & Marquette N9303-120
Minneapolis, MN 55479
Fax: ; Email: bankruptcy@goodwin.com
*Counsel for : Wells Fargo Bank, National Association*

**Brian Leitch**
Arnold & Porter LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202-1370
Fax: 3038320428; Email: brian_leitch@aporter.com
*Counsel for : Gate Gourmet Inc.*

**Edward J. Lesniak, Esq.**
Burke, Warren, MacKay & Serritella
330 N. Wabesh Ave. 22nd Fl. IBM Plaza
Chicago, IL 60611-3607
Fax: (312) 840-7900; Email: elesniak@burkelaw.com
*Counsel for : Aviall, Inc.*

**Ira Levee**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
Fax: (973) 597-2401; Email: ilevee@lowenstein.com
*Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Louis W. Levit, P.C.**
Ross & Hardies
150 North Michigan Avenue Suite 2500
Chicago, IL 60601-7567
Fax: (312) 750-8600; Email: louis.levit@rosshardies.com
*Counsel for : IAE International Aero Engines AG*

**Neil Lewis**
Nomura Babcock & Brown Co., Ltd.
8F., Dai-Ichi Edobashi Building 1-11, Nihonbashi, 1-chome chuo-ku
Tokyo 1034027,    Japan
Fax: ; Email: neil@nbb.co.jp
*Counsel for : Nomura Babcock & Brown Co., Ltd*

**Douglas J. Lipke**
Vedder, Price, Kaufman & Kammholz
222 North LaSalle Street
Chicago, IL 60601-7500
Fax: (312) 609-5005; Email: dlipke@vedderprice.com
*Counsel for : UAL Corporation*

**Leslie D. Locke**
Ross & Hardies
150 North Michigan Avenue Suite 2500
Chicago, IL 60601-7567
Fax: (312) 750-8600; Email: leslie.locke@rosshardies.com
*Counsel for : IAE International Aero Engines AG*

**James D. H. Loushin**
Faegre & Benson LLP
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-3901
Fax: (612) 766-1600; Email: jloushin@faegre.com
*Counsel for : Frontier Airlines, Inc.*

**Timothy J. Lynes**
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson, N.W.
Washington, DC 20007
Fax: 2022867070; Email: timothy.lynes@kmzr.com
*Counsel for : Societe Nationale D'Etude et de Construction de Moteurs D'Avision*

**Michael D. Lee**
Schuyler, Roche & Zimer, P.C.
One Prudential Plaza Suite 3600
Chicago, Il 60601
Fax: (312) 565 8300; Email: mlee@srzlaw.com
*Counsel for : Verizon Capital Corporation*
*Walt Disney Pictures & Television*
*Morgan Stanley*
*Intrarock I, LLC*

**David LeMay**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Fax: 6467105112; Email: dlemay@chadbourne.com
*Counsel for : Citibank Privatkundon AG*

**Eve Lettvin**
Hogan & Hartson, LLP
885 Third Ave. Fl. 26
New York, NY 10022
Fax: (212) 918-6100; Email: elettvin@hhlaw.com
*Counsel for : Sherwood Hotels & Resorts Worldwide, Inc.*
*Discover Financial Services*

**James Levine, Chief Legal Counsel**
Air Transportation Stabilization Board
1120 Vermont Ave. Suite 970
Washington, DC 20005
Fax: (202) 622-3420; Email: atsb@do.treas.gov
*Counsel for : Air Transportation Stabilization Board*

**Richard F. Levy**
Jenner & Block, LLC
One IBM Plaza
Chicago, Il 60611-7603
Fax: (312) 923-2748; Email: rlevy@jenner.com
*Counsel for : Miepost Properties - Chicago, LLC*

**Michael C. Li**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201
Fax: 2146635503; Email: michael.li@bakerbotts.com
*Counsel for : Brierley & Partners*

**Bruce E. Lithgow**
Bell, Boyd and Lloyd LLC
70 W. Madison Street Suite 3300
Chicago, IL 60602
Fax: 3128278118; Email: blithgow@bollboyd.com
*Counsel for : Horace Edward Tole*

**Dana J. Lockhart**
Airbus North America Holdings, Inc.
198 Van Buren Street Suite 300
Herndon, VA 22070
Fax: (703) 834-3547; Email: dana.lockhart@airbus.com
*Counsel for : Airbus North America Holdings, Inc.*

**Paul A. Lucey**
Michael Best & Friedrich LLC
100 E. Wisconsin Avenue Suite 3300
Milwaukee, WI 53202
Fax: 4147770656; Email: palucey@mbf-law.com
*Counsel for : Ameriquest Capital Corp.*

**Mark E. Leipold**
Gould & Ratner
222 North LaSalle Street Suite 800
Chicago, IL 60601-1086
Fax: 3123363241; Email: mleipold@gouldratner.com
*Counsel for : U.S. Bank N.A.*

**Heather Lennox**
Jones, Day, Reavis & Pogue
North Point 901 Lakeside Avenue
Cleveland, OH 44114
Fax: (216) 579-0212; Email: jdrpual@jonesday.com
*Counsel for : National Processing Company LLC*
*National City Bank of Kentucky*

**Charles B. Leuin**
Jenkens & Gilchrist
225 W. Washington St. Suite 2600
Chicago, IL 60606
Fax: (312) 425-3909; Email: cleuin@jenkens.com
*Counsel for : International Air Transport Association*

**Sharon L. Levine**
Lowenstein Sandler, PC
65 Livingston Ave.
Roseland, NJ 07068
Fax: (973) 597-2375; Email: slevine@lowenstein.com
*Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Stephen Lew**
Office of the California Attorney General
300 So. Spring Street Suite 1702
Los Angeles, CA 90013-1230
Fax: 2138675775; Email: stephen.lew@doj.ca.gov
*Counsel for : California State Board of Equalization*

**Carolyn Llevers, Asst. Atty. General**
Colorado Department of Revenue
1525 Sherman Street, 5th floor
Denver, CO 80203-1760
Fax: (303) 866-5671; Email: janet.nuckles@state.co.us
*Counsel for : Colorado Department of Revenue*

**Daniel M. Litt**
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526
Fax: 2028670680; Email: littd@dsmo.com
*Counsel for : Allied Capital Corporation*

**Sara E. Lorber**
Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60003
Fax: 3125786686; Email: sara.lorber@hklaw.com
*Counsel for : Gate Gourmet Inc.*
*Gate Safe, Inc.*

**Kevin Lund**
Unit Providence Corporation
1 Fountain Square
Chattanooga, TN 37402
Fax: 4237351671; Email: klund@unumprovident.com
*Counsel for : Unit Providence Corporation*

**John K. Lyons**
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606
Fax: (312) 407-8690; Email: jlyonsch@skadden.com
    Counsel for : US Airways, Inc., MidAtlantic Airways Inc.
    US Airways Group, Inc., US Airways Leasing
    Allegheny Airlines, Inc.
    Material Services Company, Inc.
    Piedmont Airlines, Inc.

**Terry John Malik**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Fax: (312) 558-5700; Email: tmalik@winston.com
    Counsel for : Fleet Capital Leasing; Northwestern Mutual Life
    SBC Capital Services; Sempra Energy
    Bank One Corporation; Metronational Corp
    MerCap Corporation; Salix Maw; SITA
    Pacific Harbor Capital, Inc.

**Lee Marable, Assistant City Attorney**
City & County of Denver
Airport Legal Services - DIA, 201 W. Colfax Ave, Dept. 1108
Denver, CO 80202
Fax: (720) 913-8420; Email: marable@dia.denver.co.us
    Counsel for : City & County of Denver
    Denver International Airport

**Andrew S. Marovitz**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL 60603
Fax: , Email: amarovitz@mayerbrownrowe.com
    Counsel for : UAL Loyalty Services, Inc.

**Renee Martin-Nagle**
Airbus North America Holdings, Inc.
198 Van Buren Street, Suite 300
Herndon, VA 20170
Fax: (703) 834-3627; Email: renee.martinnagle@airbus.com
    Counsel for : Airbus North America Holdings, Inc

**Patrick Matanane**
Bank of New York Western Trust Company
550 Kearney Street Suite 600
San Francisco, CA 04108
Fax: (415) 399-1647; Email: pmatanane@bankofny.com
    Counsel for : Bank of New York Western Trust Company

**James M. McArdle**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602
Fax: (312) 977-4405; Email: jmmcardle@uhlaw.com
    Counsel for : Healthcare Service Corp.
    City & County of San Francisco
    Denver International Airport

**Paul McDonnell, Treasurer and Tax Collector**
County of Riverside
ATTN. Maria O'Neil P.O. Box 12005
Riverside, CA 92502-2205
Fax: 9099553990; Email: moneil@co.riverside.ca.us
    Counsel for : County of Riverside, California

**Joan MacDonald**
Public Resources Corp.
80 Park Plaza, T-22
Newark, NJ 07102-4194
Fax: 97345855689; Email: joan.macdonald@pseg.com
    Counsel for : N054UA

**James M. Malley**
Angelo, Gordon & Co.
245 Park Avenue 26th Floor
New York, NY 10167
Fax: (212) 867-5366; Email: jmalley@angelogordon.com
    Counsel for : Angelo, Gordon & Co

**Ellen D. Marcus**
Debevoise & Plimpton LLP
555 13th Street, N.W. Suite 1100E
Washington, DC 20004
Fax: (202) 383-8118; Email: edmarcus@debevoise.com
    Counsel for : John Hancock Life Insurance Co.

**Matthew M. Martin**
Neal, Gerber & Eisenberg
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
Fax: 3122001747; Email: mmartin@ngelaw.com
    Counsel for : American State Bank
    Heidrick & Struggles International, Inc.
    DiamondCluster International, Inc.
    Dallas/Ft. Worth Int'l, Airport Board
    Sage Parts Plus, Inc.

**Philip V. Martino**
Piper Rudnick
Suite 2000 101 East Kennedy Blvd.
Tampa, FL 33802-5149
Fax: 3126307334; Email: philip.martino@piperrudnick.com
    Counsel for : United as Special Labor Counsel

**Brenda A. Mattar**
Mattar & D'Agostino, LLP
17 Court Street Suite 600
Buffalo, NY 14202
Fax: 7166595814; Email: attorney@m-d-law.com
    Counsel for : Cargo Buffalo c/o Ciminelli Development Co., Inc.

**William McCarron, Jr.**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W. Suite 5500
Washington, DC 20006-1888
Fax: 2028870703; Email: wmccarron@mofo.com
    Counsel for : San Diego County Regional Airport Authority

**C. Luckey McDowell**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201
Fax: 2148509363; Email: luckey.mcdowell@bakerbotts.com
    Counsel for : Brierley & Partners

**Bret A. Maidman**
Lewis and Roca LLP
40 North Central Avenue Suite 1900
Phoenix, AZ 85004-4429
Fax: (602) 734-3825; Email: bmaidman@lrlaw.com
    Counsel for : America West Airlines, Inc

**Jeanie Mar**
Wells Fargo
708 Wilshire Blvd., 17th Fl., MAC: E2818-178
Los Angeles, CA 90017
Fax: (213) 614-3355; Email: jeanie.mar@wellsfargo.com
    Counsel for : Wells Fargo

**Rod D. Margo**
Condon & Forsyth LLP
1901 Avenue of the Stars Suite 1430
Los Angeles, CA 90067-4488
Fax: 3105571290; Email: rmargo@cfla.com
    Counsel for : Air New Zealand, Ltd.

**Phillip D. Martin**
Bank One, NA
1 Bank One Plaza Mail Code IL1-0631
Mail Code IL1-0631
Chicago, IL 60670
Fax: (312) 732-1775; Email: phil_martin@bankone.com
    Counsel for : Bank One

**Waren J. Marwedel**
Marwedel, Minichello & Reeb
10 S. Riverside Plaza, Suite 720
Chicago, IL 60606
Fax: (312) 902-9890; Email: wmarwedel@mmr-law.com
    Counsel for : Chromalloy Gas Turbine Corporation

**Patrick C. Maxcy**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: (312) 876-7934; Email: pmaxcy@sonnenschein.com
    Counsel for : Creditors Committee

**David L. McClenahan**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building 535 Smithfield Street, #1500
Pittsburgh, PA 15222-2312
Fax: (412) 355-6501; Email: dmcclenahan@kl.com
    Counsel for : State Street Bank and Trust Co.

**Timothy S. McFadden**
Lord Bissell & Brook
115 S. LaSalle Street Suites 2600-3600
Chicago, IL 60613
Fax: (312) 443-0336; Email: ponderson@lordbissell.com
    Counsel for : Societe Generale
    Societe Generale, Chicago Branch
    Societe Generale, Tokyo Branch
    Societe Anonyme De Credit AL Industrie Francaise
    Skyteeso 1; Blue Cross Blue Shield of Florida

**Daniel J. McGuire**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: 3123585700; Email: dmcguire@winston.com
*Counsel for : Mizuho Corporate Bank, Ltd.*

**John A. Menke**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112; Email: Nevey.Shannon@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**Kristin T. Mihelic, Esq.**
Fagelhaber LLC
55 E. Monroe  40th Fl.
Chicago, IL  60603
Fax: (312) 782-1826; Email: kmihelic@fagelhaber.com
*Counsel for : Airline Reporting Corp*

**Michael C. Miller**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112; Email: efile@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**Alan K. Mills**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204
Fax: (317) 231-7433; Email: alan.mills@btlaw.com
*Counsel for : Indiana Transportation Finance Authority
Indiana Department of Commerce*

**Nancy A. Mitchell**
Greenberg-Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124508436; Email: mitchelln@gtlaw.com
*Counsel for : City of Chicago*

**Eileen Moran**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ  07102-4194
Fax: 9734583500; Email: eileen.moran@pseg.com
*Counsel for : NRSEUA*

**Kevin G. Mruk**
Bank One
1 Bank One Plaza  Mail Suite IL1-0286  11th Fl.
Chicago, IL  60670
Fax: (312) 732-9753; Email: kevin_g_mruk@bankone.com
*Counsel for : Bank One*

**Gerald F. Munitz**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2190; Email: gfm@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut*

**John F. Murtha**
Woodburn and Wedge
P.O. Box 2311
Reno, NV  89505
Fax: 7758859898; Email: jmurtha@woodburnandwedge.com
*Counsel for : Airport Authority of Washoe County*

**Colleen E. McManus**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1293
Fax: 3122307516; Email: colleen.mcmanus@piperrudnick.com
*Counsel for : Citibank Privatkunden AG*

**Richard M. Meyers**
Albany County Airport Authority
Albany International Airport  Administration Building  Suite 200
Albany, NY  12211-1057
Fax: ; Email: rmeyers@albanyairport.com
*Counsel for : Albany County Airport Authority*

**Lawrence E. Miller**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ  07102-5490
Fax: (973) 643-0111; Email: lmiller@llgm.com
*Counsel for : Wachovia Bank, N.A.
f/k/a First Union National Bank*

**Robert B. Millner**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL  60606
Fax: (312) 876-7934; Email: rmillner@sonnenschein.com
*Counsel for : Creditors' Committee*

**John B. Missing**
Debevoise & Plimpton LLP
555 13th Street, N.W.  Suite 1100E
Washington, DC  20004
Fax: (202) 383-8118; Email: jmissing@debevoise.com
*Counsel for : John Hancock Life Insurance Co.*

**Michael L. Molinaro**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602
Fax: (312) 269-1747; Email: mmolinaro@ngelaw.com
*Counsel for : Anthem Blue Cross and Blue Shield
HMO Colorado*

**John O. Morgan**
Attorney at Law
233 W. Vine Street  Suite 310
Lexington, KY  40507
Fax: 8592530906; Email: court@johnomorganjr.com
*Counsel for : James D. Lyon, Trustee for the Computron, Inc.*

**David Mueller**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL  60606
Fax: 3124310704; Email: dmueller@whummer.com
*Counsel for : Wayne Hummer Investments*

**Nathalie Munzberg**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113; Email: nmunzberg@whitecase.com
*Counsel for : IAE International Aero Engines AG
UFJ Bank Limited, Chicago Branch*

**Robert D. Nachman**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street  Suite 2700
Chicago, IL  60601
Fax: 312/8288415; Email: machman@scgk.com
*Counsel for : Allied Capital Corporation*

**Robert Mead**
Gavin Anderson & Company
220 East 42nd Street  Suite 408
New York, NY  10017
Fax: (212) 515-1969; Email: rmead@gavinanderson.com
*Counsel for :*

**Krohn Micah**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: 3122601747; Email: mkrohn@ngelaw.com
*Counsel for : American State Bank
Heidrick & Struggles International, Inc.
DiamondCluster International, Inc.
Dallas/Ft. Worth Int'l Airport Board
Saga Parts Plus, Inc.*

**Emily A. Miller**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC  20004-1109
Fax: (202) 637-5910; Email: eamiller@hhlaw.com
*Counsel for : Eagle County Air Terminal Corporation*

**Daniel B. Mills**
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL  60606-4673
Fax: ; Email: dmills@pretzel-stouffer.com
*Counsel for : American Airlines, Inc.*

**Donald B. Mitchell**
Smith, Gambrell & Russell, LLP
Promenade II  Suite 3100  1230 Peachtree, NE
Atlanta, GA  30309
Fax: (404) 685-6891; Email: dbmitchell@sgrlaw.com
*Counsel for : American State Bank*

**John J. Monaghan**
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
Fax: 6175236850; Email: jmonaghan@hklaw.com
*Counsel for : Gate Gourmet Inc.*

**Robert J Mrofka**
Schulte, Roth & Zabel
919 Third Ave.
New York, NY  10022
Fax: (212) 593-5955; Email: robert.mrofka@erz.com
*Counsel for : CIT Group*

**D. Patrick Mullarkey**
Internal Revenue Service
Tax Division (DOJ)  P.O. Box 55  Ben Franklin Station
Washington , DC  20044
Fax: (202) 514-5238; Email: northern.unitedartines@usdoj.gov
*Counsel for : Department of Justice - Tax Division*

**Colleen Murphy, Esq.**
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: (617) 542-2241; Email: cmurphy@mintz.com
*Counsel for : Fifth Third Bank, N.A.
HSBC Bank USA*

**Joel Nathan, Assistant United States Attorney**
United States Attorney
Everett M. Dirksen Bldg.  219 S. Dearborn St.  5th Fl.
Chicago, IL  60604
Fax: (312) 353-2067; Email: joel.nathan@usdoj.gov
*Counsel for : United States*

**Don Nathan**
Robinson Lerer & Montgomery
75 Rockefeller Plaza 8th Floor
New York, NY  10019
Fax: 2122563129; Email: dnathan@rlmnet.com
        Counsel for :

**Kimberly L. Nelson**
Hunton & Williams
1751 Pinnacle Drive
McLean, VA  22102
Fax: 7037147419; Email: knelson@hunton.com
        Counsel for : Sabre Inc.

**David A. Newby**
McCarthy Duffy
180 N. LaSalle St. Suite 1400
Chicago, IL  60601
Fax: 3127288383; Email: dnewby@mcdslaw.com
        Counsel for : IBM Corporation
        IBM Credit Corporation
        AMB Property Corporation

**Robert M. Nicoud, Jr.**
Olson Nicoud & Gueck, LLP
2200 Ross Avenue Suite 2525
Dallas, TX  75201
Fax: 2149787301; Email: mnnicoud@dallas-law.com
        Counsel for : AirLiance Materials, LLC

**Lynne B. Nowak**
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
Fax: 6175230860; Email: lxerras@hklaw.com
        Counsel for : Gate Gourmet Inc.

**Eric Oesterle**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934; Email: eoesterle@sonnenschein.com
        Counsel for : Creditors Committee

**Michael A. Olsen**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax : ; Email: molsen@mayerbrownrowe.com
        Counsel for : UAL Loyalty Services, Inc.

**Rosa Orenstein**
Orenstein & Associates, P.C.
325 North Saint Paul Street, Ste. 2340
Dallas, TX  75201
Fax: (214) 767-0080; Email: rorenstein@orensteinlaw.net
        Counsel for : Dallas/Ft. Worth Int'l Airport Board

**Kimberly W. Osenbaugh**
Preston Gates & Ellis LLP
701-5th Avenue, Suite 5000
Seattle, WA  98104-7078
Fax: (206) 623-7022; Email: kimo@prestongates.com
        Counsel for : Maryland Aviation Administration
        Port of Seattle

**Jack Nearing**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 4045725149; Email: jack.nearing@pb.com
        Counsel for : Pitney Bowes Credit Corporation

**Carole Neville**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th Fl.
New York, NY  10020-1089
Fax: (212) 768-6800; Email: cneville@sonnenschein.com
        Counsel for : Official Committee of Unsecured Creditors

**Eric E. Newman**
Meckler Bulger & Tilson
123 North Wacker Drive Suite 1800
Chicago, IL  60606
Fax: 3124747868; Email: eric.newman@mbtlaw.com
        Counsel for : United Retired Pilots Benefit Protection
        Association, an Illinois not-for- profit Corp.

**Daniel Northrop**
Gardner, Carton & Douglas
191 North Wacker Drive Suite 3700
Chicago, IL  60606-1698
Fax: 3126993000; Email: dnorthrop@gcd.com
        Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.
        Diamond Lease (USA), Inc.
        Export Development Canada
        Hamburg Landesbank Grozentrale, Hypovereinsbank
        Hypo Verens Bank

**D. Tyler Nurnberg**
Kaye Scholer, LLP
3 First National Plaza  70 W. Madison St.  Suite 4100
Chicago, IL  60602
Fax: (312) 583-2360; E.mail: tnurnberg@kayescholer.com
        Counsel for : JP Morgan Chase Bank
        Citicorp USA, Inc.

**Andrew J. Olins**
Sugar, Friedberg & Feisenthal
30 North LaSalle St., Suite 3000
Chicago, IL  60602
Fax: (312) 372-7951; Email: aolins@sff-law.com
        Counsel for : Suntrust Bank
        Vanguard Municipal Bond Funds
        Explorer Pipeline Company

**Susan K. Olsen**
Armstrong Teasdale LLP
Metropolitan Square Suite 2600
St. Louis, MO  63102-2740
Fax: 3148215095; Email: solsen@armstrongteasdale.com
        Counsel for : City of St. Louis
        Lambert St. Louis International Airport

**Cynthia Christian Orihuela**
Mission Funding Epsilon
Suite 1/00  18101 Von Karman Avenue
Irvine, CA  92612
Fax: (649) 757-0141; Lmail: cchristian@edcap.com
        Counsel for : Mission Funding Epsilon

**Karen Ostad, Esq.**
Lovells
900 Third Ave.  16th Fl.
New York, NY  10022
Fax: (212) 909 0066; Email: karen.ostad@lovells.com
        Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l

**David M. Neff**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1293
Fax: (312) 630-2758; Email: david.neff@piperrudnick.com
        Counsel for : Marriott International, Inc.

**James D. Newbold**
Office of the Illinois Attorney General
100 West Randolph  Suite 13-222
Chicago, IL  60601
Fax: 3128142540; Email: jnewbold@revenue.state.il.us
        Counsel for : California State Board of Equalization

**Guyanne Nichols**
Brierley & Partners
8401 N. Central Expressway  Suite 1000, LB37
Dallas, TX  75225
Fax: (214) 651-7719; Email: gnichols@brierley.com
        Counsel for : Brierley & Partners

**Shannon L. Novey**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112, Email: novey.shannon@pbgc.gov
        Counsel for : Pension Benefit Guaranty Corporation

**Dennis M. O'Dea**
Heller Ehrman White & McAuliffe
120 W 45th Street
New York, NY  10036-1041
Fax: 2127637800; Email:
        Counsel for : Goodrich Corporation

**Matthew A. Olins**
Katten Muchin Zavis Rosenman
525 West Monroe Street  Suite 1800
Chicago, IL  60661-3693
Fax: 3129021061; Email: matthew.olins@kmzr.com
        Counsel for : Exemistar

**Michael P. O'Neil**
Sommer Barnard Ackerson, PC
One Indiana Square  Suite 3500
Indianapolis, IN  46204
Fax: (317) 263-3871; Email: moneil@sbalawyers.com
        Counsel for : Galileo International

**Neil J. Orleans**
Goins, Underkofler, Crawford & Langdon
1201 Elm St. Suite 4800
Dallas, TX  75270
Fax: (214) 969-5902; Email: neilo@gucl.com
        Counsel for : Aviall, Inc.

**Kenneth J. Ottaviano**
Katten, Muchin, Zavis & Rosenman
Suite 1800  525 W. Monroe
Chicago, IL  60661
Fax: (312) 902-1061; Email: kenneth.ottaviano@kmzr.com
        Counsel for : HypoVereinsbank

**Merritt A. Pardini**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: (212) 940-8776; Email: merritt.pardini@kmzr.com
    *Counsel for : HypoVereinsbank*

**Christopher W. Parker**
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA  02110
Fax: 6174899656; Email: cparker@rubinrudman.com
    *Counsel for : Tufts Associated Health Maintenance Org., Inc.*

**Donald C. Pasulka**
Ross & Hardies
150 North Michigan Avenue  Suite 2500
Chicago, IL  60601-7567
Fax: (312) 750-8600; Email: donald.pasulka@rosshardies.com
    *Counsel for : IAE International Aero Engines AG*

**David C. Petersen**
City of Austin
Department of Aviation  114 West 7th Street, Fifth Floor
Austin, TX  78701
Fax: (512) 974-2914;  Email: david.petersen@ci.austin.tx_us
    *Counsel for : City of Austin Dept. of Aviation*

**Gregory M. Petrick**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: gregory.petrick@cwt.com
    *Counsel for : KBC Bank NV, Dresdner Bank AG New York,
    Landesbank Schleswig-Holstein, Bank Hapoalim,
    Bayerische Hypo-Undvereinsbank,
    Norddeutsche Landesbank, Sumitomo Trust, and
    Raiffeisen Zentralbank, Mitsubishi Trust Corp*

**Joan E. Pilver**
Office of the Attorney General
55 Elm Street  5th Floor  P O  Box 120
Hartford, CT  06141-0120
Fax: (860) 808-5383; Email: joan.pilver@PO.STATE.CT.US
    *Counsel for : State of Connecticut, Dept. of Rev.*

**David Poitras**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL  60606
Fax: 3124910704;  Email: dpoitras@whummer.com
    *Counsel for : Wayne Hummer Investments*

**David M. Posner**
Hogan & Hartson, LLP
551 Fifth Ave.
New York, NY  10176
Fax: (212) 907-9888;  Email: dmposner@hhlaw.com
    *Counsel for : Discover Financial Services
    Starwood Hotels & Resorts Worldwide, Inc.*

**Matthew F. Prewitt**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124566435;  Email: prewittm@gtlaw.com
    *Counsel for : City of Chicago*

**James A. Pardo, Jr.**
King & Spalding LLP
191 Peachtree Street, N.E.  49th Floor
Atlanta, GA  30303
Fax: 4045725149;  Email: jpardo@kslaw.com
    *Counsel for : Pitney Bowes Credit Corporation*

**Joel C. Paschke**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL  60606-1229
Fax: 3122012556;  Email: paschke@wildmanharrold.com
    *Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Robert Paul**
FTI Consulting, Inc.
125 E. John Carpenter Freeway
Irving, TX  75062
Fax: (214) 754-7921;  Email: robert.paul@fticonsulting.com
    *Counsel for : FTI Consulting, Inc.*

**Ronald R. Petersen**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: 3125220484;  Email: rpetersen@jenner.com
    *Counsel for : BA Leasing Parties*

**Diane M. Pezanoski**
Deputy Corporation Counsel
City of Chicago  30 North LaSalle Street  Room 900
Chicago, IL  60602
Fax: (312) 744-6798; Email: dpezanoski@cityofchicago.org
    *Counsel for : City of Chicago*

**Alex Pirogovsky**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405;  Email: apirogovsky@uhlaw.com
    *Counsel for : Healthcare Service Corp.
    City & County of San Francisco
    Denver International Airport*

**Salvatore Polletta**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039204099;  Email: salvatore.polletta@pb.com
    *Counsel for : Pitney Bowes Credit Corporation*

**Paul V. Possinger**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 923-2729;  Email: ppossinger@jenner.com
    *Counsel for : General Electric Capital Corporation
    and certain of its affiliates*

**Daniel B. Prieto**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL  60601
Fax: (312) 782-8585; Email: ldrpual@jonesday.com
    *Counsel for : National Processing Company LLC
    National City Bank of Kentucky*

**Ernie Z. Park**
Bewley Lassleben & Miller LLP
13215 E. Penn Street  Suite 510
Whittier, CA  90602-1797
Fax: 7149046131;  Email: ernie.park@bewleylaw.com
    *Counsel for : Irvine Company*

**Kendra Pasek**
United Air Lines, Inc.
WHQPO  1200 East Algonquin Road
Elk Grove Village, IL  60007
Fax: ;  Email: kendra.pasek@ual.com
    *Counsel for : UAL Corporation*

**Richard J. Pellicelo, Esq.**
Schnader Harrison Segal & Lewis LLP
140 Broadway  Suite 3100
New York, NY  10005-1101
Fax: (212) 972-8798;  Email: RPellicelo@Schnader.com
    *Counsel for : C.I.T. Leasing*

**Bart  Peterson, Mayor**
City of Indianapolis
200 East Washington St.  Rm 2501
Indianapolis, IN  46204
Fax: (317) 327-3980;  Email: rabames@indygov.org
    *Counsel for : City of Indianapolis*

**Andrew F. Pierce**
Pierce & Shearer LLP
2485 E. Bayshore Road  Suite 403
Palo Alto, CA  94303
Fax: ;  Email:
    *Counsel for : Bredslie C. Thomas*

**Thomas E. Pitts, Jr.**
Sidley, Austin, Brown & Wood LLP
787 Seventh Ave.
New York, NY  10019
Fax: 2128360599;  Email: tpitts@sidley.com
    *Counsel for : Boeing Company
    Boeing Capital Corp.*

**Alan W. Pope**
Moore & Van Allen PLLC
Bank of America Corporate Center  100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
Fax: 7043311159;  Email: alanpope@mvalaw.com
    *Counsel for : KeyCorp Leasing, Ltd.*

**James Poyner**
Poyner Baxter
Lonsdale Quay Plaza  406-145 Chadwick Court
North Vancouver,  BC  V7M 3K1  Canada
Fax: ;  Email: poyner.baxter@telus.net
    *Counsel for : Always Travel, Inc.
    Highbourne Enterprises, Inc.
    Canadian Standard Travel Agent Registry*

**Rachel Pusey**
Dolan Law Firm
333 Pine Street  4th Floor
San Francisco, CA  94104
Fax: 4154212630;  Email: rachel@dellaw.com
    *Counsel for : Kenneth Scott Justel*

**Shabana N. Qaiser**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: 2126071558; Email: squaiser@cm-p.com
*Counsel for - Air Transportation Stabilization Board*

**Ivan A. Ramos, Assistant Corporation Counsel**
City of Hartford
Office of the Corporation Counsel  550 Main Street
Hartford, CT  06103
Fax: ; Email: kaufman@ci.hartford.ct.us
*Counsel for: City of Hartford, Connecticut*

**Dennis Raterink**
Department of Attorney General
Workers' Compensation Division  P.O. Box 30217
Lansing, MI  48909
Fax: (517) 335-4876; Email: raterinkd@michigan.gov
*Counsel for - State of Mich., Self-Insurers' Sec.Fund*
*State of Mich., Funds Administration*

**Sheree Reinbach, Esq.**
Arent Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway  25th Floor
New York, NY  10019
Fax: (212) 484-3990; Email: dubrowdi@arentfox.com
*Counsel for: Sunburst Bank*
*Vanguard Municipal Bond Funds*

**Christopher L. Rexroat**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: clrexroat@uhlaw.com
*Counsel for - Healthcare Service Corp.*
*City & County of San Francisco*
*Denver International Airport*

**David   Roberts, Executive Director**
Indianapolis Airport Authority
2500 South High School Road  Box 100
Indianapolis, IN  46241
Fax: (317) 487-5034; Email: droberts@iaaa.com
*Counsel for - Indianapolis Airport Authority*

**Martha E. Romero**
Romero Law Firm
7743 South Painter Avenue  Suite E
Whittier, CA  90602
Fax: 5629079920; Email: romero@dalextreme.com
*Counsel for - County of San Bernardino*

**Risa M. Rosenberg**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: (212) 822-5148; Email: rosenberg@milbank.com
*Counsel for : BNP Paribas; Credit Agricole Indosuez S.A.*
*Diamond Lease (USA), Inc.*
*Export Development Canada*
*Hamburg Landesbank Girozentrale, Hypovereinsbank*
*Luxembourg Societe Anonyme, et al.*

**Dennis E. Quaid, Esq.**
Fagelhaber LLC
55 E. Monroe  40th FL
Chicago, IL  60603
Fax: (312) 782-1808, Email: dquaid@fagelhaber.com
*Counsel for : Airline Reporting Corp.*
*San Diego County Regional Airport Authority*

**Tonya Ramsey**
Vinson & Elkins LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: (214) 220-7716; Email: tramsey@velaw.com
*Counsel for : Dallas/Ft. Worth Int'l Airport Board*

**Carrie Marie Raver**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: craver@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: (212) 697-1559; Email: bankruptcy@cm-p.com
*Counsel for: Air Transportation Stabilization Board*

**Robert E. Richards**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL  60606
Fax: (312) 876-7934; Email: rer@sonnenschein.com
*Counsel for : Creditors Committee*

**Terri A. Roberts, Deputy County Attorney**
Pima County, Arizona
32 N. Stone  Suite 2100
Tucson, AZ  85701
Fax: 5200200556i; Email:
*Counsel for : Pima County, Arizona*

**Jack J. Rose**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113; Email: jrose@whitecase.com
*Counsel for : Aircraft Finance Parties*
*Societe General*
*UFJ Bank Limited, Chicago Branch*
*Rolus Aircraft Interior Systems, Inc.*

**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY  10022-4802
Fax: (212) 751-4864; Email: robert.rosenberg@lw.com
*Counsel for : AOL Time Warner, Inc.*

**Narayan Raj**
Delaware Bay Company, Inc
650 Fifth Avenue  22nd Floor
New York, NY  10019
Fax: (212) 204-8510; Email: nnarayan@dalbay.com
*Counsel for : Delaware Bay Company, Inc.*

**Paul L. Ratelle**
Fabyanske, Westra & Hart
920 Second Avenue South  Suite 1100
Minneapolis, MN  55402
Fax: (612) 338-3857; Email: pratelle@fwhlaw.com
*Counsel for: Bremer Business Finance Corporation*

**Craig E. Reimer**
Mayer Brown Rowe & Maw LLP
190 South LaSalle
Chicago, IL  60603
Fax: 3127017711; Email: creimer@mayerbrownrowe.com
*Counsel for : Glenn F. Tilton*

**Paul H. Repp**
Verizon Capital Corp.
245 Park Avenue  40th Floor
New York, NY  10167
Fax: (212) 557-4571; Email: paul.h.repp@verizon.com
*Counsel for : Verizon Capital Corporation*

**Peter J. Roberts**
D'Ancona & Pflaum
111 E. Wacker Dr., Suite 2800
Chicago, IL  60601
Fax: (312) 602-3000; Email: proberts@dancona.com
*Counsel for : Ad Hoc Committee of Noteholders*

**William J. Rochelle, III**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: (212) 318-3400; Email: wrochelle@fulbright.com
*Counsel for : BNY Capital Resources Corp.*
*BNY Capital Funding LLC*
*certain affiliates of ORIX Corp.*
*certain affiliates of Fuyo General Lease Co.*

**Jack Rose**
Salans
620 Fifth Avenue
New York, NY  10020
Fax: 2128325555; Email: jrose@salans.com
*Counsel for : Credit Lyonnais, et al.*

**Andrew S. Rosenman**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: arosenman@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**David A. Rosenzweig, Esq.**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: (212) 318-3400;  Email: drosenzweig@fulbright.com
*Counsel for : BNY Capital Resources Corp.*
*BNY Capital Funding LLC*
*ORIX*
*Fuyo General Lease Company*

**David E. Runck**
Oppenheimer Wolff & Donnelly LLP
Plaza VII  Suite 3300  45 South Seventh Street
Minneapolis, MN  55402
Fax: 6126577100;  Email: drunck@oppenheimer.com
*Counsel for : Navitaire, Inc.*

**Peter D. Rutherford**
Verizon Capital Corp
245 Park Avenue  40th Floor
New York, NY  10167
Fax: (212) 557-4577,  Email: peter.d.rutherford@verizon.com
*Counsel for : Verizon Capital Corporation*

**Timothy J. Sandell**
US Bank National Association
180 E. 5th Street  4th Floor  Mail Station; EP-MN-T4CT
St. Paul, MN  55101
Fax: (651) 244-5847;  Email: timothy.sandell@usbank.com
*Counsel for : US Bank National Association*

**Andrew O. Schiff, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102
Fax: (215) 568-6603;  Email: aschiff@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Peter J. Schmidt**
Rooks Pitts
10 South Wacker Drive  Suite 2300
Chicago, IL  60606
Fax: 8990080330;  Email:
*Counsel for : John D. Steuart*
*John H. Follmer*
*Layton S. Han*
*Craig S. Stevens*

**Jeffrey M. Schwartz**
Gardner, Carton & Douglas
321 North Clark St., Suite 3400
Chicago, IL  60610
Fax: (312) 644-3381;  Email: jschwartz@god.com
*Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.*
*Diamond Lease (USA), Inc.*
*Export Development Canada*
*Hamburg Landesbank Girozentrale, Hypovereinsbank*
*Luxembourg Societe Anonyme, et al.*

**Stephen Searl**
Sidley, Austin, Brown & Wood LLP
787 Seventh Avenue
New York, NY  10019
Fax: (212) 839-5599;  Email:
*Counsel for : Boeing Company*
*Boeing Capital Corp. and their affiliates*

**Robert A. Seltzer**
Cornfield & Feldman
25 E. Washington St.  Suite 1400
Chicago, IL  60602
Fax: (312) 236-6899;  Email: rseltzer@cornfieldandfeldman.com
*Counsel for : Association of Flight Attendants*

**Ryan Routh**
Jones, Day, Reavis & Pogue
North Point  901 Lakeside Avenue
Cleveland, OH  44114
Fax: (216) 579-0212;  Email: rrouth@jonesday.com
*Counsel for : National Processing Company LLC*
*National City Bank of Kentucky*

**Michael C. Rupe**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 527-0484;  Email: mrupe@jenner.com
*Counsel for : General Electric Capital Corporation*
*General Electric affiliates*

**Dennis M. Ryan**
Faegre & Benson LLP
2200 Wells Fargo Center
Minneapolis, MN  55402-3901
Fax: (612) 766-1600;  Email: dryan@faegre.com
*Counsel for : Frontier Airlines, Inc.*

**Robert G. Sanker**
Keating, Muething & Klekamp, PLL
1400 Provident Tower  One East Fourth Street
Cincinnati, OH  45202
Fax: 5135798457;  Email: rsanker@kmklaw.com
*Counsel for : SMB Acquisition, Inc.*

**Kelly Schmidt**
Hamilton-Sundstrand
4747 Harrison Avenue  Mail Stop 214-6
Rockford, IL  61108
Fax: 8152282695;  Email: kelly.schmidt@hs.utc.com
*Counsel for : Hamilton-Sundstrand*

**S. Robert Schrager**
Bundy & Schkaa LLP
60 East 42nd Street
New York, NY  10165
Fax: (212) 972-1677;  Email: rschrager@buckleus.com
*Counsel for : Chromalloy Gas Turbine Corporation*

**Michael A. Scodro**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle St.
Chicago, IL  60603
Fax: ;  Email: mscodro@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Jay A. Selcov, Esq.**
The Port Authority of NY & NJ
Office of Milton H  Pachter  Law Department  225 Park Ave. South, 13th F
New York, NY  10003
Fax: (212) 435-3544;  Email: jselcov@panynj.gov
*Counsel for : Port Authority of NY & NJ*

**Scott A. Shall**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC  20004 1109
Fax: (202) 637-5910;  Email:
*Counsel for : Eagle County Air Terminal Corporation*

**Sharon L. Royer, UC Tax Agent/Bankruptcy Repres**
Commonwealth of Pennsylvania DOLI
Harrisburg Bankruptcy & Compliance  11/1 S Cameron St.  Rm 312
Harrisburg, PA  17104-2513
Fax: 7177720873;  Email: jshurry@state.pa.us
*Counsel for : Bureau of Employer Tax Operations (BETO)*
*Department of Labor and Industry*
*Commonwealth of Pennsylvania*

**Allyson B. Russo**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street  Suite 2600
Chicago, IL  60601-1003
Fax: 3120095006;  Email: arusso@vedderprice.com
*Counsel for : UAL Corp.*

**Thomas J. Salerno**
Squire, Sanders & Dempsey LLP
Two Renaissance Square  40 North Central Avenue  Suite 2700
Phoenix, AZ  85004-4498
Fax: ;  Email: tsalerno@ssd.com
*Counsel for : Sky Mall*

**Robert H. Scheibe**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-9001;  Email: rscheibe@morganlewis.com
*Counsel for : JP Morgan Chase Bank*
*Citibank USA, Inc.*
*Citicorp USA, Inc.*

**Kimberly Schmidt**
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Fax: 4045725148;  Email: kschmidt@kslaw.com
*Counsel for : Pitney Bowes Credit Corporation*

**Charles P. Schulman**
Sachnoff & Weaver, Ltd.
30 Wacker Drive  29th Floor
Chicago, IL  60606
Fax: (312) 207-6400;  Email: cschulman@sachnoff.com
*Counsel for : AT&T*

**Sean T. Scott, Esq.**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle St.
Chicago, IL  60603
Fax: (312) 701-7711;  Email: stscott@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**David R. Seligman**
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL  60601
Fax: (312) 861-2200;  Email: david_seligman@kirkland.com
*Counsel for : UAL Corporation*

**Michael Shannon, Case Manager**
The Travelers Insurance Company
One Tower Square
Hartford, CT  06183
Fax: (860) 277-2166;  Email: mshannon@travelers.com
*Counsel for : Travelers Indemnity Company*
*Aetna Casualty and Surety Company*

**Keith J. Shapiro**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL 60601
Fax: (312) 456-8435; Email: shapirok@gtlaw.com
*Counsel for : City of Chicago*

**Leslie Shigaki**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
Fax: 2126861500; Email: lshigaki@pillsburywinthrop.com
*Counsel for : Verwaltungsgesellschaft MBH & Co. et al*
*Otto Lilenthal*
*PBG Capital Partners LLC*
*Mitsui & Co. (USA), Inc.*
*Cooperatieve Centrale Raiffeisen-Boerenleenbank*

**Carren Shulman**
Heller Ehrman White & McAuliffe
120 West 45th Street
New York, NY 10036
Fax: ; Email: cshulman@hewm.com
*Counsel for : Goodrich Corporation*

**Mayer Silber**
SB/SE Counsel, IRS
200 W. Adams St. Suite 2300
Chicago, IL 60606-5208
Fax: (312) 886-9244; Email: mayer.y.silber@irscounsel.treas.gov
*Counsel for : Internal Revenue Service*

**Bruce H. Simon**
Cohen, Weiss and Simon LLP
330 West 42nd Street 25th Floor
New York, NY 10036-6976
Fax: (646) 473-8231; Email: bsimon@cwsny.com
*Counsel for : ALPA*

**Gigi G. Skipper, General Counsel, Legal Affairs De**
Hillsborough County Aviation Authority
Tampa International Airport P.O. Box 22287
Tampa, FL 33622
Fax: 8138707888; Email: gskipper@tampaairport.com
*Counsel for : Hillsborough County Aviation Auth of Tampa, FL*

**Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019-5389
Fax: (212) 424-8500; Email: esmith@llgm.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**Michael W. Smith**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Fax: (212) 354-8113; Email: msmith@whitecase.com
*Counsel for : IAE International Aero Engines AG*

**Lawrence K. Snider, Esq.**
Mayer Brown Rowe & Maw LLP
190 S. La Salle St.
Chicago, IL 60603-3441
Fax: (312) 701-7711; Email: lsnider@mayerbrownrowe.com
*Counsel for : Philip Morris Capital Corp.*
*General Foods Credit Investors No. 3 Corp.*

---

**Christopher T. Sheean**
Kelley, Drye & Warren, LLP
333 West Wacker Drive
Chicago, IL 60606
Fax: (312) 857-7095, Email: csheean@kelleydrye.com
*Counsel for : Pension Benefit Guaranty Corporation*

**Mark Shinderman**
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
Fax: (213) 683-4019; Email: shindermanm@mto.com
*Counsel for : Mission Funding Epsilon*

**Mike Sigal, Jr.**
Simpson, Thatcher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
Fax: (212) 455-2502; Email: msigal@stblaw.com
*Counsel for : Airbus North America Holdings, Inc.*

**Adam P. Silverman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd, Suite 1050
Chicago, IL 60604
Fax: 3124361050; Email: aps@agmb.com
*Counsel for : Mitsui & Co. Ltd.; Sumitomo Corp.*
*Verwaltungsgesellschaft MBH & Co. et al.*
*Mitsui & Co. International (Europe)*
*Marubeni America Corporation, UGT Komisl*
*Wells Fargo Bank Northwest, NA*

**Paul S. Singerman**
Berger Singerman, P.A.
200 S. Biscayne Blvd. Suite 1000
Miami, FL 33131
Fax: (305) 714-4340; Email: singerman@bergersingerman.com
*Counsel for : Timco Aviation Services, Inc*

**Carol A. Slocum, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA 19102
Fax: (856) 486-4875; Email: cslocum@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Gerald K. Smith**
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ 85004-4429
Fax: (602) 734-3834; Email: gsmith@lrlaw.com
*Counsel for : Alaska Airlines, Inc*

**Thomas C. Smith**
Ice Miller
135 S. LaSalle St. Suite 4100
Chicago, IL 60603
Fax: (312) 641-8283; Email: tom.smith@icemiller.com
*Counsel for : Indianapolis Airport Authority*
*Citizens Gas & Coke Utility*

**Elizabeth Sobek**
Field & Golan
Three First National Plaza 70 West Madison, Suite 1900
Chicago, IL 60602-4206
Fax: (312) 263-0939; Email: esobek@fieldgolan.com
*Counsel for : UAL ESOP*

---

**Beverly H. Shideler**
IBM Corporation
2707 Butterfield Road
Oakbrook, IL 60523
Fax: (888) 469-4581; Email: bhshide@us.ibm.com
*Counsel for : IBM Corporation*

**J. Christopher Shore**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: 2123548113; Email: cshore@whitecase.com
*Counsel for : Societe General*

**Thomas P. Silber**
Miami-Dade County Attorney's Office
Assistant County Attorney's Office P.O. Box 592075 AMF
Miami, FL 33159
Fax: 3053787294; Email: tabbott@miami-airport.com
*Counsel for : Miami-Dade County, Florida*

**Jack A. Simms, Esq.**
Baker & McKenzie
One Prudential Plaza 130 E. Randolph St.
Chicago, IL 60601
Fax: (312) 861-2988; Email: jack.a.simms@bakernet.com
*Counsel for : Orissen Services, Inc.*

**Will S. Skinner**
Condon & Forsyth LLP
1801 Avenue of the Stars Suite 1450
Los Angeles, CA 90067-4480
Fax: 3105671209; Email: wskinner@cflo.com
*Counsel for : Air New Zealand, Ltd.*

**Tracy Smith**
Atlantic Coast Airlines
45200 Business Ct.
Dulles, VA 20166-9102
Fax: (703) 650-6208; Email: tracy_smith@acaicorp.com
*Counsel for : Atlantic Coast Airlines*

**William P. Smith**
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Fax: (312) 984-7700; Email: wsmith@mwe.com
*Counsel for : Bank of New York*

**Youssef Sneifer**
Davis Wright Tremaine LLP
2600 Century Square 1501 Fourth Avenue
Seattle, WA 98101-1688
Fax: (206) 628-7699; Email: youssefsneifer@dwt.com
*Counsel for : Microsoft Corporation*
*MSLI, GP*

**Steven C. Solazzo**
Carpenter, Bennett & Morrissey
3 Gateway Center
Newark, NJ 07102
Fax: 9738225314; Email: ssolazzo@carpben.com
*Counsel for : New Jersey Self Insurers Guaranty Assn.*

---

**Beth Solomon, Esq.**
Discover Financial Services, Inc.
2500 Lake Cook Rd.
Riverwood, IL 60015
Fax: (847) 405-4972; Email: bethsolomon@discoverfinancial.com
Counsel for : Discover Financial Services

**Alan P. Solow**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St., Suite 3700
Chicago, IL 60603
Fax: (312) 332-2196; Email: alan.solow@goldbergkohn.com
Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut

**James H. Sprayregen, Esq.**
Kirkland & Ellis
200 E. Randolph Drive Suite 5500
Chicago, IL 60601
Fax: (312) 861-2200; Email: james_sprayregen@chicago.kirkland.com
Counsel for : UAL Corporation

**Karen J. Stapleton**
County of Loudoun, Virginia
One Harrison Street, S.E., 5th floor
Leesburg, VA 20175
Fax: (703) 771-5025; Email: kstaplet@loudoun.gov
Counsel for : County of Loudoun, Virginia

**Randolph J. Stierer**
Fifth Third Bank
38 Fountain Square Plaza MD10AT60
Cincinnati, OH 45263
Fax: (513) 534-6785; Email: randy.stierer@53.com
Counsel for : Indianapolis Airport Authority

**H. Rey Stroube, III**
Akin Gump Strauss Hauer & Feld LLP
711 Louisiana Room 1900
Houston, TX 77002
Fax: (713) 236-0822; Email: rstroube@akingump.com
Counsel for :
Ad Hoc Committee of ETC and EETC Holders

**Ronald R. Sussman**
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036
Fax: (212) 479-6275; Email: rsussman@kronishlieb.com
Counsel for : UAL ESOP

**Gregg E. Szilagyi**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602
Fax: (312) 977-4405; Email: geszilagyi@uhlaw.com
Counsel for : Denver International Airport
City & County of San Francisco
Healthcare Service Corp

**Esther E. Tryban Telser**
City of Chicago - Department of Law
30 N. LaSalle, Room 900
Chicago, IL 60602
Fax: (312) 744-6798; Email: ettybantelser@cityofchicago.org
Counsel for : City of Chicago

**Sheldon L. Solow**
Kaye Scholer, LLP
Three First National Plaza 70 W. Madison St. Suite 4100
Chicago, IL 60602
Fax: (312) 583-2360; Email: ssolow@kayescholer.com
Counsel for : JP Morgan Chase Bank
Citicorp USA, Inc.

**Randye B. Soref**
Buchalter, Nemmer, Fields & Younger
601 S. Figueroa St. Suite 2400
Los Angeles, CA 90017
Fax: 2138600400; Email: rsoref@buchalter.com
Counsel for : Cathay Bank
General Bank

**Nicolas P. Stable**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10011
Fax: 2123548113; Email: nstable@whitecase.com
Counsel for : Societe General

**Catherine Steege**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
Fax: (312) 840-7352; Email: csteege@jenner.com
Counsel for : AT&T Credit Holdings, Inc., et al.
Credit Lyonnais, et al.
UFJ Bank Limited, et al.
WestLB AG; KBC Bank NB
JI, Miami Lease Co., Ltd., et al

**Dirk Stock**
Transamerica Aviation LLC
5080 Spectrum Drive Suite 1100 West
Addison, TX 75001
Fax: ; Email: dirk.stock@transamerica.com
Counsel for : Transamerica Aviation LLC

**Daphnee Surpris**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas 24th floor
New York, NY 10020
Fax: (212) 768-6800; Email: dsurpris@sonnenschein.com
Counsel for : Official Committee of Unsecured Creditors

**Andrew W. Swain, Assistant Attorney General**
Colorado Attorney General's Office
Colorado Dept. of Local Affairs 1525 Sherman Street, 5th floor
Denver, CO 80203-1760
Fax: (303) 866-5671; Email: andrew.swain@state.co.us
Counsel for : Colorado Department of Local Affairs,
Property Tax Division

**Samuel J. Teele**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
Fax: (973) 597-2347; Email: steele@lowenstein.com
Counsel for : IAM

**Howard L. Teplinsky**
Seidler & McErlean
One N Wacker Drive Suite 4125
Chicago, IL 60606
Fax: 3125160708; Email: hteplinsky@smentech.net
Counsel for : Debtor's 1990 V Equipment Trust

**Michael B. Solow**
Kaye Scholer, LLP
3 First National Plaza, Suite 4100 70 West Madison Street
Chicago, IL 60602
Fax: (312) 583-2360; Email: msolow@kayescholer.com
Counsel for : JP Morgan Chase Bank
Citicorp USA, Inc.

**James Spiotto**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL 60603
Fax: (312) 701-2361; Email: spiotto@chapman.com
Counsel for : Wells Fargo
Pacific Investment Management Co
Teams Asset Management Co. LLC
Metropolitan Washington Airport Authority

**Anthony G. Stamato, Esq.**
Baker & McKenzie
One Prudential Plaza 130 E. Randolph Street
Chicago, IL 60601
Fax: (312) 861-2899; Email: anthony.g.stamato@bakernet.com
Counsel for : Diversen Services, Inc.

**Michael R. Stewart**
Faegre & Benson LLP
2200 Wells Fargo Center 90 S. Seventh St.
Minneapolis, MN 55492-3901
Fax: (612) 766-1600; Email: mstewart@faegre.com
Counsel for : US Bancorp Equipment Finance, Inc.

**Merrill Stone**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 808-7897; Email: MStone@KelleyDrye.com
Counsel for : Pension Benefit Guaranty Corporation

**Cynthia Surrisi**
Piper Rudnick
1300 Corporate Curve Suite 325
Eagan, MN 55121-1200
Fax: 6514640869; Email: cynthia.surrisi@piperrudnick.com
Counsel for :

**Sidney K. Swinson**
Gable & Gotwals
1100 ONEOK Plaza 100 W. Fifth Street
Tulsa, OK 74103-4217
Fax: 9185954990; Email: sswinson@gablelaw.com
Counsel for : Explorer Pipeline Company

**Jay Teitelbaum**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178
Fax: (212) 309-6001; Email: jteitelbaum@morganlewis.com
Counsel for : JP Morgan Chase Bank
Citibank USA, Inc.
Citicorp USA, Inc.

**Brigitte Thieme**
West LB AG
1211 Avenue of the Americas
New York, NY 10036
Fax: 2125075419; Email: brigitte_thieme@westlb.com
Counsel for : WestLB AG

**Mark K. Thomas**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 368-3092; Email: mthomas@jenner.com
    Counsel for : GECC

**Pia Thompson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3126787934; Email: pthompson@sonnenschein.com
    Counsel for : Creditors Committee

**Deborah L. Thorne**
Barnes & Thornburg
One North Wacker Drive  Suite 4400
Chicago, IL  60606
Fax: (312) 759-5646; Email: deborah.thorne@btlaw.com
    Counsel for : Indiana Department of Commerce
        Indiana Transportation Finance Authority

**Franklin H. Top, III**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361; Email: specils@chapman.com
    Counsel for : Wells Fargo
        Pacific Investment Management Co.
        Resms Asset Management Co. LLC
        Metropolitan Washington Airport Authority

**Katherine A. Traxler**
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street  25th Floor
Los Angeles, CA  90071-2228
Fax: 2136270705; Email: katietraxler@paulhastings.com
    Counsel for : UAL Corp.

**Linda Tulloch**
Credit Lyonnais
1301 Avenue of the Americas
New York, NY  10019-6022
Fax: (212) 261-3269; Email: linda.tulloch@clemerices.com
    Counsel for : Credit Lyonnais, et al.

**James D. Tussing**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: 2123163400; Email: jtussing@fulbright.com
    Counsel for : Mizuho Corporate Bank, Ltd.
        NIB Capital Bank, N.V.
        ORIX
        Fuyo General Lease Company
        BNY Capital Funding LLC

**James Varsel**
International Association of Machinists
9000 Machinists Place
9000 Machinists Place  Suite 118-B
Upper Marlboro, MD  20772
Fax: (301) 967-4591; Email: jvarsel@iamaw.org
    Counsel for : IAM

**John J. Voorhees, Jr.**
Meyer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 701-7711; Email: jvoorhees@mayerbrownrowe.com
    Counsel for : Union Bank of California

**Shirley Thomas**
AT&T
55 Corporate Drive  24A82
Bridgewater, NJ  08807-0000
Fax: (908) 658-2128, Email: thomass@ems.att.com
    Counsel for : AT&T

**Scott Thompson**
Galileo International
1 Campus Drive
Parsippany, NJ  07054
Fax: (973) 496-7001; Email: scott.thompson@cendant.com
    Counsel for : Galileo International

**Richard S. Toder**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001; Email: rtoder@morganlewis.com
    Counsel for : DIP - JP Morgan Chase

**Jason M. Torf, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700; Email: jturf@schiffhardin.com
    Counsel for : Pratt & Whitney
        Hamilton Sundstrand Corporation
        Crew Marketing

**Dyca Tricoche**
City of Atlanta
Suite 4100, City Hall Tower  68 Mitchell Street, S.W.
Atlanta, GA  30335-0332
Fax: 4048587040; Email: dtricoche@ci.atlanta.ga.us
    Counsel for : City of Atlanta

**Stephen M. Tumblin**
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building  136 S. Main St
Salt Lake City, UT  84101
Fax: (801) 359-8256; Email: sturmblin@llgm.com
    Counsel for : SkyWest, Inc.

**Samina Uddin**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: (212) 822-5241; Email: suddin@milbank.com
    Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.
        Diamond Lease (USA), Inc.
        Export Development Canada
        Hamburg Landesbank Girozentrale, Hypovereinsbank
        Luxembourg Societe Anonyms, et al.

**Daniel J. Voelker**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606-6677
Fax: 3123808573; Email: dvoelker@freebornpeters.com
    Counsel for : OurHouse, Inc.

**Diane E. Vuocolo**
Duane Morris, LLC
One Liberty Place
Philadelphia, PA  19103-7396
Fax: 2159791020; Email: vuocolo@duanemorris.com
    Counsel for : Bank of Hawaii

**Patricia Thomas**
Department of Transportation
Airline Center Fitness Division, X-56  400 Seventh St., SW Room 6401
Washington, DC  20590
Fax: (202) 366-7638; Email: patti.thomas@ost.dot.gov
    Counsel for : Department of Transportation

**John C. Thomure, Jr.**
Michael Best & Friedrich LLC
100 E. Wisconsin Avenue  Suite 3300
Milwaukee, WI  53202
Fax: 4142770656; Email: jcthomure@mbf-law.com
    Counsel for : Ameriquest Capital Corp.

**L. Judson Todhunter**
Defrees & Fiske
200 South Michigan Avenue  Suite 1100
Chicago, IL  60604
Fax: 3129366417; Email: ljt@defrees.com
    Counsel for : City & County of Denver

**Donna P. Touzalin**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: (312) 360-8696; Email: dtouzalin@ngelaw.com
    Counsel for : ORIX
        Fuyo General Lease Company
        BNY Capital Funding LLC
        Hedrick & Struggles International, Inc.
        American State Bank

**Paul D. Trinkoff**
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD  21202
Fax: 4103863700; Email: ptrinkoff@milesstockbridge.com
    Counsel for : Trans States Airlines, Inc.

**Steve Turner, Esq.**
McGinnis, Lochridge & Kilgore, LLP
919 Congress Avenue  Suite 1300
Austin, TX  78701
Fax: (512) 495-6093; Email: sturner@mcginnislaw.com
    Counsel for : Prologis

**Craig H. Ulman**
Hogan & Hartson, LLP
555 13th St., NW
Washington, DC  20004-1100
Fax: (202) 637-5910; Email: chulman@hhlaw.com
    Counsel for : Air Transport Association of America, Inc.
        Airlines Clearinghouse, Inc.
        Universal Air Travel Plan, Inc.
        Air Cargo, Inc.

**Gary Vogt**
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL  60601-6636
Fax: (312) 861-2200; Email: gvogt@kirkland.com
    Counsel for : UAL Corporation

**Pamela H. Walters**
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
Fax: 2819808321; Email: pwalters@aldine.k12.tx.us
    Counsel for : Aldine Independent School District

**William Walthall**
Goodrich Corporation
2730 W. Tyvola Road
Charlotte, NC  28217
Fax: (704) 423-1186; Email: bill.walthall@goodrich.com
  Counsel for : Goodrich Corporation

**Richard B. Webber, II**
Richard Blackstein Webber II, P.A.
320 Maitland Avenue
Altamonte Springs, FL  32701
Fax: (407) 260-5133; Email: rbwlpa@aol.com
  Counsel for : Blue Cross and Blue Shield of Florida, Inc.

**Edward S. Weisfelner**
Brown, Rudnick, Berlack, Israels, LLP
120 West 45th Street
New York, NY  10036
Fax: (212) 704-0196; Email: eweisfelner@brblaw.com
  Counsel for : Ad Hoc Committee of Bondholders
  R2 Investments, LDC

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street  1720 Univision Center
Dallas, TX  75201-2644
Fax: 2142532011; Email: dallas.bankruptcy@publicans.com
  Counsel for : Dallas County
  Tarrant County

**John M. Werlich**
City of Los Angeles, Dept. of Airports
1 World Way  PO Box 92216
Los Angeles, CA  90009
Fax: (310) 646-9617; Email: jmwerlich@lawa.org
  Counsel for : City of Los Angeles, Dept. of Airports

**John L. Whitlock**
Palmer & Dodge, LLP
111 Huntington Ave
Boston, MA  02199-7613
Fax: (617) 227-4420; Email: jwhitlock@palmerdodge.com
  Counsel for : State Street Bank & Trust Co.
  State Street Bank & Trust Co. of Connecticut

**Tally M. Wiener**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: 2123548113; Email: twiener@whitecase.com
  Counsel for : UFJ Bank Limited, New York Branch
  WestLB AG Lenders
  Bank of America Lender's
  JL Mami Lease Co., Ltd., et al.
  Bayerische Landesbank

**Roderick B. Williams**
Foley & Lardner
3000 K Street, N.W.  Suite 500
Washington, DC  20007-5101
Fax: 2026725300; Email: rwilliams@foleylaw.com
  Counsel for : Consortium of Airports

**Matthew M. Wawrzyn**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: (312) 558-5700; Email: mwawrzyn@winston.com
  Counsel for : Fleet Capital Leasing
  SBC Capital Services; Sempra Energy
  Bank One Corporation; Metropolitan Corp.
  The Northwestern Mutual Life Insurance Company
  Sallie Mae, Inc.

**Michael Weininger**
Katz Randall Weinberg & Richmond
333 W. Wacker Dr.  Suite 1800
Chicago, IL  60606
Fax: (312) 6073005; Email: mweininger@krw.com
  Counsel for : CenterPoint Properties Trust
  CenterPoint Realty Services, Inc.
  Port Authority of New York and New Jersey
  Metropolitan Airports Commission

**Jeannie Weiss, Property Director**
Indianapolis Airport Authority
2500 South High School Road  Box 100
Indianapolis, IN  46241
Fax: (317) 487-5034; Email: jweiss@baal.com
  Counsel for : Indianapolis Airport Authority

**Heidi Weller, Assistant State's Attorney**
Rock Island County State's Attorney's Office
Rock Island County Courthouse - 4th Floor  210 - 16th Street
Rock Island, IL  61201
Fax: 3097685057; Email: wellerh@co.rock-island.il.us
  Counsel for : County of Rock Island, Illinois

**Jason White**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: jason.white@cwt.com
  Counsel for : KBC Bank NV, Croediror Bank AG New York,
  Landesbank Schleswig-Holstein, Bank Hapoalim,
  Bayerische Hypo-Undvereinsbank,
  Norddeutsche Landesbank, Sumitomo Trust, and
  Halfason Zentralbank, Mitsubishi Trust Corp.

**Keith R. Whittaker**
Resurgence Asset Management
10 New King St.
White Plains, NY  10604
Fax: (914) 683-3610; Email: kwhittaker@resurgencellc.com
  Counsel for : Resurgence Asset Management

**Daniel Wikel, Director**
Huron Consulting Group, LLC
550 W. Van Buren
Chicago, IL  60607
Fax: (312) 583-8701; Email: dwikel@huronconsultinggroup.com
  Counsel for : UAL Corporation

**F. Scott Wilson**
Pratt & Whitney
400 Main Street  M/S 133-54
East Hartford, CT  06108
Fax: (800) 557-9946; Email: wilsons@pwah.com
  Counsel for : Pratt & Whitney

**Greta G. Weathersby**
McGuireWoods LLP
77 West Wacker Drive  Suite 4400
Chicago, IL  60601
Fax: 3129498277; Email: gweathersby@mcguirewoods.com
  Counsel for : Peoples Gas Light and Coke Company

**Michael Weinstock**
Quadrangle Group LLC
375 Park Avenue  14th Floor
New York, NY  10152
Fax: 8667412500; Email: michael.weinstock@quadranglegroup.com
  Counsel for : Quadrangle Group LLC

**Andrew E. Weissman**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2190; Email: Andrew.Weissman@goldbergkohn.com
  Counsel for : State Street Bank & Trust Co.
  State Street Bank & Trust Co. of Connecticut

**Courtney Welshimer**
Simpson, Thatcher & Bartlett
425 Lexington Avenue
New York, NY  10017
Fax: (212) 455-2502; Email: cwelshimer@stblaw.com
  Counsel for : Airbus North America Holdings, Inc.

**William Douglas White**
McCarthy & White PLLC
8180 Greensboro Drive  Suite 875
McLean, VA  22102
Fax: (703) 770-9266; Email: wdw@mccarthywhite.com
  Counsel for : Florida Power and Light

**Stephanie Wickouski, Esq.**
Gardner, Carton & Douglas
1301 K Street, N.W.  Suite 900, East Tower
Washington, DC  20005-3317
Fax: (202) 269-1504; Email: swickouski@gcd.com
  Counsel for : HSBC Bank USA

**MaryBeth Wilkinson, Esq.**
Lovells
One IBM Plaza  330 N. Wabash Ave.  Suite 1900
Chicago, IL  60611
Fax: (312) 832-4444; Email: marybeth.wilkinson@lovells.com
  Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l

**Kimberly S. Winick, Esq.**
Mayer Brown Rowe & Maw LLP
350 South Grand Avenue  25th Floor
Los Angeles, CA  90071-1503
Fax: (213) 576-8155; Email: kwinick@mayerbrownrowe.com
  Counsel for : Union Bank of California