## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| UAL CORPORATION, et al., | ) | **Case No. 02-B-48191** |
|  | ) | **(Jointly Administered)** |
| Debtors. | ) |  |
|  | ) | **Honorable Eugene R. Wedoff** |
|  | ) |  |
|  | ) | **Hearing Date: December 17, 2004** |
|  | ) | **Hearing Time: 9:30 a.m.** |
|  | ) | **Response Deadline: December 10, 2004** |

## NOTICE OF DEBTORS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6), IN PART, TRUSTEES' AMENDED MOTION FOR PAYMENTS UNDER BANKRUPTCY CODE § § 365(d)(10), 363(e), AND 1110(a) [DOCKET NOS. 8562 AND 4763]

**TO:    SEE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that on the 17th day of December, 2004, the Debtors shall appear before the Honorable Bankruptcy Judge Eugene R. Wedoff in the room usually occupied by him at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois, 60603, and present the attached **Debtors' Motion To Dismiss Under Fed. R. Civ. P. 12(b)(6), In Part, Trustees' Amended Motion For Payments Under Bankruptcy Code § § 365(D)(10), 363(E), And 1110(A) [Docket Nos. 8562 And 4763]**, copies of which are attached hereto and herewith served upon you:

**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 0 3 2004

**KENNETH S. GARDNER, CLERK**
**PS REP. - MJ**

K&E 10036204.1

**PLEASE TAKE FURTHER NOTICE** that you may obtain further information concerning these Chapter 11 cases:

> At the web site of the United States Bankruptcy Court, Northern District of Illinois at www.ilnb.uscourts.gov (home page).

> From the Debtors' private web site at www.pd-ual.com.

Dated: Chicago, Illinois
       December 3, 2004

Respectfully submitted,

_____

James H.M. Sprayregen, P.C. (ARDC No. 6190206)
Marc Kieselstein, Esq. (ARDC No. 6199255)
David R. Seligman, Esq. (ARDC No. 6238064)
David A. Agay (Bar No. 6244314)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
Counsel for the Debtors and Debtors In Possession

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                              )    **Chapter 11**
                                                    )
**UAL CORPORATION, et al.,**                        )    **Case No. 02-B-48191**
                                                    )    **(Jointly Administered)**
                         Debtors.                   )
                                                    )    **Honorable Eugene R. Wedoff**
                                                    )
                                                    )    Hearing Date: December 17, 2004
                                                    )    Hearing Time: 9:30 a.m., Chicago time
                                                    )    Response Deadline: December 10, 2004

FILED
DEC 03 2004
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
KENNETH S. GARDNER, CLERK
PS REP. - MJ

### DEBTORS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6), IN PART, TRUSTEES' AMENDED MOTION FOR PAYMENTS UNDER BANKRUPTCY CODE § § 365(d)(10), 363(e), AND 1110(a) [DOCKET NOS. 8562 AND 4763][1]

The above-captioned debtors and debtors in possession (the "Debtors") move

pursuant to Rules 7012 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and Federal Rule of Civil Procedure 12(b)(6) to dismiss, in part, the Amended Motion

(defined in the footnote below) of U.S. Bank National Association, The Bank of New York, and

Wells Fargo Bank, Northwest, N.A. (collectively, the "Trustees") for payments under sections

363(e), 365(d)(10), and 1110(a) of the Bankruptcy Code, 11 U.S.C. § § 101, *et seq.* (the

"Bankruptcy Code").

---

[1]    Unless otherwise defined herein or unless the context otherwise clearly requires, capitalized terms in this motion shall have the meanings ascribed in the Amended Motion of U.S. Bank National Association, The Bank of New York, and Wells Fargo Bank Norwest, N.A. in Their Respective Capacities as Trustee or Collateral Agent for Payment of Post-Petition Lease Obligations and Other Administrative Claims For Each Relevant Unexpired Lease of Personal Property Pursuant to § 365(d)(10), § 503(b)(1)(A), and With Respect to Certain Aircraft and Their Interest in Such Property Pursuant to § 363(e) (Docket No. 8562) (the "Amended Motion"). The Amended Motion amends the Motion of U.S. Bank National Association, The Bank of New York, and Wells Fargo Bank Northwest National Association in their respective capacities as Trustee or Collateral Agent to Compel Payment of Post-Petition Lease Obligations for Each Relevant Unexpired Lease of Personal Property Pursuant to § 365(d)(10), § 503(b)(1)(A) and with Respect to Certain Aircraft and Obligations, Section 1110(a) of the Bankruptcy Code (Docket No. 4763) (the "Motion").

## I.    BACKGROUND

1.    The Trustees filed their original Motion on December 5, 2003. The Motion was continued for several months as the Debtors attempted to negotiate a global settlement with the aircraft providers group.[2]  On November 5, 2004, the Trustees filed their Amended Motion. The Debtors filed their Objection to the Amended Motion on November 12, 2004. (*See* Docket No. 8594)[3]  The Official Committee of Unsecured Creditors in these Chapter 11 Cases also filed an objection to the Amended Motion on November 12. (*See* Docket No. 8619)  The Trustees filed their Reply in support of the Amended Motion on November 17, 2004. (*See* Docket No. 8710)  At the November 19, 2004 Omnibus Hearing in these Chapter 11 Cases, the Court set a trial date of March 1, 2005 on the Amended Motion.

2.    While the arguments presented in the Motion and the Amended Motion are convoluted, the relief sought is uncomplicated: in addition to the amounts set forth in the Interim Adequate Protection Stipulations, the Trustees seek to extract administrative payments from the Debtors at pre-petition contract rates far beyond market prices.

3.    First, the Trustees seek additional rent for the Debtors' use of the Rejected Aircraft prior to rejection. Second, the Trustees seek recovery for failure to comply with return conditions or other obligations upon rejection. And third, the Trustees tack-on a new argument that the Debtors should provide adequate protection for "maintenance burn."

---

[2]    *See* United Air Lines, Inc.'s Memorandum in Support of its Motion for Temporary Restraining Order Pending a Hearing on Preliminary Injunctive Relief, Case No. 02 B 48191, Adv. Pr. No. 04 A 4149, Docket No. 7 (December 26. 2004), for additional background on the "aircraft providers group" and United's fleet.

[3]    Rather than repeat here, in full, the facts, details, and arguments in the Debtors' Objection to the Trustees' Amended Motion (Docket No. 8594), or the Debtors' Objection to the Trustees' original Motion (Docket No. 4841), the statements and arguments made by the Debtors' in their objections are incorporated herein by reference.

K&E 10034333.5

4.    The Debtors acknowledge that certain issues in the Motion and Amended
Motion (and the Debtors' objections thereto) raise factual questions, requiring an evidentiary
hearing and substantial discovery.  As discussed below, however, certain other arguments in the
Motion and Amended Motion in support of the foregoing relief fail as a matter of law.  This
motion to dismiss addresses the Trustees' legally insufficient second and third arguments.[4]

## II.    APPLICATION OF BANKRUPTCY RULES 9014 AND 7012

5.    The Trustees' filing of the Motion and Amended Motion initiated a
contested matter under Rule 9014.  Rule 9014 automatically applies to contested matters certain
rules otherwise applicable to adversary proceedings from "Part VII" of the Bankruptcy Rules.
Bankruptcy Rule 7012 is not listed among those rules.  However, Rule 9014 provides that the
bankruptcy court may "at any stage in a particular matter direct that one or more of the other
rules of Part VII shall apply."  Because certain of the Trustees' arguments in the Amended
Motion fail as a matter of law, consideration of the legal sufficiency of the Motion and Amended
Motion under Rule 7012, and more particularly Fed. R. Civ. P. 12(b)(6), is appropriate, will
clarify the evidentiary issues at trial, and will streamline adjudication of this matter.  *See, e.g., In
re Best Prods. Co, Inc.*, 210 B.R. 714, 716 (Bankr. E.D. Va. 1997) (in contested matter under
Rule 9014, "[f]inding . . . an opportunity to resolve the parties' dispute expeditiously, the court
will employ [Rule] 7012 and Fed. R. Civ. P. 12(b)(6) in this matter"); *In re Stable Mew Assocs.*,
35 B.R. 603, 604 (Bankr. S.D.N.Y. 1983) (bankruptcy court ordered that motion to reject lease
be treated as contested matter under Rule 9014 and tenant's "opposition papers" be deemed "a
motion to dismiss for failure to state a claim pursuant to [Fed. R. Civ. P.] 12(b)(6)"); *see also In*

---

[4]    Nothing in this motion constitutes an admission or waiver regarding the Debtors' arguments on the legal
sufficiency of the Trustees' other arguments in the Motion and Amended Motion and all rights are reserved.

3

*re Comdisco, Inc.*, Case No. 01-24795, Docket Nos. 3462 and 3489 (BWB) (Bankr. N.D. Ill.
April 24, 2003) (bankruptcy court applying Fed. R. Civ. P. 12(b)(6) and 12(f) to strike and
dismiss debtor's objection to proof of claim).

6.     A motion to dismiss under Rule 7012 and Fed. R. Civ. P. 12(b)(6), for
failure to state a claim upon which relief can be granted, is the proper procedural mechanism for
disposing of the Trustees' legally insufficient arguments. Under Fed. R. Civ. P. 12(b)(6), a claim
should be dismissed when it is clear from the well-pled allegations that the plaintiff (or in this
case movant) can prove no set of facts under which it would be entitled to the relief sought. *See
Conley v. Gibson*, 355 U.S. 41, 45-46 (1957); *Scott v. City of Chicago*, 195 F.3d 950, 951 (7th
Cir. 1999); *Heller Fin., Inc. v. Midwhey Powder Co.*, 883 F.2d 1286, 1294 (7th Cir. 1989); *Siegel
v. J&H March & McLennon*, 159 F. Supp. 2d 1118, 1125 n.1 (N.D. Ill. 2001). Moreover, in
deciding a Rule 12(b)(6) motion, the Court may take into consideration documents incorporated
(by reference or attachment) into the pleadings and take judicial notice of matters of public
record. *See U.S. v. Wood*, 925 F.2d 1580, 1581-82 (7th Cir. 1991); *McGee v. Illinois Dept. of
Transp.*, 2002 WL 31478261 at *1 n. 4 (N.D. Ill. Nov. 15, 2002); *Leclercq v. The Lockformer
Co.*, 2002 WL 31269491 at *2 (N.D. Ill. Oct. 9, 2002).

7.     Because, purely as a matter law, the Trustees' cannot obtain much of the
relief sought in the Amended Motion, the Court should apply Rule 7012 and dismiss the
Amended Motion, in part, under Fed. R. Civ. P. 12(b)(6).

## III.   ARGUMENT

8.     The Debtors seek to dismiss the Trustees' following claims for:

(a)     "maintenance burn" under Bankruptcy Code § § 363(e) and
503(b)(1)(A); and

(b)     breaches of return conditions under the Rejected Leases under
Bankruptcy Code § 365(d)(10).

4

The Court may dismiss the foregoing claims alleged in the Amended Motion as a matter of law without reference to any external facts.

## A.    The Trustees are not entitled to either an administrative expense claim or adequate protection for "maintenance burn"

9.    In their Amended Motion, the Trustees add a new and entirely novel theory of recovery: "maintenance burn." The basis for the Trustees' "maintenance burn" claim is unclear. Neither the Rejected Leases, the Interim Adequate Protection Stipulations, nor any pleadings filed by the Trustees to date in the Debtors' bankruptcy estates mention such a theory.[5] In any event, it appears that through "maintenance burn," the Trustees seek adequate protection under Code § 363(e) (or, in the alternative, administrative claims) for the Debtors' "possession and use" of the Rejected Aircraft. (Amended Motion ¶ 15)

10.    The Trustees' arguments suffer from two fundamental deficiencies, each of which should cause dismissal of their "maintenance burn" claims. Firstly, the automatic stay for the 14 non-1110(a) Rejected Aircraft expired on February 7, 2003. 11 U.S.C. § 1110(a). Secondly, the Debtors have rejected, and no longer possess or use, all 18 of the Rejected Aircraft.

11.    It is axiomatic that a creditor can only receive adequate protection under the Bankruptcy Code to protect an entity's interest in property while the debtor's use and possession of such property is protected by the automatic stay. *See, e.g., U.S. v. Whiting Pools*, 462 U.S. 198, 204 (1983); *In re Continental Airlines, Inc.*, 154 B.R. 176, 180 (Bankr. D. Del.

---

[5]    The Trustees would no doubt argue that they reserved the right to assert such a claim in the Interim Adequate Protection Stipulations or some other agreement or pleading. Contrary to the Trustees' suggestions, though, the reservation of a right, claim, or interest does not dispose of the question of the validity or recovery on account of such right, claim, or interest.

1993) ("a party in interest shall be granted adequate protection *when the continuation of the automatic stay causes* that party to suffer a decrease in the value of its property interest") (emphasis in original). It is for this reason that Section 363(e) of the Bankruptcy Code, the section relied upon by Trustees, provides for adequate protection of personal property subject to an unexpired lease "to the exclusion of such property being subject to an order to grant relief from the stay under section 362." 11 U.S.C. § 363(e).

      12.    Because the automatic stay expired on February 7, 2003 as to the 14 non-1110(a) Rejected Aircraft, adequate protection became a non-sequitur as of that date. Moreover, the Debtors have rejected and returned all of the Rejected Aircraft, the most compelling evidence that the automatic stay no longer bars the Trustees access to any of the Rejected Aircraft, and adequate protection is no longer applicable. *See In re Gallegos Research Group, Corp.*, 193 B.R. 577, 585 (Bankr. D. Colo. 1995) ("[a]dequate protection means that the value of the creditor's interest in the collateral must be protected from diminution while the property is being used or retained in the bankruptcy case").

      13.    Equally fatal to the Trustees' claim for adequate protection is the Supreme Court's holding that a creditor cannot obtain adequate protection for the "use value" of property during a bankruptcy case. *United Savings Ass'n of Texas v. Timbers of Inwood Forest Assocs., Ltd.*, 484 U.S. 365 (1988) (Supreme Court expressly rejecting Trustees' theory that creditors entitled to adequate protection for "use" of collateral); *see also In re Fed. Nat'l Mortgage Ass'n*, 153 B.R. 204, 210 (N.D. Ill. 1993) ("[t]he bankruptcy court [Wedoff, J.] correctly stated that the question of adequate protection revolves around the need to compensate a secured creditor for diminution in the value of its security <u>during the pendency of the automatic stay</u>") (emphasis added). Furthermore, the grant of adequate protection is a prospective, not retroactive, remedy

6

that applies only from the date of the filing of a request for adequate protection. *Agency Servs.,*

*Inc. v. Keck, Mahin & Cate,* 1999 WL 199595 (N.D. Ill. March 31, 1999) (affirming order of

bankruptcy court, Barliant, J.). Because, with respect to the Rejected Aircraft and Rejected

Leases, the Trustees have no interest to preserve and protect in the bankruptcy, they have no

right to adequate protection under Section 363(e).

        14.    As an equally novel alternative to their adequate protection theory, the

Trustees assert that the Court should award an administrative claim under Bankruptcy Code

§ 503(b)(1) for the value of "maintenance burn." As an initial matter, Congress could not have

intended for creditors to so easily obtain a recovery, once their claim for adequate protection was

defeated, merely by invoking Section 503(b)(1). Also, the Trustees have failed to articulate any

benefit to the bankruptcy estate from the "maintenance burn." *See In re Jartran,* 732 F.2d 584,

587 (7th Cir. 1984). Furthermore, as an matter of economics, if "maintenance burn" is "inherent

and measurable" over time, as the Trustees assert (Amended Motion ¶ 30), the aircraft financiers

would have -- or should have -- built such "loss of value" into the periodic and fixed rents or

some other fees or rates paid by the Debtors under the Rejected Leases, rather than seeking to

recover such amounts from the lessee after termination of the lease.[6]

        15.    From the Amended Motion, absent dismissal, it is evident that the

Trustees' "maintenance burn" theory will require massive discovery on the so-called "wast[ing]"

of the Rejected Aircraft (Trustees' Reply in Support of Amended Motion, p. 12), including

onerous document requests, review of voluminous maintenance records, interrogatories, the

---

[6]    For the sake of argument, even if the Trustees' attempt to argue that "maintenance burn" is embedded in the
pre-petition Rejected Leases, presumably the Trustees' would have incorporated such "adequate protection"
amounts into the Interim Adequate Protection Stipulations they negotiated with the Debtors.

7

likely involvement of expert witnesses, and physical inspections of aircraft. Any adjudication of

the Trustees' "maintenance burn" also will likely require protracted testimony and a detailed

evidentiary demonstration. As the Trustees' have no legal grounds for asserting their

"maintenance burn" claim, the Court should avoid the inevitable drain on bankruptcy estate's

and the Court's time and resources and dismiss the "maintenance burn" claim. *See Best Prods.*,

210 B.R. at 716 (employing Rule 12(b)(6) "to resolve the parties' dispute expeditiously").

**B.     Bankruptcy Code § 365(d)(10) does not
require the Debtors to perform under the
Rejected Leases after rejection**

16.     With respect to all of the Rejected Aircraft, including those four aircraft

subject to Section 1110(a) elections, the Trustees argue that the Debtors should have to comply

with the return conditions under the Interim Adequate Protection Stipulations <u>and</u> under the

Rejected Leases. Even if the Court finds the Debtors bound by any return conditions in the pre-

petition Rejected Leases, rejection of those leases would relieve the Debtors of their obligations.

17.     Upon rejection of an executory contract, the Debtors no longer have any

duty to perform. *See, e.g., In re Starnet, Inc.*, 355 F.3d 634, 637 (7th Cir. 2004) ("Section 365(a)

gives debtors a right to walk away before the contract's end"); *In re Mirant Corp.*, 299 B.R. 152,

162 (Bankr. N.D. Tex. 2003) ("rejection of a contract in most circumstances relieves the trustee

(or debtor in possession) of any obligation to perform"), *vacated on other grounds*, 378 F.3d 511

(5th Cir. 2004); *In re Pittsburgh Sports Assocs. Holding Co.*, 239 B.R. 75, 86 (Bankr. W.D. Pa.

1999) ("Rejection cuts off any right of the other party to the lease to require debtor to perform

and limits their claim to one for breach of contract") (citing *In re Univ. Med. Ctr.*, 973 F.2d

1065, 1076 (3d Cir. 1992)).

18.     Moreover, Section 365(d)(10) of the Bankruptcy Code explicitly states

that a debtor need only perform obligations under an unexpired lease of personal property "until

8

such lease is assumed or rejected." 11 U.S.C. § 365(d)(10). *Cf. Ha-Lo Indus., Inc. v.
Centerpoint Properties Trust*, 342 F.3d 794, 798 (7th Cir. 2003) ("under the prescriptions of
§ 365(d)(3), [debtor] is required to timely perform all lease obligations that arise after [petition
date], until the lease is rejected"); *In re UAL*, Nov. 19, 2004 Hr'g. Tr., pp. 51-52 (Court
suggesting, on non-binding basis, that for purposes of Code § 365(d)(3) "that once the lease is
rejected, the obligation to make timely payment ends").[7]

19.    The Trustees attempt to avoid the obvious import of Section 365(d)(10)
and the above cited precedent by suggesting a temporal construct whereby the return conditions
in the Rejected Leases spring to life and ripen simultaneously upon rejection. (Amended Motion
¶ 24 ("the return conditions arose simultaneously with the rejection of the leases')) The same
could be said, however, about an acceleration clause in a lease whereby all future rent becomes
due immediately upon rejection of the lease. If the Court accepted the Trustees' argument, with
all of its implications, a debtor's bankruptcy estate would be flooded with the administrative
claims of personal property lessors. In fact, Congress specifically foreclosed such a result by
limiting Section 365(d)(10) performance to the period prior rejection of the lease. *See In re
Continental Airlines, Inc.*, 146 B.R. 520 (Bankr. D. Del. 1992) ("once the lease is rejected . . . the
bankrupt estate is no longer bound by its terms . . . . [a]ccordingly, the debtor is only liable for
breach of the lease covenants as a general unsecured claim"); *see also* 11 U.S.C. § 365(g)
(rejection of unassumed lease creates prepetition, unsecured claim). Likely because of the plain

---

[7]    The Debtors fully recognize that these remarks by the Court were made to facilitate resolution of a particular
dispute, unrelated to the present matter, and further recognize that these remarks have no precedential value
whatsoever. Nonetheless, the analysis employed by the Court at the November 19, 2004 hearing in the Code
§ 365(d)(3) context is relevant in the Code § 365(d)(10) context as well.

9

language of Section 365(d)(10), the Trustees cite no precedent in support of their argument.[8]

And the Court should not allow the result advocated by Trustees.

20.    Like the Trustees' "maintenance burn" claim, their return conditions claim will require massive discovery, taxing both bankruptcy estate and court resources. As the return conditions claim is ripe for dismissal, the Debtors' bankruptcy estates and the Court should be spared of such unnecessary and wasteful discovery.[9]

*[rest of page left intentionally blank]*

---

[8]    The Trustees citation to *In re Fleming Cos., Inc.*, 308 B.R. 689, 691 (Bankr. D. Del. 2004) is unavailing. In *Fleming*, the bankruptcy court found the debtor liable under Section 365(d)(10) for a lease obligation arising *prior* to rejection of the lease. *Id.* at 692.

[9]    For purposes of this motion, the Debtors do not seek to dismiss the Trustees' claims for return conditions under Section 1110(a) for the four Rejected Aircraft subject to 1110(a) elections. The Debtors are reserving their rights on that point because the prospect of discovery regarding the four 1110(a) Rejected Aircraft is not as daunting as for the other 14 Rejected Aircraft. Nonetheless, at the appropriate time, the Debtors also may argue that the Trustees' 1110(a) argument is as legally insufficient as its other arguments.

10

## IV.   CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court dismiss, for failing

to state a claim upon which relief can be granted, Fed. R. Civ. P. 12(b)(6), any claims of the

Trustees' for "maintenance burn" or for failing to comply with the return conditions in the

Rejected Leases under Code § 365(d)(10).

Dated: December 3, 2004
　　　Chicago, Illinois

**UAL CORPORATION, et al.**

James H.M. Sprayregen, P.C. (ARDC No. 6190206)
Marc Kieselstein, Esq.  (ARDC No. 6199255)
Joseph U. Schorer, Esq.  (ARDC No. 3128758)
David A. Agay, Esq. (ARDC No. 6244314)
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000 (phone)
(312) 861-2200 (facsimile)

Counsel for the Debtors and Debtors In Possession

11

## CORE GROUP SERVICE LIST

| | |
|---|---|
| **Debtors:**<br>United Air Lines, Inc.<br>WHQLD<br>1200 East Algonquin Road<br>Elk Grove Village, Illinois 60007<br>Attn:    John Lakosil<br>Phone:            (847) 700-4462<br>Facsimile:       (847) 700-4683 | **Counsel to Debtors and Debtors in Possession:**<br>Kirkland & Ellis<br>200 East Randolph Street<br>Chicago, Illinois  60601<br>Attn:    James H.M. Sprayregen, P.C.<br>            Marc Kieselstein<br>            David R. Seligman<br>            Marc Carmel<br>Phone:            (312) 861-2000<br>Facsimile:       (312) 861-2200 |
| **Office of the United States Trustee:**<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois 60606<br>Attn:    Stephen Wolfe<br>Phone:            (312) 886-5785<br>Facsimile:       (312) 886-5794 | **Counsel to the Debtors' debtor in possession lender (Bank One):**<br>Latham & Watkins<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Attn:    David Heller<br>            Timothy Barnes<br>Phone:            (312) 876-7700<br>Facsimile:       (312) 993-9767 |
| **Counsel to the Debtors' debtor in possession lender (CIT Group):**<br>Schulte, Roth & Zabel<br>919 Third Avenue<br>New York, New York 10022<br>Attn:    Robert J. Mrofka<br>Phone:            (212) 756-2000<br>Facsimile:       (212) 593-5955 | **Counsel to the Debtors' debtor in possession lender (Citibank and JP Morgan):**<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn:    Richard S. Toder<br>            Jay Teitelbaum<br>Phone:            (212) 309-6000<br>Facsimile:       (212) 309-6001 |
| **Counsel to the Debtors' debtor in possession lender (Citibank and JP Morgan):**<br>Kaye Scholer, LLP<br>3 First National Plaza, Suite 4100<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn:    Michael B. Solow<br>Phone:            (312) 583-2300<br>Facsimile:       (312) 583-2360 | **Debtors' Private Copy Service:**<br>Merrill Corporation<br>250 South Wacker Drive, 4th Floor<br>Chicago, Illinois 60606<br>Attn:    Allison Clark<br>Phone:            (312) 930-2123<br>Facsimile:       (312) 454-8564 |
| **Official Notice and Claims Agent:**<br>Poorman-Douglas Corporation<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br>Attn:    Rhonda G. McNally<br>Phone:            (503) 277-7999<br>Facsimile:       (503) 350-5230 | **Counsel to Committee:**<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60604<br>Attn:    Fruman Jacobson<br>            Robert E. Richards<br>Phone:            (312) 876-8123<br>Facsimile:       (312) 876-7934 |
| **Counsel to Committee:**<br>Sonnenschein, Nath & Rosenthal<br>1221 Avenue of the Americas<br>24th Place<br>New York, New York 10020<br>Attn:    Carole Neville<br>Phone:            (212) 768-6889<br>Facsimile:       (212) 768-6800 | |

## 2002 Service List as of: 12/3/2004 9:51:42 AM

## In re UAL Corporation, et al.

## Case No. 02-B-48191

## Northern District of Illinois, Eastern Division

---

**Mark E. Abraham**
Gould & Ratner
222 North LaSalle Street  Suite 800
Chicago, IL  80801-1086
Fax: 3122363241;  Email: mabraham@gouldratner.com
    Counsel for : U.S. Bank N.A.

**Denise Adamucci**
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor  18th and Arch Streets
Philadelphia, PA  19103-2758
Fax: 2155672737;  Email: dadamucci@klettrooney.com
    Counsel for : PNC Bank, National Association

**David A. Agay**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
Fax: 3129612200;  Email: dagay@kirkland.com
    Counsel for : UAL Corp.

**Robert D. Albergotti**
Haynes and Boone, LLP
900 Main Street, Suite 3100
Dallas, TX  75202
Fax: 2142000360;  Email: robert.albergotti@haynesboone.com
    Counsel for : American Airlines, Inc.

**Jonathan B. Alter**
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Fax: (860) 240-2800;  Email: jonathan.alter@bingham.com
    Counsel for : Travelers Casualty & Surety Company
    Travelers Indemnity Company

**Jerald I. Ancel**
Sommer Barnard Ackerson, PC
4000 Bank One Tower  111 Monument Circle
Indianapolis, IN  46204
Fax: (317) 236-9802;  Email: jancel@sbalawyers.com
    Counsel for : City of Indianapolis

**Bill Angelowitz**
Daily Insights
JAF Box 3127
New York, NY  10116
Fax: (212) 714-9627;  Email: wangelow@keacapital.com
    Counsel for : Daily Insights

**Adrian S. Baer**
Andrews & Kurth
600 Travis  Suite 4200
Houston, TX  77002
Fax: 7132204295;  Email: ardiebaer@akllp.com
    Counsel for : Kinder Morgan Liquids Terminals LLC

**Francisco L. Acevedo Nogueras**
Department of Transportation
P.O. Box 9023905
San Juan, PR  00902-3905
Fax: 7879773773;  Email: facacevedo@yahoo.com
    Counsel for : Commonwealth of Puerto Rico

**Howard L. Adelman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd.  Ste. 1050
Chicago, IL  60604
Fax: 3124361059;  Email: hla@agmbc.com
    Counsel for : Mitsui & Co. Ltd.; UGT Kumiai
    Sumitomo Corporation
    Mitsui & Co. International (Europa)
    Marubeni America Corporation
    Wells Fargo Bank Northwest, NA

**Jesse Aguilar**
Kirkland & Ellis
Aon Building  200 E Randolph Drive
Chicago, IL  60601
Fax: ;  Email: jaguilar@kirkland.com
    Counsel for : UAL Corp.

**Peter B. Andreson, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY  10022
Fax: (212) 909-6836;  Email: pbakdenn@debevoise.com
    Counsel for : John Hancock Life Insurance Co.

**George  Alvord**
Gate Gourmet Inc.
5100 Poplar Ave.
Memphis, TN  36137
Fax: (901) 766-3710;  Email: galvord@gategourmet.com
    Counsel for : Gate Gourmet Inc.

**Margaret M. Anderson**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2900-3800
Chicago, IL  60603
Fax: (312) 443-0336;  Email: panderson@lordbissell.com
    Counsel for : United States Aviation Underwriters, Inc.
    Blue Cross and Blue Shield of Florida, Inc.

**Jonathan Y. Amason**
Vedder, Price, Kaufman & Kammholz
805 Third Avenue
New York, NY  10022
Fax: (212) 407-7799;  Email: jamason@vedderprice.com
    Counsel for : UAL Corporation

**Kathy Bailey**
Bailey Law Group, P.C.
1752 N Street, NW  Suite 800
Washington, DC  20036
Fax: 2029878044;  Email: kbailey@baileylawgroup.com
    Counsel for : HMSHost Corporation
    Host International Inc.

**Ann Acker, Esq.**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361;  Email: specid@chapman.com
    Counsel for : Wells Fargo Bank Northwest, NA
    Pacific Investment Management Co. LLC
    Reams Asset Management Co. LLC
    Metropolitan West Asset Management LLC

**David G. Aalvoet**
Linebarger Goggan Blair & Sampson, LLP
711 Navarra, Suite 300
San Antonio, TX  78205
Fax: (210) 225-6410;  Email: sanantonio.bankruptcy@publicans.com
    Counsel for : Bexar County
    Tarrant County
    Dallas County

**Filiberto Agusti**
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Fax: 2022617512;  Email: fagusti@steptoe.com
    Counsel for : Independent Fiduciary Services, Inc.

**R. Scott Alsterda**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405;  Email: rsalsterda@uhlaw.com
    Counsel for : Healthcare Service Corp.
    City & County of San Francisco
    Denver International Airport

**Janice A. Alwin**
Shaw Gussis Fishman Glantz & Wolfson, Llc
321 North Clark Street, Suite 800
Chicago, IL  60610
Fax: 3122750559;  Email: jalwin@shawgussis.com
    Counsel for : Babcock & Brown LP

**David Andrews**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
Fax: 3126600165;  Email: dandrews@kirkland.com
    Counsel for : UAL Corp.

**Edward H. Arnold, III**
Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Fax: 5045363904;  Email: harnold@bakerdonelson.com
    Counsel for : New Orleans Aviation Board (NOAB)

**Marian Baldwin**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Fax: 6467105231;  Email: mbaldwin@chadbourne.com
    Counsel for : Citibank Privatkunden AG

**Elizabeth Banda**
Perdue Brandon Fielder Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430
Fax: (817) 860-8509; Email: ebanda@pbfcm.com
*Counsel for : Grapevine-Colleyville I.S.D.*
*City of Grapevine (Texas)*

**Mariana Baquero**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019
Fax: (212) 849-5614; Email: mbequero@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**Ronald Barliant**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd
55 East Monroe Street Suite 3700
Chicago, IL 60603
Fax: 3123321298; Email: ronald.barliant@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Timothy M. Barry, Senior Deputy**
County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
Fax: 6195318005; Email: timothy.barry@sdcounty.ca.gov
*Counsel for : County of San Diego*

**Lucy Endel Bassli**
Davis Wright Tremaine LLP
2600 Century Square 1501 Fourth Avenue
Seattle, WA 98101-1688
Fax: (206) 628-7699; Email: lucybassli@dwt.com
*Counsel for : Microsoft Corporation*
*MSLI, GP*

**David E. Beker**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street Suite 2700
Chicago, IL 60601
Fax: 3127826416; Email: dbeker@scgk.com
*Counsel for : Allied Capital Corporation*

**James Bennett, President/CEO**
Metropolitan Washington Airport Authority
1 Aviation Circle
Washington, DC 20001-6000
Fax: (703) 417-8949; Email: james.bennett@mwaa.com
*Counsel for : Metropolitan Washington Airport Authority*

**Beverly A. Berneman**
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL 60606
Fax: 3124449096; Email: berneman@ron.com
*Counsel for : Nancy Abbot, et al.*

**Evelyn H. Blery**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Fax: 7136515246; Email: eblery@fulbright.com
*Counsel for : Chase Transportation*
*Chase Terminal*
*Motiva*
*SOPUS*
*Shell Pipeline*

**Mark Bane**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 808-7897; Email: MBane@KelleyDrye.com
*Counsel for : Pension Benefit Guaranty Corporation*

**Ronald E. Barab**
Smith, Gambrell & Russell, LLP
Promenade II Suite 3100 1230 Peachtree Street, NE
Atlanta, GA 30309
Fax: (404) 815-3509; Email: rbarab@sgrlaw.com
*Counsel for : American State Bank*

**Barbara Barnett**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: bsbarnett@sonnenschein.com
*Counsel for : Creditors Committee*

**Kathleen E. Barry**
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Fax: 4109826382; Email: kbarry@therousecompany.com
*Counsel for : Rouse Affiliate*

**W. Robinson Beard**
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202
Fax: (502) 587-6391; Email: wbeard@stites.com
*Counsel for : Regn'l Airport Auth of Louisville/Jefferson City*
*Lexington-Fayette Urban Airport Board*

**Edith J. Benay**
Attorney at Law
345 Franklin Street
San Francisco, CA 94102
Fax: 4152528048; Email: ebenay@cs.com
*Counsel for : Frank, et al.*

**Brad A. Berish**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 W. Jackson Blvd.
Chicago, IL 60604
Fax: (312) 435-1059; Email: bberish@agmbc.com
*Counsel for : Travelers Casualty & Surety Company*
*Travelers Indemnity Company*

**Jeffrey Bernstein**
Carpenter, Bennett & Morrissey
Three Gateway Center 100 Mulberry Street
Newark, NJ 07102
Fax: (973) 622-5314; Email: jb@carpben.com
*Counsel for : New Jersey Self-Insurer's Guaranty Assn.*

**James H. Billingsley**
Hughes & Luce, LLP
1717 Main Street Suite 2800
Dallas, TX 75201
Fax: 2149396100; Email: james.billingsley@hughesluce.com
*Counsel for : The Varde Fund, L.P.*

**Terence G. Banich, II**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611-7903
Fax: (312) 840-8704; Email: tbanich@jenner.com
*Counsel for : Milepost Properties - Chicago, LLC*

**William Barbour**
Public Services Resources Corp.
80 Park Plaza T-22
Newark, NJ 07102-4194
Fax: 9734583589; Email: william.barbour@pseg.com
*Counsel for : N634UA*

**William J. Barrett**
Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC 333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Fax: (312) 984-3150; Email: william.barrett@bfkpn.com
*Counsel for : Delta Air Lines, Inc.*
*Environmental Resources Management, Inc.*

**Jeffrey A. Bartos**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW Suite 700
Washington, DC 20036-2243
Fax: (202) 624-7420; Email: jbartos@geclaw.com
*Counsel for : Association of Flight Attendants*

**Sharon M. Beausoleil-Mayer**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Fax: 7136515246; Email: sbeausoleil-mayer@fulbright.com
*Counsel for : Chase Transportation*
*Chase Terminal*
*Motiva*
*SOPUS*
*Shell Pipeline*

**Robert R. Benjamin**
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL 60606
Fax: 3124449086; Email: benjamin@3blaw.com
*Counsel for : Nancy Abbot, et al.*

**Mark A. Berkoff**
Piper Rudnick
203 N. La Salle St. Suite 1800
Chicago, IL 60601-1293
Fax: (312) 236-7516; Email: mark.berkoff@piperrudnick.com
*Counsel for : Air Canada*
*Citibank Privatkunden AG*

**Ezra I. Bialik, Esq.**
The Port Authority of NY & NJ
Office of Milton H. Pachter Law Department 225 Park Ave. South, 13th. f
New York, NY 10003
Fax: (212) 435-3584; Email: ebialik@panynj.gov
*Counsel for : Port Authority of NY & NJ*

**Thomas E. Biron**
Blank, Rome, Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103-6998
Fax: (215) 832-5552; Email: biron@blankrome.com
*Counsel for : Creditors Committee*

Peter L. Borowitz, Esq.
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY  10022
Fax: (212) 909-6836; Email: plborowitz@debevoise.com
    Counsel for : John Hancock Life Insurance Co.


Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102
Fax: (215) 568-6603; Email: mbranzbu@klehr.com
    Counsel for : Philadelphia Department of Commerce


Adam Brezine
Thelen Reid & Priest LLP
101 Second St., Ste. 1800
San Francisco, CA  94105-3601
Fax: 4153498927; Email: abrezine@thelenreid.com
    Counsel for : California Self Insurers' Security Fund


John M. Brom
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL  60606
Fax: 3124449086; Email: brom@3bblaw.com
    Counsel for : Nancy Abbot, et al.


Michael P. Buck
Zixi & Associates
Professional Corporation  888 Third Ave., 24th Floor
New York, NY  10017
Fax: 2129801453; Email: michael.buck@zinlandassociates.com
    Counsel for : Banco di Napoli


Michael G. Burke
Sidley, Austin, Brown & Wood LLP
787 Seventh Ave.
New York, NY  10019
Fax: 2128396599; Email: mgburke@sidley.com
    Counsel for : Boeing Company
    Boeing Capital Corp.


Robert Bush
Geffner & Bush
3500 W. Olive Ave.  Suite 1100
Burbank, CA  91505
Fax: (818) 973-3201; Email: rbush@geffner-bush.com
    Counsel for : Int'l Assoc. of Machinists and Aerospace Workers


James Caldwell
IOS Capital, Inc.
Bankruptcy Administration IOS Capital, LLD 1738 Bass Road  P.O. Box 1
Macon, GA  31208-3706
Fax: (478) 471-2394; Email: jcaldwell@ikon.com
    Counsel for : IOS Capital, Inc.


Jack J. Carriglio
Meckler Bulger & Tilson
123 North Wacker Drive  Suite 1800
Chicago, IL  60606
Fax: 3124747898; Email: jack.carriglio@mbtlaw.com
    Counsel for : United Retired Pilots Benefit Protection
    Association, an Illinois not-for- profit Corp.


Debra Ceccotti
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY  10019
Fax: (212) 762-0358; Email: debra.saron@morganstanley.com
    Counsel for : Morgan Stanley


Elena Bosk
Zixi & Associates
Professional Corporation  888 Third Ave., 24th Floor
New York, NY  10017
Fax: 2129801453; Email: elena.bosk@zinlandassociates.com
    Counsel for : Banco di Napoli


Vicki Braunagel
Denver Airport Revenue Fund City
Department of Aviation 8500 Pena Blvd
Denver, CO  80249
Fax: (303) 342-2525; Email: Vicki.braunagel@diadenver.net
    Counsel for : Denver Airport Revenue Fund City


Roger T. Brice
Sonnenschein, Nath & Rosenthal
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767984; Email: rbrice@sonnenschein.com
    Counsel for : Creditors Committee


Mark Broude, Esq.
Latham & Watkins
885 Third Ave.
New York, NY  10022
Fax: (212) 751-4864; Email: mark.broude@lw.com
    Counsel for : ING Bank, NV
    ING Lease (Ireland)
    BV Dublin Branch


Gerard T. Bukowski, Vice President and General C
Burns & McDonnell Engineering Company, Inc.
9400 Ward Parkway
Kansas City, MO  64114-3319
Fax: ; Email: gbukows@burnsmcd.com
    Counsel for : Burns & McDonnell, including
    Burns & McDonnell Engineering Company, Inc.


Phil Burno
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL  60606
Fax: 3124314704; Email: pburno@whummer.com
    Counsel for : Wayne Hummer Investments


Gary Bush
Bank of New York, (The)
101 Barclay Street
New York, NY  10286
Fax: (212) 815-5131; Email: gbush@bankofny.com
    Counsel for : Bank of New York


Sarah Campbell
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113; Email: scampbell@whitecase.com
    Counsel for : Societe General
    UFJ Bank Limited, Chicago Branch
    Aircraft Finance Parties


Steve Carter
Attorney General of Indiana
Indian Government Center South  Fifth Floor  402 West Washington Stree
Indianapolis, IN  46204-2770
Fax: 3172327979; Email:
    Counsel for : Indiana Department of Revenue


Babette A. Ceccotti
Cohen, Weiss & Simon, LLP
330 W. 42nd Street
New York, NY  10036-6976
Fax: (646) 473-8227; Email: bceccotti@cwsny.com
    Counsel for : ALPA


David H. Botter
Akin, Gump, Straus, Hauber & Feld, LLP
590 Madison Ave.
New York, NY  10022
Fax: (212) 872-1002; Email: dbotter@akingump.com
    Counsel for : Ad Hoc Committee of Holders of EETC and ETC
    Ad Hoc Committee of Noteholders


Bernadette Brennan
Michael A. Cardozo, Corporate Counsel for NYC
100 Church Street
New York, NY  10007
Fax: ; Email: bbrennan@law.nyc.gov
    Counsel for : City of New York


Thomas Brickner
International Association of Machinists
9000 Machinists Place  Suite 118 B
Upper Marlboro, MD  20772
Fax: 3019674591; Email: tbrickner@iamaw.org
    Counsel for : IAM


Abraham Brustein
DiMonte & Lizak
216 W. Higgins Road
Park Ridge, IL  60068
Fax: 8476969623; Email: abrustein@dimonteandlizak.com
    Counsel for : Advanced Roofing, Inc.


Jonathan G. Bunge
Davis & Campbell, LLC
225 West Washington Street  Suite 2200
Chicago, IL  60606
Fax: 3129240271; Email: jgbunge@dcamplaw.com
    Counsel for : Independent Fiduciary Services, Inc.


James Burshtyn, Assistant Attorney General
Comptroller of Public Accounts of Texas
Bankruptcy & Collections Division  P.O. Box 12548
Austin, TX  78711-2548
Fax: ; Email: james.burshtyn@oag.state.tx.us
    Counsel for : State of Texas


Susan R. Bye-Walsh
17916 Hatridge Lane
Canyon Country, CA  91387
Fax: ; Email:
    Counsel for :


Marc Carmel
Kirkland & Ellis
200 East Randolph
Chicago, IL  60601
Fax: 3126500160; Email: mcarmel@kirkland.com
    Counsel for : UAL Corp.


Ben T. Caughey
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN  46282
Fax: (317) 592-4643; Email: ben.caughey@icemiller.com
    Counsel for : Indianapolis Airport Authority
    Citizens Gas & Coke Utility


Erik Chalut
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL  60601-6636
Fax: 3128612200; Email: erik_chalut@chicago.kirkland.com
    Counsel for : UAL Corp.

**George M. Cheever**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street
Pittsburgh, PA  15222-2312
Fax: (412) 355-6501;  Email: gcheever@kl.com
*Counsel for : State Street Bank and Trust Co.*

**Anthony Chiofalo**
Zini & Associates
Professional Corporation  666 Third Ave., 24th Floor
New York, NY  10017
Fax: 2129601453;  Email: anthony.chiofalo@ziniandassociates.com
*Counsel for : Banco di Napoli*

**Eleftheria N. Chronas**
Maceo & Associates, P.C.
c/o Jennifer Cota  Capital Properties, Inc.  31 St. James Avenue
Boston, MA  02116
Fax: 6172425598;  Email: enc@macerolaw.com
*Counsel for : OMV Associates, LP*

**Julia Clark**
IFPTE
8630 Fenton Street  Suite 400
Silver Spring, MD  20910
Fax: 3015660018;  Email: jclark@ifpte.org
*Counsel for : IFPTE*

**Nathan F. Coco**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700;  Email: ncoco@mwe.com
*Counsel for : Bank of New York*

**Stuart M. Cohen**
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299
Fax: 2129692900;  Email: smcohen@proskauer.com
*Counsel for : V-NP Properties, LLC*

**Tom Combs**
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY  10019
Fax: (212) 507-0479;  Email: tom.combs@morganstanley.com
*Counsel for : Morgan Stanley*

**Daniel G. Cortright**
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center  5th Floor
San Francisco, CA  94111
Fax: 4153985584;  Email: dgc@jmbm.com
*Counsel for : Phoenix Leasing Incorporated*

**Eugene Crane**
Dannen, Crane, Heyman & Simon
135 LaSalle Street  # 1540
Chicago, IL  60603
Fax: (312) 641-7114;  Email: ecrane@craneheyman.com
*Counsel for :*

**Frank Cummings**
LeBoeuf, Lamb, Greene & MacRae, LLP
1875 Connecticut Avenue, NW
Washington, DC  60003-5728
Fax: 2029866102;  Email: fcummings@llgm.com
*Counsel for : United Retired Pilots Benefit Protection*

**Matthew W. Cheney, Esq.**
Swidler, Berlin, Shereff, Freidman, LLP
3000 K St., NW  Suite 300
Washington, DC  20007-5116
Fax: (202) 424-7643;  Email: mwcheney@swidlaw.com
*Counsel for : Koch Supply & Trading, LP*

**Edward P. Christian**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2138132490;  Email: echristian@orrick.com
*Counsel for : WestLB, AG, t/h/s Westdeutsche Landesbank Girozentrale, New York Branch*

**Paul E. Chronis**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096
Fax: 3129847700;  Email: pchronis@mwe.com
*Counsel for : Bank of New York*

**Allison Clark**
Meritt Corp.
250 S. Wacker Dr.  4th Fl.
Chicago, IL  60606
Fax: (312) 786-9900;  Email: allison.clark@merittcorp.com
*Counsel for : Official Copy Service*

**Michael W. Coffield**
Michael W. Coffield & Associates
77 West Wacker Drive  Suite 4800
Chicago, IL  60601
Fax: 3124449958;  Email: mike@bigdoglaw.com
*Counsel for : Jane Ehrtamann Zeller, et al.*

**Stacy Coleman**
LaSalle Bank National Association
135 S. LaSalle St.  Suite 1960
Chicago, IL  60603
Fax: (312) 904-2236;  Email: stacy.coleman@abnamro.com
*Counsel for : LaSalle Bank National Association*

**Robert A. Conrad**
HSBC Bank USA
452 Fifth Avenue
New York, NY  10018
Fax: (212) 525-1368;  Email: robert.conrad@us.hsbc.com
*Counsel for : HSBC Bank USA*

**Theresa Cosmano**
Theresa Cosmano
5525 N. Nordica
Chicago, IL  60656
Fax : ;  Email:
*Counsel for : Kenneth Scott Justet*

**Gretchen Crawford, Assistant District Attorney**
Oklahoma County Treasurer
320 Robert S. Kerr  Room 307
Oklahoma City, OK  73102
Fax: 4057137158;  Email: tammie@oklahomacounty.org
*Counsel for : Oklahoma County Treasurer*

**David Curry**
Mayer Brown Rowe & Maw
190 S. LaSalle Street
Chicago, IL  60603-3441
Fax: 3127040230;  Email: dcurry@mayerbrownrowe.com
*Counsel for :*

**Michael Chimitris, Assistant General Counsel**
General Growth Management, Inc., as Agent
110 N. Wacker
Chicago, IL  60606
Fax: (312) 960-5903;  Email: swardt@generalgrowth.com
*Counsel for : General Growth Management, Inc., as Agent*

**David C. Christian II**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700;  Email: dchristian@mwe.com
*Counsel for : Bank of New York*

**Francis A. Citera**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124566435;  Email: citeraf@gtlaw.com
*Counsel for : City of Chicago*

**Robert S. Clayman**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW  Suite 700
Washington, DC  20036-2243
Fax: (202) 624-7420;  Email: rclayman@geclaw.com
*Counsel for : Association of Flight Attendants*

**Jeffrey B. Cohen**
Pension Benefit Guaranty Corp.
Office of the General Counsel  1200 K Street, NW, Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: cohen.jeffrey@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**John Collen, Esq.**
Duane Morris, LLC
227 West Monroe St.  Suite 3400
Chicago, IL  60606
Fax: (312) 499-6701;  Email: jcollen@duanemorris.com
*Counsel for : Philadelphia Department of Commerce*

**Katherine Constantine, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643;  Email: constantine.katherine@dorseylaw.com
*Counsel for : U.S. Bank National Association*

**Steven N. Cousins**
Armstrong Teasdale LLP
Metropolitan Square  Suite 2600
St. Louis, MO  63102-3740
Fax: 3146215065;  Email: scousins@armstrongteasdale.com
*Counsel for : City of St. Louis
Lambert St. Louis International Airport*

**Leo T. Crowley**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 2126561500;  Email: lcrowley@pillsburywinthrop.com
*Counsel for : Mitsui & Co. (USA), Inc.
Sumitomo Corporation
Mitsui & Co. International (Europe)
Marubeni America Corporation
Wells Fargo Bank Northwest, NA*

**Vincent A. D'Agostino**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2505;  Email: vdagostino@lowenstein.com
*Counsel for : AT&T Corp.*

**Jeffrey C. Dan**
Dannen, Crane, Heyman & Simon
135 South LaSalle St. Suite 1540
Chicago, IL 60603-4297
Fax: (312) 641-7114; Email: jdan@cranehyman.com
 *Counsel for : Florida Power and Light*

**Michael J. D'Angelico**
U.S. Bank National Association
One Federal Street, 3rd Floor Mail Station: EX-MA-FED
Boston, MA 02110
Fax: 6176036540; Email: michael.dangelico@usbank.com
 *Counsel for : U.S. Bank N.A.*

**Maria A. Dantas**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ 07102-5490
Fax: (973) 643-0111; Email: mdantas@llgm.com
 *Counsel for : Wachovia Bank, N.A.*
  *f/k/a First Union National Bank*

**Jeanne P. Darcey**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199-7613
Fax: (617) 227-4420; Email: jdarcey@palmerdodge.com
 *Counsel for : State Street Bank & Trust Co.*
  *State Street Bank & Trust Co. of Connecticut*

**Steve Darnell**
Pitney Bowes Credit Corporation
27 WaterView Drive
Shelton, CT 06484-4361
Fax: 2036224083; Email: steve.darnell@pb.com
 *Counsel for : Pitney Bowes Credit Corporation*

**Raniero D'Aversa, Jr.**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
Fax: (212) 262-1910; Email: rdaversa@mayerbrownrowe.com
 *Counsel for : ABN-AMRO Bank, NV*

**Gregory E. Davidowitch**
Association of Flight Attendants
6400 Shafer Court Suite 250
Rosemont, IL 60018
Fax: (847) 292-7180; Email: mecpresident@united.afa.org
 *Counsel for : Association of Flight Attendants*

**Janet L. Davis**
Department of Transportation
Airline Carrier Fitness Division, X-56 400 Seventh St., SW  Room 6401
Washington , DC  20590
Fax: (202) 366-7638; Email: Janet.Davis@ost.dot.gov
 *Counsel for : Department of Transportation*

**Jerome M. Davis**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL  60606
Fax: 3128767934; Email: jmdavis@sonnenschein.com
 *Counsel for : Official Committee of Unsecured Creditors*

**Susan B. de Resendiz**
Gardner, Carton & Douglas
191 N. Wacker Drive  Suite 3700
Chicago, IL  60606-1698
Fax: 3125983213; Email: sderesendiz@gcd.com
 *Counsel for : Airbus North America Holdings, Inc.*

**William J. Delaney**
Tillinghast Licht Perkins Smith & Cohen, LLC
10 Weybosset Street, Suite 1000
Providence, RI  02903
Fax: (401) 456-1210; Email: wdelaney@tlslaw.com
 *Counsel for : Rhode Island Airport Commission*

**Stephen Demotto**
GE Asset Management Incorporated
Two Union Square
Seattle, WA  98101-2341
Fax: 2065184578; Email: steve.demotto@corporate.ge.com
 *Counsel for : GE Asset Management Incorporated*

**Andrew DeNatale**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113; Email: adenatale@whitecase.com
 *Counsel for : Societe General*
  *Aircraft Finance Parties*

**Michael K. Desmond**
Figliulo & Silverman, PC
10 South LaSalle Street  Suite 3600
Chicago, IL  60603
Fax: 3122514610; Email: mdesmond@fslegal.com
 *Counsel for : Brierley & Partners*

**Paul H. Deutch**
Jenkens & Gilchrist
The Chrysler Building  405 Lexington Avenue
New York, NY  10174
Fax: 2127046268; Email: pdeutch@jenkens.com
 *Counsel for : Beal Capital Markets*

**Deborah A. Devaney**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767634; Email: ddevaney@sonnenschein.com
 *Counsel for : Creditors Committee*

**George Diamantopoulos**
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, 12th Floor
White Plains, NY  10601
Fax: 9149977125; Email: gdiaman@ssmplaw.com
 *Counsel for : Aircraft Mechanics Fraternal Association*

**Barry J. Dichter**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: barry.dichter@cwt.com
 *Counsel for : Lehman Brothers Holdings, Inc.*

**Bernard F. Diederich**
U.S. Department of Transportation
Office of General Counsel  C-10, Room 10102  400 7th Street, S.W.
Washington, DC  20590
Fax: 2023589170; Email: bernard.diederich@ost.dot.gov
 *Counsel for : United States of America*

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
Fax: (713) 844-3503; Email: houston_bankruptcy@publicans.com
 *Counsel for : Harris County*
  *Houston ISD*
  *City of Houston*

**Kirk D. Dillman**
Hennigan, Bennet & Dorman LLP
601 South Figueroa Street  Suite 3300
Los Angeles, CA  90017
Fax: 2136841234; Email: dillmank@hbdlawyers.com
 *Counsel for : HSBC Bank USA*

**Dominic DiNapoli**
FTI Consulting, Inc.
1177 Avenue of the Americas  3rd Fl.
New York, NY  10036
Fax: (646) 741-8940; Email: Dominic.DiNapoli@fticonsulting.com
 *Counsel for : FTI Consulting, Inc.*

**Angela D. Dodd**
Securities and Exchange Commission
Midwest Regional Office  175 W. Jackson Blvd  Suite 900
Chicago, IL  60604
Fax: (312) 353-7398; Email: dodda@sec.gov
 *Counsel for : Securities & Exchange Commission*

**Edward C. Dolan**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC  20004-1109
Fax: (202) 637-5910; Email: ecdolan@hhlaw.com
 *Counsel for : Eagle County Air Terminal Corporation*

**Christopher B. Dolan**
Dolan Law Firm
333 Pine Street  4th Floor
San Francisco, CA  94104
Fax: 2154212830; Email: chris@cbdlaw.com
 *Counsel for : Kenneth Scott Justel*

**James M. Donohue**
Ausley & McMullen
227 South Calhoun Street  P.O. Box 391
Tallahassee, FL  32302
Fax: (850) 222-7560; Email: jdonohue@ausley.com
 *Counsel for : Florida Self-Insurers Guaranty Assn., Inc.*

**J. Patrick Donovan**
Chief Assistant Corporation Counsel
City of Chicago  30 North LaSalle Street, Rm. 900
Chicago, IL  60602
Fax: (312) 744-8796; Email: pdonovan@cityofchicago.org
 *Counsel for : City of Chicago*

**Kevin C. Driscoll, Jr.**
Barnes & Thornburg
One North Wacker Drive  Suite 4400
Chicago, IL  60606
Fax: (312) 759-5646; Email: kevin.driscoll@btlaw.com
 *Counsel for : Indiana Department of Commerce*
  *Indiana Transportation Finance Authority*

**Sheri L. Drucker**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: sdrucker@mayerbrownrowe.com
 *Counsel for : UAL Loyalty Services, Inc.*

**David L. Drubrow**
Arent Fox Kintner Plotkin & Kahn PLLC
1675 Broadway, 25th floor
New York, NY  10019
Fax: (212) 484-3990; Email: dubrowd@arentfox.com
 *Counsel for : Suntrust Bank*
  *Vanguard Municipal Bond Funds*

**Bradley R. Duncan**
Hunton & Williams LLP
1751 Pinnacle Drive
McLean, VA  22102
Fax: 7037447410; Email: bduncan@hunton.com
Counsel for : Sabre Inc.

**John F. Eid**
ARINC, Inc.
2551 Riva Road
Annapolis, MD  21401
Fax: (410) 573-3278; Email: jfe@arinc.com
Counsel for : ARINC, Inc.

**Patricia J. Emshwiller, Esq.**
Schiff, Hardin & Waite
233 S. Wacker Drive 6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700; Email: pemshwiller@schiffhardin.com
Counsel for : Pratt & Whitney
Hamilton Sundstrand Corporation

**Mark E. Felger, Esq.**
Cozen O'Connor
Chase Manhattan Centre  1201 North Market Street  Suite 1400
Wilmington, DE  19801
Fax: (302) 295-2013; Email: mfelger@cozen.com
Counsel for : Argenbright Security, Inc.

**Jorge A. Fernandez-Reboredo**
Rivera & Fernandez-Reboredo, PSC
P.O. Box 360784
San Juan, PR  00936-0764
Fax: 7872810706; Email: jfernandez@rfrpsc.com
Counsel for : Puerto Rico Ports Authority

**J. Mark Fisher, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700; Email: mfisher@schiffhardin.com
Counsel for : Pratt & Whitney
Hamilton Sundstrand Corporation

**Dennis D. Fitzpatrick**
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL  60603-1002
Fax: 3126087500; Email: dfitzpatrick@clausen.com
Counsel for : Inova Tan Cheng Hua
Michael Sum

**Steven B. Flancher, Assistant Attorney General**
State of Michigan, Attorney General
Department of Attorney General  Revenue and Collections Division  First I
Lansing, MI  48922
Fax: 5173364879; Email:
Counsel for : State of Michigan

**Carol Flowe**
Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Fax: (202) 857-6395; Email: flowe.carol@arentfox.com
Counsel for : Suntrust Bank
Vanguard Municipal Bond Funds

**Robin M. Edwards**
Sonnenschein, Nath & Rosenthal LLP
685 Market Street  6th Floor
San Francisco, CA  94105
Fax: 4154435472; Email: redwards@sonnenschein.com
Counsel for : Official Committee of Unsecured Creditors

**Michael M. Eidelman**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street  Suite 2600
Chicago, IL  60601-1003
Fax: 3120055005; Email: meidelman@vedderprice.com
Counsel for : UAL Corp.

**Richard L. Epling**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: (212) 858-1500; Email: repling@pillsburywinthrop.com
Counsel for : Cooperatieve Centrale Raiffeisen-Boerenleenbank
Mitsui & Co. (USA), Inc.
UGT Kumiai/TLC Seimpauta Limited
UGT-2 Kumiai/TLC Lletris Ltd.

**Lisa H. Fenning**
Dewey Ballantine LLP
333 South Grand Avenue  29th Floor
Los Angeles, CA  90071
Fax: (213) 621-6100; Email: ualservice@deweyballantine.com
Counsel for : Verizon Capital Corporation
Walt Disney Pictures & Television
Morgan Stanley
Inbrarock I, LLC

**James M. Finberg**
Lieff, Cabraser, Heimann & Bernstein LLP
Embarcadero Center West  275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Fax: 4159581000; Email: jfinberg@lchb.com
Counsel for : Frank, et al.

**Robert M. Fishman**
Shaw, Gussis, Fishman, Glantz & Wolfson, LLC
1144 W. Fulton St.  Suite 200
Chicago, IL  60607
Fax: (312) 541-0185; Email: rfishman@shawgussis.com
Counsel for : Atlantic Coast Airlines, Inc.

**Janet Fitzpatrick, Legal Assistant**
Unisys Corporation
Unisys Way  P.O. Box 500, M/S E8-108
Blue Bell, PA  19424
Fax: 2159365721; Email: janet.fitzpatrick@unisys.com
Counsel for : Unisys Corporation

**J. Brian Fletcher**
Jessop & Co., PC
303 E. 17th Ave.  Suite 930
Denver, CO  80203
Fax: (303) 860-7233; Email: jbfletcher@jessopco.com
Counsel for : Denver International Airport
City and County of San Francisco,
acting by and through San Francisco Airport Comm.

**Wilbur F. Foster, Jr.**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: 2128225219; Email: wfoster@milbank.com
Counsel for : BNP Paribas, Calyon
Diamond Lease (USA), Inc., Diamond Airfinance Ltd.
HSH Nordbank AG
Kreditanstalt fur Wiederaufbau
Mitsubishi, Norddeutsche Landesbank Girozentrale

**Henry M. Efroymson**
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN  46282
Fax: (317) 592-4643; Email: henry.efroymson@icemiller.com
Counsel for : Indianapolis Airport Authority
Citizens Gas & Coke Utility

**David S. Elkind**
Reboul, MacMurray, Hewitt & Maynard
45 Rockefeller Plaza
New York, NY  10111
Fax: 2126415725; Email: delkind@reboul.com
Counsel for : British Airways Plc

**Brad B. Erens**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL  60601
Fax: (312) 782-8585; Email: jdrpual@jonesday.com
Counsel for : Continental Airlines, Inc.

**Marc I. Fenton**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1293
Fax: (312) 630-5348; Email: marc.fenton@piperrudnick.com
Counsel for : Air Canada
Wachovia Bank, N.A.
f/k/a First Union National Bank

**Mark A. Fink**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th Floor
New York, NY  10020
Fax: 2127685900; Email: mfink@sonnenschein.com
Counsel for : Creditors Committee

**Michelle J. Fisk**
Schiff Hardin, LLP
6600 Sears Tower
Chicago, IL  60606
Fax: 3122585700; Email: mfisk@schiffhardin.com
Counsel for : PNC Bank, National Association
PNC Leasing, LLC

**Michael J. Flaherty**
Flaherty & Jacobson, PC
134 North LaSalle Street  Suite 1800
Chicago, IL  60602
Fax: (312) 782-4720; Email: mflaherty@flaw.com
Counsel for : Goodrich Corporation

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen LLP
c/o Brandon C. Ives  199 South Los Robles Avenue  Suite 600
Pasadena, CA  91101-2459
Fax: 6265177764; Email: mtf@afrct.com
Counsel for : Airport Group International, Inc.

**Joseph D. Frank**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: 3122691747; Email: jfrank@ngelaw.com
Counsel for : American State Bank
Heidrick & Struggles International, Inc.
DiamondCluster International, Inc.
Dallas/Ft. Worth Int'l. Airport Board
Sage Parts Plus, Inc.

**Jeff J. Friedman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: 2129407100; Email: jeff.friedman@kmzr.com
    Counsel for : Societe Nationale D'Etude et de Construction
    de Moteurs D'Aviation

**Shari L. Friedman**
Mayedal, Minichello & Reeb
10 South Riverside Plaza, Suite 720
Chicago, IL  60606
Fax: (312) 902-9900; Email: sfriedman@mmr-law.com
    Counsel for : Chromalloy Gas Turbine Corporation

**Lisa E. Funk**
American Airlines, Inc.
P.O. Box 619616  MD 5675
DFW Airport, TX  75261-9616
Fax: 8179973957; Email: lisa.funk@aa.com
    Counsel for : American Airlines, Inc.

**Richard P. Garden**
Cline, Williams, Wright, Johnson & Oldfather LLP
1900 U.S. Bank Building  233 South 13th Street
Lincoln, NE  68508-2095
Fax: 4024745393; Email: rparden@cline-law.com
    Counsel for : Travel  & Transport, Inc.

**William Gardner**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820
Fax: (212) 262-1910; Email: wgardner@mayerbrownrowe.com
    Counsel for : Barclays Bank PLC

**Gilles Gareau**
Adams Gareau
425 Viger West  Suite 410
Montreal,  QC  H2Z1X2  Canada
Fax: 5146480319; Email: gareaug@adamsgareau.com
    Counsel for : Always Travel, Inc.
    Nighbourne Enterprises, Inc.
    Canadian Standard Travel Agent Registry

**Jeffrey Gargano**
Wallenstein & Wagner, Ltd.
311 South Wacker Drive  Suite 5300
Chicago, IL  60606
Fax: 3125543301; Email: jgargano@wallywag.com
    Counsel for : Pitney Bowes Credit Corporation

**Geoffrey H. Garrett**
Attorney at Law
6311 SE 83rd Street
Mercer Island, WA  98040
Fax: ; Email: ghgarrett@attbi.com
    Counsel for : ALPA

**Frances Gecker, Esq.**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-1747
Fax: 3122691747; Email: fgecker@ngelaw.com
    Counsel for : American State Bank
    Helsinki & Snuggles International, Inc.
    DiamondCluster International, Inc.
    Dallas/Ft. Worth Int'l. Airport Board
    Sage Parts Plus, Inc.

**Theresa Gee**
United States Department of Labor
Office of the Solicitor - Plan Benefits Security Division  200 Constitution Av
Washington, D.C.,  20210
Fax: 2026550210; Email: gee-theresa@dol.gov
    Counsel for : US Department of Labor

**Kimberly A. Geller**
Gibson, Dunn & Crutcher, LLP
2100 McKinney Ave.  Suite 1100
Dallas, TX  75201
Fax: (214) 698-3400; Email: kgeller@gibsondunn.com
    Counsel for : Atlantic Coast Airlines

**Matthew T. Gensburg**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL  60601
Fax: (312) 456-8435; Email: gensburgm@gtlaw.com
    Counsel for : City of Chicago

**Toby L. Gerber**
Fulbright & Jaworski LLP
2200 Ross Avenue  Suite 2800
Dallas, TX  75201-2784
Fax: 2148556200; Email: tgerber@fulbright.com
    Counsel for : International Air Transport Association

**Jeffrey W. Gettleman**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
Fax: 3128612200; Email: jgettleman@kirkland.com
    Counsel for : UAL Corp.

**Douglas C. Giese**
Delrees & Fiske
200 South Michigan Avenue  Suite 1100
Chicago, IL  60604
Fax: 3129365617; Email: dcgiese@defrees.com
    Counsel for : City & County of Denver

**David A. Gill**
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East  Third Floor
Los Angeles, CA  90067-2904
Fax: (310) 277-5735; Email: dgill@dgdk.com
    Counsel for : City of Los Angeles, Dept. of Airports

**R. Dale Ginter, Esq.**
Downey Brand LLP
555 Capitol Mall  10th Floor
Sacramento, CA  95814-4686
Fax: (916) 441-4021; Email: dginter@downeybrand.com
    Counsel for : California Statewide Communities Development Auth.

**Steven A. Ginther, Special Assistant Attorney Gen**
Missouri Department of Revenue
General Counsel's Office  301 W. High Street, Room 670  P.O. Box 475
Jefferson City, MO  65105-0475
Fax: 5737517232; Email: ndiecki@mail.dor.state.mo.us
    Counsel for : Missouri Department of Revenue

**Adrienne Go, Deputy City Attorney**
San Francisco International Airport
International Terminal  5th Fl.  PO Box 8097
San Francisco, CA  94128
Fax: (650) 821-5089; Email: Adrienne.Go@flysfo.com
    Counsel for : San Francisco International Airport
    City and County of San Francisco

**Thomas D. Goldberg, Esq.**
Day, Barry & Howard
One Canterbury Green
Stamford, CT  06901-2047
Fax: (203) 977-7301; Email: tdgoldberg@dbh.com
    Counsel for : Pratt & Whitney

**Brian E. Goldberg**
Orrick, Herrington & Sutcliff, LLP
666 Fifth Avenue
New York, NY  10103
Fax: 2125065151; Email: bgoldberg@orrick.com
    Counsel for : Retirement Systems of Alabama

**Ronald W. Goldberg**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136122490; Email: rgoldberg@orrick.com
    Counsel for : WestLB, AG, f/k/a Westdeutsche Landesbank
    Girozentrale, New York Branch

**Richard N. Golding**
Katz Randall Weinberg & Richmond
333 W. Wacker Dr.  Suite 1800
Chicago, IL  60606
Fax: 3128073903; Email: rgolding@krw.com
    Counsel for : Port Authority of New York and New Jersey

**Ira H. Goldman**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax: ; Email: bankruptcy@goodwin.com
    Counsel for : Wells Fargo Bank, National Association

**Jonathan Goldstein**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: 2125306218; Email: jgoldstein@milbank.com
    Counsel for : BNP Paribas, Calyon
    Diamond Lease (USA), Inc., Diamond Airfinance Ltd.
    HSH Nordbank AG
    Kreditanstalt fur Wiederaufbau
    Mitsubishi, Norddeutsche Landesbank Girozentrale

**Harley J. Goldstein**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606
Fax: 3122606572; Email: hgoldstein@freebornpeters.com
    Counsel for : OurHouse, Inc.

**Henry Goodman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: (212) 940-8776; Email: henry.goodman@kmzr.com
    Counsel for : HypoVereinsbank

**Barbara Goodstein**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019-5389
Fax: 2126499371; Email: bgoodstein@llgm.com
*Counsel for : Nomura Babcock & Brown Co., Ltd.*

**Karen Gossman**
Holland & Knight LLP
131 S. Dearborn, 30th Floor
Chicago, IL 60603
Fax: 3125739666; Email: karen.gossman@hklaw.com
*Counsel for : Gate Gourmet Inc.*

**Jeffrey J. Graham**
Sommer Barnard Ackerson, PC
4000 Bank One Tower 111 Monument Circle
Indianapolis, IN 46204
Fax: (317) 236-9802; Email: jgraham@sbalawyers.com
*Counsel for : City of Indianapolis*

**Ira S. Greene**
Hogan & Hartson, LLP
651 Fifth Ave.
New York, NY 10176
Fax: (212) 697-9666; Email: isgreene@hhlaw.com
*Counsel for : Discover Financial Services*

**Matthew J. Gryzlo**
Walkenstein & Wagner, Ltd.
311 South Wacker Drive Suite 5300
Chicago, IL 60606
Fax: 3125543301; Email: mgryzlo@wwfirm.com
*Counsel for : Pitney Bowes Credit Corporation*

**W. Thomas Halbleib**
Stites & Harbison, PLLC
400 West Market St.
Louisville, KY 40202
Fax: (502) 587-6391; Email: thalbleib@stites.com
*Counsel for : Regn'l Airport Auth of Louisville/Jefferson Cnty
Lexington-Fayette Urban Airport Board*

**Lawrence M. Handelsman**
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Fax: (212) 806-6006; Email: lhandelsman@stroock.com
*Counsel for : Delta Air Lines, Inc.*

**Steven M. Hartmann**
Freeborn & Peters
311 S. Wacker Drive Suite 3000
Chicago, IL 60606-6677
Fax: 3123006573; Email: shartmann@freebornpeters.com
*Counsel for : Chase Transportation
Chase Terminal
Motiva
SOPUS
Shell Pipeline*

**David Hayes, Chief Legal Officer**
Trans States Airlines, Inc.
11495 Natural Bridge Road
St. Louis, MO 63044
Fax: 3142224311; Email:
*Counsel for : Trans States Airlines, Inc.*

**Bruce Gordon**
IBM Credit Corporation
Restructuring Group - MD NC317 North Castle Drive
Armonk, NY 10504
Fax: 8454913264; Email: gordonbr@us.ibm.com
*Counsel for : IBM Credit Corporation*

**William F. Govier**
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
Fax: 3122402566; Email: william.govier@bingham.com
*Counsel for : Debtor's 1990 V Equipment Trust*

**Paul A. Greco**
DiMonte & Lizak
216 W. Higgins Road
Park Ridge, IL 60068
Fax: 8476809923; Email: pgreco@dimonteandlizak.com
*Counsel for : Advanced Roofing, Inc.*

**John Grossbart**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: jgrossbart@sonnenschein.com
*Counsel for : Creditors Committee*

**Elizabeth M. Guffy**
Dewey Ballantine LLP
700 Louisana Suite 1900
Houston, TX 77002
Fax: (713) 445-1533; Email: uallservice@deweyballantine.com
*Counsel for : Verizon Capital Corporation
Walt Disney Pictures & Television
Morgan Stanley
IntransAt I, LLC*

**Judith A. Hall**
Babcock & Brown LP
2 Harrison St.
San Francisco, CA 94105
Fax: (415) 267-1500; Email: judith.hall@babcockbrown.com
*Counsel for : Babcock & Brown LP*

**Jonathan C. Hantke**
Aldine Independent School District
14010 Aldine-Westfield Road
Houston, TX 77032
Fax: 2819856321; Email: jhantke@aldine.k12.tx.us
*Counsel for : Aldine Independent School District*

**Ruth A. Harvey**
US Department of Justice
Civil Division PO Box 875 Ben Franklin Station
Washington, DC 20044
Fax: (202) 514-9163; Email: ruth.harvey@usdoj.gov
*Counsel for : US Department of Justice*

**Nathan Haynes**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Fax: (212) 504-6666; Email: nathan.haynes@cwt.com
*Counsel for : Northwest Airlines*

**David B. Goroff**
Foley & Lardner
321 North Clark Street Suite 2800
Chicago, IL 60610
Fax: 3126447526; Email: dgoroff@foleylaw.com
*Counsel for : Port of Portland; Tucson Airport Auth
John Wayne Airport; Miami-Dade County, Florida;
Detroit Metropolitan Wayne County Airport
Port of Oakland
Metropolitan Washington Airport Authority*

**Brian M. Graham**
Shaw, Gussis, Fishman, Glantz & Wolfson, LLC
1144 W. Fulton St. Suite 200
Chicago, IL 60607
Fax: (312) 541-0155; Email: bgraham@shawgussis.com
*Counsel for : Atlantic Coast Airlines, Inc.*

**Jonathan S. Green**
Miller, Canfield, Paddock & Stone PLC
150 West Jefferson Avenue Suite 2500
Detroit, MI 48226
Fax: 3134966450; Email: greenj@millercanfield.com
*Counsel for : Retirement Systems of Alabama*

**Judy A. Groves**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199-7613
Fax: (617) 227-4420; Email: jgroves@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut*

**Deborah M. Gutfeld**
Piper Rudnick
203 North LaSalle St., Suite 1800
Chicago, IL 60601-1293
Fax: (312) 630-5336; Email: deborah.gutfeld@piperrudnick.com
*Counsel for : Wachovia Bank, N.A.
fk/a First Union National Bank
Michelin Aircraft Tire Corporation*

**Aaron L. Hammer, Esq.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603
Fax: (312) 701-7711; Email: ahammer@mayerbrownrowe.com
*Counsel for : Philip Morris Capital Corp.
General Foods Credit Investors No. 3 Corp.*

**David J. Harris**
Burch, Porter & Johnson
130 North Court Avenue
Memphis, TN 38103
Fax: 9015245024; Email: dharris@bpjlaw.com
*Counsel for : Hilton Hotels Corporation*

**James F. Hayden**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: (212) 354-8113; Email: jhayden@whitecase.com
*Counsel for : UFJ Bank Limited, Chicago Branch*

**Thomas E. Healey**
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, DC 20007
Fax: 2022987570; Email: thomas.healey@kmzr.com
*Counsel for : Hypovereins Bank*

**John McL. Healy, Esq.**
IAE International Aero Engines AG
IAE Building  400 Main Street, M/S 121-10
East Hartford, CT  06108
Fax: (860) 565-5220; Email: jhealy@iaev2500.com
*Counsel for : IAE International Aero Engines AG*

**Paul E. Heath**
Vinson & Elkins LLP
3700 Trammell Crow Center  2001 Ross Avenue
Dallas, TX  75201-2975
Fax: (214) 999-7876; Email: pheath@velaw.com
*Counsel for : Dallas/Ft. Worth Int'l. Airport Board*

**Mark F. Hebbeln**
Gardner, Carton & Douglas
321 N. Clark Street  Suite 3400
Chicago, IL  60610
Fax: (312) 644-3381; Email: mhebbeln@gcd.com
*Counsel for : HSBC Bank USA*
*Fifth Third Bank*

**Steven M. Hedberg**
Perkins Coie LLP
1201 Third Avenue  Suite 4800
Seattle, WA  98101-3099
Fax: (206)3838500; Email: shedberg@perkinscoie.com
*Counsel for : The Boeing Company*
*Boeing Capital Corp.*

**Steven Helm, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643; Email: helm.steven@dorseylaw.com
*Counsel for : U.S. Bank National Association*

**David Heller**
Latham & Watkins
233 S. Wacker Drive  Suite 5800
Chicago, IL  60606
Fax: (312) 993-9767; Email: david.heller@lw.com
*Counsel for : Bank One*
*Bank One Delaware, NA*

**Eric Henricks**
Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Fax: 6146772285; Email: henrice@nationwide.com
*Counsel for : Nationwide Life Insurnce Company*
*Provident Nationwide Provident a/k/a Mutual*
*Life Insurance Company*

**Christine Herl**
United States Department of Labor
Office of the Solicitor  230 S. Dearborn, 8th Floor
Chicago, IL  60604
Fax: 3123531023; Email: herl-christine@dol.gov
*Counsel for : US Department of Labor*

**Jeffery D. Hermann**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136122499; Email: jhermann@orrick.com
*Counsel for : WestLB AG*

**Robert W. Herrman**
Investment Management Advisors, LLC
800 E. Northwest Highway
Suite 6203
Mt. Prospect, IL  60056
Fax: 8476705905; Email: rherman@ima-advisors.com
*Counsel for : PSEG Resources, LLC*

**Robert Herrmann**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039224029; Email: robert.herrmann@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Cathy Hershcopf**
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036
Fax: (212) 479-6275; Email: chershcopf@kronishlieb.com
*Counsel for : UAL ESOP*

**Neil H. Herskowitz**
Riverside Contracting LLC
P.O. Box 626  Planetarium Station
New York, NY  10024-0540
Fax: 2125017088; Email:
*Counsel for : Regan Capital I, Inc.*

**Gregory G. Hesse**
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, TX  75202-2799
Fax: 2148554300; Email: ghesse@jenkens.com
*Counsel for : Bayt Capital Markets*

**Richard Hiersteiner**
Palmer & Dodge, LLP
111 Huntington Ave.  Prudential Center
Boston, MA  02199-7613
Fax: (617) 227-4420; Email: rhiersteiner@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Ken Higman**
Hewlett-Packard Company
2125 E. Katella Avenue
Anaheim, CA  92806
Fax: (714) 940-7539; Email: ken.higman@hp.com
*Counsel for : Hewlett-Packard Company*

**Barbara M. Hill, Asst. County Atty.**
Broward County Aviation Department
320 Terminal Drive
Fort Lauderdale, FL  33315
Fax: (954) 359-1292; Email: bahill@broward.org
*Counsel for : Broward County*

**Barbara J. Hillman**
Cornfield & Feldman
25 E. Washington St.  Suite 1400
Chicago, IL  60602
Fax: (312) 236-6686; Email: bhillman@cornfieldandfeldman.com
*Counsel for : Association of Flight Attendants*

**Michael Hoggan**
Wells Fargo Bank Northwest, NA
Corporate Trust Services  299 S. Main Street  12th Floor
Salt Lake City, UT  84111
Fax: (801) 246-5053; Email: michael.hoggan@wellsfargo.com
*Counsel for : Wells Fargo Bank Northwest, NA*

**Margaret A. Holland**
New Jersey Attorney General's Office
Division of Law  R.J. Hughes Justice Complex  P.O. Box 106; 25 Market S
Trenton, NJ  08625
Fax: (609) 292-9027; Email: hollaman@law.doi.lps.state.nl.us
*Counsel for : New Jersey Director, Div. Of Taxation*

**Brian L. Holman**
White & Case LLP
633 West Fifth Street  #1900
Los Angeles, CA  90071-2007
Fax: (213) 687-0758; Email: bholman@whitecase.com
*Counsel for : AT&T Credit Holdings, Inc., et al.*
*ank of America (vendor & leasing and cap)*
*DFO Partnership*
*Lone Star Air Partners LLC*
*USWFS Intermediary Trust*

**James D. Holzhauer**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: 3127099165; Email: jholzhauer@mayerbrownrowe.com
*Counsel for : Glenn F. Tilton*

**Edward B. Hopper**
Stewart & Irwin, P.C.
251 E. Ohio Street  Suite 1100
Indianapolis, IN  46204
Fax: 3178321319; Email: ehopper@stewart-irwin.com
*Counsel for : Ike Williamson, et al.*

**John D. Horenstein**
Condon & Forsyth LLP
685 Third Avenue
New York, NY  10017
Fax: 2123704453; Email: jhorenstein@condonlaw.com
*Counsel for : Mitsubishi Heavy Industries, Ltd.*

**Alan Horowitz**
Buchalter, Nemmer, Fields & Younger
895 Dove Street  Suite 400
Newport Beach, CA  92658-8129
Fax: 8497200182; Email: ahorowitz@buchalter.com
*Counsel for : Oracle Corporation*

**Tami Horton**
Sperling & Slater
55 West Monroe St.  Suite 3200
Chicago, IL  60603
Fax: ; Email: thorton@sperling-law.com
*Counsel for : Official Committee of Unsecured Creditors*

**Miles Hughes**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129647700; Email: mwhughes@mwe.com
*Counsel for : Bank of New York*

**John D. Hulge**
Unisys Corporation
805 Blairmoor Court
Grosse Pointe Woods, MI  48236
Fax: 3133439441; Email: john.hulge@unisys.com
    Counsel for : Unisys Corporation

**Peter A. Ivanick**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: (212) 424-8500; Email: pivanick@llgm.com
    Counsel for : Wachovia Bank, N.A.
    f/k/a First Union National Bank

**David  Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3125767934; Email: djacobson@sonnenschein.com
    Counsel for : Creditors Committee

**Steven F. Jakubowski**
Robert F. Coleman & Associates
77 West Wacker Drive  Suite 4800
Chicago, IL  60601
Fax: (312) 444-1028; Email: sjakubowski@colemanlawfirm.com
    Counsel for : Carrie Gammell

**Brian A. Jennings**
Perkins Coie LLP
1201 Third Avenue  48th Floor
Seattle, WA  98101-3099
Fax: 2065838500; Email: bjennings@perkinscoie.com
    Counsel for : The Boeing Company
    Boeing Capital Corp.

**Thomas L. Johns**
Oiltest, Inc.
111 Broadway  9th Floor
New York, NY  10006
Fax: ; Email: tljohnsenq@aol.com
    Counsel for : Oiltest, Inc.

**Russell R. Johnson, III**
Attorney at Law
3734 Byfield Place
Richmond, VA  23233
Fax: ; Email: russj4478@aol.com
    Counsel for : Public Service Electric & Gas Co.
    Commonwealth Edison Company
    Michigan Consolidated Gas Company

**Laura D. Jones**
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market St.  Suite 1600
Wilmington, DE  19801
Fax: (302) 652-4400; Email: ljones@pszyj.com
    Counsel for :

**David Kane**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606
Fax: 3123608572; Email: dkane@freebompeters.com
    Counsel for : OurHouse, Inc.

**Cassandra  Ingram**
Wells Fargo Investment, LLC
MAC N9303-089  608 Second Ave South, 9th Floor
Minneapolis, MN  55402
Fax: 6126672516; Email: cassandra.l.ingram@wellsfargo.com
    Counsel for : Wells Fargo

**Paula K. Jacobi**
Sugar, Friedberg & Felsenthal
30 North LaSalle St., Suite 3000
Chicago, IL  60602
Fax: (312) 372-7951; Email: pjacobi@sff-law.com
    Counsel for : Suntrust Bank
    Vanguard Municipal Bond Funds

**Richard J. Jacobson**
Flaherty & Jacobson, PC
134 North LaSalle Street  Suite 1600
Chicago, IL  60602
Fax: (312) 782-4725; Email: rjacobson@fjlaw.com
    Counsel for : Goodrich Corporation

**Kim Y. Jefferson**
Tennessee Attorney General's Office
Office of the Attorney General  Bankruptcy Division  PO Box 20207
Nashville, TN  37202
Fax: (615) 741-3334; Email: icillinois@state.tn.us
    Counsel for : Tennessee Attorney General's Office

**Steven D. Jerome**
Snell & Wilmer LLP
One Arizona Center  400 E. Van Buren St.
Phoenix, AZ  85004-2202
Fax: 6023829070; Email: sjerome@swlaw.com
    Counsel for : Tucson Airport Authority ("TAA")

**Cindy R. Johnson**
Imperial County Treasurer
940 West Main Street  Suite 106
El Centro, CA  92243
Fax: 7603527883; Email: cindyjohnson@imperialcounty.net
    Counsel for : County of Imperial, California

**James O. Johnson**
Hennigan, Bennett & Dorman LLP
801 S. Figueroa St.  Suite 3300
Los Angeles, CA  90017
Fax: (213) 694-1234; Email: johnsonj@hbdlawyers.com
    Counsel for : Franklin Advisors, Inc.
    Oaktree Capital Management LLC

**Gregory J. Jordan**
Rooks Pitts
10 S. Wacker Drive  Suite 2300
Chicago, IL  60606
Fax: 6969080650; Email: gjordan@rookspitts.com
    Counsel for : John D. Stewart
    John H. Follmar
    Layton S. Han
    Craig S. Stevens

**William W. Kannel, Esq.**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: (617) 542-2241; Email: wkannel@mintz.com
    Counsel for : Fifth Third Bank, N.A.

**Kenneth W. Irvin**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2028870763; Email: wmccarron@mofo.com
    Counsel for : San Diego County Regional Airport Authority

**Truman  Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934; Email: fjacobson@sonnenschein.com
    Counsel for : Creditors Committee

**Barbara  Jacobson, Esq.**
Port of Portland
7000 NE Airport Way, 3rd Floor
Portland, OR  97218
Fax: (503) 548-5596; Email: jacobb@portptld.com
    Counsel for : Port of Portland

**William S. Jenkins**
Myers & Jenkins
3003 North Central Avenue  Suite 1900
Phoenix, AZ  85012
Fax: (602) 200-7810; Email: wsj@mjlegal.com
    Counsel for : City of Des Moines, IA Dept of Aviation

**Douglas W. Jessop**
Jessop & Co., PC
303 E. 17th Ave.  Suite 930
Denver, CO  80203
Fax: (303) 860-7233; Email: dwjessop@jessopco.com
    Counsel for : Denver International Airport
    City and County of San Francisco,
    acting by and through San Francisco Airport Comm.

**David P. Johnson**
Hamilton-Sundstrand
4747 Harrison Avenue  Mail Stop 255-8
Rockford, IL  61108
Fax: (815) 394-2439; Email: davidp.johnson@hs.utc.com
    Counsel for : Hamilton-Sundstrand

**Julie Johnston-Ahlen**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: 3127017711; Email: jjohnston-ahlen@mayerbrownrowe.com
    Counsel for : General Foods Credit Investors No. 3 Corp.

**Danni L. Jorenby, Deputy**
State of Wisconsin
Department of Workforce Development  Unemployment Insurance  P.O. B
Madison, WI  53708
Fax: 6082660692; Email: danni.jorenby@dwd.state.wi.us
    Counsel for : State of Wisconsin

**Harold L. Kaplan**
Gardner, Carton & Douglas
321 N. Clark Street  Suite 3400
Chicago, IL  60610-4795
Fax: (312) 644-3381; Email: hkaplan@gcd.com
    Counsel for : HSBC Bank USA
    Fifth Third Bank

**James Katchadurian**
Poorman-Douglas Corporation
49 Todd Hill Circle
Goldens Bridge, NY  10528
Fax: (914) 205-4800;  Email: james.katchadurian@poorman-douglas.com
*Counsel for : Poorman-Douglas Corporation*

**Wesley G. Kennedy**
Allison, Slutsky & Kennedy, PC
230 West Monroe Street  Suite 2600
Chicago, IL  60606
Fax: (312) 364-0410;  Email: kennedy@ask-attorneys.com
*Counsel for : Professional Airline Flight Controller Association - UAL*

**Marc Kieselstein**
Kirkland & Ellis
200 E. Randolph Drive  Suite 6500
Chicago, IL  60601
Fax: (312) 861-2200;  Email: marc_kieselstein@chicago.kirkland.com
*Counsel for : UAL Corporation*

**Clyde  Kizer**
Airbus
198 Van Buren St.  Suite 300
Herndon, VA  20170
Fax: (703) 834-3484;  Email: clyde.kizer@airbus.com
*Counsel for : Airbus*

**Joe Kohanski**
Geffner & Bush
3550 W. Olive Ave.  Suite 1100
Burbank, CA  91505
Fax: (818) 973-3201;  Email: jkohanski@geffner-bush.com
*Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Sharon Kopman**
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA  90017-5800
Fax: 2136806500;  Email: skopman@kirkland.com
*Counsel for : UAL Corp.*

**Michael Kramer**
Greenhill
300 Park Ave.  23rd Fl.
New York, NY  10022
Fax: (212) 389-1700;  Email: mkramer@greenhill-co.com
*Counsel for :*

**Richard M. Kremen, Esq.**
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD  21209-3600
Fax: (410) 580-3001;  Email: richard.kremen@piperrudnick.com
*Counsel for : Wachovia Bank, N.A.*
*Elrie First Union National Bank*
*Michelin Aircraft Tire Corporation*

**Connie A. Lahn**
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII  45 South Seventh Street
Minneapolis, MN  55402
Fax: 6126077100;  Email: clahn@oppenheimer.com
*Counsel for : Metropolitan Airports Commission*

**Timothy J. Langella**
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: 6175422241;  Email: tlangella@mintz.com
*Counsel for : Fifth Third Bank*

**Harold A. Katz**
Katz, Friedman, Eagle, Eisenstein & Johnson
77 West Washington Street  20th Floor
Chicago, IL  60602
Fax: (312) 372-5555;  Email: hkatz@kfeci.com
*Counsel for : Air Line Pilots Association, Int'l.*

**Anne Marie  Kennelly**
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA  94304
Fax: (650) 852-8617;  Email: anne.kennelly@hp.com
*Counsel for : Hewlett-Packard Company*

**Irving M. King**
P.O. Box 497262
Chicago, IL  60649-7262
Fax: 7737477789;  Email: imking10@ameritech.net
*Counsel for : Transport Workers Union of America - AFL-CIO*

**Roy S. Kobert, P.A.**
Broad & Cassel
390 N. Orange Ave.  Suite 1100
Orlando, FL  32801
Fax: (407) 650-0927;  Email: rkobert@broadandcassel.com
*Counsel for : Greater Orlando Aviation Authority*

**Vincent A. Kolber**
Residco
Three First National Plaza, Suite 777
Chicago, IL  60606
Fax: (312) 726-3899;  Email: kolber@residco.com
*Counsel for : Vincent A. Kolber*

**Eugene J. Kottenstette**
City & County of Denver
201 W. Colfax Avenue  Department 1207
Denver, CO  80202-5332
Fax: ;  Email: bankruptcy.gene@ci.denver.co.us
*Counsel for : City & County of Denver*

**Richard P. Krasnow**
Weil, Gotshal & Manges, LLP
767 Fifth Ave.
New York, NY  10153
Fax: (212) 310-8007;  Email: richard.krasnow@weil.com
*Counsel for : General Electric Capital Corporation*
*and certain of its affiliates*

**Jonathan D. Kron, Esq.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 701-7711;  Email: jkron@mayerbrownrowe.com
*Counsel for : Philip Morris Capital Corp.*
*General Foods Credit Investors No. 3 Corp.*

**John  Lakosil**
United Air Lines, Inc.
WHQLD  1200 E. Algonquin Rd.
Elk Grove Village, IL  80007
Fax: (847) 700-4683;  Email: John.Lakosil@ual.com
*Counsel for : UAL Corporation*

**Joseph G. LaRusso, Assistant Corporation Couns...**
City of Boston
City Hall Room M-5  One City Hall Square
Boston, MA  02201
Fax: 8176354702;  Email: joseph.larusso@ci.boston.ma.us
*Counsel for : City of Boston*

**Andrew S. Kelley**
Arnold & Porter LLP
370 Seventeenth Street  Suite 4500
Denver, CO  80202-1370
Fax: 9038320426;  Email: andrew.kelley@aporter.com
*Counsel for : Gate Gourmet Inc.*

**Alexander D. Kerr, Jr.**
Tishler & Wald, Ltd.
200 South Wacker Dr.  Suite 2600
Chicago, IL  60606
Fax: (312) 876-3816;  Email: akerr@tishlerandwald.com
*Counsel for : City of Des Moines, IA Dept of Aviation*

**Janice L. Kiraly**
LSG Sky Chefs
Global Credit and Collections  6191 North State Highway 161
Irving, TX  75038
Fax: 9727838008;  Email: janice.kiraly@lsgskychefs.com
*Counsel for : LSG Sky Chefs*

**Michael S. Kogan**
Ervin, Cohen & Jessup LLP
9401 Wilshire Boulevard  9th Floor
Beverly Hills, CA  90212
Fax: 3106562325;  Email: mkogan@ecjlaw.com
*Counsel for : Ronald A. Katz Technology Licensing, L.P.*

**Michelle L. Kopf**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934;  Email: mkopf@sonnenschein.com
*Counsel for : Creditors Committee*

**Stuart  Kovensky**
John A. Levin & Co.
1 Rockefeller Plaza  19th Floor
New York, NY  10020
Fax: (212) 332-8402;  Email: skovensky@levinco.com
*Counsel for :*

**John P. Kreis**
Law Offices of John P. Kreis
616 S. Flower St.  Suite 3500
Los Angeles, CA  90071-2203
Fax: 2133002258;  Email: jkreis@attglobal.net
*Counsel for : Meggitt Safety Systems, Inc.*

**Robert  Labate**
Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL  60603
Fax: 3125786666;  Email: robert.labate@hklaw.com
*Counsel for : Gate Gourmet Inc.*

**Kathleen M. LaManna**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax: ;  Email: bankruptcy@goodwin.com
*Counsel for : Wells Fargo Bank, National Association*

**Linda S. Law**
City of Portland - City Attorney's Office
1221 SW 4th Avenue  Room 430
Portland, OR  97204
Fax: ;  Email: llaw@ci.portland.or.us
*Counsel for : City of Portland*

**Lon P. LeClair**
Wells Fargo
Sixth & Marquette N9303-120
Minneapolis, MN 55479
Fax ; Email: bankruptcy@goodwin.com
    Counsel for : Wells Fargo Bank, National Association

**Michael D. Lee**
Schuyler, Roche & Zimer, P.C.
One Prudential Plaza Suite 3800
Chicago, IL 60601
Fax: (312) 565-8300; Email: mlee@srzlaw.com
    Counsel for : Verizon Capital Corporation
    Walt Disney Pictures & Television
    Morgan Stanley
    Intravock I, LLC

**Mark E. Leipold**
Gould & Ratner
222 North LaSalle Street Suite 800
Chicago, IL 60601-1086
Fax: 3122363241; Email: mleipold@gouldratner.com
    Counsel for : U.S. Bank N.A.

**Brian Leitch**
Arnold & Porter LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202-1370
Fax: 3035320426; Email: brian_leitch@aporter.com
    Counsel for : Gate Gourmet Inc.

**David LeMay**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Fax: 5467105112; Email: dlemay@chadbourne.com
    Counsel for : Citibank Privatkunden AG

**Heather Lennox**
Jones, Day, Reavis & Pogue
North Point 901 Lakeside Avenue
Cleveland, OH 44114
Fax: (216) 579-0212; Email: jdtpust@jonesday.com
    Counsel for : National Processing Company LLC
    National City Bank of Kentucky

**Edward J. Lesniak, Esq.**
Burke, Warren, MacKay & Serritella
330 N. Wabash Ave. 22nd Fl. IBM Plaza
Chicago, IL 60611-3607
Fax: (312) 840-7900; Email: elesniak@burkelaw.com
    Counsel for : Aviall, Inc.

**Charles B. Leuin**
Jenkens & Gilchrist
225 W. Washington St. Suite 2600
Chicago, IL 60606
Fax: (312) 425-3909; Email: cleuin@jenkens.com
    Counsel for : International Air Transport Association
    Beal Capital Markets

**Ira Levee**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
Fax: (973) 597-2401; Email: ilevee@lowenstein.com
    Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Sonya L. Levine**
United States Department of Labor
Office of the Solicitor, Plans Benefits Security Division Suite N-4611 200
Washington, D.C., 20210
Fax: 2026035610; Email: levine.sonya@dol.gov
    Counsel for : US Department of Labor

**James Levine, Chief Legal Counsel**
Air Transportation Stabilization Board
1120 Vermont Ave. Suite 970
Washington, DC 20005
Fax: (202) 622-3420; Email: atsb@do.treas.gov
    Counsel for : Air Transportation Stabilization Board

**Seth A. Levine**
Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Fax: 5045363907; Email: slevine@bakerdonelson.com
    Counsel for : New Orleans Aviation Board (NOAB)

**Sharon L. Levine**
Lowenstein Sandler, PC
65 Livingston Ave.
Roseland, NJ 07068
Fax: (973) 597-2375; Email: slevine@lowenstein.com
    Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Louis W. Levit, P.C.**
Ross & Hardies
150 North Michigan Avenue Suite 2500
Chicago, IL 60601-7567
Fax: (312) 750-8600; Email: louis.levit@rosshardies.com
    Counsel for : IAE International Aero Engines AG

**Richard F. Levy**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611-7603
Fax: (312) 923-2746; Email: rlevy@jenner.com
    Counsel for : Millepost Properties - Chicago, LLC

**Stephen Lew**
Office of the California Attorney General
300 So. Spring Street Suite 1702
Los Angeles, CA 90013-1230
Fax: 2139875775; Email: stephen.lew@doj.ca.gov
    Counsel for : California State Board of Equalization

**Michael C. Li**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201
Fax: 2149536503; Email: michael.li@bakerbotts.com
    Counsel for : Brierley & Partners

**Carolyn Lievers, Asst. Atty. General**
Colorado Department of Revenue
1525 Sherman Street, 5th floor
Denver, CO 80203-1760
Fax: (303) 866-5871; Email: janet.nuckles@state.co.us
    Counsel for : Colorado Department of Revenue

**Douglas J. Lipkpe**
Vedder, Price, Kaufman & Kammholz
222 North LaSalle Street
Chicago, IL 60601-7500
Fax: (312) 609-5005; Email: dlipke@vedderprice.com
    Counsel for : UAL Corporation

**Bruce E. Lithgow**
Bell, Boyd and Lloyd LLC
70 W. Madison Street Suite 3300
Chicago, IL 60602
Fax: 3126278118; Email: blithgow@bellboyd.com
    Counsel for : Horace Edward Tolle

**Daniel M. Litt**
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526
Fax: 2028570669; Email: littd@dsmo.com
    Counsel for : Allied Capital Corporation

**Leslie D. Locke**
Ross & Hardies
150 North Michigan Avenue Suite 2500
Chicago, IL 60601-7567
Fax: (312) 750-8600; Email: leslie.locke@rosshardies.com
    Counsel for : IAE International Aero Engines AG

**Dana J. Lockhart**
Airbus North America Holdings, Inc.
198 Van Buren Street Suite 300
Herndon, VA 22070
Fax: (703) 834-3547; Email: dana.lockhart@airbus.com
    Counsel for : Airbus North America Holdings, Inc.

**Sara E. Lorber**
Seyfarth Shaw LLP
55 E. Monroe St. 45th Floor
Chicago, IL 60603
Fax: 3122698609; Email: slorber@seyfarth.com
    Counsel for : Gate Gourmet Inc.
    Gate Safe, Inc.

**James D. H. Loushin**
Faegre & Benson LLP
2200 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-3901
Fax: (612) 766-1600; Email: jloushin@faegre.com
    Counsel for : Frontier Airlines, Inc.

**Frank Lucas**
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21116
Fax: 4107530645; Email: frank.lucas@eulerhermes.com
    Counsel for : Euler Hermes ACI

**Paul A. Lucey**
Michael Best & Friedrich LLC
100 E. Wisconsin Avenue Suite 3300
Milwaukee, WI 53202
Fax: 4142770858; Email: palucey@mbf-law.com
    Counsel for : Americapath Capital Corp.

**Timothy J. Lynes**
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson, N.W.
Washington, DC 20007
Fax: 2022967570; Email: timothy.lynes@kmzr.com
    Counsel for : Societe Nationale D'Etude et de Construction
    de Moteurs D'Aviation

**Joan MacDonald**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ 07102-4104
Fax: 9734583589; Email: joan.macdonald@pseg.com
    Counsel for : N454UA

**Monika J. Machen, Esq.**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606
Fax: 3128767634; Email: mmachen@sonnenschein.com
    Counsel for : Creditors Committee

**Bret A. Maidman**
Lewis and Roca LLP
40 North Central Avenue  Suite 1900
Phoenix, AZ  85004-4429
Fax: (602) 734-3825; Email: bmaidman@lrlaw.com
    Counsel for : America West Airlines, Inc.

**Jeanie Mar**
Wells Fargo
708 Wilshire Blvd., 17th Fl.  MAC: E2818-176
Los Angeles, CA  90017
Fax: (213) 614-3368; Email: jeanie.mar@wellsfargo.com
    Counsel for : Wells Fargo

**Rod D. Margo**
Condon & Forsyth LLP
1901 Avenue of the Stars  Suite 1450
Los Angeles, CA  90067-4466
Fax: 3105571200; Email: margo@cfila.com
    Counsel for : Air New Zealand, Ltd.

**Matthew M. Martin**
Neal; Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60002-3801
Fax: 3122691747; Email: mmartin@ngelaw.com
    Counsel for : American State Bank
        Heidrick & Struggles International, Inc.
        DiamondCluster International, Inc.
        Dallas/Ft. Worth Int'l. Airport Board
        Sage Parts Plus, Inc.

**Philip V. Martino**
Piper Rudnick
Suite 2000  101 East Kennedy Blvd.
Tampa, FL  33602-5149
Fax: 3126307334; Email: philip.martino@piperrudnick.com
    Counsel for : Listed as Special Labor Counsel

**Brenda A. Mattar**
Mattar & D'Agostino, LLP
17 Court Street  Suite 600
Buffalo, NY  14202
Fax: 7166565614; Email: bmattar2@m-d-law.com
    Counsel for : Cargo Buffalo c/o Ciminelli Development Co., Inc.

**William McCarron, Jr.**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2028570763; Email: wmccarron@mofo.com
    Counsel for : San Diego County Regional Airport Authority

**C. Luckey McDowell**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: 2149530503; Email: luckey.mcdowell@bakerbotts.com
    Counsel for : Brierley & Partners

**Daniel J. McGuire**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: dmcguire@winston.com
    Counsel for : Mizuho Corporate Bank, Ltd.

**Terry John Malik**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: (312) 558-5700; Email: tmalik@winston.com
    Counsel for : Fleet Capital Leasing; Northwestern Mutual Life
        SBC Capital Services; Sempra Energy
        Bank One Corporation; Metronational Corp.
        MarCap Corporation; Sallie Mae; SITA
        Pacific Harbor Capital, Inc.

**Lee Marable, Assistant City Attorney**
City & County of Denver
Airport Legal Services - DIA  201 W. Colfax Ave.  Dept. 1108
Denver, CO  80202
Fax: (720) 913-8420; Email: marableli@dia.denver.co.us
    Counsel for : City & County of Denver
        Denver International Airport

**Jeffrey Margolin**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Fax: 2124224726; Email: margolin@hugheshubbard.com
    Counsel for : Debis Financial Services, Inc.

**Philip D. Martin**
Bank One, NA
1 Bank One Plaza  Mail Code IL1-0631
Mail Code IL1-0631
Chicago, IL  60670
Fax: (312) 732-1775; Email: phil_martin@bankone.com
    Counsel for : Bank One

**Waren J. Marwedel**
Marwedel, Minichello & Reeb
10 S. Riverside Plaza, Suite 720
Chicago, IL  60606
Fax: (312) 902-9900; Email: wmarwedel@mmr-law.com
    Counsel for : Chromalloy Gas Turbine Corporation

**Patrick C. Maxcy**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934; Email: pmaxcy@sonnenschein.com
    Counsel for : Creditors Committee

**David L. McClenahan**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street, #1500
Pittsburgh, PA  15222-2312
Fax: (412) 355-6501; Email: dmcclenahan@kl.com
    Counsel for : State Street Bank and Trust Co.

**William McErlean**
Seidler & McErlean
One N. Wacker Drive  Suite 4125
Chicago, IL  60606
Fax: 3125160709; Email: wmcerlean@ameritech.net
    Counsel for : Debtor's 1990 V Equipment Trust
        Deloitte & Touche

**Colleen E. McManus**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1293
Fax: 3123367516; Email: colleen.mcmanus@piperrudnick.com
    Counsel for : Citibank Privatkunden AG

**James M. Malley**
Angelo, Gordon & Co.
245 Park Avenue  26th Floor
New York, NY  10167
Fax: (212) 867-6395; Email: jmalley@angelogordon.com
    Counsel for : Angelo, Gordon & Co.

**Ellen D. Marcus**
Debevoise & Plimpton LLP
555 13th Street, N.W.  Suite 1100E
Washington, DC  20004
Fax: (202) 383-8118; Email: edmarcus@debevoise.com
    Counsel for : John Hancock Life Insurance Co.

**Andrew S. Marovitz**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: amarovitz@mayerbrownrowe.com
    Counsel for : UAL Loyalty Services, Inc.

**Renee Martin-Nagle**
Airbus North America Holdings, Inc.
198 Van Buren Street. Suite 300
Herndon, VA  20170
Fax: (703) 834-3527; Email: renee.martinnagle@airbus.com
    Counsel for : Airbus North America Holdings, Inc.

**Patrick Matanane**
Bank of New York Western Trust Company
550 Kearney Street  Suite 600
San Francisco, CA  94108
Fax: (415) 399-1647; Email: pmatanane@bankofny.com
    Counsel for : Bank of New York Western Trust Company

**James J. Mazza, Jr.**
Kirkland & Ellis
200 East Randolph
Chicago, IL  60601
Fax: ; Email: jmazza@kirkland.com
    Counsel for : UAL Corp.

**Paul McDonnell, Treasurer and Tax Collector**
County of Riverside
ATTN: Maria O'Neil  P.O. Box 12005
Riverside, CA  92502-2205
Fax: 9096533690; Email: monell@co.riverside.ca.us
    Counsel for : County of Riverside, California

**Timothy S. McFadden**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2800-3800
Chicago, IL  60813
Fax: (312) 443-0336; Email: panderson@lordbissell.com
    Counsel for : Societe Generale
        Societe Generale, Chicago Branch
        Societe Generale, Tokyo Branch
        Societe Anonyme De Credit At. Industrie Francaise
        Stylease 1; Blue Cross Blue Shield of Florida

**Robert Mead**
Gavin Anderson & Company
220 East 42nd Street  Suite 406
New York, NY  10017
Fax: (212) 515-1969; Email: mead@gavinanderson.com
    Counsel for :

**John A. Menke**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: Nevey.Shannon@pbgc.gov
        Counsel for : Pension Benefit Guaranty Corporation

**Richard M. Meyers**
Albany County Airport Authority
Albany International Airport Authority  Administration Building  Suite 200
Albany, NY ;  Email: rmeyers@albanyairport.com
Fax: ;  Email: rmeyers@albanyairport.com
        Counsel for : Albany County Airport Authority

**Krohn Micah**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL   60602-3801
Fax: 3122691747;  Email: mkrohn@ngelaw.com
        Counsel for : American State Bank
        Heidrick & Struggles International, Inc.
        DiamondCluster International, Inc.
        Dallas/Ft. Worth Int'l. Airport Board
        Sage Parts Plus, Inc.

**Kristin T. Mihelic, Esq.**
Fagelhaber LLC
55 E. Monroe  40th Fl.
Chicago, IL   60603
Fax: (312) 782-1826;  Email: kmihelic@fagelhaber.com
        Counsel for : Airline Reporting Corp.

**Michael C. Miller**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: efile@pbgc.gov
        Counsel for : Pension Benefit Guaranty Corporation

**Lawrence E. Miller**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ  07102-5490
Fax: (973) 643-8111;  Email: lmiller@llgm.com
        Counsel for : Wachovia Bank, N.A.
        f/k/a First Union National Bank

**Robert B. Millner**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL   60606
Fax: (312) 876-7934;  Email: rmillner@sonnenschein.com
        Counsel for : Creditors' Committee

**Alan K. Mills**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204
Fax: (317) 231-7433;  Email: alan.mills@btlaw.com
        Counsel for : Indiana Transportation Finance Authority
        Indiana Department of Commerce

**Daniel B. Mills**
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL   60606-4673
Fax: ;  Email: dmills@pretzel-stouffer.com
        Counsel for : American Airlines, Inc.

**John B. Missing**
Debevoise & Plimpton LLP
555 13th Street, N.W.  Suite 1100E
Washington, DC  20004
Fax: (202) 383-8118;  Email: jmissing@debevoise.com
        Counsel for : John Hancock Life Insurance Co.

**Donald B. Mitchell**
Smith, Gambrell & Russell, LLP
Promenade II  Suite 3100  1230 Peachtree, NE
Atlanta, GA  30309
Fax: (404) 685-8991;  Email: dbmitchell@sgrlaw.com
        Counsel for : American State Bank

**Nancy A. Mitchell**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL   60601
Fax: 3124056436;  Email: mitchelln@gtlaw.com
        Counsel for : City of Chicago

**Michael L. Molinaro**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL   60602
Fax: (312) 269-1747;  Email: mmolinaro@ngelaw.com
        Counsel for : Anthem Blue Cross and Blue Shield
        HMO Colorado

**John J. Monaghan**
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
Fax: 6175230650;  Email: jmonaghan@hklaw.com
        Counsel for : Gate Gourmet Inc.

**Mark S. Moore**
State of Indiana
One North Capitol  Suite 900
Indianapolis, IN  46204
Fax: 3172926766;  Email: mmoore@idfa.state.in.us
        Counsel for : Indiana Department of Commerce
        Indiana Transportation Finance Authority

**Eileen Moran**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ  07102-4194
Fax: 9734553566;  Email: eileen.moran@pseg.com
        Counsel for : NRG RUA

**John O. Morgan**
Attorney at Law
333 W. Vine Street  Suite 310
Lexington, KY  40507
Fax: 8592538608;  Email: court@johnomorgan.com
        Counsel for : James D. Lyon, Trustee for the Computrex, Inc.

**Robert J Mrofka**
Schulte, Roth & Zabel
919 Third Ave.
New York, NY  10022
Fax: (212) 593-5955;  Email: robert.mrofka@srz.com
        Counsel for : CIT Group

**Kevin G. Mruk**
Bank One
1 Bank One Plaza  Mail Suite IL1-0299  11th Fl.
Chicago, IL   60670
Fax: (312) 732-6763;  Email: kevin_g_mruk@bankone.com
        Counsel for : Bank One

**David Mueller**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL   60606
Fax: 3124316740;  Email: dmueller@whummer.com
        Counsel for : Wayne Hummer Investments

**D. Patrick Mullarkey**
Internal Revenue Service
Tax Division (DOJ)  P.O. Box 55  Ben Franklin Station
Washington , DC  20044
Fax: (202) 514-5238;  Email: northern.united.airlines@usdoj.gov
        Counsel for : Department of Justice - Tax Division

**Gerald F. Munitz**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3300
Chicago, IL   60603
Fax: (312) 332-2196;  Email: gfm@goldbergkohn.com
        Counsel for : State Street Bank & Trust Co.
        State Street Bank & Trust Co. of Connecticut

**Nathalie Munzberg**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113;  Email: nmunzberg@whitecase.com
        Counsel for : IAE International Aero Engines AG
        UFJ Bank Limited, Chicago Branch

**Colleen Murphy, Esq.**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: (617) 542-2241;  Email: cmurphy@mintz.com
        Counsel for : Fifth Third Bank, N.A.
        HSBC Bank USA

**John F. Murtha**
Woodburn and Wedge
P.O. Box 2311
Reno, NV  89505
Fax: 7758883086;  Email: jmurtha@woodburnandwedge.com
        Counsel for : Airport Authority of Washoe County

**Robert D. Nachman**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street  Suite 2700
Chicago, IL   60601
Fax: 3127622416;  Email: rnachman@scgk.com
        Counsel for : Allied Capital Corporation

**Joel  Nathan, Assistant United States Attorney**
United States Attorney
Everett M. Dirksen Bldg.  219 S. Dearborn St.  5th Fl.
Chicago, IL   60604
Fax: (312) 353-2067;  Email: joel.nathan@usdoj.gov
        Counsel for : United States

**Don  Nathan**
Robinson Lerer & Montgomery
75 Rockefeller Plaza  9th Floor
New York, NY  10019
Fax: 2122953129;  Email: dnathan@rlmnet.com
        Counsel for :

**Jeanne Naughton-Carr**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 9174945026;  Email: jnaughtoncarr@pillsburywinthrop.com
Counsel for : FEMIRA, FLAVIUS, GERARD, JORIS, FONTANO
GAMBIT, IDAHO, JASPIS, Otto Lilienthal, et al.

**Kimberly L. Nelson**
Hunton & Williams
1751 Pinnacle Drive
McLean, VA  22102
Fax: 7037147410;  Email: knelson@hunton.com
Counsel for : Sabre Inc.

**David A. Newby**
McCarthy Duffy
180 N. LaSalle St.  Suite 1400
Chicago, IL  60601
Fax: 3127266363;  Email: dnewby@mcdrelaw.com
Counsel for : IBM Corporation
IBM Credit Corporation
AMB Property Corporation

**Robert M. Nicoud, Jr.**
Olson Nicoud & Gueck, LLP
2200 Ross Avenue  Suite 2625
Dallas, TX  75201
Fax: 2149707901;  Email: rmnicoud@dallas-law.com
Counsel for : AirLiance Materials, LLC

**Lynne B. Nowak**
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
Fax: 6175236850;  Email: lxerrae@hklaw.com
Counsel for : Gate Gourmet Inc.

**Eric Oesterle**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3125767934;  Email: eoesterle@sonnenschein.com
Counsel for : Creditors Committee

**Susan K. Olsen**
Armstrong Teasdale LLP
Metropolitan Square  Suite 2600
St. Louis, MO  63102-2740
Fax: 3146215565;  Email: solsen@armstrongteasdale.com
Counsel for : City of St. Louis
Lambert St. Louis International Airport

**Rosa Orenstein**
Orenstein & Associates, P.C.
325 North Saint Paul Street, Ste. 2240
Dallas, TX  75201
Fax: (214) 757-9060;  Email: rorenstein@orensteinlaw.net
Counsel for : Dallas/Ft. Worth Int'l. Airport Board

**Kimberly W. Osenbaugh**
Preston Gates & Ellis LLP
701-5th Avenue, Suite 5000
Seattle, WA  98104-7078
Fax: (206) 623-7022;  Email: kimo@prestongates.com
Counsel for : Maryland Aviation Administration
Port of Seattle

**Jack Nearing**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4351
Fax: 4045725149;  Email: jack.nearing@pb.com
Counsel for : Pitney Bowes Credit Corporation

**Carole Neville**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th Fl.
New York, NY  10020-1089
Fax: (212) 768-6800;  Email: cneville@sonnenschein.com
Counsel for : Official Committee of Unsecured Creditors

**Eric E. Newman**
Meckler Bulger & Tilson
123 North Wacker Drive  Suite 1800
Chicago, IL  60606
Fax: 3124147806;  Email: eric.newman@mbtlaw.com
Counsel for : United Retired Pilots Benefit Protection
Association, an Illinois not-for- profit Corp.

**Daniel Northrop**
Gardner, Carton & Douglas
191 North Wacker Drive  Suite 3700
Chicago, IL  60606-1698
Fax: 3125693000;  Email: dnorthrop@gcd.com
Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.
Diamond Lease (USA), Inc.
Export Development Canada
Hamburg Landesbank Girozentrale, Hypovereinsbank
Hypo Vereins Bank

**D. Tyler Nurnberg**
Kaye Scholer, LLP
3 First National Plaza  70 W. Madison St.  Suite 4100
Chicago, IL  60602
Fax: (312) 583-2360;  Email: tnurnberg@kayescholer.com
Counsel for : JP Morgan Chase Bank
Citicorp USA, Inc.

**Matthew A. Olins**
Katten Muchin Zavis Rosenman
525 West Monroe Street  Suite 1600
Chicago, IL  60661-3693
Fax: 3129021081;  Email: matthew.olins@kmzr.com
Counsel for : Examiner

**Michael A. Olsen**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ;  Email: molsen@mayerbrownrowe.com
Counsel for : UAL Loyalty Services, Inc.

**Cynthia Christian Orihuela**
Mission Funding Epsilon
Suite 1700  18101 Von Karman Avenue
Irvine, CA  92612
Fax: (949) 757-0141;  Email: cchristian@edcap.com
Counsel for : Mission Funding Epsilon

**Karen Ostad, Esq.**
Lovells
900 Third Ave.  16th Fl.
New York, NY  10022
Fax: (212) 909-0806;  Email: karen.ostad@lovells.com
Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l

**David M. Neff**
Piper Rudnick
203 N. LaSalle St.  Suite 1800
Chicago, IL  60601-1293
Fax: (312) 630-2758;  Email: david.neff@piperrudnick.com
Counsel for : Marriott International, Inc.

**James D. Newbold**
Office of the Illinois Attorney General
100 West Randolph  Suite 13-222
Chicago, IL  60601
Fax: 3128142549;  Email: jnewbold@revenue.state.il.us
Counsel for : California State Board of Equalization

**Guyanne Nichols**
Brierley & Partners
8401 N. Central Expressway  Suite 1000, LB37
Dallas, TX  75225
Fax: (214) 651-7719;  Email: gnichols@brierley.com
Counsel for : Brierley & Partners

**Shannon L. Novey**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: novey.shannon@pbgc.gov
Counsel for : Pension Benefit Guaranty Corporation

**Dennis M. O'Dea**
Heller Ehrman White & McAuliffe
120 W 45th Street
New York, NY  10036-4041
Fax: 2127037600;  Email:
Counsel for : Goodrich Corporation

**Andrew J. Olins**
Sugar, Friedberg & Felsenthal
30 North LaSalle St., Suite 3000
Chicago, IL  60602
Fax: (312) 372-7951;  Email: aabrams@sff-law.com
Counsel for : Suntrust Bank
Vanguard Municipal Bond Funds
Explorer Pipeline Company

**Michael P. O'Neil**
Sommer Barnard Ackerson, PC
One Indiana Square  Suite 3500
Indianapolis, IN  46204
Fax: (317) 263-3871;  Email: moneil@sbalawyers.com
Counsel for : Galileo International

**Neil J. Orleans**
Goins, Underkofler, Crawford & Langdon
1201 Elm St.  Suite 4800
Dallas, TX  75270
Fax: (214) 969-5902;  Email: nallo@guci.com
Counsel for : Avfat, Inc.

**Kenneth J. Ottaviano**
Katten, Muchin, Zavis & Rosenman
Suite 1600  525 W. Monroe
Chicago, IL  60661
Fax: (312) 902-1061;  Email: kenneth.ottaviano@kmzr.com
Counsel for : HypoVereinsbank

**Merritt A. Pardini**
Kelten Muchin Zavis Rosenman
675 Madison Avenue
New York, NY 10022
Fax: (212) 940-8776; Email: merritt.pardini@kmzr.com
*Counsel for : HypoVereinsbank*

**Christian Parker**
Satara
620 Fifth Avenue
New York, NY 10020
Fax: 2126525555; Email: cparker@satara.com
*Counsel for : Calyon, et al.*

**Kendra Pasek**
United Air Lines, Inc.
WHQPO 1200 East Algonquin Road
Elk Grove Village, IL 60007
Fax: ; Email: kendra.pasek@ual.com
*Counsel for : UAL Corporation*

**Richard J. Pelliccio, Esq.**
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Fax: (212) 972-8798; Email: RPellicciol@Schnader.com
*Counsel for : C.I.T. Leasing*

**Gregory M. Petrick**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Fax: (212) 504-6666; Email: gregory.petrick@cwt.com
*Counsel for : KBC Bank NV, Dresdner Bank AG New York,
Landesbank Schleswig-Holstein, Bank Hapoalim,
Bayerische Hypo-Undvereinsbank,
Norddeutsche Landesbank, Sumitomo Trust, and
Raiffeisen Zentralbank, Mitsubishi Trust Corp.*

**Joan E. Pilver**
Office of the Attorney General
55 Elm Street 5th Floor P.O. Box 120
Hartford, CT 06141-0120
Fax: (860) 808-5383; Email: joan.pilver@PO.STATE.CT.US
*Counsel for : State of Connecticut, Dept. of Rev.*

**Alan W. Pope**
Moore & Van Allen PLLC
Bank of America Corporate Center 100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Fax: 7043111159; Email: stanpope@mvalaw.com
*Counsel for : KeyCorp Leasing, Ltd.*

**Matthew Poulter**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060
Fax: 2125096001; Email: mpoulter@morganlewis.com
*Counsel for : JP Morgan Chase
Citicorp USA, Inc.*

**Daniel B. Prieto**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL 60601
Fax: (312) 782-8585; Email: jdbpud@jonesday.com
*Counsel for : National Processing Company LLC
National City Bank of Kentucky*

**James A. Pardo, Jr.**
King & Spalding LLP
191 Peachtree Street, N.E. 46th Floor
Atlanta, GA 30303
Fax: 4045725149; Email: jpardo@kslaw.com
*Counsel for : Pitney Bowes Credit Corporation*

**Christopher W. Parker**
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Fax: 6174199558; Email: cparker@rubinrudman.com
*Counsel for : Tufts Associated Health Maintenance Org., Inc.*

**Donald C. Pasulka**
Ross & Hardies
150 North Michigan Avenue Suite 2500
Chicago, IL 60601-7567
Fax: (312) 750-8600; Email: donald.pasulka@rosshardies.com
*Counsel for : IAE International Aero Engines AG*

**Ronald R. Petersen**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
Fax: 3125270484; Email: rpeterson@jenner.com
*Counsel for : BA Leasing Parties*

**Diane M. Pezanoski**
Deputy Corporation Counsel
City of Chicago 30 North LaSalle Street Room 900
Chicago, IL 60602
Fax: (312) 744-6798; Email: dpezanoski@cityofchicago.org
*Counsel for : City of Chicago*

**Alex Pirogovsky**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602
Fax: (312) 977-4405; Email: apirogovsky@uhlaw.com
*Counsel for : Healthcare Service Corp.
City & County of San Francisco
Denver International Airport*

**David M. Posner**
Hogan & Hartson, LLP
551 Fifth Ave.
New York, NY 10176
Fax: (212) 697-6686; Email: dmposner@hhlaw.com
*Counsel for : Discover Financial Services
Starwood Hotels & Resorts Worldwide, Inc.*

**James Poyner**
Poyner Baxter
Lonsdale Quay Plaza 408-145 Chadwick Court
North Vancouver, BC V7M 3K1 Canada
Fax: ; Email: poyner.baxter@telus.net
*Counsel for : Always Travel, Inc.
Highbourne Enterprises, Inc.
Canadian Standard Travel Agent Registry*

**Rachel Pusey**
Dolan Law Firm
333 Pine Street 4th Floor
San Francisco, CA 94104
Fax: 4154212830; Email: rachel@dxflaw.com
*Counsel for : Kenneth Scott Juster*

**Ernie Z. Park**
Bewley Lassleben & Miller LLP
13215 E. Penn Street Suite 510
Whittier, CA 90602-1797
Fax: 7149845131; Email: ernie.park@bewleylaw.com
*Counsel for : Irvine Company*

**Joel C. Paschke**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229
Fax: 3122012555; Email: paschke@wildmanharrold.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Robert Paul**
FTI Consulting, Inc.
125 E. John Carpenter Freeway
Irving, TX 75002
Fax: (214) 754-7921; Email: robert_paul@fticonsulting.com
*Counsel for : FTI Consulting, Inc.*

**David C. Petersen**
City of Austin
Department of Aviation 114 West 7th Street, Fifth Floor
Austin, TX 78701
Fax: (512) 974-2914; Email: david.petersen@ci.austin.tx.us
*Counsel for : City of Austin Dept. of Aviation*

**Andrew F. Pierce**
Pierce & Shearer LLP
2485 E. Bayshore Road Suite 403
Palo Alto, CA 94303
Fax: ; Email:
*Counsel for : Bradette C. Thomas*

**Salvatore Polletta**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT 06484-4361
Fax: 2039224029; Email: salvatore.polletta@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Paul V. Possinger**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
Fax: (312) 923-2729; Email: ppossinger@jenner.com
*Counsel for : General Electric Capital Corporation
and certain of its affiliates*

**Matthew F. Prewitt**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL 60601
Fax: 3124658435; Email: prewittm@gtlaw.com
*Counsel for : City of Chicago*

**Shabana N. Qaiser**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Fax: 2126971559; Email: sqaiser@cm-p.com
*Counsel for : Air Transportation Stabilization Board*

**Dennis E. Quaid, Esq.**
Fagelhaber LLC
55 E. Monroe 40th Fl.
Chicago, IL  60603
Fax: (312) 782-1828; Email: dquaid@fagelhaber.com
*Counsel for : Airline Reporting Corp.*
*San Diego County Regional Airport Authority*

**Ivan A. Ramos, Assistant Corporation Counsel**
City of Hartford
Office of the Corporation Counsel  550 Main Street
Hartford, CT  06103
Fax: ; Email: iramos@chartford.ct.us.
*Counsel for : City of Hartford, Connecticut*

**Dennis Raterink**
Department of Attorney General
Workers' Compensation Division  P.O. Box 30217
Lansing, MI  48909
Fax: (517) 335-4879; Email: raterinkd@michigan.gov
*Counsel for : State of Mich., Self-Insurers' Sec.Fund*
*State of Mich., Funds Administration*

**Craig E. Reimer**
Mayer Brown Rowe & Maw LLP
190 South LaSalle
Chicago, IL  60603
Fax: 3127017711; Email: creimer@mayerbrownrowe.com
*Counsel for : Glenn F. Tilton*

**Paul H. Repp**
Verizon Capital Corp.
245 Park Avenue  40th Floor
New York, NY  10167
Fax: (212) 557-4571; Email: paul.h.repp@verizon.com
*Counsel for : Verizon Capital Corporation*

**Robert E. Richards**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL  60606
Fax: (312) 876-7934; Email: rer@sonnenschein.com
*Counsel for : Creditors Committee*

**William J. Rochelle, III**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: (212) 318-3400; Email: wrochelle@fulbright.com
*Counsel for : BNY Capital Resources Corp.*
*BNY Capital Funding LLC*
*certain affiliates of ORIX Corp.*
*certain affiliates of Fuyo General Lease Co.*

**Risa M. Rosenberg**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: 2125305219; Email: rrosenba@milbank.com
*Counsel for : BNP Paribas, Calyon*
*Diamond Lease (USA), Inc., Diamond Airfinance Ltd.*
*HSH Nordbank AG*
*Kreditanstalt fur Wiederaufbau*
*Mitsubishi, Norddeutsche Landesbank Girozentrale*

**Jason A. Rosenthal**
Foley & Lardner
111 North Orange Avenue, Suite 1800
Orlando, FL  32801-2386
Fax: 4078481743; Email: jrosenthal@foley.com
*Counsel for : Consortium of Airports*

**Trish Rademacher**
Coston & Lichtman
407 S. Dearborn St., Suite 600
Chicago, IL  60605
Fax: 3124277306; Email: prademacher@costonlaw.com
*Counsel for : General Electric Capital Corporation*

**Tonya Ramsey**
Vinson & Elkins LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: (214) 220-7716; Email: tramsey@velaw.com
*Counsel for : Dallas/Ft. Worth Int'l. Airport Board*

**Manik K. Rath**
Allen Science & Technology
1750 Tysons Boulevard, Suite 300
McLean, VA  22102
Fax: ; Email: mrath@alionscience.com
*Counsel for : Alion Science and Technology, Inc.*
*Human Factors Applications, Inc.*
*Bahman Atefi, Sidney Fishman and Barry Watson*

**Sheree Reinbach, Esq.**
Arant Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway  25th Floor
New York, NY  10019
Fax: (212) 484-3990; Email: dubrowd@arentfox.com
*Counsel for : Suntrust Bank*
*Vanguard Municipal Bond Funds*

**Christopher L. Rexroat**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: clrexroat@uhlaw.com
*Counsel for : Healthcare Service Corp.*
*City & County of San Francisco*
*Denver International Airport*

**David Roberts, Executive Director**
Indianapolis Airport Authority
2500 South High School Road  Box 100
Indianapolis, IN  46241
Fax: (317) 487-5034; Email: droberts@iaai.com
*Counsel for : Indianapolis Airport Authority*

**Martha E. Romero**
Romero Law Firm
7743 South Painter Avenue  Suite E
Whittier, CA  90602
Fax: 5629070620; Email: romero@delextreme.com
*Counsel for : County of San Bernardino*

**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY  10022-4802
Fax: (212) 751-4864; Email: robert.rosenberg@lw.com
*Counsel for : AOL Time Warner, Inc.*

**David A. Rosenzweig, Esq.**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: (212) 318-3400; Email: drosenzweig@fulbright.com
*Counsel for : BNY Capital Resources Corp.*
*BNY Capital Funding LLC*
*ORIX*
*Fuyo General Lease Company*

**Narayan Raj**
Delaware Bay Company, Inc.
680 Fifth Avenue  22nd Floor
New York, NY  10019
Fax: (212) 204-8563; Email: narayan@delbay.com
*Counsel for : Delaware Bay Company, Inc.*

**Paul L. Ratelle**
Fabyanske, Westra & Hart
920 Second Avenue South  Suite 1100
Minneapolis, MN  55402
Fax: (612) 338-3857; Email: pratelle@fwhlaw.com
*Counsel for : Bremer Business Finance Corporation*

**Carrie Marie Raver**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: craver@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: (212) 697-1559; Email: bankruptcy@cm-p.com
*Counsel for : Air Transportation Stabilization Board*

**Mark Richard**
Phillips, Richard & Rind, P.A.
9360 SW 72nd Street  Suite 283
Miami, FL  33173
Fax: 3054132298; Email: mrichard@phillipsrichard.com
*Counsel for : IFPTE*

**Terri A. Roberts, Deputy County Attorney**
Pima County, Arizona
32 N. Stone  Suite 2100
Tucson, AZ  85701
Fax: 5205205556; Email:
*Counsel for : Pima County, Arizona*

**Jack Rose**
Salans
620 Fifth Avenue
New York, NY  10020
Fax: 2126325555; Email: jrose@salans.com
*Counsel for : Calyon, et al.*

**Andrew S. Rosenman**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL  60603
Fax: ; Email: arosenman@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Nancy Roth**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: ; Email: nroth@whitecase.com
*Counsel for : Aircraft Finance Parties*

**Ryan Routh**
Jones, Day, Reavis & Pogue
North Point  901 Lakeside Avenue
Cleveland, OH  44114
Fax: (216) 679-0212;  Email: rrouth@jonesday.com
  *Counsel for : National Processing Company LLC*
  *National City Bank of Kentucky*

**Michael C. Rupe**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 527-0484;  Email; mrupe@jenner.com
  *Counsel for : General Electric Capital Corporation*
  *General Electric affiliates*

**Dennis M. Ryan**
Faegre & Benson LLP
2200 Wells Fargo Center
Minneapolis, MN  55402-3901
Fax: (612) 766-1600;  Email: dryan@faegre.com
  *Counsel for : Frontier Airlines, Inc.*

**Robert G. Sanker**
Keating, Muething & Klekamp, PLL
1400 Provident Tower  One East Fourth Street
Cincinnati, OH  45202
Fax: 5135796457;  Email: rsanker@kmklaw.com
  *Counsel for : SMS Acquisition, Inc.*

**Kimberly Schmidt**
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Fax: 4045725149;  Email: kschmid@kslaw.com
  *Counsel for : Pitney Bowes Credit Corporation*

**S. Robert Schrager**
Bondy & Schloss LLP
60 East 42nd Street
New York, NY  10165
Fax: (212) 972-1677;  Email: rschrager@bschloss.com
  *Counsel for : Chromalloy Gas Turbine Corporation*

**Sean T. Scott, Esq.**
Mayer Brown Rowe & Maw LLP
190 S. LaSalle St.
Chicago, IL  60603
Fax: (312) 701-7711;  Email: stscott@mayerbrownrowe.com
  *Counsel for : ABN-AMRO Bank, NV*

**David R. Seligman**
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL  60601
Fax: (312) 861-2200;  Email: david_seligman@kirkland.com
  *Counsel for : UAL Corporation*

**Keith J. Shapiro**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL  60601
Fax: (312) 456-6435;  Email: shapirok@gtlaw.com
  *Counsel for : City of Chicago*

**Sharon L. Royer, UC Tax Agent/Bankruptcy Repres**
Commonwealth of Pennsylvania DOLI
Harrisburg Bankruptcy & Compliance  1171 S Cameron St.  Rm 312
Harrisburg, PA  17104-2513
Fax: 7177720675;  Email: bherry@state.pa.us
  *Counsel for : Bureau of Employer Tax Operations (BETO)*
  *Department of Labor and Industry*
  *Commonwealth of Pennsylvania*

**Allyson B. Russo**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street  Suite 2600
Chicago, IL  60601-1003
Fax: 3126065005;  Email: aruss@vedderprice.com
  *Counsel for : UAL Corp.*

**Thomas J. Salerno**
Squire, Sanders & Dempsey LLP
Two Renaissance Square  40 North Central Avenue  Suite 2700
Phoenix, AZ  85004-4498
Fax: ;  Email: tsalerno@ssd.com
  *Counsel for : Sky Mall*

**Robert H. Scheibe**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001;  Email: rscheibe@morganlewis.com
  *Counsel for : JP Morgan Chase Bank*
  *Citibank USA, Inc.*
  *Citicorp USA, Inc.*

**Kelly Schmidt**
Hamilton-Sundstrand
4747 Harrison Avenue  Mail Stop 214-8
Rockford, IL  61108
Fax: 8152263865;  Email: kelly.schmidt@hs.utc.com
  *Counsel for : Hamilton-Sundstrand*

**Charles P. Schulman**
Sachnoff & Weaver, Ltd.
30 Wacker Drive  29th Floor
Chicago, IL  60606
Fax: (312) 207-6400;  Email: cschulman@sachnoff.com
  *Counsel for : AT&T*

**Stephen Searl**
Sidley, Austin, Brown & Wood LLP
787 Seventh Avenue
New York, NY  10019
Fax: (212) 839-5599;  Email:
  *Counsel for : Boeing Company*
  *Boeing Capital Corp. and their affiliates*

**Robert A. Seltzer**
Cornfield & Feldman
25 E. Washington St.  Suite 1400
Chicago, IL  60602
Fax: (312) 236-6686;  Email: rseltzer@cornfieldandfeldman.com
  *Counsel for : Association of Flight Attendants*

**Christopher T. Sheean**
Kelley, Drye & Warren, LLP
333 West Wacker Drive
Chicago, IL  60606
Fax: (312) 857-7095;  Email: csheean@kelleydrye.com
  *Counsel for : Pension Benefit Guaranty Corporation*

**David E. Runck**
Oppenheimer Wolff & Donnelly LLP
Plaza VIII  Suite 3300  45 South Seventh Street
Minneapolis, MN  55402
Fax: 6126077100;  Email: drunck@oppenheimer.com
  *Counsel for : Navitaire, Inc.*

**Peter D. Rutherford**
Verizon Capital Corp
245 Park Avenue  40th Floor
New York, NY  10167
Fax: (212) 557-4572;  Email: peter.d.rutherford@verizon.com
  *Counsel for : Verizon Capital Corporation*

**Timothy J. Sandell**
US Bank National Association
180 E. 5th Street  4th Floor  Mail Station: EP-MN-T4CT
St. Paul, MN  55101
Fax: (651) 244-5847;  Email: timothy.sandell@usbank.com
  *Counsel for : US Bank National Association*

**Andrew O. Schiff, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102
Fax: (215) 568-6603;  Email: aschiff@klehr.com
  *Counsel for : Philadelphia Department of Commerce*

**Peter J. Schmidt**
Rooks Pitts
10 South Wacker Drive  Suite 2300
Chicago, IL  60606
Fax: 8669900830;  Email:
  *Counsel for : John D. Steuart*
  *John H. Fulmer*
  *Layton S. Han*
  *Craig S. Stevens*

**Jeffrey M. Schwartz**
Gardner, Carton & Douglas
321 North Clark St., Suite 3400
Chicago, IL  60610
Fax: (312) 644-3381;  Email: jschwartz@gcd.com
  *Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.*
  *Diamond Lease (USA), Inc.*
  *Export Development Canada*
  *Hamburg Landesbank Girozentrale, Hypovereinsbank*
  *Luxembourg Societe Anonyme, et al.*

**Jay A. Selcov, Esq.**
The Port Authority of NY & NJ
Office of Milton H. Pachter  Law Department  225 Park Ave. South, 13th F
New York, NY  10003
Fax: (212) 435-3584;  Email: jselcov@panynj.gov
  *Counsel for : Port Authority of NY & NJ*

**Scott A. Shall**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC  20004-1100
Fax: (202) 637-5910;  Email:
  *Counsel for : Eagle County Air Terminal Corporation*

**Beverly H. Shideler**
IBM Corporation
2707 Butterfield Road
Oakbrook, IL  60523
Fax: (800) 968-4561;  Email: bhshide@us.ibm.com
  *Counsel for : IBM Corporation*

**Leslie Shigaki**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 2126581500; Email: lshigaki@pillsburywinthrop.com
*Counsel for : Verwaltungsgesellschaft MBH & Co. et al.*
*Otto Lilienthal*
*PBG Capital Partners LLC*
*Mitsui & Co. (USA), Inc.*
*Cooperatieve Centrale Raiffeisen-Boerenleenbank*

**Carren Shulman**
Heller Ehrman White & McAuliffe
120 West 45th Street
New York, NY  10036-4041
Fax: ; Email: cshulman@hewm.com
*Counsel for : Goodrich Corporation*

**Mayer Silber**
SB/SE Counsel, IRS
200 W. Adams St.  Suite 2300
Chicago, IL  60606-5208
Fax: (312) 886-9244; Email: mayer.y.silber@irscounsel.treas.gov
*Counsel for : Internal Revenue Service*

**Bruce H. Simon**
Cohen, Weiss and Simon LLP
330 West 42nd Street  25th Floor
New York, NY  10036-6976
Fax: (646) 473-8231; Email: bsimon@cwsny.com
*Counsel for : ALPA*

**Carol A. Slocum, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA  19102
Fax: (856) 486-4875; Email: cslocum@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Thomas C. Smith**
Ice Miller
135 S. LaSalle St.  Suite 4100
Chicago, IL  60603
Fax: (312) 641-6283; Email: tom.smith@icemiller.com
*Counsel for : Indianapolis Airport Authority*
*Citizens Gas & Coke Utility*

**Michael W. Smith**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113; Email: msmith@whitecase.com
*Counsel for : IAE International Aero Engines AG*

**Sheldon L. Solow**
Kaye Scholer, LLP
Three First National Plaza  70 W. Madison St.  Suite 4100
Chicago, IL  60602
Fax: (312) 583-2360; Email: ssolow@kayescholer.com
*Counsel for : JP Morgan Chase Bank*
*Citicorp USA, Inc.*

**James Splotto**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361; Email: splotto@chapman.com
*Counsel for : Wells Fargo*
*Pacific Investment Management Co.*
*Reams Asset Management Co. LLC*
*Metropolitan Washington Airport Authority*

**Mark Shinderman**
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA  90071-1560
Fax: (213) 683-4010; Email: shindermanm@mto.com
*Counsel for : Mission Funding Epsilon*

**Terry A. Shulsky**
Klett Rooney Lieber & Schorling
One Oxford Centre, 40th Floor
Pittsburgh, PA  15219-6498
Fax: 4123022126; Email: tashulsky@klettrooney.com
*Counsel for : PNC Bank, National Association*
*PNC Leasing, LLC*

**Thomas P. Silber**
Miami-Dade County Attorney's Office
Assistant County Attorney's Office  P.O. Box 592075 AMF
Miami, FL  33159
Fax: 3058767294; Email: tabbot@miami-airport.com
*Counsel for : Miami-Dade County, Florida*

**Paul S. Singerman**
Berger Singerman, P.A.
200 S. Biscayne Blvd.  Suite 1000
Miami, FL  33131
Fax: (305) 714-4340; Email: singerman@bergersingerman.com
*Counsel for : Timco Aviation Services, Inc.*

**Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: (212) 424-8500; Email: esmith@llgm.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**William P. Smith**
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096
Fax: (312) 984-7700; Email: wsmith@mwe.com
*Counsel for : Bank of New York*

**Steven C. Solazzo**
Carpenter, Bennett & Morrissey
3 Gateway Center
Newark, NJ  07102
Fax: 9736225314; Email: ssolazzo@carpben.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Michael B. Solow**
Kaye Scholer, LLP
3 First National Plaza, Suite 4100  70 West Madison Street
Chicago, IL  60602
Fax: (312) 583-2360; Email: msolow@kayescholer.com
*Counsel for : JP Morgan Chase Bank*
*Citicorp USA, Inc.*

**James H. Sprayregen, Esq.**
Kirkland & Ellis
200 E. Randolph Drive  Suite 6500
Chicago, IL  60601
Fax: (312) 861-2200; Email: james_sprayregen@chicago.kirkland.com
*Counsel for : UAL Corporation*

**J. Christopher Shore**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: 2123548113; Email: cshore@whitecase.com
*Counsel for : Societe General*

**Mike Sigal, Jr.**
Simpson, Thatcher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954
Fax: (212) 455-2502; Email: msigal@stblaw.com
*Counsel for : Airbus North America Holdings, Inc.*

**Adam P. Silverman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd;  Ste 1050
Chicago, IL  60604
Fax: 3124351050; Email: aps@agmbc.com
*Counsel for : Mitsui & Co. Ltd.; Sumitomo Corp.*
*Verwaltungsgesellschaft MBH & Co. et al.*
*Mitsui & Co. International (Europe)*
*Marubeni America Corporation; UGT Kamial*
*Wells Fargo Bank Northwest, NA*

**Gigi G. Skipper, General Counsel, Legal Affairs De**
Hillsborough County Aviation Authority
Tampa International Airport  P.O. Box 22287
Tampa, FL  33622
Fax: 8136707968; Email: gskipper@tampaairport.com
*Counsel for : Hillsborough County Aviation Auth of Tampa, FL*

**Gerald K. Smith**
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ  85004-4429
Fax: (602) 734-3834; Email: gsmith@lrlaw.com
*Counsel for : Alaska Airlines, Inc.*

**Tracy Smith**
Atlantic Coast Airlines
45200 Business Ct.
Dulles, VA  20166-9102
Fax: (703) 650-6299; Email: tracy_smith@acaicorp.com
*Counsel for : Atlantic Coast Airlines*

**Beth Solomon, Esq.**
Discover Financial Services, Inc.
2500 Lake Cook Rd.
Riverwood, IL  60015
Fax: (847) 405-4972; Email: bethsolomon@discoverfinancial.com
*Counsel for : Discover Financial Services*

**Alan P. Solow**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2196; Email: alan.solow@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Nicolas P. Stabile**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: 2123548113; Email: nstabile@whitecase.com
*Counsel for : Societe General*

**Anthony G. Stamato, Esq.**
Baker & McKenzie
One Prudential Plaza  130 E. Randolph Street
Chicago, IL  60601
Fax: (312) 861-2899;  Email: anthony.g.stamato@bakernet.com
*Counsel for : Driessen Services, Inc.*

**Michael R. Stewart**
Faegre & Benson LLP
2200 Wells Fargo Center  90 S. Seventh St.
Minneapolis, MN  55402-3901
Fax: (612) 766-1600;  Email: mstewart@faegre.com
*Counsel for : US Bancorp Equipment Finance, Inc.*

**Merrill Stone**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
Fax: (212) 808-7897;  Email: MStone@KelleyDrye.com
*Counsel for : Pension Benefit Guaranty Corporation*

**Ronald R. Sussman**
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036
Fax: (212) 479-6275;  Email: rsussman@kronishlieb.com
*Counsel for : UAL ESOP*

**Gregg E. Szilagyi**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405;  Email: geszilagyi@uhlaw.com
*Counsel for : Denver International Airport*
*City & County of San Francisco*
*Healthcare Service Corp.*

**Jay Teitelbaum**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001;  Email: jteitelbaum@morganlewis.com
*Counsel for : JP Morgan Chase Bank*
*Citibank USA, Inc.*
*Citicorp USA, Inc.*

**Mark K. Thomas**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 840-3092;  Email: mthomas@jenner.com
*Counsel for : GECC*

**Pia Thompson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934;  Email: pthompson@sonnenschein.com
*Counsel for : Creditors Committee*

**Richard S. Toder**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001;  Email: rtoder@morganlewis.com
*Counsel for : DIP - JP Morgan Chase*

**Karen J. Stapleton**
County of Loudoun, Virginia
One Harrison Street, S.E., 5th floor
Leesburg, VA  20175
Fax: (703) 771-5025;  Email: kstaplet@loudoun.gov
*Counsel for : County of Loudoun, Virginia*

**Randolph J. Stierer**
Fifth Third Bank
38 Fountain Square Plaza  MD10AT90
Cincinnati, OH  45263
Fax: (513) 534-8795;  Email: randy.stierer@53.com
*Counsel for : Indianapolis Airport Authority*

**Daphnee Surpris**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th floor
New York, NY  10020
Fax: (212) 768-6800;  Email: dsurpris@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Andrew W. Swain, Assistant Attorney General**
Colorado Attorney General's Office
Colorado Dept. of Local Affairs  1525 Sherman Street, 5th floor
Denver, CO  80203-1760
Fax: (303) 866-5671;  Email: andrew.swain@state.co.us
*Counsel for : Colorado Department of Local Affairs,*
*Property Tax Division*

**Joshua R. Taylor**
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Fax: 2024198063;  Email: jrtaylor@steptoe.com
*Counsel for : Independent Fiduciary Services, Inc.*

**Esther E. Tryban Telser**
City of Chicago - Department of Law
30 N. LaSalle, Room 900
Chicago, IL  60602
Fax: (312) 744-5796;  Email: etrybantelser@cityofchicago.org
*Counsel for : City of Chicago*

**Shirley Thomas**
AT&T
55 Corporate Drive  24A82
Bridgewater, NJ  08807-0000
Fax: (908) 658-2128;  Email: thomass@ems.att.com
*Counsel for : AT&T*

**John C. Thomure, Jr.**
Michael Best & Friedrich LLC
100 E. Wisconsin Avenue  Suite 3300
Milwaukee, WI  53202
Fax: 4142770656;  Email: jcthomure@mbf-law.com
*Counsel for : Ameriquest Capital Corp.*

**L. Judson Todhunter**
Defrees & Fiske
200 South Michigan Avenue Suite 1100
Chicago, IL  60604
Fax: 3129365817;  Email: ljt@defrees.com
*Counsel for : City & County of Denver*

**Catherine Steege**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 840-7352;  Email: csteege@jenner.com
*Counsel for : AT&T Credit Holdings, Inc., et al.*
*Calyon, et al.*
*UFJ Bank Limited, et al.*
*WestLB AG/ KBC Bank NS*
*Jt. Mani Lease Co., Ltd., et al.*

**Dirk Stock**
Transamerica Aviation LLC
5080 Spectrum Drive  Suite 1100 West
Addison, TX  75001
Fax :  Email: dirk.stock@transamerica.com
*Counsel for : Transamerica Aviation LLC*

**Cynthia Surrisi**
Marr Hipp Jones & Wang
Pauahi Tower  1001 Bishop Street, Suite 1550
Honolulu, HI  96813
Fax: 8085368700;  Email: csurrisi@marrhipp.com
*Counsel for :*

**Sidney K. Swinson**
Gable & Gotwals
1100 ONEOK Plaza  100 W. Fifth Street
Tulsa, OK  74103-4217
Fax: 9185954990;  Email: sswinson@gablelaw.com
*Counsel for : Explorer Pipeline Company*

**Samuel J. Teele**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2347;  Email: steele@lowenstein.com
*Counsel for : IAM*

**Brigitte Thieme**
West LB AG
1211 Avenue of the Americas
New York, NY  10036
Fax: 2125975419;  Email: brigitte_thieme@westlb.com
*Counsel for : WestLB AG*

**Scott Thompson**
Galileo International
1 Campus Drive
Parsippany, NJ  07054
Fax: (973) 496-7001;  Email: scott.thompson@cendant.com
*Counsel for : Galileo International*

**Deborah L. Thorne**
Barnes & Thornburg
One North Wacker Drive  Suite 4400
Chicago, IL  60606
Fax: (312) 759-5646;  Email: deborah.thorne@btlaw.com
*Counsel for : Indiana Department of Commerce*
*Indiana Transportation Finance Authority*

**Franklin H. Top, III**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361;  Email: specltt@chapman.com
*Counsel for : Wells Fargo*
*Pacific Investment Management Co.*
*Reems Asset Management Co. LLC*
*Metropolitan Washington Airport Authority*

**Jason M. Torf, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473
Fax: (312) 258-5700; Email: jtorf@schiffhardin.com
*Counsel for : Pratt & Whitney*
*Hamilton Sundstrand Corporation*
*Crew Marketing*

**Katherine A. Traxler**
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071-2228
Fax: 2136270706; Email: katietraxler@paulhastings.com
*Counsel for : UAL Corp.*

**Stephen M. Tumblin**
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building 136 S. Main St.
Salt Lake City, UT 84101
Fax: (801) 359-8256; Email: stumblin@llgm.com
*Counsel for : SkyWest, Inc.*

**Craig H. Ulman**
Hogan & Hartson, LLP
555 13th St., NW
Washington, DC 20004-1109
Fax: (202) 637-5910; Email: chulman@hhlaw.com
*Counsel for : Air Transport Association of America, Inc.*
*Airlines Clearinghouse, Inc.*
*Universal Air Travel Plan, Inc.*
*Air Cargo, Inc.*

**Gary Vogt**
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL 60601-6636
Fax: (312) 861-2200; Email: gvogt@kirkland.com
*Counsel for : UAL Corporation*

**Scott F. Walker**
Kirkland & Ellis
200 East Randolph
Chicago, IL 60601
Fax: 3126809759; Email: swalker@kirkland.com
*Counsel for : UAL Corp.*

**Lori A. Ward**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3126787934; Email: lward@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Richard B. Webber, II**
Richard Blackston Webber II, P.A.
320 Maitland Avenue
Altamonte Springs, FL 32701
Fax: (407) 260-6133; Email: rbwilpa@aol.com
*Counsel for : Blue Cross and Blue Shield of Florida, Inc.*

**Donna P. Touzalin**
Neal, Gerber & Eisenberg
Two North LaSalle Street Suite 2200
Chicago, IL 60602-3801
Fax: 3122696000; Email: dtouzalin@ngelaw.com
*Counsel for : ORIX*
*Fayo General Lease Company*
*BHY Capital Funding LLC*
*Heldrick & Struggles International, Inc.*
*American State Bank*

**Dyca Tricoche**
City of Atlanta
Suite 4100, City Hall Tower 68 Mitchell Street, S.W.
Atlanta, GA 30335-0312
Fax: 4045567000; Email: dtricoche@ci.atlanta.ga.us
*Counsel for : City of Atlanta*

**Steve Turner, Esq.**
McGinnis, Lochridge & Kilgore, LLP
919 Congress Avenue Suite 1300
Austin, TX 78701
Fax: (512) 495-6093; Email: sturner@mcginnislaw.com
*Counsel for : Prologis*

**James Varsel**
International Association of Machinists
9000 Machinists Place
9000 Machinists Place Suite 116-B
Upper Marlboro, MD 20772
Fax: (801) 967-4581; Email: jvarsel@iamaw.org
*Counsel for : IAM*

**John J. Voorhees, Jr.**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603
Fax: (312) 701-7711; Email: jvoorhees@mayerbrownrowe.com
*Counsel for : Union Bank of California*

**Pamela H. Walters**
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032
Fax: 2819855321; Email: pwalters@aldine.k12.tx.us
*Counsel for : Aldine Independent School District*

**Matthew M. Wawrzyn**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Fax: (312) 558-5700; Email: mwawrzyn@winston.com
*Counsel for : Fleet Capital Leasing*
*SBC Capital Services; Sempra Energy*
*Bank One Corporation; Metronational Corp.*
*The Northwestern Mutual Life Insurance Company*
*Sallie Mae, Inc.*

**Michael Weininger**
Katz Randall Weinberg & Richmond
333 W. Wacker Dr. Suite 1800
Chicago, IL 60606
Fax: 3126073903; Email: mweininger@krw.com
*Counsel for : CenterPoint Properties Trust*
*CenterPoint Realty Services, Inc.*
*Port Authority of New York and New Jersey*
*Metropolitan Airports Commission*

**Steven B. Towbin**
Shaw Gussis Fishman Glantz & Wolfson, LLc
321 North Clark Street, Suite 800
Chicago, IL 60610
Fax: 3122750590; Email: stowbin@shawgussis.com
*Counsel for : Babcock & Brown LP*

**Linda Tulloch**
Calyon Corporate and Investment Bank
1301 Avenue of the Americas
New York, NY 10019-6022
Fax: (212) 261-3259; Email: linda.tulloch@us.calyon.com
*Counsel for : Calyon, et al.*

**James D. Tussing**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103
Fax: 2123183400; Email: jtussing@fulbright.com
*Counsel for : Mizuho Corporate Bank, Ltd.*
*NIB Capital Bank, N.V.*
*ORIX*
*Fayo General Lease Company*
*BHY Capital Funding LLC*

**Daniel J. Voelker**
Freeborn & Peters
311 S. Wacker Drive Suite 3000
Chicago, IL 60606-6677
Fax: 3123600573; Email: dvoelker@freebornpeters.com
*Counsel for : OurHouse, Inc.*

**Diane E. Vuocolo**
Duane Morris, LLC
One Liberty Place
Philadelphia, PA 19103-7396
Fax: 2159791020; Email: vuocolo@duanemorris.com
*Counsel for : Bank of Hawaii*

**William Walthall**
Goodrich Corporation
2730 W. Tyvola Road
Charlotte, NC 28277
Fax: 7044233491; Email: bill.walthall@goodrich.com
*Counsel for : Goodrich Corporation*

**Greta G. Weathersby**
McGuireWoods LLP
77 West Wacker Drive Suite 4400
Chicago, IL 60601
Fax: 3126496277; Email: gweathersby@mcguirewoods.com
*Counsel for : Peoples Gas Light and Coke Company*

**Michael Weinstock**
Quadrangle Group LLC
375 Park Avenue 14th Floor
New York, NY 10152
Fax: 6667412500; Email: michael.weinstock@quadranglegroup.com
*Counsel for : Quadrangle Group LLC*

Edward S. Weisfelner
Brown, Rudnick, Berlack, Israels, LLP
120 West 45th Street
New York, NY 10036
Fax: (212) 704-0196; Email: eweisfelner@brblaw.com
    Counsel for : Ad Hoc Committee of Bondholders
    R2 Investments, LDC

Andrew E. Weissman
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St. Suite 3700
Chicago, IL 60603
Fax: (312) 332-2196; Email: Andrew.Weissman@goldbergkohn.com
    Counsel for : State Street Bank & Trust Co.
    State Street Bank & Trust Co. of Connecticut

David Weitman
Hughes & Luce, LLP
1717 Main Street Suite 2800
Dallas, TX 75201
Fax: 2148306100; Email: dweitman@hughesluce.com
    Counsel for : The Varde Fund, L.P.

Heidi Weiler, Assistant State's Attorney
Rock Island County State's Attorney's Office
Rock Island County Courthouse - 4th Floor 210 - 15th Street
Rock Island, IL 61201
Fax: 3097805052; Email: weilerh@co.rock-island.il.us
    Counsel for : County of Rock Island, Illinois

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street 1720 Univision Center
Dallas, TX 75201-2644
Fax: 2142932611; Email: dallas.bankruptcy@publicans.com
    Counsel for : Dallas County
    Tarrant County

Courtney Welshimer
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017
Fax: (212) 455-2502; Email: cwelshimer@stblaw.com
    Counsel for : Airbus North America Holdings, Inc.

John M. Werlich
City of Los Angeles, Dept. of Airports
1 World Way PO Box 92216
Los Angeles, CA 90009
Fax: (310) 646-9617; Email: jmwerlich@airports.ci.la.ca.us
    Counsel for : City of Los Angeles, Dept. of Airports

Tina Wheelon
Poorman-Douglas Corp.
20500 S.W. Allen Blvd.
Beaverton, OR 97005
Fax: 5033505230; Email: tina.wheelon@poorman-douglas.com
    Counsel for : Poorman-Douglas Corporation

William Douglas White
McCarthy & White PLLC
8150 Greensboro Drive Suite 875
McLean, VA 22102
Fax: (703) 770-9266; Email: wdw@mccarthywhite.com
    Counsel for : Florida Power and Light

Jason White
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Fax: (212) 504-6666; Email: jason.white@cwt.com
    Counsel for : KBC Bank NV, Dresdner Bank AG New York,
    Landesbank Schleswig-Holstein, Bank Hapoalim,
    Bayerische Hypo-Undverelnsbank,
    Norddeutsche Landesbank, Sumitomo Trust, and
    Raiffeisen Zentralbank, Mitsubishi Trust Corp.

John L. Whitlock
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199-7613
Fax: (617) 227-4420; Email: jwhitlock@palmerdodge.com
    Counsel for : State Street Bank & Trust Co.
    State Street Bank & Trust Co. of Connecticut

Keith R. Whittaker
Resurgence Asset Management
10 New King St.
White Plains, NY 10604
Fax: (914) 683-5610; Email: kwhittaker@resurgencellc.com
    Counsel for : Resurgence Asset Management

Stephanie Wickouski, Esq.
Gardner, Carton & Douglas
1301 K Street, N.W. Suite 900, East Tower
Washington, DC 20005-3317
Fax: (202) 289-1504; Email: swickouski@gcd.com
    Counsel for : HSBC Bank USA

Daniel Wikel, Director
Huron Consulting Services, LLC
550 W. Van Buren
Chicago, IL 60607
Fax: (312) 583-8701; Email: dwikel@huronconsultinggroup.com
    Counsel for : UAL Corporation

MaryBeth Wilkinson, Esq.
Lovells
One IBM Plaza 330 N. Wabash Ave. Suite 1900
Chicago, IL 60611
Fax: (312) 832-4444; Email: marybeth.wilkinson@lovells.com
    Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l

Roderick B. Williams
Foley & Lardner
3000 K Street, N.W. Suite 500
Washington, DC 20007-5101
Fax: 2026725999; Email: rwilliams@foleylaw.com
    Counsel for : Consortium of Airports

F. Scott Wilson
Pratt & Whitney
400 Main Street M/S 133-54
East Hartford, CT 06108
Fax: (860) 557-9946; Email: f.scott.wilson@pw.utc.com
    Counsel for : Pratt & Whitney

Kimberly S. Winick, Esq.
Mayer Brown Rowe & Maw LLP
350 South Grand Avenue 25th Floor
Los Angeles, CA 90071-1503
Fax: (213) 576-8185; Email: kwinick@mayerbrownrowe.com
    Counsel for : Union Bank of California

Keith H. Wofford
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 808-7897; Email: kwofford@kelleydrye.com
    Counsel for : BP Energy Company

Stephen G. Wolfe, Esq.
Office of the United States Trustee
227 W. Monroe St. Suite 3350
Chicago, IL 60606
Fax: (312) 886-5794; Email: Steve.G.Wolfe@usdoj.gov
    Counsel for : Office of the United States Trustee

Jacques F.G.M. Wolfhagen
Cooperatieve Centrale Raiffeisen-Boerenleenbank BA
Croeselaan 18
Utrecht, 3251 The Netherlands
Fax: ; Email: Jacques.Wolfhagen@rabobank.com
    Counsel for : N500UA
    N170UA
    N517UA

Thomas C. Wolford
Neal, Gerber & Eisenberg
Two North LaSalle Street Suite 2200
Chicago, IL 60602-3801
Fax: (312) 269-1747; Email: twolford@ngelaw.com
    Counsel for : Citigroup, Inc.
    United States Tennis Association

Donald A. Workman
Foley & Lardner
3000 K Street, N.W. Suite 500
Washington, DC 20007-5101
Fax: 2026725109; Email: dworkman@foleylaw.com
    Counsel for : Port of Portland; Port of Oakland
    John Wayne/Detroit Met Wayne City Airport
    Metropolitan Washington Airport Authority
    Burlington Int'l Airport
    City of Austin

J. Wallace Wortham
City & County of Denver
201 W. Colfax Avenue Department 1207
Denver, CO 80202-5332
Fax: ; Email: bankruptcy.gene@ci.denver.co.us
    Counsel for : City & County of Denver

Derek L. Wright
Foley & Lardner
321 North Clark Street, Suite 2800
Chicago, IL 60610
Fax: 3126324700; Email: dlwright@foley.com
    Counsel for : Consortium of Airports

Karon Y. Wright
Travis County Attorney
P.O. Box 1748
Austin, TX 78767
Fax: 5128544808; Email: karon.wright@co.travis.tx.us
    Counsel for : Travis County, Texas

Craig Yamaoka
Pension Benefit Guaranty Corp.
1200 K Street, N.W. Suite 340
Washington, DC 20005-4026
Fax: (202) 326-4112; Email: yamaoka.craig@PBGC.Gov
    Counsel for : Pension Benefit Guaranty Corporation

**Barbara L. Yong**
Field & Golan
70 W. Madison, Suite 1500
Chicago, IL  60902
Fax: (312) 253-0299;  Email: blyong@fieldgolan.com
*Counsel for : UAL ESOP*

**Aaron G. York**
Gibson, Dunn & Crutcher, LLP
2100 McKinney Ave.  Suite 1100
Dallas, TX  75201
Fax: (214) 698-3400;  Email: ayork@gibsondunn.com
*Counsel for : Atlantic Coast Airlines, Inc.*

**Jonathan W. Young**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL  60606-1229
Fax: 3122012555;  Email: young@wildmanharrold.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Richard G. Ziegler**
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603
Fax: (312) 706-8114;  Email: rziegler@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**Bruce R. Zirinsky**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666;  Email: bruce.zirinsky@cwt.com
*Counsel for : Northwest Airlines*

**Edward P. Zujkowski**
Emmet, Marvin & Martin LLP
120 Broadway  32nd Floor
New York, NY  10271
Fax: (212) 238-3100;  Email: ezujkowski@emmetmarvin.com
*Counsel for : Bank of New York*

## CERTIFICATE OF SERVICE

I, Jesse Aguilar, a non attorney, certify that on the 3rd day of December, 2004, I caused to be served, by e-mail (to parties who have provided an e-mail address), facsimile (to parties who have not provided an e-mail address) and by overnight delivery (to all parties who have not provided an e-mail address or a facsimile number), a true and correct copy of the foregoing **Notice of Motion and Debtors' Motion To Dismiss Under Fed. R. Civ. P. 12(b)(6), in Part, Trustees' Amended Motion For Payments Under Bankruptcy Code § § 365(d)(10), 363(e), and 1110(a) [Docket Nos. 8562 And 4763]**, on the parties on the attached service list.

Dated: December 3, 2004

_____
Jesse Aguilar

Subscribed and sworn to before me
this 3rd day of December, 2004

_____

"OFFICIAL SEAL"
Scott F. Walker
Notary Public, State of Illinois
My Commission Expires Jan. 24, 2008

C:\NrPortbl\LEGAL\WALKERS\10038135_1.DOC