## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **UAL CORPORATION, et al.,** | ) | **Case No. 02-B-48191** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | **Honorable Eugene R. Wedoff** |

## *AMENDED* NOTICE OF AGENDA MATTERS SCHEDULED
## FOR OMNIBUS HEARING ON DECEMBER 17, 2004 AT 9:30 A.M.

## STATUS REPORT

a.   Status of Chapter 11 Cases

b.   Continued Matters - Matter Nos. 1-2

c.   Uncontested Matters - Matter Nos. 3-9

d.   Contested Matters - Matter Nos. 10-**52**

## CONTINUED MATTERS

1.   Motion of The Official Committee Of Unsecured Creditors for Leave to Prosecute Claim on Behalf of the Debtors [Docket No. 7034]

   **Related Documents:**

A.   Notice of Motion of The Official Committee Of Unsecured Creditors for Leave to Prosecute Claim on Behalf of the Debtors [Docket No. 7034]

B.   Certificate of Service for Motion of The Official Committee Of Unsecured Creditors for Leave to Prosecute Claim on Behalf of the Debtors [Docket No. 7034]

C.   Appendix of Exhibits in Support of Motion of The Official Committee Of Unsecured Creditors for Leave to Prosecute Claim on Behalf of the Debtors [Docket No. 7035]; Certificate of Service [Docket No. 7035]

D.   Charts to be Utilized in Oral Argument in Connection with the Motion of The Official Committee Of Unsecured Creditors for Leave to Prosecute Claim on Behalf of the Debtors [Docket No. 7190]; Notice of Filing [Docket No. 7190]; Certificate of Service [Docket No. 7190]

**Objection Deadline:**        June 11, 2004

**Objections Received:**

a.    Objection of Debtors to Motion of The Official Committee Of Unsecured Creditors for Leave to Prosecute Claim on Behalf of the Debtors [Docket No. 7075]; Notice of Filing [Docket No. 7076]; Certificate of Service [Docket No. 7076]

b.    Response of U.S. Bank National Association, Wells Fargo Bank Northwest, N.A. and Bank of New York, as Trustees on Behalf of Holders of Securities Secured by Aircraft Leased to or Owned by UAL, to Motion of Official Committee of Unsecured Creditors for Leave to Prosecute Claim on Behalf of Debtors [Docket No. 7095]; Certificate of Service [Docket No. 7095]

c.    Opposition of Wells Fargo Bank Northwest, N.A., as Trustee, to the Motion of the Official Committee of Unsecured Creditors for Leave to Prosecute Claim on Behalf of the Debtors [Docket No. 7096]; Certificate of Service [Docket No. 7096]

**Reply Deadline:**        June 16, 2004 at 12 p.m.

**Reply Received:**

A.    Reply of the Official Committee of Unsecured Creditors to (1) the Objection of Debtors and (2) the Two Objections of the Chapman Group to the Committee's Motion for Leave to Prosecute Claim on Behalf of the Debtors [Docket No. 7168]; Certificate of Service [Docket No. 7168]

**Status:**        The parties request that this matter be continued to the January 21, 2005 Omnibus Hearing.

2.    Port of Oakland's Motion for Relief from the Automatic Stay to Assert Setoff Rights Under Section 553 [Docket No. 8727] *

**Related Documents:**

A.    Notice of Port of Oakland's Motion for Relief from the Automatic Stay to Assert Setoff Rights Under Section 553 [Docket No. 8727] *

B.    Certificate of Service for Notice of Filing and Port of Oakland's Motion for Relief from the Automatic Stay to Assert Setoff Rights Under Section 553 [Docket No. 8727] *

**Objection Deadline:**        January 14, 2005

**Reply Deadline:**        January 21, 2005 at 2 p.m.

**Status:**        The parties request that this matter be continued to the January 21, 2005
Omnibus Hearing.

## UNCONTESTED MATTERS

3.      Motion for Entry of an Order Authorizing United Air Lines, Inc., *Nunc Pro Tunc*, to
Enter into United Express Agreement with Trans States Airlines, Inc. and For Authority
to File the Agreement Under Seal Pursuant to Section 107(B) of the Bankruptcy Code
and Bankruptcy Rule 9018 [Docket No. 9030] *

**Related Documents:**

A.      Notice of Motion for Entry of an Order Authorizing United Air Lines, Inc., *Nunc
Pro Tunc*, to Enter into United Express Agreement with Trans States Airlines,
Inc. and For Authority to File the Agreement Under Seal Pursuant to Section
107(B) of the Bankruptcy Code and Bankruptcy Rule 9018 [Docket No. 9030] *

B.      Certificate of Service for Notice of Motion and Motion for Entry of an Order
Authorizing United Air Lines, Inc., *Nunc Pro Tunc*, to Enter into United Express
Agreement with Trans States Airlines, Inc. and For Authority to File the
Agreement Under Seal Pursuant to Section 107(B) of the Bankruptcy Code and
Bankruptcy Rule 9018 [Docket No. 9030] *

C.      Letter to Judge Wedoff Regarding United Express Agreement [Docket No. ] *

**Objection Deadline:**        December 10, 2004

**Reply Deadline:**        December 15, 2004 at 2 p.m.

**Status:**        No objections have been received.  This matter is going forward.

4.      Debtors' Motion Pursuant to Section 365(a) of the Bankruptcy Code for Entry of an
Order Approving Assumption and Assignment of the Miami International Airport Cargo
Facility Lease [Docket No. 8994] *

**Related Documents:**

A.      Notice of Debtors' Motion Pursuant to Section 365(a) of the Bankruptcy Code for
Entry of an Order Approving Assumption and Assignment of the Miami
International Airport Cargo Facility Lease [Docket No. 8994] *

B.      Certificate of Service for Notice of Motion and Debtors' Motion Pursuant to
Section 365(a) of the Bankruptcy Code for Entry of an Order Approving
Assumption and Assignment of the Miami International Airport Cargo Facility
Lease [Docket No. 8994] *

C.      Exhibits to Debtors' Motion Pursuant to Section 365(a) of the Bankruptcy Code
for Entry of an Order Approving Assumption and Assignment of the Miami

International Airport Cargo Facility Lease [Docket No. 8995]; Notice of Filing [Docket No. 8995]; Certificate of Service [Docket No. 8995] *

**Objection Deadline:**    December 10, 2004

**Reply Deadline:**    December 15, 2004 at 2 p.m.

**Status:**    No objections have been received.  This matter is going forward.

5.    Motion to Approve License Agreement Between United Airlines and Verizon Airfone, Inc. [Docket No. 9029] *

**Related Documents:**

A.    Notice of Motion to Approve License Agreement Between United Airlines and Verizon Airfone, Inc. [Docket No. 9029] *

B.    Certificate of Service for Notice of Motion and Motion to Approve License Agreement Between United Airlines and Verizon Airfone, Inc. [Docket No. 9029]*

**Objection Deadline:**    December 10, 2004

**Reply Deadline:**    December 15, 2004 at 2 p.m.

**Status:**    No objections have been received.  This matter is going forward.

6.    Motion of The Debtors to Clarify Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and FED. R. BANKR. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte & Touche LLP [Docket No. 9017] *

**Related Documents:**

A.    Notice of Motion of The Debtors to Clarify Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and FED. R. BANKR. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte & Touche LLP [Docket No. 9017] *

B.    Certificate of Service for Notice of Motion and Motion of The Debtors to Clarify Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and FED. R. BANKR. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte & Touche LLP [Docket No. 9017] *

**Objection Deadline:**    December 10, 2004

**Reply Deadline:**    December 15, 2004 at 2 p.m.

**Status:**    No objections have been received.  This matter is going forward.

7.    Routine Motion of Todd A. Feinsmith for Admission Pro Hac Vice [Docket No. 8997] *

**Related Documents:**

A.    Notice of Routine Motion of Todd A. Feinsmith for Admission Pro Hac Vice [Docket No. 8997] *

B.    Affidavit of Service for Routine Motion of Todd A. Feinsmith for Admission Pro Hac Vice [Docket No. 8997] *

C.    Application for Leave Todd A. Feinsmith to Appear Pro Hac Vice [Docket No. 8997, 8999] *

**Objection Deadline:**        December 10, 2004

**Reply Deadline:**        December 15, 2004 at 2 p.m.

**Status:**        No objections have been received. This matter is going forward.

8.    Routine Motion of John C. Elstad for Admission Pro Hac Vice [Docket No. 8998] *

**Related Documents:**

A.    Notice of Routine Motion of John C. Elstad for Admission Pro Hac Vice [Docket No. 8998] *

B.    Affidavit of Service for Routine Motion of John C. Elstad for Admission Pro Hac Vice [Docket No. 8998] *

C.    Application for Leave John C. Elstad to Appear Pro Hac Vice [Docket No. 8998]*

**Objection Deadline:**        December 10, 2004

**Reply Deadline:**        December 15, 2004 at 2 p.m.

**Status:**        No objections have been received. This matter is going forward.

9.    Routine Motion of Steven D. Pohl  for Admission Pro Hac Vice [Docket No. 9000] *

**Related Documents:**

A.    Notice of Routine Motion of Steven D. Pohl for Admission Pro Hac Vice [Docket No. 9000] *

B.    Affidavit of Service for Routine Motion of Steven D. Pohl for Admission Pro Hac Vice [Docket No. 9000] *

C.     Application for Leave Steven D. Pohl to Appear Pro Hac Vice [Docket No. 9000, 9001] *

**Objection Deadline:**        December 10, 2004

**Reply Deadline:**        December 15, 2004 at 2 p.m.

**Status:**        No objections have been received.  This matter is going forward.

## CONTESTED MATTERS

10.    Debtors' Motion To Dismiss Under Fed. R. Civ. P. 12(b)(6), In Part, Trustees' Amended Motion For Payments Under Bankruptcy Code §§ 365(d)(10), 363(e) and 1110(a) (Docket Nos. 8562 and 4763) [Docket No. 9028] *

**Related Documents:**

A.     Debtors' Motion To Dismiss Under Fed. R. Civ. P. 12(b)(6), In Part, Trustees' Amended Motion For Payments Under Bankruptcy Code §§ 365(d)(10), 363(e) and 1110(a) (Docket Nos. 8562 and 4763) [Docket No. 9028] *

B.     Certificate of Service for Notice of Motion and Debtors' Motion To Dismiss Under Fed. R. Civ. P. 12(b)(6), In Part, Trustees' Amended Motion For Payments Under Bankruptcy Code §§ 365(d)(10), 363(e) and 1110(a) (Docket Nos. 8562 and 4763) [Docket No. 9028] *

**Objection Deadline:**        December 10, 2004

**Objections Received:**

a.     Trustees' Objection to Debtors' Motion to Dismiss Under Fed. R. CIV. P. 12(b)(6), In Part, Trustees' Amended Motion for Payments Under §§ 365(d)(10), 363(e) and 1110(a) [Docket No. 9235]; Notice of Filing [Docket No. 9237]; Certificate of Service [Docket No. 9239] *

**Reply Deadline:**        December 15, 2004 at 2 p.m.

**Reply Received:**

A.     Debtors' Reply in Support of Motion To Dismiss (Docket No. 9028) [Docket No. 9271]; Notice of Filing [Docket No. 9271 & 9281]; Certificate of Service [Docket No. 9271 & 9281] *

**Status:**        This matter is going forward.

11.    Motion of U.S. Bank National Association, the Bank of New York, and Wells Fargo Bank Northwest N.A. in their Respective Capabilities as Trustee or Collateral Agent to Compel Payment of Post-Petition Lease Obligations for each Relevant Unexpired Lease of Personal Property Pursuant to § 365(d)(10), § 503(b)(1)(A) and with Respect to

Certain Aircraft and Obligations, Section 1110(a) of the Bankruptcy Code [Docket No. 4763]; Notice of Motion [Docket No. 4763]; Certificate of Service [Docket No. 4763]

**Related Documents:**

A.  Notice of Motion of U.S. Bank National Association, the Bank of New York, and Wells Fargo Bank Northwest N.A. in their Respective Capabilities as Trustee or Collateral Agent to Compel Payment of Post-Petition Lease Obligations for each Relevant Unexpired Lease of Personal Property Pursuant to § 365(d)(10), § 503(b)(1)(A) and with Respect to Certain Aircraft and Obligations, Section 1110(a) of the Bankruptcy Code [Docket No. 4763]

B.  Certificate of Service of Motion of U.S. Bank National Association, the Bank of New York, and Wells Fargo Bank Northwest N.A. in their Respective Capabilities as Trustee or Collateral Agent to Compel Payment of Post-Petition Lease Obligations for each Relevant Unexpired Lease of Personal Property Pursuant to § 365(d)(10), § 503(b)(1)(A) and with Respect to Certain Aircraft and Obligations, Section 1110(a) of the Bankruptcy Code [Docket No. 4763]

C.  Amended Motion of U.S. Bank National Association, The Bank of New York and Wells Fargo Bank Northwest N.A. in their Respective Capacities as Trustee or Collateral Agent For Payment of Post-Petition Lease Obligations And Other Administrative Claims for Each Relevant Unexpired Lease of Personal Property Pursuant To § 365(d)(10), § 503(b)(1)(A) and with Respect to Certain Aircraft and Obligations, § 1110(a) of the Bankruptcy Code, and for Adequate Protection of Their Interests in Such Property Pursuant to § 363(e) [Docket No. 8562]; Notice of Amended Motion [Docket No. 8562]; Certificate of Service [Docket No. 8562]

**Objection Deadline:**        November 12, 2004

**Objections Received:**

a.  Debtors' Objection to the Trustees' Motion to Compel Payment of Post-Petition Lease Obligations Under Sections 365(d)(10), 503(b)(1)(A) and 1110 of the Bankruptcy Code [Docket No. 4763] and Debtors' Motion for Other Relief [Docket No. 4841]; Notice of Filing [Docket No. 4842]; Certificate of Service [Docket No. 4841]; Affidavit of Steven A. Carlson In Support of Objection [Docket No. 4885]

b.  Debtors' Objection to Amended Motion of Trustees for Payments of Post-Petition Lease Obligations and Other Administrative Claims Under Aircraft Leases [Docket No. 8562] [Docket No. 8594]; Notice of Filing [Docket No. 8595]; Certificate of Service [Docket No. 8594]

c.  Joinder of The Official Committee of Unsecured Creditors to The Debtors' Objection to Motion of U.S. Bank National Association, The Bank of New York, and Wells Fargo Bank Northwest National Association to Compel Payment of

Post-Petition Lease Obligations for each Relevant Unexpired Lease of Personal Property Pursuant to 11 U.S.C. §§ 365(d)(10), 503(b)(1)(A) and 1110(a) [Docket No. 4882] Notice of Filing [Docket No. 4883]; Certificate of Service [Docket No. 4883]

d.    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Amended Motion of Trustees for Payments of Post-Petition Lease Obligations and Other Administrative Claims Under Aircraft Leases (Docket No. 8562) [Docket No. 8622]; Notice of Filing [Docket No. 8623]; Certificate of Service [Docket No. 8623]

e.    Objection of the Official Committee of Unsecured Creditors to Amended Motion of Trustees for Payment of Post-Petition Lease Obligations and Other Administrative Claims Under Aircraft Leases [Docket No. 8562] [Docket No. 8619]

**Reply Deadline:**    November 17, 2004 at 2 p.m.

**Reply Received:**

A.    Reply of U.S. Bank Association, The Bank of New York, and Wells Fargo Bank Northwest N.A., in their Respective Capabilities as Trustee or Collateral Agent, to the Objections of the Debtors and the Official Committee of Unsecured Creditors to their Motion to Compel Payment of Post-Petition Lease Obligations and Motion for Other Relief [Docket No. 5034]; Affidavit of John W. Vitale [Docket No. 5034]; Notice of Filing [Docket No. 5035]; Certificate of Service [Docket No. 5034]

B.    Reply in Support of Amended Motion of U.S. Bank National Association, The Bank of New York, and Wells Fargo Bank Northwest N.A., in their Respective Capabilities as Trustee or Collateral Agent for Payment of Post-Petition Lease Obligations and Other Administrative Claims for Each Relevant Unexpired Lease of Personal Property Pursuant To § 365(d)(10), § 503(b)(1)(A) and with Respect to Certain Aircraft and Obligations, § 1110(a) of the Bankruptcy Code, and for Adequate Protection of Their Interests in Such Property Pursuant to § 363(e) [Docket No. 8710]; Notice of Motion [Docket No. 8711]; Certificate of Service [Docket No. 8710]

**Status:**    This matter, which is subject of matter number 10, is set for status.

12.    Motion For Bankruptcy Rule 2004 Examination of Senior Holders Regarding Public Aircraft Securities [Docket No. 9026] *

**Related Documents:**

A.    Notice of Motion For Bankruptcy Rule 2004 Examination of Senior Holders Regarding Public Aircraft Securities [Docket No. 9026] *

B.    Certificate of Service for Notice of Motion and Motion For Bankruptcy Rule 2004 Examination of Senior Holders Regarding Public Aircraft Securities [Docket No. 9026] *

**Objection Deadline:**    December 10, 2004

**Objections Received:**

a.    Objection of Quantum Partners LDC to the Debtor's Motion For Bankruptcy Rule 2004 Examination of Senior Holders Regarding Public Aircraft Securities [Docket No. 9208]; Notice of Filing [Docket No. 9208]; Certificate of Service [Docket No. 9208] *

b.    Response on Behalf of Certain Senior Holders to Motion For Bankruptcy Rule 2004 Examination of Senior Holders Regarding Public Aircraft Securities [Docket No. 9227]; Notice of Filing [Docket No. 9229]; Certificate of Service [Docket No. 9227] *

c.    Response of CSG Investments, Inc., Beal Capital Markets, Inc. and Beal Savings Bank to Motion For Bankruptcy Rule 2004 Examination of Senior Holders Regarding Public Aircraft Securities [Docket No. 9243]; Certificate of Service [Docket No. 9243] *

**Reply Deadline:**    December 15, 2004 at 2 p.m.

**Reply Received:**

A.    Reply in Support of Rule 2004 Motion (Docket No. 9026) [Docket No. 9279]; Notice of Filing [Docket No. 9280]; Certificate of Service [Docket No. 9280] *

**Status:**    This matter is going forward.

13.    United Air Lines, Inc.'s Motion for Declaratory Judgment and Temporary Restraining Order [Adv. Pr. 04-04149, Docket No. 4] *

**Related Documents:**

A.    Notice of United Air Lines, Inc.'s Motion for Declaratory Judgment and Temporary Restraining Order [Adv. Pr. 04-04149, Docket No. 4] *

B.    Temporary Restraining Order [Adv. Pr. 04-04149, Docket No. 8]*

C.    Motion to Dissolve Temporary Restraining Order Entered on November 26, 2004 [Adv. Pr. 04-04149, Docket No. 35]*

D.    Plaintiff United Air Lines, Inc.'s Opposition to Defendants' Motion to Dissolve Temporary Restraining Order Entered on November 26, 2004 [Adv. Pr. 04-04149, Docket No. 48]*

E.   Defendants' Supplemental Brief in Support of Motion to Dissolve Temporary Restraining Order Entered on November 26, 2004 [Adv. Pr. 04-04149, Docket No. 51]*

F.   Order Continuing Temporary Restraining Order [Adv. Pr. 04-04149, Docket No. 64] *

**Status:**      This matter is set for status.

14.   Plaintiff's Emergency Motion to File *Nunc Pro Tunc* to December 7, 2004 Plaintiff's Response to Defendants' Supplemental Brief in Support of Their Motion to Dissolve the TRO [Adv. Pr. 04-04149, Docket No. 87]*

**Related Documents:**

A.   Notice of Plaintiff's Emergency Motion to File Nunc Pro Tunc to December 7, 2004 Plaintiff's Response to Defendants' Supplemental Brief in Support of Their Motion to Dissolve the TRO [Adv. Pr. 04-04149, Docket No. 87] *

B.   Certificate of Service of Plaintiff's Emergency Motion to File Nunc Pro Tunc to December 7, 2004 Plaintiff's Response to Defendants' Supplemental Brief in Support of Their Motion to Dissolve the TRO [Adv. Pr. 04-04149, Docket No. 87]*

**Status:**      This matter is going forward.

15.   Motion to Allow Minimum Funding Contribution Claims of United Air Lines Pension Plans as Administrative Priority Expenses [Docket No. 8918] *

**Related Documents:**

A.   Notice of Motion to Allow Minimum Funding Contribution Claims of United Air Lines Pension Plans as Administrative Priority Expenses [Docket No. 8918] *

B.   Certificate of Service for Notice of Motion and Motion to Allow Minimum Funding Contribution Claims of United Air Lines Pension Plans as Administrative Priority Expenses [Docket No. 8918] *

C.   Secretary's Amicus Brief in Support of Independent Fiduciary's Motion to Allow Minimum Funding Contribution Claim of United Air Lines Pension Plans as Administrative Priority Expenses (Relates to Docket No. 8918) [Docket No. 9015]*

D.   Joinder of Association of Flight Attendants-CWA, AFL-CIO, to Independent Fiduciary Services' Motion to Allow Minimum Funding Contribution Claims of United Airlines Pension Plans as Administrative Priority Expenses (Docket No. 8918) [Docket No. 9214]; Notice of Filing [Docket No. 9215]; Certificate of Service [Docket No. 9214] *

E.    Pension Benefit Guaranty Corporation's Response to Motion to Allow Minimum Funding Contribution Claims of United Air Lines Pension Plans as Administrative Priority Expenses [Docket No. 9221]; Certificate of Service [Docket No. 9221] *

**Objection Deadline:**    December 10, 2004

**Objections Received:**

a.    Debtors' Objection to Motion of Independent Fiduciary Services to Allow Minimum Funding Contribution Claims of United Air Lines Pension Plans as Administrative Priority Expenses [Docket No. 9210]; Notice of Filing [Docket No. 9211]; Certificate of Service [Docket No. 9211] *

**Reply Deadline:**    December 15, 2004 at 2 p.m.

**Reply Received:**

A.    Reply of IFS to Debtors' Objection to Motion to Allow Minimum Funding Contribution Claims of United Air Lines Pension Plans as Administrative Priority Expenses [Docket No. 9262]; Notice of Filing [Docket No. 9263]; Certificate of Service [Docket No. 9263] *

**Status:**    This matter is going forward.

16.    Motion of the Secretary of Labor for Leave to File an Amicus Brief in Support of Independent Fiduciary's Motion to Allow Minimum Funding Contribution Claim of United Air Lines Pension Plans as Administrative Priority Expense [Docket No. 9018] *

**Related Documents:**

A.    Notice of Motion of the Secretary of Labor for Leave to File an Amicus Brief in Support of Independent Fiduciary's Motion to Allow Minimum Funding Contribution Claim of United Air Lines Pension Plans as Administrative Priority Expense [Docket No. 9018] *

A.    Certificate of Service for Notice of Motion and Motion of the Secretary of Labor for Leave to File an Amicus Brief in Support of Independent Fiduciary's Motion to Allow Minimum Funding Contribution Claim of United Air Lines Pension Plans as Administrative Priority Expense [Docket No. 9035] *

B.    Secretary's Amicus Brief in Support of Independent Fiduciary's Motion to Allow Minimum Funding Contribution Claim of United Air Lines Pension Plans as Administrative Priority Expense (Relates to Docket No. 8918) [Docket No. 9015]*

**Objection Deadline:**    December 10, 2004

**Objections Received:**

a.  Debtors' Response to Motion of the Secretary of Labor for Leave to File an
    Amicus Brief [Docket No. 9219]; Notice of Filing [Docket No. 9220]; Certificate
    of Service [Docket No. 9219] *

**Reply Deadline:**        December 15, 2004 at 2 p.m.

**Reply Received:**

A.  **Secretary of Labor's Reply to Debtors' Response to Motion for Leave to File
    an Amicus Brief (Docket No. 9018) [Docket No. 9301]; Notice of Filing
    [Docket No. 9302] ***

**Status:**        This matter is going forward.

17.  Motion of IFS for Leave to File Brief in Excess of Fifteen Pages Instanter Regarding IFS'
     Motion to Allow Minimum Funding Contribution Claims of United Air Lines Pension
     Plans as Administrative Priority Expenses [Docket No. 8923] *

**Related Documents:**

A.  Notice of Motion of IFS for Leave to File Brief in Excess of Fifteen Pages
    Instanter Regarding IFS' Motion to Allow Minimum Funding Contribution
    Claims of United Air Lines Pension Plans as Administrative Priority Expenses
    [Docket No. 8923] *

B.  Certificate of Service for Notice of Motion and Motion of IFS for Leave to File
    Brief in Excess of Fifteen Pages Instanter Regarding IFS' Motion to Allow
    Minimum Funding Contribution Claims of United Air Lines Pension Plans as
    Administrative Priority Expenses [Docket No. 8923] *

C.  Verified Statement of IFS Under Rule 2019 [Docket No. 8924]; Certificate of
    Service [Docket No. 8924] *

**Objection Deadline:**        December 10, 2004

**Reply Deadline:**        December 15, 2004 at 2 p.m.

**Status:**        No objections have been received.  This matter is going forward.

18.     Motion of IFS For Leave to File Brief in Excess of Fifteen Pages Instanter Regarding
        Reply of IFS to Debtors' Objection to Motion to Allow Minimum Funding Contribution
        Claims of United Air Lines Pension Plans As Administrative Expenses [Docket No.
        9258] *

        **Related Documents:**

        A.      Notice of Motion of IFS For Leave to File Brief in Excess of Fifteen Pages
                Instanter Regarding Reply of IFS to Debtors' Objection to Motion to Allow
                Minimum Funding Contribution Claims of United Air Lines Pension Plans As
                Administrative Expenses [Docket No. 9258] *

        B.      Certificate of Service for Notice of Motion and Motion of IFS For Leave to File
                Brief in Excess of Fifteen Pages Instanter Regarding Reply of IFS to Debtors'
                Objection to Motion to Allow Minimum Funding Contribution Claims of United
                Air Lines Pension Plans As Administrative Expenses [Docket No. 9258] *

        **Status:**     This matter is going forward.

19.     Debtors' Motion for Leave to File Brief in Excess of Fifteen Pages Regarding their
        Objection to Independent Fiduciary Services' Motion to Allow Minimum Funding
        Contribution Claims of United Air Lines Pension Plans as Administrative Priority
        Expenses [Docket No. 9225] *

        **Related Documents:**

        A.      Notice of Debtors' Motion for Leave to File Brief in Excess of Fifteen Pages
                Regarding their Objection to Independent Fiduciary Services' Motion to Allow
                Minimum Funding Contribution Claims of United Air Lines Pension Plans as
                Administrative Priority Expenses [Docket No. 9225] *

        B.      Certificate of Service for Notice of Filing and Debtors' Motion for Leave to File
                Brief in Excess of Fifteen Pages Regarding their Objection to Independent
                Fiduciary Services' Motion to Allow Minimum Funding Contribution Claims of
                United Air Lines Pension Plans as Administrative Priority Expenses [Docket No.
                9225] *

        **Status:**     No objections have been received.  This matter is going forward.

20.     Secretary's Motion for Leave to File Amicus Brief in Excess of Fifteen Pages [Docket
        No. 9031] *

        **Related Documents:**

        A.      Notice of Secretary's Motion for Leave to File Amicus Brief in Excess of Fifteen
                Pages [Docket No. 9031] *

B.      Certificate of Service for Notice of Motion and Secretary's Motion for Leave to
File Amicus Brief in Excess of Fifteen Pages [Docket No. 9035] *

**Objection Deadline:**          December 10, 2004

**Reply Deadline:**          December 15, 2004 at 2 p.m.

**Status:**          No objections have been received. This matter is going forward.

21.    Motion of Pension Benefit Guaranty Corporation for Leave to File Response in Excess of
Fifteen Pages to the Independent Fiduciary's Motion to Allow Minimum Funding
Contribution Claims of United Airlines Pension Plans as Administrative Priority
Expenses [Docket No. 9218] *

**Related Documents:**

A.      Notice of Motion of Pension Benefit Guaranty Corporation for Leave to File
Response in Excess of Fifteen Pages to the Independent Fiduciary's Motion to
Allow Minimum Funding Contribution Claims of United Airlines Pension Plans
as Administrative Priority Expenses [Docket No. 9218] *

B.      Certificate of Service for Motion of Pension Benefit Guaranty Corporation for
Leave to File Response in Excess of Fifteen Pages to the Independent Fiduciary's
Motion to Allow Minimum Funding Contribution Claims of United Airlines
Pension Plans as Administrative Priority Expenses [Docket No. 9218] *

**Status:**          No objections have been received. This matter is going forward.

22.    United Retired Pilots Benefit Protection Association and Individual Retired Pilots'
Emergency Motion to Compel Discovery From Debtors [Docket No. 9224] *

**Related Documents:**

A.      Notice of United Retired Pilots Benefit Protection Association and Individual
Retired Pilots' Emergency Motion to Compel Discovery From Debtors [Docket
No. 9224] *

B.      Certificate of Service for Notice of Motion and United Retired Pilots Benefit
Protection Association and Individual Retired Pilots' Emergency Motion to
Compel Discovery From Debtors [Docket No. 9224] *

**Objections Received:**

a.      Debtors' Consolidated Objection to Emergency Motion to Compel Discovery
(Docket No. 9224) and Emergency Motion to Appoint Section 1113 Authorized
Representative for United's Retired Pilots (Docket No. 9212) [Docket No. 9246];
Notice of Filing [Docket No. 9247]; Certificate of Service [Docket No. 9247] *

b.    **Limited Objection of the International Association of Machinists and Aerospace Workers to United Retired Pilots Benefit Protection Association and Individual Retired Pilots' Emergency Motion to Compel Discovery From Debtors [Docket No. 9267]; Notice of Filing [Docket No. 9268]; Certificate of Service [Docket No. 9267] ***

c.    **Authority Submitted by Association of Flight Attendants-CWA, AFL-CIO, As to why the Bridge Report Should Remain Confidential (Docket No. 9224) [Docket No. ]; Notice of Filing [Docket No. ]; Certificate of Service [Docket No. ] ***

**Status:**     This matter was continued from the December 14, 2004 hearing and is going forward.

23.    Plaintiff Cynthia Hou's Motion to Lift the Automatic Stay [Docket No. 8726] *

**Related Documents:**

A.    Notice of Motion to Lift the Automatic Stay [Docket No. 8922] *

B.    Certificate of Service for Motion to Lift the Automatic Stay [Docket No. 8726] *

C.    Motion to Withdraw Money Under 28 U.S.C. 2042 [Docket No. 8922]; Certificate of Service [Docket No. 8922] *

D.    **Amended Notice of Motion to Lift the Automatic Stay [Docket No. 9272]; Certificate of Service [Docket No. 9272] ***

**Objection Deadline:**     December 10, 2004

**Objections Received:**

a.    Debtors Objection to Plaintiff Cynthia Hou's Motion for Relief from the Automatic Stay and to Withdraw Money (Docket Nos. 8726 and 8922) [Docket No. 9233]; Notice of Filing [Docket No. 9234]; Certificate of Service [Docket No. 9233] *

**Status:**     This matter is going forward.

24.    The Debtors' Seventh Omnibus Objection to Claims (Single Debtor Duplicate; Multiple
Debtor Duplicate; Superseded; No Supporting Documentation; Insufficient
Documentation; No Dollar; Revert to Schedule; Equity; Reduce; No Liability; Wrong
Debtor; Non-Debtor; Redundant Bondholder and TOPrS; Reclassify; Wages;
Vacation/Sick Pay, Alimony/Child Support, Workers Compensation; Elizabeth J.
Czerska) [Docket No. 4927]

**Related Documents:**

A.    Notice of Hearing on The Debtors' Seventh Omnibus Objection to Claims (Single
Debtor Duplicate; Multiple Debtor Duplicate; Superseded; No Supporting
Documentation; Insufficient Documentation; No Dollar; Revert to Schedule;
Equity; Reduce; No Liability; Wrong Debtor; Non-Debtor; Redundant
Bondholder and TOPrS; Reclassify; Wages; Vacation/Sick Pay, Alimony/Child
Support, Workers Compensation; Elizabeth J. Czerska) [Docket No. 4927]

B.    Certificate of Service for Notice of Hearing and The Debtors' Seventh Omnibus
Objection to Claims (Single Debtor Duplicate; Multiple Debtor Duplicate;
Superseded; No Supporting Documentation; Insufficient Documentation; No
Dollar; Revert to Schedule; Equity; Reduce; No Liability; Wrong Debtor; Non-
Debtor; Redundant Bondholder and TOPrS; Reclassify; Wages; Vacation/Sick
Pay, Alimony/Child Support, Workers Compensation; Elizabeth J. Czerska)
[Docket No. 4927]

C.    Amended Status Chart of Responses to the Debtors' Seventh Omnibus Objection
to Claims [Docket No. 5492]; Notice of Filing [Docket No. 5493]; Certificate of
Service [Docket No. 5492]

D.    Amended Status Chart of Responses to the Debtors' Seventh, Ninth and
Thirteenth Omnibus Objection to Claims [Docket No. 7211]; Notice of Filing
[Docket No. 7212]; Certificate of Service [Docket No. 7211]

E.    Status Chart of Responses to the Debtors' Seventh, Ninth, Thirteenth and
Fourteenth Omnibus Objection to Claims [Docket No. 7534]; Notice of Filing
[Docket No. 7535]; Certificate of Service [Docket No. 7534]

**Response Deadline:**        January 7, 2004

**Responses Received:**

a.    Due to the volume of Responses filed, the Debtors have filed a Claims Objection
Reply Chart as Exhibit 1 to the Omnibus Reply in Support of The Debtors'
Thirteenth Omnibus Objection to Claims, listing those claims that have been
continued from the Seventh Omnibus Claims Objection to this hearing.

**Reply Deadline:**        January 14, 2004 at 12 p.m.

**Reply Received:**

A.    Debtors' Omnibus Reply in Support of The Debtors' Seventh Omnibus Objection to Claims (Single Debtor Duplicate; Multiple Debtor Duplicate; Superseded; No Supporting Documentation; Insufficient Documentation; No Dollar; Revert to Schedule; Equity; Reduce; No Liability; Wrong Debtor; Non-Debtor; Redundant Bondholder and TOPrS; Reclassify; Wages; Vacation/Sick Pay, Alimony/Child Support, Workers Compensation; Elizabeth J. Czerska) [Docket No. 5428]; Notice of Filing [Docket No. 5429]; Certificate of Service [Docket No. 5428]

**Status:**    The Debtors are withdrawing, without prejudice, all of the remaining claims objections with respect to the Seventh Omnibus Claims Objection except with respect to the claims of Fallon and Frankel. With respect to Fallon and Frankel, the parties have reached agreements in principle resolving these claims. The Debtors anticipate filing a motion to approve the settlement of such claims on negative notice prior to the next omnibus hearing. The Debtors will file a Claims Objection Status Chart with respect to the status of the remaining responses prior to the December 17, 2004 Omnibus Hearing and will present an updated version of such Chart at the hearing.

25.    The Debtors' Ninth Omnibus Objection To Claims (Single Debtor Duplicate; Superseded; No Supporting Documentation; Insufficient Documentation; Equity; Reduce; No Liability; Wrong Debtor; Non-Debtor Entity; Redundant; Reclassify; Retroactive Pay; Jeffrey Talon) [Docket No. 5933]

**Related Documents:**

A.    Notice Of Hearing On The Debtors' Ninth Omnibus Objection To Claims (Single Debtor Duplicate; Superseded; No Supporting Documentation; Insufficient Documentation; Equity; Reduce; No Liability; Wrong Debtor; Non-Debtor Entity; Redundant; Reclassify; Retroactive Pay; Jeffrey Talon) [Docket No. 5934]

B.    Certificate of Service for Notice Of Hearing and The Debtors' Ninth Omnibus Objection To Claims (Single Debtor Duplicate; Superseded; No Supporting Documentation; Insufficient Documentation; Equity; Reduce; No Liability; Wrong Debtor; Non-Debtor Entity; Redundant; Reclassify; Retroactive Pay; Jeffrey Talon) [Docket No. 5933]

C.    Amended Status Chart of Responses to The Debtors' Ninth Omnibus Objection To Claims (Single Debtor Duplicate; Superseded; No Supporting Documentation; Insufficient Documentation; Equity; Reduce; No Liability; Wrong Debtor; Non-Debtor Entity; Redundant; Reclassify; Retroactive Pay; Jeffrey Talon) [Docket No. 6302]; Notice of Filing [Docket No. 6303]; Certificate of Service [Docket No. 6302]

D.    Amended Status Chart of Responses to the Debtors' Seventh, Ninth and Thirteenth Omnibus Objection to Claims [Docket No. 7211]; Notice of Filing [Docket No. 7212]; Certificate of Service [Docket No. 7211]

E.      Status Chart of Responses to the Debtors' Seventh, Ninth, Thirteenth and
        Fourteenth Omnibus Objection to Claims [Docket No. 7534]; Notice of Filing
        [Docket No. 7535]; Certificate of Service [Docket No. 7534]

**Response Deadline:**        March 10, 2004

**Responses Received:**

a.      Response of Frank D Inderbitzen to Debtors' Ninth Omnibus Objection to Claim
        [Docket No. 6061]

b.      Response of Walter Daniels Construction Co., Inc. to Debtors' Ninth Omnibus
        Objection to Claim [Docket No. 6095]; Notice of Filing [Docket No. 6096];
        Certificate of Service [Docket No. 6096]

c.      Response of Gayle M Vanacora to Notice Of Hearing On The Debtors' Ninth
        Omnibus Objection To Claims (Single Debtor Duplicate; Superseded; No
        Supporting Documentation; Insufficient Documentation; Equity; Reduce; No
        Liability; Wrong Debtor; Non-Debtor Entity; Redundant; Reclassify; Retroactive
        Pay; Jeffrey Talon) [Docket No. 6097]

d.      [Bernadette M Busch] Oppose the Relief Request in the Ninth Omnibus Objection
        [Docket No. 6100]

e.      Response by Travelers Casualty and Surety Company of America to Debtors'
        Ninth Omnibus Objection to Claims [Docket No. 6109]; Certification of Service
        [Docket No. 6109]

f.      [Walter R Cervantes] Response in Opposition to the Debtors' Ninth Omnibus
        Objection to Claims [Docket No. 6112]

g.      [Best Western Center Inn] Response to the Debtors' Ninth Omnibus Objection to
        Claims [Docket No. 6113]

h.      Response of Fidelity and Deposit Company Of Maryland and Zurich American
        Insurance Group and Its Affiliated Companies to the Debtors' Ninth Omnibus
        Objection to Claims [Redundant Claims] [Docket No. 6114]; Notice of Filing
        [Docket No. 6115]; Certificate of Service [Docket No. 6115]

i.      FMC Technologies' Response to the Debtors' Ninth Omnibus Objection to
        Claims with Respect to Claim No. 36245 [Docket No. 6116]; Certificate of
        Service [Docket No. 6116]

j.      Response of Diana Brown-Dodson to Debtors' Ninth Omnibus Objection to
        Claims [Docket No. 6117]; Notice of Filing [Docket No. 6118]; Certificate of
        Service [Docket No. 6118]

k.     [Kathleen M Denny] Opposition to Relief Requested in Ninth Omnibus Objection [Docket No. 6119]

l.     [Clayton County Tax Commissioner] Response to the Debtors' Ninth Omnibus Objection to Claims [Docket No. 6124]

m.     [John Shevchuk] Response to Objection to Debtors' Ninth Omnibus Claim [Docket No. 6127]

n.     [Walter Stapleton] Response to the Debtors' Ninth Omnibus Objection to Claims [Docket No. 6130]

o.     [Jeffery Talon] Response of Jeffrey Talon to the Debtors' Ninth Omnibus Objection to Claims [Docket No. ]

p.     *Response of the City of New York Department of Finance to the Debtors' Ninth Omnibus Objection to Claims [Docket No. 6408]; Notice of Filing [Docket No. 6409]*

**Reply Deadline:**          March 17, 2004 at 12 p.m.

**Reply Received:**

A.     Debtors' Omnibus Reply in Support of the Debtors' Ninth Omnibus Objection to Claims (Single Debtor Duplicate; Superseded; No Supporting Documentation; Insufficient Documentation; Equity; Reduce; No Liability; Wrong Debtor; Non-Debtor Entity; Redundant; Reclassify; Retroactive Pay; Jeffrey Talon) [Docket No. 6190]; Notice of Filing [Docket No. 6191]; Certificate of Service [Docket No. 6190]

**Status:**          The Debtors have reached an agreement in principle resolving the one remaining response (italicized above) subject to the Ninth Omnibus Claims Objection.  The Debtors anticipate filing a motion to approve a settlement of such claim on negative notice prior to the next omnibus hearing.  The Debtors will file a Claims Objection Status Chart with respect to the status of the unresolved response prior to the December 17, 2004 Omnibus Hearing and will present an updated version of such Chart at the hearing.

26.     The Debtors' Nineteenth Omnibus Objection To Claims (Single Debtor Duplicate, Multiple Debtor Duplicate, Superseded, Reduce, No Liability, Redundant) [Docket No. 8719] *

**Related Documents:**

A.     Notice of Hearing on the Debtors' Nineteenth Omnibus Objection To Claims (Single Debtor Duplicate, Multiple Debtor Duplicate, Superseded, Reduce, No Liability, Redundant) [Docket No. 8719] *

B.    Certificate of Service for Notice of Hearing and The Debtors' Nineteenth
Omnibus Objection To Claims (Single Debtor Duplicate, Multiple Debtor
Duplicate, Superseded, Reduce, No Liability, Redundant) [Docket No. 8719] *

**Response Deadline:**    December 8, 2004

**Responses Received:**

a.    Response and Acquiescence of Airbus Reporting Corporation to Debtors'
Nineteenth Omnibus Objection To Claims, et al. [Docket No. 9171]; Notice of
Filing [Docket No. 9173]; Certificate of Service [Docket No. 9172] *

b.    Response of Laeroc Barnabey's 2002 LLC to UAL Corporation's Nineteenth
Omnibus Objection To Claims [Docket No. 9008]; Notice of Filing [Docket No.
9009]; Certificate of Service [Docket No. 9008] *

c.    Response of H. Park Central LLC. F/D/B/A Park Central New York to Debtors'
Nineteenth Omnibus Objection To Claims (Reduce Claims) [Docket No. 9252]
Certificate of Service [Docket No. 9252] *

**Reply Deadline:**    December 15, 2004

**Reply Received:**

A.    Debtors' Reply in Support of The Debtors' Nineteenth Omnibus Objection To
Claims (Docket No. 8719) [Docket No. 9289]; Notice of Filing [Docket No.
9290]; Certificate of Service [Docket No. 9289]*

**Status:**    There have three responses filed to the Nineteenth Omnibus Objection to
Claims.  United agreed to withdraw its objection to the claim of Laeroc
Barnabey's 2002 LLC.  The other responses to the Nineteenth Omnibus
Objection to Claims have been resolved.  The Debtors will file a Claims
Objection Status Chart with respect to the status of the three responses that
have been filed prior to the December 17, 2004 Omnibus Hearing and will
present an updated version of such Chart at the hearing.  This matter is
going forward.

27.    Motion for an Order Approving Mediation Procedures for Preference Actions and
Related Relief [Docket No. 9012]*

**Related Documents:**

A.    Notice of Motion for an Order Approving Mediation Procedures for Preference
Actions and Related Relief [Docket No. 9012] *

B.    Certificate of Service for Notice of Motion and Motion for an Order Approving
Mediation Procedures for Preference Actions and Related Relief [Docket No.
9012]*

**Objection Deadline:**          December 10, 2004

**Objections Received:**

a.      Objection of Vie De France Yamazaki, Inc. to Debtors' Motion for an Order
Approving Mediation Procedures for Preference Actions and Related Relief
[Docket No. 9245]; Certificate of Service [Docket No. 9245] *

**Reply Deadline:**          December 15, 2004 at 2 p.m.

**Status:**          This matter is going forward.  With respect to Vie de France Yamazaki,
Inc., the Debtors are negotiating a separate stipulation and order.

28.   Motion for an Order Appointing a Mediator for the Mediation Procedures [Docket No.
9014] *

**Related Documents:**

A.      Notice of Motion for an Order Appointing a Mediator for the Mediation
Procedures [Docket No. 9014] *

B.      Certificate of Service for Notice of Motion and Motion for an Order Appointing a
Mediator for the Mediation Procedures [Docket No. 9014] *

**Objection Deadline:**          December 10, 2004

**Reply Deadline:**          December 15, 2004 at 2 p.m.

**Status:**          No objections have been received.  This matter is going forward.

29.   Complaint for Injunctive Relief (UAL v. Ourhouse) [Adv. Pr. 03-03908, Docket No. 1]

**Related Documents:**

A.      Adversary Proceeding Cover Sheet [Adv. Pr. 03-03908, Docket No. 2]

B.      Adversary Proceeding Issued Summons [Adv. Pr. 03-03908, Docket No. 3]

**Status:**          On November 5, 2003 this Court entered an order enjoining the
prosecution of this matter.  Pursuant to that order, this matter is set for a
general status.

30.   Complaint by UAL Loyalty Services, Inc. against OurHouse, Inc. [Adv. Pr. 04-3889,
Docket No. 1]*

**Related Documents:**

A.      Adversary Proceeding Cover Sheet [Adv. Pr. 04-3889, Docket No. 2] *

B.     Adversary Proceeding Issued Summons [Adv. Pr. 04-3889, Docket No. 3] *

C.     Adversary Proceeding Issued Alias Summons [Adv. Pr. 04-3889, Docket No. 5] *

**Answer Deadline:**          December 10, 2004

**Answer Received:**

a.     UAL Loyalty Services, Inc.'s Response in Opposition to OurHouse, Inc.'s Motion
to Dismiss (Adv. Nos. 7 & 10) The Adversary Complaint (Adv. No. 1) [Adv. Pr.
04-3889, Docket No. 11]; Notice of Filing [Adv. Pr. 04-3889, Docket No. 12];
Certificate of Service [Adv. Pr. 04-3889, Docket No. 11] *

**Reply Deadline:**          December 15, 2004 at 2 p.m.

**Status:**          This matter is set for status.

31.   OurHouse, Inc.'s Motion to Dismiss UAL Loyalty Services Inc.'s f/k/a United
NewVentures, Inc.'s Complaint For Defamation Per Se and Breach Of Contract [Adv. Pr.
04-3889, Docket No. 7] *

**Related Documents:**

A.     Notice of OurHouse, Inc.'s Motion to Dismiss UAL Loyalty Services Inc.'s f/k/a
United NewVentures, Inc.'s Complaint For Defamation Per Se and Breach Of
Contract [Adv. Pr. 04-3889, Docket No. 7] *

B.     Certificate of Service for Notice of Motion and OurHouse, Inc.'s Motion to
Dismiss UAL Loyalty Services Inc.'s f/k/a United NewVentures, Inc.'s Complaint
For Defamation Per Se and Breach Of Contract [Adv. Pr. 04-3889, Docket No.
7]*

C.     Amended Notice of OurHouse, Inc.'s Motion to Dismiss UAL Loyalty Services
Inc.'s f/k/a United NewVentures, Inc.'s Complaint For Defamation Per Se and
Breach Of Contract [Adv. Pr. 04-3889, Docket No. 10]; Certificate of Service
[Adv. Pr. 04-3889, Docket No. 10] *

**Objection Deadline:**          December 10, 2004

**Objections Received:**

a.     UAL Loyalty Services, Inc.'s Response in Opposition to OurHouse, Inc.'s Motion
to Dismiss (Adv. Nos. 7 & 10) The Adversary Complaint (Adv. No. 1) [Adv. Pr.
04-3889, Docket No. 11]; Notice of Filing [Adv. Pr. 04-3889, Docket No. 12];
Certificate of Service [Adv. Pr. 04-3889, Docket No. 11] *

**Reply Deadline:**          December 15, 2004 at 2 p.m.

**Status:**       This matter is going forward.

32.   Complaint for Breach of Contract filed by UAL Loyalty Services Inc against Best
      Western International Inc. [Adv. Pr. 04-03431, Docket No. 1]

    **Related Documents:**

    A.   Adversary Proceeding Cover Sheet [Adv. Pr. 04-03431, Docket No. 2]

    B.   Adversary Proceeding Issued Summons [Adv. Pr. 04-03431, Docket No. 3]

    C.   Adversary Proceeding Issued Alias Summons [Adv. Pr. 04-03431, Docket No. 5]

    **Answer Deadline:**       October 29, 2004

    a.   Defendant Best Western International Inc.'s Answer with Affirmative Defenses
    [Adv. Pr. 04-03431, Docket No. 11]; Certificate of Service [Adv. Pr. 04-03431,
    Docket No. 11]

    **Status:**       This matter is set for status.

33.   Complaint of Debtor-Plaintiff for Declaratory Judgment re Chicago [Adv. Pr. 03-03927,
      Docket No. 1]

    **Related Documents:**

    A.   Adversary Proceeding Cover Sheet [Adv. Pr. 03-03927, Docket No. 2]

    B.   Adversary Proceeding Issued Summons [Adv. Pr. 03-03927, Docket No. 3]

    C.   Stipulation and Agreed Order for Extension of Time to Answer, Move, or
    Otherwise Plead [Adv. Pr. 03-03927, Docket No. 12]; Notice of Filing [Adv. Pr.
    03-03927, Docket No. 14]

    D.   Stipulation and Agreed Order for Extension of Time to Answer, Move, or
    Otherwise Plead [Adv. Pr. 03-03927, Docket No. 22]; Notice of Filing [Adv. Pr.
    03-03927, Docket No. 23]

    E.   Report and Proposal of United Air Lines, Inc. Regarding Framework for
    Resolution and Related Scheduling [Adv. Pr. 03-03927, Docket No. 136];
    Certificate of Service [Adv. Pr. 03-03927, Docket No. 136]

    **Answer Deadline:**       October 20, 2003 (January 23, 2004 for the City of Chicago)

    **Answers Received:**

    a.   Answer, Affirmative Defenses, and Counterclaim of U.S. Bank Trust National
    Association as Indenture Trustee [Adv. Pr. 03-03927, Docket No. 8]; Notice of

Filing [Adv. Pr. 03-03927, Docket No. 9]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 8]

b.      Answer and Counterclaim of Suntrust Bank [Adv. Pr. 03-03927, Docket No. 11]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 10]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 10]

c.      Answer and Counterclaims to Complaint of HSBC Bank USA, as Successor Indenture Trustee for the City of Chicago, Chicago O'Hare International Airport Special Facility Revenue Bonds (United Air Lines, Inc Project) Series 2001A-2 [Adv. Pr. 03-03927, Docket No. 15]; Notice of Filing and Certificate of Service [Adv. Pr. 03-03927, Docket No. 18]

d.      Answer and Counterclaims to Complaint of HSBC Bank USA, as Successor Indenture Trustee, for the City of Chicago, Chicago O'Hare International Airport Special Facility Revenue Refunding Bonds (United Air Lines Inc Project) Series 2001B [Adv. Pr. 03-03927, Docket No. 16]; Notice of Filing and Certificate of Service [Adv. Pr. 03-03927, Docket No. 18]

e.      Answer and Counterclaims to Complaint of HSBC Bank USA, as Successor Indenture Trustee, for the City of Chicago, Chicago O'Hare International Airport Special Facility Revenue Refunding Bonds (United Air Line s Inc Project) Series 2001C [Adv. Pr. 03-03927, Docket No. 17]; Notice of Filing and Certificate of Service [Adv. Pr. 03-03927, Docket No. 18]

f.      Answer and Affirmative Defenses of BNY Midwest Trust Company, as Successor Trustee [Adv. Pr. 03-03927, Docket No. 19]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 19]

g.      City of Chicago's Answer to Complaint of Debtor-Plaintiff for Declaratory Judgment, Counterclaim, and Cross-Claim [Adv. Pr. 03-03927, Docket No. 38]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 39]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 39]

**Reply to Counterclaims Deadline:**      November 7, 2003

**Replies to Counterclaims Received:**

A.      United Air Lines, Inc.'s Reply to Counterclaims of HSBC Bank USA as Successor Indenture Trustee for the City of Chicago, Chicago O'Hare International Airport Special Facility Revenue Bonds (United Air Lines, Inc. Project) Series 2001 A-2 [Adv. Pr. 03-03927, Docket No. 24]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 25]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 24]

B.      United Air Lines, Inc.'s Reply to Counterclaims of HSBC Bank USA as Successor Indenture Trustee for the City of Chicago, Chicago O'Hare International Airport Special Facility Revenue Bonds (United Air Lines, Inc.

Project) Series 2001 B [Adv. Pr. 03-03927, Docket No. 26]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 27]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 26]

C.    United Air Lines, Inc.'s Reply to Counterclaims of HSBC Bank USA as Successor Indenture Trustee for the City of Chicago, Chicago O'Hare International Airport Special Facility Revenue Bonds (United Air Lines, Inc. Project) Series 2001 C [Adv. Pr. 03-03927, Docket No. 28]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 29]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 28]

D.    United Air Lines, Inc.'s Reply to Suntrust's Counterclaim for Declaratory Relief [Adv. Pr. 03-03927, Docket No. 30]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 31]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 30]

E.    United Air Lines, Inc.'s Reply to U.S. Bank Trust National Association as Indenture Trustee's Counterclaim for Declaratory Relief [Adv. Pr. 03-03927, Docket No. 32]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 33]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 32]

F.    United Air Lines, Inc.'s Reply to the City of Chicago's Counterclaim [Adv. Pr. 03-03927, Docket No. 44]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 44]

**Response to Cross-Claims of City of Chicago Deadline:**      May 10, 2004

**Responses to Cross-Claims of City of Chicago Received:**

a.    Answer, Affirmative Defenses and Counterclaim of Cross-Defendant U.S. Bank National Association, as Trustee for the 2000A Bonds, In Reply to Cross-Claim of the City of Chicago [Adv. Pr. 03-03927, Docket No. 92]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 93]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 93]

b.    Answer, Affirmative Defenses, and Counterclaims by BNY Midwest Trust Company to Cross-Claim of the City of Chicago [Adv. Pr. 03-03927, Docket No. 94]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 95]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 95]

c.    Answer, Affirmative Defenses and Counterclaim of Cross-Defendant HSBC Bank USA, as Successor Indenture Trustee, for the Series 2001B and 2001C Bonds, In Reply to Cross-Claim of the City of Chicago [Adv. Pr. 03-03927, Docket No. 96]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 97]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 97]

d.    Answer, Affirmative Defenses and Counterclaim of Cross-Defendant HSBC Bank USA, as Successor Indenture Trustee for the 2001A-2 Bonds, In Reply to Cross-Claim of the City of Chicago [Adv. Pr. 03-03927, Docket No. 98]; Notice of

Filing [Adv. Pr. 03-03927, Docket No. 99]; Certificate of Service [Adv. 03-03927, Docket No. 99]

e.    Answer, Affirmative Defenses and Counterclaim of Cross-Defendant Suntrust Bank, as Successor Indenture Trustee for the 2001A-1 Bonds, In Reply to Cross-Claim of the City of Chicago [Adv. Pr. 03-03927, Docket No. 100]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 101]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 101]

**Deadline for Chicago to Reply to Counter Claims to Its Cross-Claims:** June 2, 2004

**Chicago Replies to Counter Claims to Its Cross-Claims Received:**

A.    City of Chicago's Reply to Counterclaim of Cross-Defendant BNY Midwest Trust Company, as Successor Trustee [Adv. Pr. 03-03927, Docket No. 113]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 114]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 114]

B.    City of Chicago's Reply to Counterclaim of Cross-Defendant HSBC Bank USA, as Successor Indenture Trustee, for Series 2001B and 2001C Bonds [Adv. Pr. 03-03927, Docket No. 115]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 116]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 116]

C.    City of Chicago's Reply to Counterclaim of Cross-Defendant HSBC Bank USA, as Successor Indenture Trustee for the 2001A-2 Bonds [Adv. Pr. 03-03927, Docket No. 117]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 118]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 118]

D.    City of Chicago's Reply to Counterclaim of Cross-Defendant Suntrust Bank, as Successor Indenture Trustee for the 2001A-1 Bonds [Adv. Pr. 03-03927, Docket No. 119]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 120]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 120]

E.    City of Chicago's Reply to Counterclaim of Cross-Defendant U.S. Bank National Association, as Trustee for the 2000A Bonds [Adv. Pr. 03-03927, Docket No. 121]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 122]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 122]

**Status:**    This matter is set for status.

34.    Motion of United Airlines, Inc. for Order Authorizing Entry into Settlement Agreement
with U.S. Bank Trust National Association as Trustee, Suntrust Bank as Trustee, BNY
Midwest Trust Company as Trustee, HSBC Bank as Trustee and Certain Holders [Docket
No. 8354; Adv. Pr. 03-03927, Docket No. 227] *

**Related Documents:**

A.    Notice of Motion of United Airlines, Inc. for Order Authorizing Entry into
Settlement Agreement with U.S. Bank Trust National Association as Trustee,
Suntrust Bank as Trustee, BNY Midwest Trust Company as Trustee, HSBC Bank
as Trustee and Certain Holders [Docket No. 8354; Adv. Pr. 03-03927, Docket No.
227]; Notice of Filing [Docket No. 8354; Adv. Pr. 03-03927, Docket No. 227];
Certificate of Service [Docket No. 8354; Adv. Pr. 03-03927, Docket No. 227] *

B.    Certificate of Service for Notice of Motion and Motion of United Airlines, Inc.
for Order Authorizing Entry into Settlement Agreement with U.S. Bank Trust
National Association as Trustee, Suntrust Bank as Trustee, BNY Midwest Trust
Company as Trustee, HSBC Bank as Trustee and Certain Holders [Docket No.
8354; Adv. Pr. 03-03927, Docket No. 227]; Notice of Filing [Docket No. 8354;
Adv. Pr. 03-03927, Docket No. 227]; Certificate of Service [Docket No. 8354;
Adv. Pr. 03-03927, Docket No. 227] *

C.    **Omnibus Response of HSBC Bank USA, National Association, as Successor
Indenture Trustee, to Objections to Motion of United Air Lines, Inc. for
Order Authorizing Entry into Settlement Agreement with U.S. Bank Trust
National Association as Trustee, Suntrust Bank as Trustee, BNY Midwest
Trust Company as Trustee, HSBC Bank as Trustee and Certain Holders
(Docket No. 227) [Adv. Pr. 03-03927, Docket No. 262]; Notice of Filing
[Docket No. 263]; Certificate of Service [Docket No. 263] ***

**Objection Deadline:**        December 3, 2004

**Objections Received:**

a.    Objection of the City of Chicago to Motion of United Airlines, Inc. for Order
Authorizing Entry into Settlement Agreement with U.S. Bank Trust National
Association as Trustee, Suntrust Bank as Trustee, BNY Midwest Trust Company
as Trustee, HSBC Bank USA as Trustee and Certain Holders [Adv. Pr. 03-03927,
Docket No. 239]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 240];
Certificate of Service [Adv. Pr. 03-03927, Docket No. 240] *

b.    Objection by the Ad Hoc Committee of Holders of City of Chicago/Chicago
O'Hare International Airport Special Facilities Revenue Refunding Bonds (Series
200A) to Motion of United Airlines, Inc. for Order Authorizing Entry into
Settlement Agreement with U.S. Bank Trust National Association as Trustee,
Suntrust Bank as Trustee, BNY Midwest Trust Company as Trustee, HSBC Bank
USA as Trustee and Certain Holders (Docket No. 227) [Adv. Pr. 03-03927,
Docket No. 241]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 241] *

c.     Objection by the Ad Hoc Committee of Holders of City of Chicago O'Hare
International Airport Special Facilities Revenue Bonds to Motion of United
Airlines, Inc. for Order Authorizing Entry into Settlement Agreement with U.S.
Bank Trust National Association as Trustee, Suntrust Bank as Trustee, BNY
Midwest Trust Company as Trustee, HSBC Bank USA as Trustee and Certain
Holders (Docket No. 227) [Adv. Pr. 03-03927, Docket No. 242]; Certificate of
Service [Adv. Pr. 03-03927, Docket No. 242] *

d.     Objection of Orix Capital Markets, LLC as Holder of Series 2001C Bonds to the
Motion of United Air Lines, Inc., for Order Authorizing Entry into Settlement
Agreement with U.S. Bank National Association as Trustee, Suntrust Bank as
Trustee, BNY Midwest Trust Company as Trustee, HSBC Bank USA as Trustee
and Certain Holders [Adv. Pr. 03-03927, Docket No. 244]; Certificate of Service
[Adv. Pr. 03-03927, Docket No. 244] *

e.     Objection of Orix Capital Markets, LLC as Holder of Series 1999A Bonds to the
Motion of United Air Lines, Inc., for Order Authorizing Entry into Settlement
Agreement with U.S. Bank National Association as Trustee, Suntrust Bank as
Trustee, BNY Midwest Trust Company as Trustee, HSBC Bank USA as Trustee
and Certain Holders [Adv. Pr. 03-03927, Docket No. 245]; Certificate of Service
[Adv. Pr. 03-03927, Docket No. 245] *

f.     Objection of U.S. Bank National Association as Trustee to Motion of United Air
Lines, Inc., for Order Authorizing Entry into Settlement Agreement with U.S.
Bank Trust National Association as Trustee, Suntrust Bank as Trustee, BNY
Midwest Trust Company as Trustee, HSBC Bank USA as Trustee and Certain
Holders [Adv. Pr. 03-03927, Docket No. 246]; Notice of Filing and Affidavit of
Service [Adv. Pr. 03-03927, Docket No. 253]; Certificate of Service [Adv. Pr. 03-
03927, Docket No. 246] *

g.     Objection of Loretta A Gallagher and Louis B. Deziel as Holders of Series 2001C
Bonds to the Motion of United Airlines, Inc. for Order Authorizing Entry into
Settlement Agreement with U.S. Bank Trust National Association as Trustee,
Suntrust Bank as Trustee, BNY Midwest Trust Company as Trustee, HSBC Bank
as Trustee [Adv. Pr. 03-03927, Docket No. 254] *

**Reply Deadline:**          December 15, 2004 at 2 p.m.

**Reply Received:**

A.     United Air Lines, Inc.'s Response to Objections Raised by Various Parties to
Motion of United Airlines, Inc. for Order Authorizing Entry into Settlement
Agreement with U.S. Bank Trust National Association as Trustee, Suntrust Bank
as Trustee, BNY Midwest Trust Company as Trustee, HSBC Bank as Trustee and
Certain Holders (Relates to Docket No. 227) [Adv. Pr. 03-03927, Docket No.
255]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 255] *

**Status:**          This matter is going forward.

35.     Motion of United Airlines, Inc. for Leave to File Brief in Excess of Fifteen Pages
        Regarding Its Motion for Order Authorizing Entry into Settlement Agreement with U.S.
        Bank Trust National Association as Trustee, Suntrust Bank as Trustee, BNY Midwest
        Trust Company as Trustee, HSBC Bank as Trustee and Certain Holders  [Docket No.
        8355; Adv. Pr. 03-03927, Docket No. 228] *

        **Related Documents:**

        A.     Notice of Motion of United Airlines, Inc. for Leave to File Brief in Excess of
               Fifteen Pages Regarding Its Motion for Order Authorizing Entry into Settlement
               Agreement with U.S. Bank Trust National Association as Trustee, Suntrust Bank
               as Trustee, BNY Midwest Trust Company as Trustee, HSBC Bank as Trustee and
               Certain Holders  [Docket No. 8355; Adv. Pr. 03-03927, Docket No. 228]; Notice
               of Filing [Docket No. 8355; Adv. Pr. 03-03927, Docket No. 228]; Certificate of
               Service [Docket No. 8355; Adv. Pr. 03-03927, Docket No. 228] *

        B.     Certificate of Service for Notice of Motion and Motion of United Airlines, Inc.
               for Leave to File Brief in Excess of Fifteen Pages Regarding Its Motion for Order
               Authorizing Entry into Settlement Agreement with U.S. Bank Trust National
               Association as Trustee, Suntrust Bank as Trustee, BNY Midwest Trust Company
               as Trustee, HSBC Bank as Trustee and Certain Holders [Docket No. 8355; Adv.
               Pr. 03-03927, Docket No. 228]; Notice of Filing [Docket No. 8355; Adv. 03-
               03927, Docket No. 228]; Certificate of Service [Docket No. 8355; Adv. Pr. 03-
               03927, Docket No. 228] *

        **Objection Deadline:**          December 3, 2004

        **Reply Deadline:**          December 15, 2004 at 2 p.m.

        **Status:**          No objections have been received.  This matter is going forward.

36.     The City of Chicago's Motion Requesting Decision of Its Motion for Summary Judgment
        [Adv. Pr. 03-03927, Docket No. 233]

        **Related Documents:**

        A.     Notice of The City of Chicago's Motion Requesting Decision of Its Motion for
               Summary Judgment [Adv. Pr. 03-03927, Docket No. 233]

        B.     Certificate of Service for Notice of Motion and The City of Chicago's Motion
               Requesting Decision of Its Motion for Summary Judgment [Adv. Pr. 03-03927,
               Docket No. 233]

        C.     Notice of Motion and Motion to Continue/Reschedule Hearing [Adv. Pr. 03-
               03927, Docket No. 243]; Certificate of Service [Adv. Pr. 03-03927, Docket No.
               243] *

        **Objection Deadline:**          November 12, 2004

**Objections Received:**

a.    United Air Lines, Inc.'s Response to the City of Chicago's Rule 9013-8(A) Request for Decision on Its Motion for Summary Judgment on Chicago's Cross-Claim and the Indenture Trustees' Counterclaims Against Chicago [Adv. Pr. 03-03927, Docket No. 236]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 237]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 237]

b.    The Trustees' Opposition to the City of Chicago's Motion Requesting Decision of Its Motion for Summary Judgment [Adv. Pr. 03-03927, Docket No. 234]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 235]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 235]

c.    United Air Lines, Inc.'s Opposition to Bank of New York Trust Company, N.A.'s Motion (Docket No. 243) for Continuance of (A) The City of Chicago's Motion Pursuant to Local Rule 9013-8(A) Requesting Decision on Its Motion for Summary Judgment (Docket No. 233) and (B) Other Pending Motions in Adversary Proceeding [Adv. Pr. 03-03927, Docket No. 256]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 256] *

**Reply Deadline:**        November 17, 2004 at 2 p.m.

**Status:**        This matter is going forward.

37.    Motion by the Bank of New York Trust Company, N.A. for Continuance of (A) The City of Chicago's Motion Pursuant to Local Rule 9013-8(A) Requesting Decision on Its Motion for Summary Judgment (Docket No. 233) and (B) Other Pending Motions in Adversary Proceeding [Adv. Pr. 03-03927, Docket No. 243] *

**Related Documents:**

A.    Notice of Motion by the Bank of New York Trust Company, N.A. for Continuance of (A) The City of Chicago's Motion Pursuant to Local Rule 9013-8(A) Requesting Decision on Its Motion for Summary Judgment (Docket No. 233) and (B) Other Pending Motions in Adversary Proceeding [Adv. Pr. 03-03927, Docket No. 243] *

B.    Certificate of Service for Notice of Motion and Motion by the Bank of New York Trust Company, N.A. for Continuance of (A) The City of Chicago's Motion Pursuant to Local Rule 9013-8(A) Requesting Decision on Its Motion for Summary Judgment (Docket No. 233) and (B) Other Pending Motions in Adversary Proceeding [Adv. Pr. 03-03927, Docket No. 243] *

**Objection Deadline:**        December 10, 2004

**Objections Received:**

a.   United Air Lines, Inc.'s Opposition to Bank of New York Trust Company, N.A.'s Motion (Docket No. 243) for Continuance of (A) The City of Chicago's Motion Pursuant to Local Rule 9013-8(A) Requesting Decision on Its Motion for Summary Judgment (Docket No. 233) and (B) Other Pending Motions in Adversary Proceeding [Adv. Pr. 03-03927, Docket No. 256]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 256] *

b.   The City of Chicago's Response in Opposition to the Bank of New York Trust Company, N.A.'s Motion for Continuance of (A) The City of Chicago's Motion Pursuant to Local Rule 9013-8(A) Requesting Decision on Its Motion for Summary Judgment (Docket No. 233) and (B) Other Pending Motions in Adversary Proceeding [Adv. Pr. 03-03927, Docket No. 257]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 258]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 258] *

**Reply Deadline:**      December 15, 2004 at 2 p.m.

**Status:**      This matter is going forward.

38.   The City of Chicago's Motion For Summary Judgment on Chicago's Cross-Claim and The Indenture Trustees' Counterclaims against Chicago [Adv. Pr. 03-03927, Docket No. 123]

**Related Documents:**

A.   Notice of The City of Chicago's Motion For Summary Judgment on Chicago's Cross-Claim and The Indenture Trustees' Counterclaims against Chicago [Adv. Pr. 03-03927, Docket No. 123]

B.   Certificate of Service for Notice of Motion and The City of Chicago's Motion For Summary Judgment on Chicago's Cross-Claim and The Indenture Trustees' Counterclaims against Chicago [Adv. Pr. 03-03927, Docket No. 123]

C.   The City of Chicago's Local Rule 7056-1 Statement of Undisputed Facts in Support of Motion For Summary Judgment on Chicago's Cross-Claim and The Indenture Trustees' Counterclaims against Chicago [Adv. Pr. 03-03927, Docket No. 126]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 127]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 127]

D.   Memorandum of Law in Support of The City of Chicago's Motion For Summary Judgment on Chicago's Cross-Claim and The Indenture Trustees' Counterclaims against Chicago [Adv. Pr. 03-03927, Docket No. 128]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 129]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 129]

E.  Reply Memorandum of Law in Further Support of the City of Chicago's Motion
    For Summary Judgment on Chicago's Cross-Claim and The Indenture Trustees'
    Counterclaims against Chicago [Adv. Pr. 03-03927, Docket No. 207]; Notice of
    Filing [Adv. Pr. 03-03927, Docket No. 208]; Certificate of Service [Adv. Pr. 03-
    03927, Docket No. 208]; City of Chicago's Response to the Trustees'
    Supplemental Statement of Material Facts [Adv. Pr. 03-03927, Docket No. 210];
    Declaration of Brian King [Adv. Pr. 03-03927, Docket No. 209]; Notice of Filing
    [Adv. Pr. 03-03927, Docket No. 212]; Certificate of Service [Adv. Pr. 03-03927,
    Docket No. 212]; Exhibits A-H to the Declaration of Brian King [Adv. Pr. 03-
    03927, Docket No. 213]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 213];
    Certificate of Service [Adv. Pr. 03-03927, Docket No. 213]

**Objection Deadline:**          June 11, 2004

**Objections Received:**

a.  HSBC Bank USA as Trustee's Response to The City Of Chicago's Statement of
    Undisputed Facts and Statement of Additional Facts that Require Denial of
    Summary Judgment [Adv. Pr. 03-03927, Docket No. 138]; Notice of Filing [Adv.
    Pr. 03-03927, Docket No. 140]; Certificate of Service [Adv. Pr. 03-03927, Docket
    No. 140]

b.  Opposition of Cross-Defendant HSBC Bank USA, as Successor Indenture Trustee
    for the 2001A-2 Bonds, to the City of Chicago's Motion for Summary Judgment
    [Adv. Pr. 03-03927, Docket No. 139]; Notice of Filing [Adv. Pr. 03-03927,
    Docket No. 140]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 140]

c.  Response by Cross-Defendant BNY Midwest Trust Company, Not Individually
    but as Successor Trustee, to The City Of Chicago's Statement of Undisputed
    Facts and Statement of Additional Facts that Require Denial of Summary
    Judgment [Adv. Pr. 03-03927, Docket No. 141]; Notice of Filing [Adv. Pr. 03-
    03927, Docket No. 142]; Certificate of Service [Adv. Pr. 03-03927, Docket No.
    142]

d.  Joinder of Cross-Defendant BNY Midwest Trust Company, Not Individually but
    as Successor Trustee, to Opposition of Cross-Defendant HSBC Bank USA, As
    Successor Indenture Trustee for the 2001A-2 Bonds, to City of Chicago's Motion
    for Summary Judgment [Adv. Pr. 03-03927, Docket No. 143]; Notice of Filing
    [Adv. Pr. 03-03927, Docket No. 144]; Certificate of Service [Adv. Pr. 03-03927,
    Docket No. 144]

e.  Suntrust Bank as Trustee's Response to the City Of Chicago's Statement of
    Undisputed Facts and Statement of Additional Facts that Require Denial of
    Summary Judgment [Adv. Pr. 03-03927, Docket No. 145]; Notice of Filing [Adv.
    Pr. 03-03927, Docket No. 146]; Certificate of Service [Adv. Pr. 03-03927, Docket
    No. 146]

f.    Joinder of Cross-Defendant HSBC Bank USA, as Successor Indenture Trustee for the 2001B and 2001C Bonds, In the Summary Judgment Opposition, 56(F) Motion and Emergency Motion in Response to Chicago's Motion for Summary Judgment [Adv. Pr. 03-03927, Docket No. 151]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 156]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 156]

g.    Response of HSBC Bank USA, as Trustee for the 2001B and 2001C Bonds, to The City Of Chicago's Statement of Undisputed Facts and Statement of Additional Facts that Require Denial of Summary Judgment [Adv. Pr. 03-03927, Docket No. 153]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 156]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 156]

h.    U.S. Bank National Association as Trustee's Response to the City Of Chicago's Statement of Undisputed Facts and Statement of Additional Facts that Require Denial of Summary Judgment [Adv. Pr. 03-03927, Docket No. 154]

i.    Joinder to U.S. Bank National Association to Opposition of Cross-Defendant HSBC Bank USA, as Successor Indenture Trustee for the 2001A-2 Bonds, to City of Chicago's Motion for Summary Judgment [Adv. Pr. 03-03927, Docket No. 155]

j.    The Trustees' Supplemental Memorandum in Opposition to Chicago's Motion for Summary Judgment [Adv. Pr. 03-03927, Docket No. 204]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 205]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 205]; The Trustees' Supplemental Statement of Material Facts [Adv. Pr. 03-03927, Docket No. 201]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 202]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 202]

k.    The Trustees' Response to the Supplemental Briefs filed by the City of Chicago and United Air Lines, Inc. on September 9, 2004 [Adv. Pr. 03-03927, Docket No. 215]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 216]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 216]

**Reply Deadline:**        June 16, 2004 at 12 p.m.

**Status:**        This matter is set for status.

39.    United Air Lines, Inc.'s Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 124]

**Related Documents:**

A.    Notice of United Air Lines, Inc.'s Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 124]

B.    Certificate of Service for Notice of Motion and United Air Lines, Inc.'s Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 124]

C.  United Air Lines, Inc.'s Memorandum in Support of Its Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 125]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 125]

D.  United Air Lines, Inc.'s Supplemental Brief Relating to its Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 203]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 203]

E.  United Air Lines, Inc.'s Response to the Trustees' Supplemental Memorandum in Opposition to Chicago's Motion for Summary Judgment (Docket No. 204) and to the Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings (Docket No. 199) [Adv. Pr. 03-03927, Docket No. 214]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 214]

**Objection Deadline:**        June 11, 2004

**Objections Received:**

a.  Response of the Trustees to United Air Lines, Inc.'s Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 147]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 148]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 148]

b.  Supplemental Response by the Trustees to United Air Lines, Inc.'s Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 137]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 140]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 140]

c.  The City of Chicago's Objection to United Air Lines, Inc.'s Motion for Judgment on the Pleadings and Supplemental Response and Objection to Each of the Indenture Trustees' Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 149]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 150]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 150]

d.  Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings filed by United Air Lines, Inc. and the Indenture Trustees [Adv. Pr. 03-03927, Docket No. 199]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 200]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 200]

e.  The Trustees' Response to the Supplemental Briefs filed by the City of Chicago and United Air Lines, Inc. on September 9, 2004 [Adv. Pr. 03-03927, Docket No. 215]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 216]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 216]

**Reply Deadline:**        June 16, 2004 at 12 p.m.

**Status:**        This matter is set for status.

40.    Motion of Defendant Suntrust Bank for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 40]

**Related Documents:**

A.    Notice of Suntrust Bank's Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 40]

B.    Certificate of Service for Notice and Motion of Defendant Suntrust Bank for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 40]

C.    Memorandum in Support of Defendant Suntrust Bank's Motion for Summary Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 41]

**Objection Deadline:**        February 10, 2004

**Objections Received:**

a.    United Air Lines, Inc.'s Opposition to the Motion of Defendant Suntrust Bank for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 53]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 53]

b.    The City of Chicago's Preliminary Response to the Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 51]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 52]; Certificate of Service  [Adv. Pr. 03-03927, Docket No. 52]

c.    Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings filed by United Air Lines, Inc. and the Indenture Trustees [Adv. Pr. 03-03927, Docket No. 199]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 200]; Certificate of Service  [Adv. Pr. 03-03927, Docket No. 200]

d.    United Air Lines, Inc.'s Supplemental Brief Relating to its Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 203]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 203]

e.    United Air Lines, Inc.'s Response to the Trustees' Supplemental Memorandum in Opposition to Chicago's Motion for Summary Judgment (Docket No. 204) and to the Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings (Docket No. 199) [Adv. Pr. 03-03927, Docket No. 214]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 214]

**Reply Deadline:**        February 18, 2004 at 12 p.m.

**Reply Received:**

A.    Reply of the Trustees to the City of Chicago's Preliminary Response to the Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 58]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 60]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 60]

B.    Reply of the Trustees to United Air Lines, Inc.'s Oppositions to the Trustees' Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 62]

C.    The Trustees' Response to the Supplemental Briefs filed by the City of Chicago and United Air Lines, Inc. on September 9, 2004 [Adv. Pr. 03-03927, Docket No. 215]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 216]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 216]

**Status:**    This matter is set for status.

41.    Motion for Judgment on the Pleadings by Defendant HSBC Bank USA, as Successor Indenture Trustee for the City of Chicago, Chicago International Airport Special Facility Revenue Bonds (United Air Lines, Inc. Project) Series 2001A-2 [Adv. Pr. 03-03927, Docket No. 42]

**Related Documents:**

A.    Notice of HSBC Bank USA's Motion for Summary Judgment on the Pleadings Related to the O'Hare Series 2001A-2 Bonds [Adv. Pr. 03-03927, Docket No. 42]

B.    Certificate of Service for Notice of Motion and Motion for Judgment on the Pleadings by Defendant HSBC Bank USA, as Successor Indenture Trustee for the City of Chicago, Chicago International Airport Special Facility Revenue Bonds (United Air Lines, Inc. Project) Series 2001A-2 [Adv. Pr. 03-03927, Docket No. 42]

**Objection Deadline:**    February 11, 2004

**Objections Received:**

a.    United Air Lines, Inc.'s Opposition to the Motion for Judgment on the Pleadings by Defendant HSBC Bank USA, as Successor Indenture Trustee for the City of Chicago, Chicago O'Hare International Airport Special Facility Revenue Bonds (United Air Lines, Inc. Project) Series 2001 A-2, and to the Motion of Defendant U.S. Bank National Association for Judgment on the Pleadings and Joinder to Memorandum in Support of Defendant Suntrust Bank's Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 54]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 54]

b.    The City of Chicago's Preliminary Response to the Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 51]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 52]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 52]

c.  Supplemental Brief by the City of Chicago in Response to the Motions for
    Judgment on the Pleadings filed by United Air Lines, Inc. and the Indenture
    Trustees [Adv. Pr. 03-03927, Docket No. 199]; Notice of Filing [Adv. Pr. 03-
    03927, Docket No. 200]; Certificate of Service  [Adv. Pr. 03-03927, Docket No.
    200]

d.  United Air Lines, Inc.'s Supplemental Brief Relating to its Motion for Judgment
    on the Pleadings [Adv. Pr. 03-03927, Docket No. 203]; Certificate of Service
    [Adv. Pr. 03-03927, Docket No. 203]

e.  United Air Lines, Inc.'s Response to the Trustees' Supplemental Memorandum in
    Opposition to Chicago's Motion for Summary Judgment (Docket No. 204) and to
    the Supplemental Brief by the City of Chicago in Response to the Motions for
    Judgment on the Pleadings (Docket No. 199) [Adv. Pr. 03-03927, Docket No.
    214]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 214]

**Reply Deadline:**         February 18, 2004 at 12 p.m.

**Reply Received:**

A.  Reply of the Trustees to the City of Chicago's Preliminary Response to the
    Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927,
    Docket No. 58]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 60]; Certificate
    of Service [Adv. Pr. 03-03927, Docket No. 60]

B.  Reply of the Trustees to United Air Lines, Inc.'s Oppositions to the Trustees'
    Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 62]

C.  The Trustees' Response to the Supplemental Briefs filed by the City of Chicago
    and United Air Lines, Inc. on September 9, 2004 [Adv. Pr. 03-03927, Docket No.
    215]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 216]; Certificate of
    Service [Adv. Pr. 03-03927, Docket No. 216]

**Status:**        This matter is set for status.

42.  Motion for Judgment on the Pleadings by HSBC Bank USA, as Successor Trustee for the
     City of Chicago, Chicago-O'Hare International Airport Special Facility Revenue
     Refunding Bonds (United Air Lines, Inc. Project) Series 2001B and Series 2001C [Adv.
     Pr. 03-03927, Docket No. 43]

**Related Documents:**

A.  Notice of HSBC Bank USA's Motion for Summary Judgment on the Pleadings
    Related to the O'Hare Series 2001B and Series 2001C Bonds [Adv. Pr. 03-03927,
    Docket No. 43]

B.  Certificate of Service for Notice of Motion and Motion for Judgment on the
    Pleadings by HSBC Bank USA, as Successor Trustee for the City of Chicago,

Chicago-O'Hare International Airport Special Facility Revenue Refunding Bonds (United Air Lines, Inc. Project) Series 2001B and Series 2001C [Adv. Pr. 03-03927, Docket No. 43]

**Objection Deadline:**          February 11, 2004

**Objections Received:**

a.    The City of Chicago's Preliminary Response to the Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 51]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 52]; Certificate of Service  [Adv. Pr. 03-03927, Docket No. 52]

b.    Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings filed by United Air Lines, Inc. and the Indenture Trustees [Adv. Pr. 03-03927, Docket No. 199]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 200]; Certificate of Service  [Adv. Pr. 03-03927, Docket No. 200]

c.    United Air Lines, Inc.'s Supplemental Brief Relating to its Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 203]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 203]

d.    United Air Lines, Inc.'s Response to the Trustees' Supplemental Memorandum in Opposition to Chicago's Motion for Summary Judgment (Docket No. 204) and to the Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings (Docket No. 199) [Adv. Pr. 03-03927, Docket No. 214]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 214]

**Reply Deadline:**          February 18, 2004 at 12 p.m.

**Reply Received:**

A.    Reply of the Trustees to the City of Chicago's Preliminary Response to the Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 58]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 60]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 60]

B.    Reply of the Trustees to United Air Lines, Inc.'s Oppositions to the Trustees' Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 62]

C.    The Trustees' Response to the Supplemental Briefs filed by the City of Chicago and United Air Lines, Inc. on September 9, 2004 [Adv. Pr. 03-03927, Docket No. 215]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 216]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 216]

**Status:**          This matter is set for status.

43. BNY's Motion for Summary Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 45]

**Related Documents:**

A. Notice of BNY's Motion for Summary Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 45]

B. Certificate of Service for Notice of Motion and BNY's Motion for Summary Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 50]

C. BNY's Memorandum of Law in Support of Its Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 46]

**Objection Deadline:**       February 13, 2004

**Objections Received:**

a. United Air Lines, Inc.'s Opposition to BNY's Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 57]; Certificate of Service  [Adv. Pr. 03-03927, Docket No. 57]

b. The City of Chicago's Preliminary Response to the Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 51]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 52]; Certificate of Service  [Adv. Pr. 03-03927, Docket No. 52]

c. Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings filed by United Air Lines, Inc. and the Indenture Trustees [Adv. Pr. 03-03927, Docket No. 199]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 200]; Certificate of Service  [Adv. Pr. 03-03927, Docket No. 200]

d. United Air Lines, Inc.'s Supplemental Brief Relating to its Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 203]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 203]

e. United Air Lines, Inc.'s Response to the Trustees' Supplemental Memorandum in Opposition to Chicago's Motion for Summary Judgment (Docket No. 204) and to the Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings (Docket No. 199) [Adv. Pr. 03-03927, Docket No. 214]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 214]

**Reply Deadline:**       February 18, 2004 at 12 p.m.

**Reply Received:**

A.    Reply of the Trustees to the City of Chicago's Preliminary Response to the
Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927,
Docket No. 58]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 60]; Certificate
of Service [Adv. Pr. 03-03927, Docket No. 60]

B.    Reply of the Trustees to United Air Lines, Inc.'s Oppositions to the Trustees'
Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 62]

C.    The Trustees' Response to the Supplemental Briefs filed by the City of Chicago
and United Air Lines, Inc. on September 9, 2004 [Adv. Pr. 03-03927, Docket No.
215]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 216]; Certificate of
Service [Adv. Pr. 03-03927, Docket No. 216]

**Status:**      This matter is set for status.

44.    Motion of Defendant U.S. Bank National Association for Judgment on the Pleadings and
Joinder to Memorandum In Support of Defendant Suntrust Bank's Motion for Judgment
on the Pleading [Adv. Pr. 03-03927, Docket No. 49]

**Related Documents:**

A.    Notice of Motion of Defendant U.S. Bank National Association for Judgment on
the Pleadings and Joinder to Memorandum In Support of Defendant Suntrust
Bank's Motion for Judgment on the Pleading [Adv. Pr. 03-03927, Docket No. 49]

B.    Certificate of Service for Notice of Motion and Motion of Defendant U.S. Bank
National Association for Judgment on the Pleadings and Joinder to Memorandum
In Support of Defendant Suntrust Bank's Motion for Judgment on the Pleading
[Adv. Pr. 03-03927, Docket No. 49]

**Objection Deadline:**      February 13, 2004

**Objections Received:**

a.    United Air Lines, Inc.'s Opposition to the Motion for Judgment on the Pleadings
by Defendant HSBC Bank USA, as Successor Indenture Trustee for the City of
Chicago, Chicago O'Hare International Airport Special Facility Revenue Bonds
(United Air Lines, Inc. Project) Series 2001 A-2, and to the Motion of Defendant
U.S. Bank National Association for Judgment on the Pleadings and Joinder to
Memorandum in Support of Defendant Suntrust Bank's Motion for Judgment on
the Pleadings [Adv. Pr. 03-03927, Docket No. 54]; Certificate of Service [Adv.
Pr. 03-03927, Docket No. 54]

b.    The City of Chicago's Preliminary Response to the Parties' Cross-Motions for
Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 51]; Notice of Filing
[Adv. Pr. 03-03927, Docket No. 52]; Certificate of Service [Adv. Pr. 03-03927,
Docket No. 52]

c. Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings filed by United Air Lines, Inc. and the Indenture Trustees [Adv. Pr. 03-03927, Docket No. 199]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 200]; Certificate of Service  [Adv. Pr. 03-03927, Docket No. 200]

d. United Air Lines, Inc.'s Supplemental Brief Relating to its Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 203]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 203]

e. United Air Lines, Inc.'s Response to the Trustees' Supplemental Memorandum in Opposition to Chicago's Motion for Summary Judgment (Docket No. 204) and to the Supplemental Brief by the City of Chicago in Response to the Motions for Judgment on the Pleadings (Docket No. 199) [Adv. Pr. 03-03927, Docket No. 214]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 214]

**Reply Deadline:**            February 18, 2004 at 12 p.m.

**Reply Received:**

A. Reply of the Trustees to the City of Chicago's Preliminary Response to the Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 58]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 60]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 60]

B. Reply of the Trustees to United Air Lines, Inc.'s Oppositions to the Trustees' Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 62]

C. The Trustees' Response to the Supplemental Briefs filed by the City of Chicago and United Air Lines, Inc. on September 9, 2004 [Adv. Pr. 03-03927, Docket No. 215]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 216]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 216]

**Status:**        This matter is set for status.

45. United Air Lines, Inc.'s Motion for Judgment on the Pleadings with Respect to Defendants U.S. Bank Trust National Association as Trustee, Suntrust Bank as Trustee, BNY Midwest Trust Company as Trustee, and HSBC Bank USA as Trustee [Adv. Pr. 03-03927, Docket No. 47]

**Related Documents:**

A. Notice of United Air Lines, Inc.'s Motion for Judgment on the Pleadings with Respect to Defendants U.S. Bank Trust National Association as Trustee, Suntrust Bank as Trustee, BNY Midwest Trust Company as Trustee, and HSBC Bank USA as Trustee [Adv. Pr. 03-03927, Docket No. 47]

B.      Certificate of Service for Notice of Motion and United Air Lines, Inc.'s Motion for Judgment on the Pleadings with Respect to Defendants U.S. Bank Trust National Association as Trustee, Suntrust Bank as Trustee, BNY Midwest Trust Company as Trustee, and HSBC Bank USA as Trustee [Adv. Pr. 03-03927, Docket No. 47]

C.      United Air Lines, Inc.'s Memorandum of Law in Support of Its Motion for Judgment on the Pleadings with Respect to Defendants U.S. Bank Trust National Association as Trustee, Suntrust Bank as Trustee, BNY Midwest Trust Company as Trustee, and HSBC Bank USA as Trustee [Adv. Pr. 03-03927, Docket No. 48]

D.      United Air Lines, Inc.'s Supplemental Brief Relating to Its Motion For Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 203]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 203]

**Objection Deadline:**      February 13, 2004

**Objections Received:**

a.      The Trustees' Preliminary Response to United Air Lines, Inc.'s Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 59]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 60]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 60]

b.      The City of Chicago's Preliminary Response to the Parties' Cross-Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 51]; Notice of Filing [Adv. Pr. 03-03927, Docket No. 52]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 52]

**Reply Deadline:**      February 18, 2004 at 12 p.m.

**Reply Received:**

A.      United Air Lines, Inc.'s Reply to the Trustees' Preliminary Response to United Air Lines, Inc.'s Motion for Judgment on the Pleadings, and the City of Chicago's Preliminary Response to the Parties' Cross-Motions for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. 61]; Certificate of Service [Adv. Pr. 03-03927, Docket No. 61]

B.      United Air Lines, Inc.'s Reply to the City of Chicago's Objection, and to the Response of the Trustees, to United Air Lines, Inc.'s Motion for Judgment on the Pleadings [Adv. Pr. 03-03927, Docket No. ]; Certificate of Service [Adv. Pr. 03-03927, Docket No. ]

**Status:**      This matter is set for status.

46. Suntrust Bank's Complaint for Declaratory Judgment (Chicago Construction Funds)
[Adv. Pr. 04-00034, Docket No. 1]

   **Related Documents:**

   A.    Adversary Proceeding Cover Sheet [Adv. Pr. 04-00034, Docket No. 2]

   B.    Adversary Proceeding Issued Summons [Adv. Pr. 04-00034, Docket No. 3]

   C.    Notice of Filing of Suntrust Bank's Complaint for Declaratory Judgment [Adv.
         Pr. 04-00034, Docket No. 4]; Certificate of Service [Adv. Pr. 04-00034, Docket
         No. 4]

   D.    Adversary Proceeding Issued Alias Summons [Adv. Pr. 04-00034, Docket No. 5]

   **Status:**    This matter is set for status.

47. Complaint of HSBC Bank USA for Declaratory Judgment (Chicago Construction Funds)
[Adv. Pr. 04-00051, Docket No. 1]

   **Related Documents:**

   A.    Adversary Proceeding Cover Sheet [Adv. Pr. 04-00051, Docket No. 2]

   B.    Adversary Proceeding Issued Summons [Adv. Pr. 04-00051, Docket No. 3]

   C.    Certificate of Service for Complaint for Declaratory Judgment [Adv. Pr. 04-
         00051, Docket No. 4]

   **Answer Deadline:**    February 19, 2004

   **Status:**    This matter is set for status.

48. Agreed Motion to Vacate the January 31, 2005 Trial Date and Its Associated Deadlines
(LAX Series 1984 and 1992 Bonds) [Adv. Pr. 03-00977, Docket No. 180] *

   **Related Documents:**

   A.    Notice of Agreed Motion to Vacate the January 31, 2005 Trial Date and Its
         Associated Deadlines [Adv. Pr. 03-00977, Docket No. 180] *

   B.    Certificate of Service for Notice of Motion and Agreed Motion to Vacate the
         January 31, 2005 Trial Date and Its Associated Deadlines [Adv. Pr. 03-00977,
         Docket No. 180] *

   **Objection Deadline:**    December 10, 2004

   **Reply Deadline:**    December 15, 2004 at 2 p.m.

**Status:**         No objections have been received. This matter is going forward.

49.     Agreed Motion to Vacate February 25, 2005 Trial Date and Its Associated Deadlines
(SFO Series 1997A Bonds) [Adv. Pr. 04-02413, Docket No. 22] *

    **Related Documents:**

    A.      Notice of Agreed Motion to Vacate February 25, 2005 Trial Date and Its
            Associated Deadlines [Adv. Pr. 04-02413, Docket No. 22] *

    B.      Certificate of Service for Notice of Motion and Agreed Motion to Vacate
            February 25, 2005 Trial Date and Its Associated Deadlines [Adv. Pr. 04-02413,
            Docket No. 22] *

    C.      Stipulated Scheduling Order [Adv. Pr. 04-02413, Docket No. 20] *

    **Objection Deadline:**         December 10, 2004

    **Reply Deadline:**         December 15, 2004 at 2 p.m.

    **Status:**         No objections have been received. This matter is going forward.

50.     Motion for Entry of an Agreed Order (I) Compelling United Air Lines, Inc. to Escrow
Funds and (II) Preventing Actions Enforcing any Remedies on Account of Non-Payment
by United Air Lines, Inc. of Obligations in Connection With the Series 1997 A Bonds
(SFO Series 1997A Bonds) [Docket No. 8996] *

    **Related Documents:**

    A.      Notice of Motion for Entry of an Agreed Order (I) Compelling United Air Lines,
            Inc. to Escrow Funds and (II) Preventing Actions Enforcing any Remedies on
            Account of Non-Payment by United Air Lines, Inc. of Obligations in Connection
            With the Series 1997 A Bonds [Docket No. 8996] *

    B.      Certificate of Service for Notice of Motion and Motion for Entry of an Agreed
            Order (I) Compelling United Air Lines, Inc. to Escrow Funds and (II) Preventing
            Actions Enforcing any Remedies on Account of Non-Payment by United Air
            Lines, Inc. of Obligations in Connection With the Series 1997 A Bonds [Docket
            No. 8996] *

    **Objection Deadline:**         December 10, 2004

    **Reply Deadline:**         December 15, 2004 at 2 p.m.

    **Status:**         No objections have been received. This matter is going forward.

51.   Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 3083]

**Related Documents:**

A.   Notice of Filing of Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 3084]

B.   Certificate of Service for Notice of Filing and Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 3084];

C.   Notice of Motion and Hearing for Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 3665]; Certificate of Service [Docket No. 3665]

D.   Notice of Rescheduled Hearing for Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 3933]; Certificate of Service [Docket No. 3933]

E.   Notice of Rescheduled Hearing for Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 4447]; Certificate of Service [Docket No. 4447]

F.   Notice of Rescheduled Hearing for Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 4837]; Certificate of Service [Docket No. 4837]

G.   Notice of Rescheduled Hearing for Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 5771]; Certificate of Service [Docket No. 5771]

H.   Notice of Rescheduled Hearing for Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 6108]; Certificate of Service [Docket No. 6108]

I.   Notice of Rescheduled Hearing for Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 6682]

J.   Order Regarding Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 8377]

K.   Amendment to Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 9213]; Notice of Filing [Docket No. 9213]; Certificate of Service [Docket No. 9213] *

**Objection Deadline:**      August 11, 2004

**Objections Received:**

a.  Debtors' Objection to Indianapolis Airport Authority's Application for Allowance and Payment of Administrative Expense [Docket No. 7688]; Certificate of Service [Docket No. 7689]

b.  Debtors' Brief Pursuant to October 12, 2004 Joint Pretrial Statement Regarding the IAA and Trustee's Administrative Expense Claims [Docket No. 8548]; Certificate of Service [Docket No. 8548]

c.  Debtors' Response Pursuant to October 12, 2004 Joint Pretrial Statement Regarding the Indianapolis Airport Authority's and the Bank of New York Trust Company, N.A.'s Administrative Expense Claims [Docket No. 8708]; Notice of Filing [Docket No. 8708]

d.  United Air Lines, Inc.'s Statement Regarding the Trustee's Obligations in Light of Discussion at November 19, 2004 Omnibus Hearing (Relates to Docket No. 3083) [Docket No. 9027]; Certificate of Service [Docket No. 9027] *

**Reply Deadline:**          August 25, 2004

**Reply Received:**

A.  Response of the Indianapolis Airport Authority and the Bank of New York Trust Company, N.A. to Debtors' Objection to Indianapolis Airport Authority's Application for Allowance and Payment of Administrative Expense [Docket No. 7935]; Notice of Filing [Docket No. 7936]; Certificate of Service [Docket No. 7936]

B.  Supplemental Brief of the Indianapolis Airport Authority and the Bank of New York Trust Company, N.A. on the Indianapolis Airport Authority's Supplement to its Application for Allowance and Payment of Administrative Expense [Docket No. 3083] [Docket No. 8546]; Notice of Filing [Docket No. 8547]; Certificate of Service [Docket No. 8547]

C.  Response of the Indianapolis Airport Authority and the Bank of New York Trust Company, N.A. to the Debtors' Brief Pursuant to October 12, 2004 Joint Pretrial Statement [Relates to Docket No. 3083] [Docket No. 8706]; Notice of Filing [Docket No. 8707]; Certificate of Service [Docket No. 8707]

D.  Reply of the Indianapolis Airport Authority and the Bank of New York Trust Company, N.A. to United Air Lines, Inc.'s Statement Regarding the Trustee's Obligations in Light of Discussion at November 19, 2004 Omnibus Hearing (Relates to Docket No. 3083)" [Docket No. 9240]; Notice of Filing [Docket No. 9241]; Certificate of Service [Docket No. 9241] *

**Pretrial Statement Deadline:**          October 12, 2004

**Pretrial Statement Received:**

a.      Joint Pretrial Statement of the Indianapolis Airport Authority, the Bank of New York Trust Company, N.A. and United Air Lines, Inc. (Relates to Docket No. 3083) [Docket No. 8342]; Certificate of Service [Docket No. 8342]

**Status:**        This matter is set for status.

52.    **Aircraft Mechanics Fraternal Association's Emergency Motion to Compel Discovery from Debtors [Docket No. 9284] ***

**Related Documents:**

A.      **Notice of Aircraft Mechanics Fraternal Association's Emergency Motion to Compel Discovery from Debtors [Docket No. 9284] ***

B.      **Certificate of Service for Notice of Motion and Aircraft Mechanics Fraternal Association's Emergency Motion to Compel Discovery from Debtors [Docket No. 9284] ***

**Status:**        **This matter is going forward and relates to matter number 22.**


Dated: Chicago, Illinois
       December **16**, 2004

                            **UAL CORPORATION, et al.**

                            By: _____

                            James H.M. Sprayregen, P.C.  (ARDC No. 6190206)
                            Marc Kieselstein, Esq.  (ARDC No. 6199255)
                            David R. Seligman, Esq.  (ARDC No. 6238064)
                            Erik W. Chalut, Esq. (ARDC No. 6269521)
                            Marc Carmel, Esq. (ARDC No. 6272032)
                            James J. Mazza, Jr., Esq. (ARDC No. 6275474)
                            KIRKLAND & ELLIS LLP
                            200 East Randolph Drive
                            Chicago, IL 60601
                            (312) 861-2000 (telephone)
                            (312) 861-2200 (facsimile)

                            Counsel for the Debtors and Debtors in Possession