UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| UAL Corporation, et al., ) | |
| ) | Case No.   02 B 48191 |
| Debtors. ) | |

### Order with Respect to Debtors' Motion (Docket No. 9028) to Dismiss, in Part, Trustees' Amended Motion For Various Payments (Docket No. 8562)

These cases have come before the court on the debtors' motion to dismiss various claims made by the trustees of trusts holding interests in aircraft operated by the debtors. These claims are set forth in an amended motion for payment (Docket No. 8562), scheduled for trial on March 1, 2005. The debtors' motion to dismiss has been fully briefed by the parties. For the reasons stated on the record, the court has determined to treat the debtors' motion as a motion in limine with respect to the scheduled trial and to grant relief.

Accordingly, it is hereby ordered that court will not hear evidence at the hearing on the trustees' amended motion with respect (1) to any lack of adequate protection after the termination of the automatic stay with respect to the aircraft involved in the trustee's motion, or (2) to any breach of return obligations respecting these aircraft not involving failure of debtors to maintain the aircraft according to obligations in existence during the period prior to rejection of its leases.

Dated: December 20, 2004

Eugene R. Wedoff
United States Bankruptcy Judge