## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **UAL CORPORATION, et al.,** | ) | **Case No. 02-B-48191** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **Honorable Eugene R. Wedoff** |
| | ) | **Hearing Date: October 11, 2005 at 9:30 a.m.** |
| | ) | **Objection Deadline:  October 6, 2005** |

### NOTICE OF MOTION

**TO:    SEE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that on the 11th day of October, 2005, the Debtors shall appear before the Honorable Bankruptcy Judge Eugene R. Wedoff in the room usually occupied by him at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois  60604, and present the attached **Debtors' Motion For Order (A) Approving Disclosure Statement, and (B) Approving the Solicitation Procedures and Form of Solicitation Documents and Notices**, a copy of which is attached hereto and herewith served upon you.

> **PLEASE TAKE FURTHER NOTICE** that you may obtain further information concerning these Chapter 11 cases:

> At the United States Bankruptcy Court, Northern District of Illinois at either wwww.ilnb.uscourts.gov (home page); or

> At the Debtors' private website at www.pd-ual.com.

Dated: Chicago, Illinois
        September 7, 2005

Respectfully submitted,

/s/ David A. Agay
James H.M. Sprayregen, P.C. (ARDC No. 6190206)
Marc Kieselstein, P.C. (ARDC No. 6199255)
David R. Seligman (ARDC No. 6238064)
David A. Agay (ARDC No. 6244314)
Sharon M. Kopman (Admitted *Pro Hac Vice*)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Debtors and Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **UAL CORPORATION, et al.,** | ) | **Case No. 02-B-48191** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | **Honorable Eugene R. Wedoff** |
| | ) | |
| | ) | **Hearing Date: October 11, 2005** |
| | ) | **Objection Deadline: October 6, 2005** |

## DEBTORS' MOTION FOR ORDER (A) APPROVING DISCLOSURE STATEMENT, AND (B) APPROVING THE SOLICITATION PROCEDURES AND FORM OF SOLICITATION DOCUMENTS AND NOTICES

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move this Court (the "Motion") for entry of an order (a) approving the Debtors' Disclosure Statement (as amended from time to time and including all exhibits and supplements, the "Disclosure Statement") for their Joint Plan of Reorganization pursuant to Chapter 11 of the United States Bankruptcy Code (as amended from time to time and including all exhibits and supplements, the "Plan"), and (b) approving the Solicitation Procedures for Debtors' Plan and the form of the Solicitation Documents (each as defined below) and the notices to be distributed with respect thereto. In support of this Motion, the Debtors respectfully represent as follows:[1]

---

[1] All capitalized terms used, but not defined herein, shall have the meaning attributed to such terms in the Plan or the Disclosure Statement, as applicable.

# I.

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue for this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested herein are sections 105(a), 502, 1125, 1126, and 1128 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (as amended, the "Bankruptcy Code"), Rules 2002, 3003, 3016, 3017, 3018 and 3020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 3016-1 and 3018-1 of the Local Bankruptcy Rules (the "Local Rules") for the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

# II.

## BACKGROUND

3.     On December 9, 2002 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code and commenced the above-captioned cases (the "Chapter 11 Cases").  The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On December 13, 2002, the United States Trustee appointed an official committee of unsecured creditors (the "Committee").

4.     On September 2, 2005, the Debtors filed their *Motion For Order (A) Scheduling Certain Hearing Dates And Deadlines In Connection With Proposed Confirmation Of Debtors' Plan; (B) Establishing A Record Date In Connection With The Debtors' Plan Of Reorganization; And (C) Establishing A Process To Resolve Certain Claims* (the "Scheduling Motion"), which, among other things, requests that the Court do the following:

2

- schedule a hearing to confirm the Plan (the "Plan Confirmation Hearing");

- establish deadlines for filing objections, if any, to the Plan ("Plan Objection Deadline") and replies to such objections;

- establish a discovery schedule in connection with confirmation of the Plan;

- establish a Voting Deadline (as defined below); and

- set a Record Date (as defined below) for determining, among other things, the "holders of stocks, bonds, debentures, notes and other securities" entitled to receive ballots and materials necessary for voting on the Plan, pursuant to Bankruptcy Rules 3017(d) and 3018(a).

5.     In the Scheduling Motion, the Debtors have proposed certain dates in connection with each of the above. The Scheduling Motion is set to be heard on September 16, 2005.

6.     Concurrently with the filing of this Motion, the Debtors are: (a) filing their Plan and Disclosure Statement, and (b) serving all creditors, equity security holders, and other interested parties with a notice of a disclosure statement hearing (herein, the "Disclosure Statement Hearing") and the deadline for filing objections, if any, to the adequacy of the Disclosure Statement pursuant to Bankruptcy Rule 2002.[2]

---

[2]     Copies of the Disclosure Statement, Plan, Plan Supplement and all other Solicitation Documents can be obtained by accessing the Debtors' private website at http://www.pd-ual.com or by writing to Poorman-Douglas Corporation, Attn: UAL Balloting, 10300 SW Allen Boulevard, Beaverton, Oregon 97005 or by telephone at (877) 752-5527.

K&E 10220053.15

## III.

## RELIEF REQUESTED

7.       By this Motion, the Debtors respectfully request, among other things, that this Court enter an order (the "Solicitation Procedures Order"), in the form attached hereto, (a) approving the Disclosure Statement, and (b) approving the solicitation procedures and the form of the Solicitation Documents and notices to be distributed, all as more fully set forth below.

## IV.

## APPROVAL OF DISCLOSURE STATEMENT

8.       Section 1125(b) of the Bankruptcy Code requires that a plan proponent provide "adequate information" regarding a debtor's proposed plan of reorganization.   In particular, section 1125(a)(1) of the Bankruptcy Code states:

> '[A]dequate information' means information of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, that would enable a hypothetical reasonable investor typical of holders of claims or interests of the relevant class to make an informed judgment about the plan.

The primary purpose of a disclosure statement is to provide all material information which creditors and interest holders affected by a proposed plan need in order to make an informed decision whether to vote for or against the plan.   *See Century Glove, Inc. v. First Am. Bank of New York*, 860 F.2d 94, 100 (3rd Cir. 1988); *see also In re Monnier Bros.*, 755 F.2d 1336, 1341 (8th Cir. 1985); *In re Phoenix Petroleum, Co.*, 278 B.R. 385, 392 (Bankr. E.D. Pa. 2001); *In re Unichem Corp.*, 72 B.R. 95, 97 (Bankr. N.D. Ill. 1987).

9.       In examining the adequacy of the information contained in a disclosure statement, the Court has broad discretion.  *See In re Cajun Elec. Power Co-op, Inc.* 230 B.R. 715, 731 (Bankr. M.D. La 1999) (*citing In re Texas Extrusion Corp.,* 844 F.2d 1142, 1157 (5th Cir.

4

1988)); *see also In re A.H. Robbins Company, Inc.,* 880 F.2d 694, 698 (4th Cir. 1989); *In re Egan*, 33 B.R. 672, 674-75 (Bankr. N.D. Ill. 1983). This discretion provides flexibility and facilitates the effective reorganization of the different types of chapter 11 debtors by accommodating the varying circumstances accompanying chapter 11 cases. *See* H.R. Rep. No. 595, 95th Cong., 1st Sess. 408-09 (1977).

10.    Courts determine whether or not disclosure statements contain adequate information on a case-by-case basis. *See, e.g.*, *In re U.S. Brass Corp.*, 194 B.R. 420, 424-25 (Bankr. E.D. Tex. 1996) (listing factors courts have considered in determining the adequacy of information provided in a disclosure statement); *In re Scioto Valley Mortgage Co.*, 88 B.R. 168, 170-71 (Bankr. S.D. Ohio 1988) (same).

11.    Local Rule 3016-1 additionally requires that a debtor's disclosure statement include: (a) an introductory narrative summarizing the nature of the plan, including identifying each class of creditors, the proposed recovery of each class and the timing thereof, and all sources and amounts of funding thereof; (b) a liquidation analysis; (c) a projected cash flow and budget; (d) a narrative of scheduled assets and liabilities as of the petition date, reciting financial history and mechanics for disbursement under the plan; and (e) consolidated annual financial statements covering at least one fiscal year prior to the petition date and each fiscal year of the debtor-in-possession period.

12.    The Debtors' Disclosure Statement contains, or will contain, prior to solicitation the pertinent information necessary for holders of claims and equity interests to make an informed decision about whether to vote to accept or reject the Plan, including, among other things, information regarding: (a) the Plan; (b) the history of the Debtors, including certain events leading to the commencement of the Chapter 11 Cases; (c) the operation of the Debtors'

5

business and significant events during the Chapter 11 Cases; (d) the Debtors' pre-petition capital structure and indebtedness; (e) the Debtors' corporate structure; (f) claims asserted against the Debtors' estates and the procedures for the resolution of disputed, contingent, and unliquidated claims or equity interests; (g) securities to be issued under the Plan; (h) certain risk factors to consider that may affect the Plan; (i) the restructuring transactions contemplated by the Plan; (j) a liquidation analysis and other financial information, including, without limitation, information required by Local Rule 3016-1; (k) the contemplated administration of the Debtors' estates following confirmation of the Plan; (l) certain securities law and federal income tax law consequences of the Plan; (m) the regulatory environment in which the Debtors operate; (n) the classification and treatment of claims and equity interests; (o) the provisions governing distributions under the Plan; (p) the means for implementation of the Plan; (q) the treatment of litigation; and (r) a disclaimer indicating that no statements or information concerning the Debtors and their assets and securities are authorized other than those set forth in the Disclosure Statement.

13.     The Debtors respectfully submit that the Disclosure Statement complies with all aspects of section 1125 of the Bankruptcy Code and Local Rule 3016-1. The Debtors will demonstrate at the Disclosure Statement Hearing that the Disclosure Statement addresses the information set forth above in a manner that provides holders of impaired claims and equity interests that are entitled to vote to accept or reject the Plan with adequate information within the meaning of section 1125 of the Bankruptcy Code and Local Rule 3016-1, and should therefore be approved.

K&E 10220053.15

**V.**

## SOLICITATION PROCEDURES AND FORMS OF SOLICITATION DOCMENTS AND NOTICES

14.     To conduct an effective solicitation of acceptances or rejections of the Plan, consistent with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and due process, the Debtors seek approval of the solicitation procedures set forth in <u>Exhibit 1</u> to the proposed Solicitation Procedures Order and which are incorporated by reference as though fully set forth herein (the "Solicitation Procedures").  The Debtors believe that the Solicitation Procedures are well designed and specifically tailored to effectively solicit acceptances or rejections of the Plan.

15.     To the extent that circumstances arise that require a modification or amendment of the Solicitation Procedures, the Debtors reserve the right to supplement or amend the Solicitation Procedures to better facilitate the solicitation process.

**A.     Duties of Solicitation Agent**

16.     In connection with the solicitation of votes with respect to the Plan, Poorman-Douglas Corporation shall act as the Debtors' solicitation agent (the "Solicitation Agent").  The Solicitation Agent is authorized and directed, in conjunction with the Debtors, to assist the Debtors in (i) distributing Solicitation Documents, (ii) receiving, tabulating and reporting on Ballots cast for or against the Plan by holders of claims and interests against the Debtors, (iii) responding to inquiries from creditors, equity holders, and other parties in interest relating to the Plan, the Disclosure Statement, the Ballots, the Master Ballots, the Solicitation Procedures and all other Solicitation Documents and matters related thereto, including, without limitation, the procedures and requirements for voting to accept or reject the Plan and for objecting to the Plan,

K&E 10220053.15

(iv) soliciting votes on the Plan, and (v) if necessary, contacting creditors and equity holders regarding the Plan.

**B.      The Record Date**

17.      The Debtors have requested in their Scheduling Motion that the Bankruptcy Court establish October 11, 2005 – the same date as the Disclosure Statement Hearing – as the record date (the "Record Date") for determining: (a) the creditors and interest holders (including "holders of stocks, bonds, debentures, notes and other securities") that are entitled to receive the Solicitation Documents pursuant to the Solicitation Procedures; (b) the creditors and interest holders entitled to vote to accept or reject the Plan; and (c) whether claims or interests have been properly transferred to an assignee pursuant to Bankruptcy Rule 3001(e) such that the assignee can vote as the holder of the claim or equity interest.[3]

18.      Once the Record Date is established, the Debtors and their Solicitation Agent will contact the registrars of the Debtors' public debentures and other securities (collectively "Securities")  and the applicable indenture trustees to compile and  generate ownership lists of holders of the Debtors' Securities as of the Record Date.

**C.      The Voting Deadline**

19.      The Debtors have requested in their Scheduling Motion that the Bankruptcy Court establish December 1, 2005 at 4:00 p.m., prevailing Pacific time, as the voting deadline ("Voting Deadline"). In order for votes to be counted, all Ballots and Master Ballots must be properly executed, completed and delivered as specified in Paragraph B of the Solicitation Procedures by the Voting Deadline. The Debtors have  requested authority to extend the Voting Deadline, if

---

[3]      Notwithstanding the Record Date, the Debtors intend to abide by the January 7, 2005 record date for Holders of Chicago Municipal Bonds pursuant to the parties' settlement agreement.

K&E 10220053.15

necessary, without further order of the Court, to a date that is no later than 3 Business Days before the Plan Confirmation Hearing, pursuant to the procedures set forth in Paragraph B of the Solicitation Procedures.

**D.     Solicitation Documents**

20.     Bankruptcy Rule 3017(d) sets forth the materials that must be provided to holders of claims and equity interests for purposes of soliciting their votes and providing adequate notice of a plan confirmation hearing. The Debtors propose that within six to eight days after entry of the order approving the Disclosure Statement, the materials required by Bankruptcy Rule 3017(d) and specified in Paragraph C.1 of the Solicitation Procedures (collectively, the "Solicitation Documents") will be distributed to those parties entitled to vote on the Plan in the form and manner set forth in Paragraph C.2 of the Solicitation Procedures.

21.     Specifically, the Debtors intend to serve all of the Solicitation Documents (except for the Plan Supplement, which may be obtained from the Debtors' website or from the Solicitation Agent) on the Core Group and all parties in interest on the 2002 List as of the Record Date.

22.     With respect to any of the persons or entities listed in Paragraph C.2 of the Solicitation Procedures that are not in the Core Group or on the Debtors' 2002 List, the Debtors will mail, or cause to be mailed, only the Solicitation Notice (as defined below), the Plan Summary (as defined below), the applicable Ballots and/or Master Ballots and applicable voting instructions and a pre-addressed, postage pre-paid return envelope. The Solicitation Notice shall inform the parties identified in Paragraph C.2 of the Solicitation Procedures that the Plan, Disclosure Statement, Plan Supplement, Solicitation Procedures Order, and all other Solicitation Documents can be obtained by accessing the Debtors' private website at http://www.pd-ual.com

K&E 10220053.15

or by requesting a copy from the Debtors' Solicitation Agent in writing or by telephone at (877) 752-5527.[4]

23.    To avoid duplication and to reduce expenses, the Debtors propose, as reflected in the Solicitation Procedures, to make every reasonable effort to ensure that creditors who have more than one claim in a Class (as defined in the Plan) do not receive more than one set of the Solicitation Documents and one Ballot for each Class.

24.    The Plan and Disclosure Statement, including the Plan Supplement, are in excess of 1000 pages. The distribution procedures set forth in Paragraph C.2 of the Solicitation Procedures and outlined above, including making materials available through the internet for those creditors who have such access, reduce administrative costs associated with the printing and mailing of these voluminous documents without jeopardizing in any way the solicitation process.[5] The proposed distribution procedures will likely save the Debtors' estates more than $500,000 in production and distribution costs.

25.    The Debtors submit that the distribution procedures described above and set forth in the Solicitation Procedures satisfy the requirements of the Bankruptcy Code and Bankruptcy Rules.

    (i)    **Approval of the Form of Ballots**

26.    All votes to accept or reject the Plan must be cast by using the appropriate ballot ("Ballot"), or the appropriate master ballot ("Master Ballot") in the case of Beneficial Holders

---

[4]    The Debtors will ensure that the Solicitation Documents can be easily located on their private website and that these documents are readily searchable.

[5]    Data reported by the national media and marketing research firm MediaMark Research, Inc., reveals, among other things, that nearly 80% of adults 18 years of age and older have internet access either at home, work or elsewhere. *Has Internet Growth Reached Its Peak* The Source, (New York, N.Y.), June 2004, at 1.

K&E 10220053.15

(as defined below) of Debtors' Securities which are registered or otherwise held in the name of a Nominee (as defined below).[6]

27.     The Debtors will prepare and customize Ballots for all classes of claims and interests that the Debtors anticipate will be entitled to vote to accept or reject the Plan in accordance with  Bankruptcy Rule 3018(c), which provides, in relevant part, as follows:

> An acceptance or rejection shall be in writing, identify the plan or plans accepted or rejected, be signed by the creditor or equity security holder or an authorized agent, and conform to the appropriate Official Form.

28.     The Debtors submit that the form of Ballots and Master Ballots comply with Bankruptcy Rule 3018(c) and are based substantially on Official Form No. 14.  However, the form of Ballots and Master Ballots has been modified to address the particular needs of the Debtors' Chapter 11 Cases.

29.     By this Motion, the Debtors seek approval and request authority to, distribute to the impaired classes listed in Article III of the Plan that are entitled to vote to accept or reject the Plan, the following Ballots and Master Ballots which are attached to the Solicitation Procedures Order: (a) the Ballots substantially in the forms attached as Exhibits (2 - Unsecured Convenience Claim Class Ballot), (3 - Retiree Convenience Claim Class Ballot), (4 - Chicago Municipal Bond Beneficial Holder Claims Ballots), (5 - Other Unsecured Claim Class Ballot), and (6 - General Beneficial Holder Claim Ballot); and (b) the Master Ballots, substantially in the forms attached as Exhibits  (7 - Chicago Municipal Bond Master Ballots), and (8 - General Master Ballot).[7]

---

[6]     The defined terms "Ballot" and "Master Ballot" shall include all ancillary and related information and any amendments or supplements thereto necessary for completing the Ballot or Master Ballot.

[7]     The Ballots for Unsecured Retained Aircraft Claims, Unsecured Rejected Aircraft Claims, Unsecured PBGC Claims, and Unsecured Public Debt Aircraft Claims will be substantially similar to the Ballot for Other Unsecured Claims.

K&E 10220053.15

30.     The Ballots attached as <u>Exhibits</u> (3 - Retiree Convenience Claim Class) and  (4 -

Chicago Municipal Bond Beneficial Holder Claims Ballots) and the Master Ballots attached as

<u>Exhibit</u> (8 - Chicago Municipal Bond Master Ballots) have been customized to include the more

detailed treatment options available to those groups of voting creditors as described in more

detail in Paragraphs F and G of the Solicitation Procedures.[8]  Moreover, the Ballots for holders

of claims in the Other Unsecured Claims Classes and Unsecured Convenience Claims Classes

have certain elections that are set forth in Paragraph H of the Solicitation Procedures.

31.     As reflected in Paragraph E of the Solicitation Procedures and on the Ballots, the

Debtors propose in the Plan that creditors that either (a) vote to accept the Plan or (b) abstain

from casting a vote and do not opt to reject the release provisions in the Plan are deemed to have

accepted the release provisions in Article X of the Plan.  The Solicitation Procedures further

provide that creditors not casting a vote may, on or before the Voting Deadline, return their

Ballot to the Solicitation Agent or their Nominee (as defined in Paragraph 47 below), if the

Nominee is voting on their behalf, electing to either accept or reject the release provisions in

Article X of the Plan.

32.     As reflected in Article III of the Plan, certain classes of claims and equity interests

under the Plan are not entitled to vote to accept or reject the Plan because such classes (a) are

unimpaired within the meaning of section 1124 of the Bankruptcy Code and therefore are

deemed to accept the Plan pursuant to section 1126(f) of the Bankruptcy Code, or (b) are

receiving no distribution under the Plan and therefore are deemed to reject the Plan pursuant to

---

[8]     Due to the different treatment outlined in the Chicago Municipal Bond Settlement Agreement, a Beneficial
Holder Ballot was created for each of the following groups of Chicago Municipal Bonds: (i) the 2001A-1 -
A-2 Bonds; (ii) the 2000A Bonds; and (iii) the Remaining Bonds. Similarly, separate Master Ballots were
drafted for these same groups.

K&E 10220053.15

section 1126(g) of the Bankruptcy Code. Instead, these creditors and equity holders, along with holders of claims that are unclassified pursuant to section 1123(a)(1) of the Bankruptcy Code, will receive the Non-Voting Notices (as defined below), together with the Solicitation Notice.

33.     Each Debtor is deemed to have (a) received all notices required under the Solicitation Procedures Order; and (b) complied with all procedures necessary to be able to cast votes on the Plan with respect to their claims and interests.  Each Debtor shall be deemed to vote to accept the Plan.

### (ii)     Approval of the Form of Plan Summary

34.     As an aid to voting creditors, the Debtors intend to distribute to such creditors, together with the other Solicitation Documents, a summary of those Plan provisions that are material (the "Plan Summary") substantially in the form attached as Exhibit 9 to the Solicitation Procedures Order. The Plan Summary may be modified, as necessary, to track and incorporate any material changes made to the Plan prior to the distribution of the Solicitation Documents to creditors.   By this Motion, the Debtors request that the Court approve the Plan Summary, substantially in the form of Exhibit 9 to be distributed to voting creditors.

### (iii)     Approval of the Form of Solicitation Notice

35.     The Solicitation Documents include the notice required by Bankruptcy Rules 2002(b) and 2002(d) to all creditors and equity holders of the time set for filing objections to confirmation of a chapter 11 plan and the hearing to consider confirmation of such plan.  In furtherance thereof, the Debtors request approval of the notice, substantially in the form attached as Exhibit 10 (the "Solicitation Notice") to the proposed Solicitation Procedures Order, which contains, among other things: (a) the Plan Objection Deadline; (b) the Plan Confirmation Hearing date and time; (c) the Voting Deadline; (d) the Record Date; (e) the temporary allowance of Claims procedures; and (f) a disclosure regarding the injunction and third-party

13

release provisions in the Plan. The Solicitation Motion will also instruct creditors and interested

parties on how they may view and/or obtain copies of the Disclosure Statement, Plan, Plan

Supplement, Solicitation Procedures Order, and all other Solicitation Documents.

36.     The Debtors respectfully request that the Court determine that the Solicitation

Notice complies with the requirements of Bankruptcy Rules 2002(b), 2002(c)(3), and 2002(d).

The Debtors further request that the Court determine that the Solicitation Notice contains

sufficient disclosure regarding the injunction and third party release provisions contained in the

Plan.

37.     Furthermore, the Debtors propose to publish the Solicitation Notice as described

in Paragraph C.5 of the Solicitation Procedures.  Bankruptcy Rule 2002(l) permits the Court to

"order notice by publication if it finds that notice by mail is impracticable or that it is desirable to

supplement notice."  The Debtors believe that publication of the Solicitation Notice will provide

sufficient notice of the Plan Objection Deadline, the Plan Confirmation Hearing, and other

relevant deadlines to persons who may not otherwise receive notice by mail.  Among other

things, the Debtors have already provided publication notice of the commencement of the

Chapter 11 Cases and of the General, Governmental Unit, and Canadian Creditor Bar Dates (as

defined in the Disclosure Statement).  The Debtors submit that publication of the Solicitation

Notice as set forth above is adequate and sufficient notice to such creditors, equity holders, and

other parties in interest under the circumstances.

**E.      Approval of Form of Other Notices**

      **(i)      Non-Voting Status Notices**

38.     Consistent with section 1126 of the Bankruptcy Code and Bankruptcy Rule

3017(d), unless specifically requested, the Debtors propose that they not be required to send

Solicitation Documents to those creditors and equity holders set forth in Paragraphs C.3 and C.4

14

of the Solicitation Procedures who are not entitled to vote on the Plan unless any such parties also have impaired claims or equity interests pending against the Debtors on the Record Date. These creditors and equity holders have been placed in classes under the Plan that are deemed to either accept or reject the Plan under section 1126 of the Bankruptcy Code. The Debtors will send these creditors and equity holders, and creditors with unclassified claims in accordance with section 1123(a)(1) of the Bankruptcy Code, both a Solicitation Notice and one of the following additional notices: (i) *Notice of Non-Voting Status With Respect To Unimpaired Classes Deemed to Accept the Plan and Unclassified Classes,* or (ii) *Notice of Non-Voting Status With Respect To Impaired Classes Deemed To Reject the Plan*, as applicable, each substantially in the form attached to the proposed Solicitation Procedures Order as <u>Exhibits 11 and 12,</u> respectively (collectively, the "Non-Voting Status Notices").

       **(ii)**     **Retained Causes of Action Notice and Counterparties to Executory Contracts and Unexpired Leases Notice.**

      39.     The parties listed in <u>Exhibit 2</u> to the Plan Supplement regarding "Retained Causes of Action" and the counterparties to the Debtors' executory contracts and unexpired leases listed in <u>Exhibits 3 through 13</u> in the Plan Supplement will receive only the Solicitation Notice and one or both of the following additional notices: (i) *Notice to Parties to Retained Causes of Action,* and/or (ii) *Notice to Counterparties to Executory Contracts and Unexpired Leases*, as applicable, each substantially in the forms attached to the proposed Solicitation Procedures Order respectively as <u>Exhibits 13 and 14</u> (respectively, the "Retained Causes of Action Notice" and "Counterparties to Executory Contracts and Unexpired Leases Notice"). If any of these parties also have claims or equity interests pending against the Debtors as of the Record Date, such parties shall also receive the Solicitation Documents pursuant to the procedures outlined in Paragraph C.2 of the Solicitation Procedures.

15

## F.    Approval of Voting and Tabulation Procedures

40.    The Debtors respectfully request that the Court approve the voting and tabulation procedures described in Paragraphs D.1 through D.7 of the Solicitation Procedures, in accordance with section 1126(c) of the Bankruptcy Code and Bankruptcy Rule 3018(a).  Section 1126(c) of the Bankruptcy Code provides:

> A class of claims has accepted a plan if such plan has been accepted by creditors, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected the plan.

Further, Bankruptcy Rule 30l8(a) provides that "the court after notice and hearing may temporarily allow [an objected to] claim or interest in an amount which the court deems proper for the purpose of accepting or rejecting a plan."

### (i)    Voting and General Tabulation Procedures

41.    The Plan contemplates impaired classes that will be entitled to vote on the Plan.[9] The Debtors respectfully request that the Court order that only those holders of claims in the voting classes specified in Paragraphs D.1 and D.2 of the Solicitation Procedures are entitled to vote to accept or reject the Plan.

42.    As reflected in Paragraph D.2 of the Solicitation Procedures, with respect to both public and private aircraft debt ("Aircraft Debt"), the Debtors propose, as applicable, that the relevant indenture trustees acting on behalf of beneficial holders ("Beneficial Holders") of such Aircraft Debt (the "Aircraft Indenture Trustees"), pursuant to the authority granted to such

---

[9]    Any description herein of the terms of the Plan are subject to, and limited by, the further detail, disclosure, and discussion in the Disclosure Statement.  To the extent that there are any discrepancies between this Motion and the Disclosure Statement, the latter, as supplemented by the Plan, controls in all respects.  In addition, the classes contained in the Plan are subject to revision and/or alteration, and the Debtors reserve the right to amend such classes, consistent with the Bankruptcy Code and Bankruptcy Rules.

16

Aircraft Indenture Trustees in the applicable Indentures or other agreements, shall, on behalf of their respective Beneficial Holders with claims entitled to vote as of the Record Date, (i) cast a Ballot voting to accept or reject the Plan as directed by the requisite Beneficial Holders, or (ii) if a vote is not cast, opt to accept or reject the releases in Article X of the Plan as directed by the requisite Beneficial Holders; provided further, however, if the Bankruptcy Court enters an Order providing that the Beneficial Holders relating to Aircraft Debt shall vote instead of the Aircraft Indenture Trustees, the Beneficial Holders of such Aircraft Debt shall vote either pursuant to the procedures established in Paragraph D.5 of the Solicitation Procedures (as further described below) for public Securities or pursuant to such other procedures established by the Debtors.

43.    Because of the various and complex structures of the Debtors' Aircraft Debt, and the difficulties in many instances in obtaining the information necessary to enable the Beneficial Holders to cast a vote directly, the Debtors believe it is practical to create a procedure for all Aircraft Debt (as supported by the applicable Indentures and other agreements), whereby the relevant Aircraft Indenture Trustee will vote the Allowed Claims after obtaining such consents deemed necessary under the relevant Indentures or other agreements. As the Debtors have settled or stipulated to a significant portion of their Aircraft Debt, the process should be simplified for Aircraft Indenture Trustees.[10]

44.    The Debtors further propose, with respect to tabulating votes, that the Court approve the hierarchy described in Paragraph D.3 of the Solicitation Procedures to be used to determine the claim amount associated with each creditor's vote.  The Debtors request that the

---

[10]    The agreements-in-principle between the Debtor and the holders of the public Aircraft Debt are subject to approval by the Bankruptcy Court. The Debtors filed a motion seeking Court approval of these agreements, which motion will be heard on September 27, 2005.

claim amount established pursuant to Paragraph D.3 of the Solicitation Procedures control for voting purposes only and not constitute the allowed amount of any claim.

45.     Furthermore, the Debtors propose that the voting procedures and standard assumptions listed in Paragraph D.4 of the Solicitation Procedures be used in tabulating ballots.

**(ii)     Master Ballot Tabulation Procedures**

46.     The Plan also contemplates that certain Beneficial Holders of claims or equity interests derived from, or based on, publicly-traded Securities, which claims and equity interests have not been satisfied prior to the Record Date pursuant to Court order or otherwise, will be entitled to accept or reject the Plan.   These types of claims and interests require additional tabulation rules.

47.     With respect to holders of Debtors' Securities, the Debtors recognize that the records of the indenture trustees for the Debtors' Securities may reflect the brokers, dealers, commercial banks, trust companies or other nominees (each, a "Nominee") through which certain Beneficial Holders hold the relevant Securities rather than the Beneficial Holders themselves. Accordingly, the Debtors propose that the tabulation procedures set forth in Paragraph D.5 of the Solicitation Procedures, as well as the procedures in Paragraph D.4 of the Solicitation Procedures, apply to holders of Beneficial Holder claims other than Aircraft Debt.

48.     In order for relevant materials to be fully and properly disseminated to the holders of Beneficial Holder claims, the Debtors respectfully request that the Court order all Nominees that have been identified as Record Date holders of the Securities to disseminate the appropriate

K&E 10220053.15

Solicitation Documents or other appropriate notices to the Beneficial Holders, and to cooperate

fully with the Debtors with respect to the solicitation process.[11]

       **(iii)**       **Temporary Allowance of Claims for Voting**

       49.       The Debtors propose that the Court approve the procedures set forth in Paragraphs

D.6 and D.7 of the Solicitation Procedures regarding temporary allowance of claims for voting

purposes only. Specifically, if an objection to a Claim or Interest is pending <u>on</u> the Record Date,

such Claim or Interest holder shall receive a copy of the Solicitation Notice and a *Notice of Non-*

*Voting Status With Respect To Disputed Claims* ("Disputed Claim Notice"), substantially in the

form attached as <u>Exhibit 15</u> to the proposed Solicitation Procedures Order, in lieu of a Ballot.

The Disputed Claim Notice shall inform such person or entity that its Claim or Interest has been

objected to, and that the holder of such Claim or Interest cannot vote absent any of the following

taking place prior to the Voting Deadline: (i) an order is entered by the Bankruptcy Court

temporarily allowing such Disputed Claim or Disputed Interest for voting purposes pursuant to

Bankruptcy Rule 3018(a), after notice and a hearing; (ii) a stipulation or other agreement is

executed between the holder of the Disputed Claim or Disputed Interest and the Debtors

resolving such objection and allowing the holder of the Disputed Claim or Disputed Interest to

vote its claim or interest in an agreed upon amount (and notice of such agreement having been

given to the Creditors' Committee); or (iii) the pending objection to the Disputed Claim or

Disputed Interest is voluntarily withdrawn by the Debtors (each, a "Resolution Event"). No later

than two (2) business days after a Resolution Event, the Solicitation Agent shall distribute a

Ballot and a pre-addressed, postage pre-paid envelope to the relevant holder of the Disputed

---

[11]    Nominees will be reimbursed by the Debtors for reasonable, actual, and necessary administrative expenses
incurred in connection with such distribution to their respective Beneficial Holders.

K&E 10220053.15

Claim or Disputed Interest, which must be returned to the Solicitation Agent by no later than the Voting Deadline, unless such deadline is extended by the Debtors to facilitate a reasonable opportunity for such creditor to vote for or against the Plan after the occurrence of a Resolution Event.

50.     If an objection to a Claim or Interest is filed by the Debtors <u>after</u> the Record Date, the Ballot of such Claim or Interest holder will not be counted absent a Resolution Event taking place on or before the Plan Confirmation Hearing.

51.     Nothing in the Solicitation Procedures shall affect the Debtors' right to object to any proof of claim on any other ground or for any other purpose.

52.     The Debtors propose that the Court approve the procedures described in Paragraphs D.6 and D.7 of the Solicitation Procedures for handling the types of claims described in Paragraphs 50 and 51 above.

**G.     Returned Solicitation Packages or Notices**

53.     The Debtors seek the Court's approval for a departure from the strict notice rule as follows: (a) the Debtors shall be excused from giving notice or providing service of any kind upon any person or entity to whom the Debtors mailed a notice regarding the Disclosure Statement Hearing and received any of such notices returned by the United States Postal Service marked "undeliverable as addressed", "moved – left no forwarding address", or "forwarding order expired", or similar reason, unless the Debtors have been informed in writing by such person or entity of that person's or entity's new address; and (b) the Debtors shall be excused from re-mailing such Solicitation Documents, or other notices, as the case may be, to those entities whose addresses differ from the addresses in the claims register or the Debtors' records as of the Record Date.  If a creditor has changed its mailing address after the Petition Date, the

K&E 10220053.15

burden shall be on the creditor or party in interest, not the Debtors, to advise the Solicitation Agent of the new address.

54.     The Debtors believe that the requested procedures and other relief requested herein are cost-effective, provide adequate notice and an opportunity to be heard, and are in the best interests of the Debtors' estates, their creditors, and other parties in interest. Accordingly, the Debtors submit that they have shown good cause for the relief requested herein.

## VI.

## NOTICE

55.     Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) Counsel to debtor in possession lenders; (c) Counsel to the Official Committee of Unsecured Creditors; (d) the United States Securities and Exchange Commission, (e) the Internal Revenue Service, (f) United States Attorney for the Northern District of Illinois, and (g) all parties entitled to receive notice under the current Case Management Procedures. A separate notice setting forth the Disclosure Statement Hearing, and deadlines for filing objections, if any, to the Disclosure Statement and replies to any objections has been filed and served upon all creditors, equity security holders, and other parties in interest, as required by Bankruptcy Rule 2002. The Debtors submit that in light of the nature of the relief requested, no other or further notice needs to be given.

21

## VII.

## <u>NO PRIOR REQUEST</u>

56.    No prior motion for the relief requested herein has been made to this or any other

court.

## VIII.

## <u>CONCLUSION</u>

WHEREFORE, the Debtors respectfully request that the Court enter the proposed

Solicitation Procedures Order, substantially in the form attached hereto as <u>Exhibit A</u>, granting

this Motion and such further relief as is equitable and just.

Dated: Chicago, Illinois
      September 7, 2005

                                      **UAL CORPORATION, et al.**

                                    /s/ David A. Agay_____
                                    James H.M. Sprayregen, P.C. (ARDC No. 6190206)
                                    Marc Kieselstein, P.C. (ARDC No. 6199255)
                                    David R. Seligman (ARDC No. 6238064)
                                    David A. Agay (ARDC No. 6244314)
                                    Sharon M. Kopman (Admitted *Pro Hac Vice*)
                                    KIRKLAND & ELLIS LLP
                                    200 East Randolph Drive
                                    Chicago, IL 60601
                                    (312) 861-2000 (telephone)
                                    (312) 861-2200 (facsimile)

                                    Counsel for the Debtors and Debtors in Possession

K&E 10220053.15

## <u>CERTIFICATE OF SERVICE</u>

I, David A Agay, an attorney, certify that on the 7th day of September, 2005, I caused to be served, by e-mail (to parties who have provided an e-mail address), facsimile (to parties who have not provided an e-mail address) and by overnight delivery (to all parties who have not provided an e-mail address or a facsimile number), a true and correct copy of the foregoing **Debtors' Motion For Order (A) Approving Disclosure Statement, and (B) Approving the Solicitation Procedures and Form of Solicitation Documents and Notices,** on the parties on the attached service list.

Dated: September 7, 2005

/s/ David A. Agay
David A. Agay

## CORE GROUP SERVICE LIST

| | |
|---|---|
| **Debtors:**<br>United Air Lines, Inc.<br>WHQLD<br>1200 East Algonquin Road<br>Elk Grove Village, Illinois 60007<br>Attn:    John Lakosil<br>Phone:           (847) 700-4462<br>Facsimile:      (847) 700-4683 | **Counsel to Debtors and Debtors in Possession:**<br>Kirkland & Ellis<br>200 East Randolph Street<br>Chicago, Illinois  60601<br>Attn:    James H.M. Sprayregen, P.C.<br>            Marc Kieselstein<br>            David R. Seligman<br>Phone:           (312) 861-2000<br>Facsimile:      (312) 861-2200 |
| **Office of the United States Trustee:**<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois 60606<br>Attn:    Stephen Wolfe<br>Phone:           (312) 886-7480<br>Facsimile:      (312) 886-5794 | **Counsel to the Debtors' debtor in possession<br>lender (Citibank and JP Morgan):**<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn:    Richard S. Toder<br>            Jay Teitelbaum<br>Phone:           (212) 309-6000<br>Facsimile:      (212) 309-6001 |
| **Counsel to the Debtors' debtor in possession<br>lender (CIT Group):**<br>Schulte, Roth & Zabel<br>919 Third Avenue<br>New York, New York 10022<br>Attn:    Robert J. Mrofka<br>Phone:           (212) 756-2000<br>Facsimile:      (212) 593-5955 | **Counsel to the Debtors' debtor in possession<br>lender (Citibank and JP Morgan):**<br>Kaye Scholer, LLP<br>3 First National Plaza, Suite 4100<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn:    Michael B. Solow<br>Phone:           (312) 583-2300<br>Facsimile:      (312) 583-2360 |
| **Counsel to the Debtors' debtor in possession<br>lender (General Electric Capital Corporation):**<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:    Richard P. Krasnow<br>            Scott E. Cohen<br>Phone:           (212) 310-8000<br>Facsimile:      (212) 310-8007 | **Official Notice and Claims Agent:**<br>Poorman-Douglas Corporation<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br>Attn:    Tina Wheelon<br>Phone:           (503) 350-5953<br>Facsimile:      (503) 350-5230 |
| **Counsel to Committee:**<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60604<br>Attn:    Fruman Jacobson<br>            Patrick C. Maxcy<br>Phone:           (312) 876-8123<br>Facsimile:      (312) 876-7934 | **Counsel to Committee:**<br>Sonnenschein, Nath & Rosenthal<br>1221 Avenue of the Americas<br>24th Place<br>New York, New York 10020<br>Attn:    Carole Neville<br>            Mark A. Fink<br>Phone:           (212) 768-6889<br>Facsimile:      (212) 768-6800 |

## 2002 Service List as of:  9/7/2005 6:28:59 AM

## In re UAL Corporation, et al.

## Case No. 02-B-48191

## Northern District of Illinois, Eastern Division

---

**Francisco L. Acevedo Nogueras**
Department of Transportation
P.O. Box 9023905
San Juan, PR  00902-3905
Fax: 7879773773; Email: fcoacevedo@yahoo.com
*Counsel for : Commonwealth of Puerto Rico*

**Ann Acker**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: 3125161910; Email: acker@chapman.com
*Counsel for : Wells Fargo Bank Northwest, NA*
*Pacific Investment Management Co. LLC*
*Reams Asset Management Co. LLC*
*Metropolitan West Asset Management LLC*

**Denise Adamucci**
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor  18th and Arch Streets
Philadelphia, PA  19103-2756
Fax: 2155672737; Email: dadamucci@klettrooney.com
*Counsel for : PNC Bank, National Association*

**Howard L. Adelman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd; Ste. 1050
Chicago, IL  60604
Fax: 3124351059; Email: hla@agmbc.com
*Counsel for : Mitsui & Co. Ltd.; UGT Kumiai*
*Sumitomo Corporation*
*Mitsui & Co. International (Europe)*
*Marubeni America Corporation*
*Wells Fargo Bank Northwest, NA*

**David G. Aelvoet**
Winston & Strawn
711 Navarro, Suite 300
San Antonio, TX  78205
Fax: 2102256410; Email: sanantonio.bankruptcy@publicans.com
*Counsel for : Bexar County*
*Tarrant County*
*Dallas County*

**David A. Agay**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
Fax: 3128612200; Email: dagay@kirkland.com
*Counsel for : UAL Corp.*

**Jesse Aguilar**
Kirkland & Ellis
Aon Building  200 E Randolph Drive
Chicago, IL  60601
Fax: ; Email: jaguilar@kirkland.com
*Counsel for : UAL Corp.*

**Filiberto Agusti**
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Fax: 2022617512; Email: fagusti@steptoe.com
*Counsel for : Independent Fiduciary Services, Inc.*

**Robert D. Albergotti**
Haynes and Boone, LLP
900 Main Street, Suite 3100
Dallas, TX  75202
Fax: 2142000350; Email: robert.albergotti@haynesboone.com
*Counsel for : American Airlines, Inc.*

**Peter B. Alderman, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY  10022
Fax: (212) 909-6836; Email: pbalderm@debevoise.com
*Counsel for : John Hancock Life Insurance Co.*

**R. Scott Alsterda**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: rsalsterda@uhlaw.com
*Counsel for : Healthcare Service Corp.*
*City & County of San Francisco*
*Denver International Airport*

**Jonathan B. Alter**
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Fax: (860) 240-2800; Email: jonathan.alter@bingham.com
*Counsel for : Travelers Casualty & Surety Company*
*Travelers Indemnity Company*

**Janice A. Alwin**
Shaw Gussis Fishman Glantz & Wolfson, LLc
321 N. Clark St.  Suite 800
Chicago, IL  60610
Fax: 3122750569; Email: jalwin@shawgussis.com
*Counsel for : Babcock & Brown LP*

**Jerald I. Ancel**
Sommer Barnard Ackerson, PC
4000 Bank One Tower  111 Monument Circle
Indianapolis, IN  46204
Fax: (317) 236-9802; Email: jancel@sbalawyers.com
*Counsel for : City of Indianapolis*

**Margaret M. Anderson**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2600-3600
Chicago, IL  60603
Fax: (312) 443-0336; Email: panderson@lordbissell.com
*Counsel for : United States Aviation Underwriters, Inc.*
*Blue Cross and Blue Shield of Florida, Inc.*

**David Andrews**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
Fax: 3126600165; Email: dandrews@kirkland.com
*Counsel for : UAL Corp.*

**Bill Angelowitz**
Daily Insights
JAF Box 3127
New York, NY  10116
Fax: (212) 714-9827; Email: wangelow@keacapital.com
*Counsel for : Daily Insights*

**Jonathan Y. Arnason**
Vedder, Price, Kaufman & Kammholz
805 Third Avenue
New York, NY  10022
Fax: (212) 407-7799; Email: jamason@vedderprice.com
*Counsel for : UAL Corporation*

**Edward H. Arnold, III**
Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Fax: 5046363904; Email: harnold@bakerdonelson.com
*Counsel for : New Orleans Aviation Board (NOAB)*

**Thomas V. Askounis**
Askounis & Borst, P.C.
303 East Wacker Drive  Suite 1000
Chicago, IL  60601
Fax: 3128610022; Email: taskounis@askborst.com
*Counsel for : Ad Hoc Committee*

**Adrian S. Baer**
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, TX  77002
Fax: 7132204285; Email: adriebaer@akllp.com
*Counsel for : Kinder Morgan Liquids Terminals LLC*

**Kathy Bailey**
Bailey Law Groupp, P.C.
1752 N Street, NW  Suite 800
Washington, DC  20036
Fax: 2028878044; Email: jobrien@baileylawgroup.com
*Counsel for : HMSHost Corporation*
*Host International Inc.*

**Marian Baldwin**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Fax: 6467105231; Email: mbaldwin@chadbourne.com
*Counsel for : Citibank Privatkunden AG*

**Elizabeth Banda**
Perdue Brandon Fielder Collins & Mott, LLP
P.O. Box 13430
Arlington, TX  76094-0430
Fax: (817) 860-6509; Email: ebanda@pbfcm.com
*Counsel for : Grapevile-Colleyville I.S.D.*
*City of Grapevine (Texas)*

**Mark Bane**
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 808-7897; Email: MBane@KelleyDrye.com
*Counsel for : Pension Benefit Guaranty Corporation*

**Terence G. Banich, II**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611-7603
Fax: (312) 840-8704; Email: tbanich@jenner.com
*Counsel for : Milepost Properties - Chicago, LLC*

**Mariana Baquero**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019
Fax: (212) 849-5614; Email: mbaquero@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**William Barbour**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ 07102-4194
Fax: 9734563569; Email: william.barbour@pseg.com
*Counsel for : N654UA*

**Ronald Barliant**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd
55 East Monroe Street Suite 3700
Chicago, IL 60603
Fax: 3128637880; Email: ronald.barliant@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut*

**Susan Barnes de Resendiz**
gardner, Carton & Douglas LLP
10185 Oak Hollow Street
Houston, TX 77024-3017
Fax: 7139841440; Email: sderesendiz@gcd.com
*Counsel for : Airbus North America Holdings, Inc.*

**Barbara Barnett**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: babarnett@sonnenschein.com
*Counsel for : Creditors Committee*

**William J. Barrett**
Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC 333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Fax: (312) 984-3150; Email: william.barrett@bfkpn.com
*Counsel for : Delta Air Lines, Inc.
Environmental Resources Management, Inc.*

**Kathleen E. Barry**
The Rouse Company
10275 Little Patuxent Parkway
Columbia, MD 21044
Fax: 4109926392; Email: kbarry@therousecompany.com
*Counsel for : Rouse Affiliate*

**Timothy M. Barry, Senior Deputy**
County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
Fax: 6195316005; Email: timothy.barry@sdcounty.ca.gov
*Counsel for : County of San Diego*

**Jeffrey A. Bartos**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave, NW Suite 700
Washington, DC 20036-2243
Fax: (202) 624-7420; Email: jbartos@geclaw.com
*Counsel for : Association of Flight Attendants*

**Sharon M. Beausoleil-Mayer**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Fax: 7136515246; Email: sbeausoleil-mayer@fulbright.com
*Counsel for : Chase Transportation
Chase Terminal
Motiva
SOPUS
Shell Pipeline*

**David E. Beker**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street Suite 2700
Chicago, IL 60601
Fax: 3127828416; Email: dbeker@scgk.com
*Counsel for : Allied Capital Corporation*

**Edith J. Benay**
Attorney at Law
345 Franklin Street
San Francisco, CA 94102
Fax: 4152528048, Email: ebenay@cs.com
*Counsel for : Frank, et al.*

**Robert R. Benjamin**
Benjamin Berneman & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL 60606
Fax: 3124449086; Email: benjamin@3blaw.com
*Counsel for : Nancy Abbot, et al.*

**Robert Benjamin**
Benjamin Bememan & Brom, LLC
216 West Jackson Boulevard Suite 330
Chicago, IL 60606-1814
Fax: 3124449086; Email: benjamin@3blaw.com
*Counsel for : Pension Benefit Guaranty Corporation*

**James Bennett, President/CEO**
Metropolitan Washington Airport Authority
1 Aviation Circle
Washington, DC 20001-6000
Fax: (703) 417-8949; Email: james.bennett@mwaa.com
*Counsel for : Metropolitan Washington Airport Authority*

**Brad A. Berish**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 W. Jackson Blvd.
Chicago, IL 60604
Fax: (312) 435-1059; Email: bberish@agmbc.com
*Counsel for : Travelers Casualty & Surety Company
Travelers Indemnity Company*

**Mark A. Berkoff**
DLA Piper Rudnick Gray Cary US LLP
203 N. La Salle St. Suite 1800
Chicago, IL 60601-1293
Fax: (312) 236-7516; Email: mark.berkoff@piperrudnick.com
*Counsel for : Air Canada
Citibank Privatkunden AG*

**Beverly A. Berneman**
Benjamin Bememan & Brom, LLC
205 W. Randolph St. Ste. 2110
Chicago, IL 60606
Fax: 3124449086; Email: berneman@rcn.com
*Counsel for : Nancy Abbot, et al.*

**Beverly A. Berneman**
Benjamin, Berneman &, Brom, LLC
216 West Jackson Boulevard Suite 330
Chicago, IL 60606-1814
Fax: 3124449086; Email: berneman@3blaw.com
*Counsel for :*

**Jeffrey Bernstein**
Carpenter, Bennett & Morrissey
Three Gateway Center 100 Mulberry Street
Newark, NJ 07102
Fax: (973) 622-5314; Email: jbernstein@mdmc-law.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Evelyn H. Biery**
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Fax: 7136515246; Email: ebiery@fulbright.com
*Counsel for : Chase Transportation
Chase Terminal
Motiva
SOPUS
Shell Pipeline*

**James H. Billingsley**
Hughes & Luce, LLP
1717 Main Street Suite 2800
Dallas, TX 75201
Fax: 2149396100; Email: james.billingsley@hughesluce.com
*Counsel for : The Varde Fund, L.P.*

**John J. Bingham, Jr.**
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East Third Floor
Los Angeles, CA 90067-2904
Fax: 3102775735; Email: jbingham@dgdk.com
*Counsel for : City of Los Angeles, Dept. of Airports*

**Sue Bione**
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202
Fax: 5025876391; Email: sbione@stites.com
*Counsel for : Reg'n Airport Auth of Louisville/Jefferson Cnty
Lexington-Fayette Urban Airport Board*

**Thomas E. Biron**
Blank, Rome, Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103-6998
Fax: (215) 832-5562; Email: biron@blankrome.com
*Counsel for : Creditors Committee*

**Peter L. Borowitz, Esq.**
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022
Fax: (212) 909-6836; Email: plborowitz@debevoise.com
Counsel for : John Hancock Life Insurance Co.

**Morton R. Branzburg, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA 19102
Fax: (215) 568-6603; Email: mbranzbu@klehr.com
Counsel for : Philadelphia Department of Commerce

**Roger T. Brice**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: 3128767934; Email: rbrice@sonnenschein.com
Counsel for : Creditors Committee

**Mark Broude, Esq.**
Latham & Watkins
885 Third Ave.
New York, NY 10022
Fax: (212) 751-4864; Email: mark.broude@lw.com
Counsel for : ING Bank, NV
ING Lease (Ireland)
BV Dublin Branch

**Michael P. Buck**
Zini & Associates
Professional Corporation 666 Third Ave., 24th Floor
New York, NY 10017
Fax: 2129801453; Email: michael.buck@ziniandassociates.com
Counsel for : Banco di Napoli

**Michael G. Burke**
Sidley, Austin, Brown & Wood LLP
787 Seventh Ave.
New York, NY 10019
Fax: 2128395599; Email: mgburke@sidley.com
Counsel for : Boeing Company
Boeing Capital Corp.

**James Burshtyn, Assistant Attorney General**
Comptroller of Public Accounts of Texas
Bankruptcy & Collections Division P.O. Box 12548
Austin, TX 78711-2548
Fax : ; Email: james.burshtyn@oag.state.tx.us
Counsel for : State of Texas

**Susan R. Bye-Walsh**
17918 Hatridge Lane
Canyon Country, CA 91387
Fax : ; Email:
Counsel for :

**Marc Carmel**
Kirkland & Ellis
200 East Randolph
Chicago, IL 60601
Fax: 3126600190; Email: mcarmel@kirkland.com
Counsel for : UAL Corp.

**Steve Carter**
Attorney General of Indiana
Indian Government Center South Fifth Floor 402 West Washington Stree
Indianapolis, IN 46204-2770
Fax: 3172327979; Email:
Counsel for : Indiana Department of Revenue

**Elena Bosk**
Zini & Associates
Professional Corporation 666 Third Ave., 24th Floor
New York, NY 10017
Fax: 2129801453; Email: elena.bosk@ziniandassociates.com
Counsel for : Banco di Napoli

**Vicki Braunagel**
Denver Airport Revenue Fund City
Department of Aviation 8500 Pena Blvd
Denver, CO 80249
Fax: (303) 342-2525; Email: Vicki.braunagel@diadenver.net
Counsel for : Denver Airport Revenue Fund City

**Thomas Brickner**
International Association of Machinists
9000 Machinists Place Suite 118 B
Upper Marlboro, MD 20772
Fax: 3019674591; Email: tbrickner@iamaw.org
Counsel for : IAM

**Amy Brown, Deputy City Attorney**
City & County of San Francisco
International Terminal North Shoulder Bldg., 5/F PO Box 8097
San Francisco, CA 94128
Fax: (650) 821-5086; Email: amy.brown@sfgov.org
Counsel for : San Francisco International Airport
City and County of San Francisco

**Gerard T. Bukowski, Vice President and General C**
Burns & McDonnell Engineering Company, Inc.
9400 Ward Parkway
Kansas City, MO 64114-3319
Fax : ; Email: gbukows@burnsmcd.com
Counsel for : Burns & McDonnell, including
Burns & McDonnell Engineering Company, Inc.

**Phil Burno**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL 60606
Fax: 3124310704; Email: pburno@whummer.com
Counsel for : Wayne Hummer Investments

**Robert Bush**
Geffner & Bush
3500 W. Olive Ave. Suite 1100
Burbank, CA 91505
Fax: (818) 973-3201; Email: rbush@geffner-bush.com
Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**James Caldwell**
IOS Capital, Inc.
Bankruptcy Administration IOS Capital, LLD 1738 Bass Road P.O. Box 1
Macon, GA 31208-3708
Fax: (478) 471-2394; Email: jcaldwell@ikon.com
Counsel for : IOS Capital, Inc.

**Michael Carney**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
Fax: 2127686800; Email: mcarney@sonnenschein.com
Counsel for : Official Committee of Unsecured Creditors

**David H. Botter**
Akin, Gump, Straus, Hauber & Feld, LLP
590 Madison Ave.
New York, NY 10022
Fax: (212) 872-1002; Email: dbotter@akingump.com
Counsel for : Ad Hoc Committee of Holders of EETC and ETC
Ad Hoc Committee of Noteholders

**Bernadette Brennan**
Michael A. Cordozo, Corporate Counsel for NYC
100 Church Street
New York, NY 10007
Fax : ; Email: bbrennan@law.nyc.gov
Counsel for : City of New York

**John M. Brom**
Benjamin Berneman & Brom, LLC
216 West Jackson Boulevard Suite 330
Chicago, IL 60606
Fax: 3124449086; Email: brom@3blaw.com
Counsel for : Nancy Abbot, et al.

**Abraham Brustein**
DiMonte & Lizak
216 W. Higgins Road
Park Ridge, IL 60068
Fax: 8476989623; Email: abrustein@dimonteandlizak.com
Counsel for : Advanced Roofing, Inc.

**Jonathan G. Bunge**
Davis & Campbell, LLC
225 West Washington Street Suite 2200
Chicago, IL 60606
Fax: 3129240271; Email: jgbunge@dcamplaw.com
Counsel for : Independent Fiduciary Services, Inc.

**Robert G. Burns**
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022-4611
Fax: 2124464900; Email: rburns@kirkland.com
Counsel for : UAL Corp.

**Gary Bush**
Bank of New York, (The)
101 Barclay Street
New York, NY 10286
Fax: (212) 815-5131; Email: gbush@bankofny.com
Counsel for : Bank of New York

**Sarah Campbell**
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Fax: (212) 354-8113; Email: scampbell@whitecase.com
Counsel for : Societe General
UFJ Bank Limited, Chicago Branch
Aircraft Finance Parties

**Jack J. Carriglio**
Meckler Bulger & Tilson
123 North Wacker Drive Suite 1800
Chicago, IL 60606
Fax: 3124747898; Email: jack.carriglio@mbtlaw.com
Counsel for : United Retired Pilots Benefit Protection
Association, an Illinois not-for- profit Corp.

**Ben T. Caughey**
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN  46282
Fax: (317) 592-4643;  Email: ben.caughey@icemiller.com
*Counsel for : Indianapolis Airport Authority*
*Citizens Gas & Coke Utility*

**Erik  Chalut**
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL  60601-6636
Fax: 3128612200;  Email: erik_chalut@chicago.kirkland.com
*Counsel for : UAL Corp.*

**Michael  Chimitris, Assistant General Counsel**
General Growth Management, Inc., as Agent
110 N. Wacker
Chicago, IL  60606
Fax: (312) 960-5993;  Email: swarsh@generalgrowth.com
*Counsel for : General Growth Management, Inc., as Agent*

**David C. Christian II**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700;  Email: dchristian@mwe.com
*Counsel for : Bank of New York*

**Francis A. Citera**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124568435;  Email: citeraf@gtlaw.com
*Counsel for : City of Chicago*

**Jeffrey  Clarke**
AT&T Corporation
1355 W. University Drive  Room # TDL L223
Mesa, AZ  85201
Fax: 4806494994;  Email: jeffreyclarke@att.com
*Counsel for : AT&T*

**Michael W. Coffield**
Michael W. Coffield & Associates
77 West Monroe Drive  Suite 4800
Chicago, IL  60601
Fax: 3124449658;  Email: mike@bigdoglaw.com
*Counsel for : Jane Ehrismann Zeller, et al.*

**Scott E. Cohen**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153
Fax: 2123108007;  Email: scott.e.cohen@weil.com
*Counsel for : General Electric Capital Corporation*

**Tom Combs**
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY  10019
Fax: (212) 507-0479;  Email: tom.combs@morganstanley.com
*Counsel for : Morgan Stanley*

**Cinzia  Corio-Holman, Esq.**
Port of Portland
7000 NE Airport Way, 3rd Floor
Portland, OR  97218
Fax: (503) 548-5586;  Email: corioc@portptld.com
*Counsel for : Port of Portland*

**Debra  Ceccotti**
Morgan Stanley
750 7th Avenue  20th Floor
New York, NY  10019
Fax: (212) 762-0358;  Email: debra.aaron@morganstanley.com
*Counsel for : Morgan Stanley*

**George M. Cheever**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street
Pittsburgh, PA  15222-2312
Fax: (412) 355-6501;  Email: gcheever@kl.com
*Counsel for : State Street Bank and Trust Co.*

**Anthony  Chiofalo**
Zini & Associates
Professional Corporation  666 Third Ave., 24th Floor
New York, NY  10017
Fax: 2129801453;  Email: anthony.chiofalo@ziniandassociates.com
*Counsel for : Banco di Napoli*

**Eleftheria N. Chronas**
Maceo & Associates, P.C.
c/o Jennifer Cote  Capital Properties, Inc.  31 St. James Avenue
Boston, MA  02116
Fax: 6172425566;  Email: en@maceorlaw.com
*Counsel for : OMV Associates, LP*

**Allison  Clark**
Merrill Corp.
250 S. Wacker Dr.  4th Fl.
Chicago, IL  60606
Fax: (312) 786-9900;  Email: allison.clark@merrillcorp.com
*Counsel for : Official Copy Service*

**Robert S. Clayman**
Guerrieri, Edmond & Clayman, PC
1625 Massachusetts Ave., NW  Suite 700
Washington, DC  20038-2243
Fax: (202) 624-7420;  Email: rclayman@geclaw.com
*Counsel for : Association of Flight Attendants*

**Stuart M. Cohen**
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299
Fax: 2129692900;  Email: smcohen@proskauer.com
*Counsel for : V-NP Properties, LLC*

**Stacy  Coleman**
LaSalle Bank National Association
135 S. LaSalle St.  Suite 1960
Chicago, IL  60603
Fax: (312) 904-2236;  Email: stacy.coleman@abnamro.com
*Counsel for : LaSalle Bank National Association*

**Robert A. Conrad**
HSBC Bank USA
452 Fifth Avenue
New York, NY  10018
Fax: (212) 525-1366;  Email: robert.conrad@us.hsbc.com
*Counsel for : HSBC Bank USA*

**Daniel G. Cortright**
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center  5th Floor
San Francisco, CA  94111
Fax: 4153985584;  Email: dgc@jmbm.com
*Counsel for : Phoenix Leasing Incorporated*

**Babette A. Ceccotti**
Cohen, Weiss & Simon, LLP
330 W. 42nd Street
New York, NY  10036-6976
Fax: (646) 473-8227;  Email: bceccotti@cwsny.com
*Counsel for : ALPA*

**Matthew W. Cheney, Esq.**
Swidler, Berlin, Shereff, Freidman, LLP
3000 K St., NW  Suite 300
Washington, DC  20007-5116
Fax: (202) 424-7643;  Email: mwcheney@swidlaw.com
*Counsel for : Koch Supply & Trading, LP*

**Edward P. Christian**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136122499;  Email: echristian@orrick.com
*Counsel for : WestLB. AG, f/k/a Westdeutsche Landesbank*
*Girozentrale, New York Branch*

**Paul E. Chronis**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096
Fax: 3129847700;  Email: pchronis@mwe.com
*Counsel for : Bank of New York*

**Julia  Clark**
IFPTE
8630 Fenton Street  Suite 400
Silver Spring, MD  20910
Fax: 3015650018;  Email: jclark@ifpte.org
*Counsel for : IFPTE*

**Nathan F. Coco**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700;  Email: ncoco@mwe.com
*Counsel for : Bank of New York*

**Jeffrey B. Cohen**
Pension Benefit Guaranty Corp.
Office of the General Counsel  1200 K Street, NW, Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: cohen.jeffrey@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**John Collen, Esq.**
Duane Morris, LLC
227 West Monroe St. Suite 3400
Chicago, IL  60606
Fax: (312) 499-6701;  Email: jcollen@duanemorris.com
*Counsel for : Philadelphia Department of Commerce*

**Katherine Constantine, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643;  Email: constantine.katherine@dorseylaw.com
*Counsel for : U.S. Bank National Association*

**Theresa Cosmano**
Theresa Cosmano
5526 N. Nordica
Chicago, IL  60656
Fax: ;  Email:
*Counsel for : Kenneth Scott Justet*

**Steven N. Cousins**
Armstrong Teasdale LLP
Metropolitan Square  Suite 2600
St. Louis, MO  63102-2740
Fax: 3146215065; Email: scousins@armstrongteasdale.com
*Counsel for : City of St. Louis*
*Lambert St. Louis International Airport*

**Eugene Crane**
Dannen, Crane, Heyman & Simon
135 LaSalle Street  # 1540
Chicago, IL  60603
Fax: (312) 641-7114; Email: ecrane@craneheyman.com
*Counsel for :*

**Gretchen Crawford, Assistant District Attorney**
Oklahoma County Treasurer
320 Robert S. Kerr  Room 307
Oklahoma City, OK  73102
Fax: 4057137158; Email: tammik@oklahomacounty.com
*Counsel for : Oklahoma County Treasurer*

**Leo T. Crowley**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 2128581500; Email: lcrowley@pillsburywinthrop.com
*Counsel for : Mitsui & Co. (USA), Inc.*
*Sumitomo Corporation*
*Mitsui & Co. International (Europe)*
*Marubeni America Corporation*
*Wells Fargo Bank Northwest, NA*

**Frank Cummings**
LeBoeuf, Lamb, Greene & MacRae, LLP
1875 Connecticut Avenue, NW
Washington, DC  20009-5728
Fax: 2029868102; Email: fcummings@llgm.com
*Counsel for : United Retired Pilots Benefit Protection*

**David Curry**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: 3127068230; Email : dcurry@mayerbrownrowe.com
*Counsel for :*

**Vincent A. D'Agostino**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2595; Email: vdagostino@lowenstein.com
*Counsel for : AT&T Corp.*

**Jeffrey C. Dan**
Dannen, Crane, Heyman & Simon
135 South LaSalle St.  Suite 1540
Chicago, IL  60603-4297
Fax: (312) 641-7114; Email: jdan@craneheyman.com
*Counsel for : Florida Power and Light*

**Michael J. D'Angelico**
U.S. Bank National Association
One Federal Street, 3rd Floor  Mail Station:  EX-MA-FED
Boston, MA  02110
Fax: 6176036640; Email: michael.dangelico@usbank.com
*Counsel for : U.S. Bank N.A.*

**Maria A. Dantas**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ  07102-5490
Fax: (973) 643-6111; Email: mdantas@llgm.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**Jeanne P. Darcey**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA  02199-7613
Fax: (617) 227-4420; Email: jdarcey@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Alex Darcy**
Askounis & Borst, P.C.
303 East Wacker  Suite 1000
Chicago, IL  60601
Fax: 3128610022; Email: adarcy@askborst.com
*Counsel for : Ad Hoc Committee*

**Steve Darnell**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039224083; Email: steve.darnell@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Raniero D'Aversa, Jr.**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820
Fax: (212) 262-1910; Email: rdaversa@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**Gregory E. Davidowitch**
Association of Flight Attendants
6400 Shafer Court  Suite 250
Rosemont, IL  60018
Fax: (847) 292-7180; Email: mecpresident@unitedafa.org
*Counsel for : Association of Flight Attendants*

**Jerome M. Davis**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL  60606
Fax: 3128767934; Email: jmdavis@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Susan B. de Resendiz**
Gardner, Carton & Douglas
191 N. Wacker Drive  Suite 3700
Chicago, IL  60606-1698
Fax: 3125693213; Email: sderesendiz@gcd.com
*Counsel for : Airbus North America Holdings, Inc.*

**Frances DeBlasio**
United Air Lines, Inc.
WHQLD  1200 East Algonquin Road
Elk Grove Village, IL  60007
Fax: 8477006340; Email: frances.deblasio@united.com
*Counsel for : United Air Lines, Inc.*

**William J. Delaney**
Tillinghast Licht Perkins Smith & Cohen, LLC
10 Weybosset Street, Suite 1000
Providence, RI  02903
Fax: (401) 456-1210; Email: wdelaney@tlslaw.com
*Counsel for : Rhode Island Airport Commission*

**Stephen Demotto**
GE Asset Management Incorporated
Two Union Square
Seattle, WA  98101-2341
Fax: 2065164578; Email: steve.demotto@corporate.ge.com
*Counsel for : GE Asset Management Incorporated*

**Andrew DeNatale**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113; Email: adenatale@whitecase.com
*Counsel for : Societe General*
*Aircraft Finance Parties*

**Michael K. Desmond**
Figliulo & Silverman, PC
10 South LaSalle Street  Suite 3600
Chicago, IL  60603
Fax: 3122514610; Email: mdesmond@fslegal.com
*Counsel for : Brierley & Partners*

**Paul H. Deutch**
Jenkens & Gilchrist
The Chrysler Building  405 Lexington Avenue
New York, NY  10174
Fax: 2127046288; Email: pdeutch@jenkens.com
*Counsel for : Beal Capital Markets*

**Brett S. Deutsch**
Orrick, Herrington & Sutcliff, LLP
666 Fifth Avenue
New York, NY  10103
Fax: 2125065151; Email: bdeutsch@orrick.com
*Counsel for : Quantum Partners LDC*

**Deborah A. Devaney**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934; Email: ddevaney@sonnenschein.com
*Counsel for : Creditors Committee*

**George Diamantopoulos**
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, 12th Floor
White Plains, NY  10601
Fax: 9149977125; Email: gdiaman@ssmplaw.com
*Counsel for : Aircraft Mechanics Fraternal Association*

**Barry J. Dichter**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: barry.dichter@cwt.com
*Counsel for : Lehman Brothers Holdings, Inc.*

**Bernard F. Diederich**
U.S. Department of Transportation
Office of General Counsel  C-10, Room 10102  400 7th Street, S.W.
Washington, DC  20590
Fax: 2023669170; Email: bernard.diederich@ost.dot.gov
*Counsel for : Unites States of Ameica*

**Kirk D. Dillman**
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street  Suite 3300
Los Angeles, CA  90017
Fax: 2136041234; Email: dillmank@hbdlawyers.com
*Counsel for : HSBC Bank USA*

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX   77253-3064
Fax: (713) 844-3503;  Email: houston_bankruptcy@publicans.com
*Counsel for : Harris County*
*Houston ISD*
*City of Houston*

**Dominic  DiNapoli**
FTI Consulting, Inc.
1177 Avenue of the Americas  3rd Fl.
New York, NY   10036
Fax: (646) 741-8940;  Email: Dominic.DiNapoli@fticonsulting.com
*Counsel for : FTI Consulting, Inc.*

**Angela D. Dodd**
Securities and Exchange Commission
Midwest Regional Office  175 W. Jackson Blvd  Suite 900
Chicago, IL   60604
Fax: (312) 353-7398;  Email: dodda@sec.gov
*Counsel for : Securities & Exchange Commission*

**Christopher B. Dolan**
Dolan Law Firm
333 Pine Street  4th Floor
San Francisco, CA   94104
Fax: 2154212830;  Email: chris@cbdlaw.com
*Counsel for : Kenneth Scott Justet*

**Edward C. Dolan**
Hogan & Hartson, LLP
Columbia Square  555 Thirteenth Street, N.W.
Washington, DC   20004-1109
Fax: (202) 637-5910;  Email: ecdolan@hhlaw.com
*Counsel for : Eagle County Air Terminal Corporation*

**James M. Donohue**
Ausley & McMullen
227 South Calhoun Street  P.O. Box 391
Tallahassee, FL   32302
Fax: (850) 222-7560;  Email: jdonohue@ausley.com
*Counsel for : Florida Self-Insurers Guaranty Assn., Inc.*

**J. Patrick  Donovan**
Chief Assistant Corporation Counsel
City of Chicago  30 North LaSalle Street, Rm. 900
Chicago, IL   60602
Fax: (312) 744-6798;  Email: pdonovan@cityofchicago.org
*Counsel for : City of Chicago*

**Dennis A. Dressler**
Askounis & Borst, P.C.
303 East Wacker  Suite 1000
Chicago, IL   60601
Fax: 3128610022;  Email: ddressler@askborst.com
*Counsel for : Ad Hoc Committee*

**Kevin C. Driscoll, Jr.**
Barnes & Thornburg
One North Wacker Drive  Suite 4400
Chicago, IL   60606
Fax: (312) 759-5646;  Email: kevin.driscoll@btlaw.com
*Counsel for : Indiana Department of Commerce*
*Indiana Transportation Finance Authority*

**Sheri L. Drucker**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL   60606
Fax: ,  Email: sdrucker@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**David L. Dubrow**
Arent Fox Kintner Plotkin & Kahn PLLC
1675 Broadway, 25th floor
New York, NY   10019
Fax: (212) 484-3990;  Email: dubrowd@arentfox.com
*Counsel for : Suntrust Bank*
*Vanguard Municipal Bond Funds*

**Bradley R. Duncan**
Hunton & Williams LLP
1751 Pinnacle Drive
McLean, VA   22102
Fax: 7037147410;  Email: bduncan@hunton.com
*Counsel for : Sabre Inc.*

**Robin M. Edwards**
Sonnenschein, Nath & Rosenthal LLP
685 Market Street  Sixth Floor
San Francisco, CA   94105
Fax: 4155435472;  Email: redwards@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Henry A. Efroymson**
Ice Miller
One American Square  PO Box 82001
Indianapolis, IN   46282
Fax: (317) 592-4843;  Email: henry.efroymson@icemiller.com
*Counsel for : Indianapolis Airport Authority*
*Citizens Gas & Coke Utility*

**John F. Eid**
ARINC, Inc.
2551 Riva Road
Annapolis, MD   21401
Fax: (410) 573-3278;  Email: jfe@arinc.com
*Counsel for : ARINC, Inc.*

**Michael M. Eidelman**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street  Suite 2600
Chicago, IL   60601-1003
Fax: 3126095005;  Email: meidelman@vedderprice.com
*Counsel for : UAL Corp.*

**David S. Elkind**
Reboul, MacMurray, Hewitt & Maynard
45 Rockefeller Plaza
New York, NY   10111
Fax: 2128415725;  Email: delkind@reboul.com
*Counsel for : British Airways Plc*

**John C. Elstad**
Brown, Rudnick, Berlack, Israels, LLP
One Financial Center
Boston, MA   02111
Fax: 6178568201;  Email: jelstad@brownrudnick.com
*Counsel for : Ad Hoc Committee*

**Patricia J. Emshwiller, Esq.**
Schiff, Hardin & Waite
233 S. Wacker Drive  6600 Sears Tower
Chicago, IL   60606-6473
Fax: (312) 258-5700;  Email: pemshwiller@schiffhardin.com
*Counsel for : Pratt & Whitney*
*Hamilton Sundstrand Corporation*

**Richard L. Epling**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY   10036
Fax: (212) 858-1500;  Email: repling@pillsburywinthrop.com
*Counsel for : Cooperative Centrale Raiffeisen-Boerenleenbank*
*Mitsui & Co (USA), Inc.*
*UGT Kumiai/TLC Saintpaulia Limited*
*UGT-2 Kumiai/TLC Liatris Ltd.*

**Brad B. Erens**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL   60601
Fax: (312) 782-8585;  Email: jdrpual@jonesday.com
*Counsel for : Continental Airlines, Inc.*

**Daniel M. Feeney**
Miller Shakman & Hamilton LLP
180 North LaSalle Street, Suite 3600
Chicago, IL   60601
Fax: 3122633270;  Email: dfeeney@millershakman.com
*Counsel for : Vie de France Yamazaki, Inc.*

**Todd A. Feinsmith**
Brown, Rudnick, Berlack, Israels, LLP
One Financial Center
Boston, MA   02111
Fax: 6178568201;  Email: tfeinsmith@brownrudnick.com
*Counsel for : Ad Hoc Committee*

**Mark E. Felger, Esq.**
Cozen O'Connor
Chase Manhattan Centre  1201 North Market Street  Suite 1400
Wilmington, DE   19801
Fax: (302) 295-2013;  Email: mfelger@cozen.com
*Counsel for : Argenbright Security, Inc.*

**Lisa H. Fenning**
Dewey Ballantine LLP
333 South Grand Avenue  26th Floor
Los Angeles, CA   90071
Fax: (213) 621-6100;  Email: ualservice@deweyballantine.com
*Counsel for : Verizon Capital Corporation*
*Walt Disney Pictures & Television*
*Morgan Stanley*
*Intrarock I, LLC*

**Marc I. Fenton**
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St.  Suite 1800
Chicago, IL   60601-1293
Fax: (312) 630-5348;  Email: marc.fenton@piperrudnick.com
*Counsel for : Air Canada*
*Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**Jorge A. Fernandez-Reboredo**
Rivera & Fernandez-Reboredo, PSC
P.O. Box 360764
San Juan, PR   00936-0764
Fax: 7872810708;  Email: jfernandez@rfrpsc.com
*Counsel for : Puerto Rico Ports Authority*

**James M. Finberg**
Lieff, Cabraser, Heimann & Berstein LLP
Embarcadero Center West  275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Fax: 4159561008; Email: jfinberg@lchb.com
 *Counsel for : Frank, et al.*

**Mark A. Fink**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th Floor
New York, NY  10020
Fax: 2127686800; Email: mfink@sonnenschein.com
 *Counsel for : Creditors Committee*

**J. Mark Fisher, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700; Email: mfisher@schiffhardin.com
 *Counsel for : Pratt & Whitney*
  *Hamilton Sundstrand Corporation*

**Robert M. Fishman**
Shaw Gussis Fishman Glantz & Wolfson, LLc
321 N. Clark St.  Suite 800
Chicago, IL  60610
Fax: 3122583888; Email: rfishman@shawgussis.com
 *Counsel for : Atlantic Coast Airlines, Inc.*

**Michelle J. Fisk**
Schiff Hardin, LLP
6600 Sears Tower
Chicago, IL  60606
Fax: 3122585700; Email: mfisk@schiffhardin.com
 *Counsel for : PNC Bank, National Association*
  *PNC Leasing, LLC*

**Janet  Fitzpatrick, Legal Assistant**
Unisys Corporation
Unisys Way  P.O. Box 500, M/S E8-108
Blue Bell, PA  19424
Fax: 2159865721; Email: janet.fitzpatrick@unisys.com
 *Counsel for : Unisys Corporation*

**Dennis D. Fitzpatrick**
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL  60603-1002
Fax: 3126067500; Email: dfitzpatrick@clausen.com
 *Counsel for : Irene Tan Cheng Hua*
  *Michael Sum*

**Michael J. Flaherty**
Flaherty & Jacobson, PC
134 North LaSalle Street  Suite 1600
Chicago, IL  60602
Fax: (312) 782-4725; Email: mflaherty@fjlaw.com
 *Counsel for : Goodrich Corporation*

**Steven B. Flancher, Assistant Attorney General**
State of Michigan, Attorney General
Department of Attorney General  Revenue and Collections Division  First I
Lansing, MI  48922
Fax: 5172417987; Email:
 *Counsel for : State of Michigan*

**Mark A. Flessner**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL  60606
Fax: 3128767934; Email: mflessner@sonnenschein.com
 *Counsel for : Official Committee of Unsecured Creditors*

**J. Brian Fletcher**
Jessop & Co., PC
303 E. 17th Ave.  Suite 930
Denver, CO  80203
Fax: (303) 860-7233; Email: jbfletcher@jessopco.com
 *Counsel for : Denver International Airport*
  *City and County of San Francisco,*
  *acting by and through San Francisco Airport Comm.*

**Mark T. Flewelling**
Anglin, Flewelling, Rasmussen LLP
c/o Brandon C. Ives  199 South Los Robles Avenue  Suite 600
Pasadena, CA  91101-2459
Fax: 6265777764; Email: mtf@afrct.com
 *Counsel for : Airport Group International, Inc.*

**Carol  Flowe**
Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Fax: (202) 857-6395; Email: flowe.carol@arentfox.com
 *Counsel for : Suntrust Bank*
  *Vanguard Municipal Bond Funds*

**Wilbur F. Foster, Jr.**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: 2128225216; Email: wfoster@milbank.com
 *Counsel for : BNP Paribas, Calyon*
  *Diamond Lease (USA), Inc., Diamond Airfinance Ltd.*
  *HSH Nordbank AG*
  *Kreditanstalt fur Wiederaufbau*
  *Mitsubishi, Norddeutsche Landesbank Girozentrale*

**Shari L. Friedman**
Marwedel, Minichello & Reeb
10 South Riverside Plaza, Suite 720
Chicago, IL  60606
Fax: (312) 902-9900; Email: sfriedman@mmr-law.com
 *Counsel for : Chromalloy Gas Turbine Corporation*

**Jeff J. Friedman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: 2129407109; Email: jeff.friedman@kmzr.com
 *Counsel for : Societe Nationale D'Etude et de Construction*
  *de Moteurs D'Aviaton*

**Lisa E. Funk**
American Airlines, Inc.
P.O. Box 619616  MD 5675
DFW Airport, TX  75261-9616
Fax: 8179672937; Email: lisa.funk@aa.com
 *Counsel for : American Airlines, Inc.*

**William  Gardner**
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820
Fax: (212) 262-1910; Email: wgardner@mayerbrownrowe.com
 *Counsel for : Barclays Bank PLC*

**Jeffrey Gargano**
Wallenstein & Wagner, Ltd.
311 South Wacker Drive  Suite 5300
Chicago, IL  60606
Fax: 3125543301; Email: jgargano@wallywag.com
 *Counsel for : Pitney Bowes Credit Corporation*

**Geoffrey H. Garrett**
Attorney at Law
8311 SE 83rd Street
Mercer Island, WA  98040
Fax : ; Email: garrettual@comcast.net
 *Counsel for : ALPA*

**John H. Garrott, Jr.**
Aviation Facilities Company, Inc.
7600 Colshire Drive  Suite 240
McLean, VA  22102
Fax: 7039022901; Email: jgarrott@afcoinc.com
 *Counsel for : AMB/AFCO Cargo IAD, LLC*

**Theresa  Gee**
United States Department of Labor
Office of the Solicitor - Plan Benefits Security Division  200 Constitution A
Washington, D.C.,  20210
Fax: 2026935610; Email: gee-theresa@dol.gov
 *Counsel for : US Department of Labor*

**Kimberly A. Geiler**
Gibson, Dunn & Crutcher, LLP
2100 McKinsey Ave.  Suite 1100
Dallas, TX  75201
Fax: (214) 698-3400; Email: kgeiler@gibsondunn.com
 *Counsel for : Atlantic Coast Airlines*

**Matthew T. Gensburg**
Greenberg Traurig, LLP
77 West Wacker Dr.  Suite 2400
Chicago, IL  60601
Fax: (312) 456-8435; Email: gensburgm@gtlaw.com
 *Counsel for : City of Chicago*

**Toby L. Gerber**
Fulbright & Jaworski LLP
2200 Ross Avenue  Suite 2800
Dallas, TX  75201-2784
Fax: 2148558200; Email: tgerber@fulbright.com
 *Counsel for : International Air Transport Association*

**Jeffrey W. Gettleman**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
Fax: 3128612200; Email: jgettleman@kirkland.com
 *Counsel for : UAL Corp.*

**Douglas C. Giese**
Defrees & Fiske
200 South Micigan Avenue  Suite 1100
Chicago, IL  60604
Fax: 3129395617; Email: dcgiese@defrees.com
 *Counsel for : City & County of Denver*

**David A. Gill**
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East  Third Floor
Los Angeles, CA  90067-2904
Fax: (310) 277-5735;  Email: dgill@dgdk.com
*Counsel for : City of Los Angeles, Dept. of Airports*

**R. Dale Ginter, Esq.**
Downey Brand LLP
555 Capitol Mall 10th Floor
Sacramento, CA  95814-4686
Fax: (916) 441-4021;  Email: dginter@downeybrand.com
*Counsel for : California Statewide Communities Development Auth.*

**Steven A. Ginther, Special Assistant Attorney Gen**
Missouri Department of Revenue
General Counsel's Office  301 W. High Street, Room 670  P.O. Box 475
Jefferson City, MO  65105-0475
Fax: 5737517232;  Email: ndilecf@mail.dor.state.mo.us
*Counsel for : Missouri Department of Revenue*

**Lara O. Glaesman**
Oppenheimer Wolff & Donnelly LLP
Plaza VII  Suite 3300  45 South Seventh Street
Minneapolis, MN  55402
Fax: 6126077100;  Email: lglaesman@oppenheimer.com
*Counsel for : Navitaire, Inc.*

**Thomas D. Goldberg, Esq.**
Day, Berry & Howard
One Canterbury Green
Stamford, CT  06901-2047
Fax: (203) 977-7301;  Email: tdgoldberg@dbh.com
*Counsel for : Pratt & Whitney*

**Ronald W. Goldberg**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136122499;  Email: rgoldberg@orrick.com
*Counsel for : WestLB. AG, f/k/a Westdeutsche Landesbank*
*Girozentrale, New York Branch*

**Brian E. Goldberg**
Orrick, Herrington & Sutcliff, LLP
666 Fifth Avenue
New York, NY  10103
Fax: 2125065151;  Email: bgoldberg@orrick.com
*Counsel for : Retirement Systems of Alabama*

**Richard N. Golding**
Katz Randall Weinberg & Richmond
333 W. Wacker Dr.  Suite 1800
Chicago, IL  60606
Fax: 3128073903;  Email: rgolding@krw.com
*Counsel for : Port Authority of New York and New Jersey*

**Ira H. Goldman**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax: ;  Email: bankruptcy@goodwin.com
*Counsel for : Wells Fargo Bank, National Association*

**Harley J. Goldstein**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606
Fax: 3123606572;  Email: hgoldstein@freebornpeters.com
*Counsel for : OurHouse, Inc.*

**Jonathan Goldstein**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: 2125306219;  Email: jgoldstein@milbank.com
*Counsel for : BNP Paribas, Calyon*
*Diamond Lease (USA), Inc., Diamond Airfinance Ltd.*
*HSH Nordbank AG*
*Kreditanstalt fur Wiederaufbau*
*Mitsubishi, Norddeutsche Landesbank Girozentrale*

**Henry Goodman**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: (212) 940-8776;  Email: henry.goodman@kmzr.com
*Counsel for : HypoVereinsbank*

**Barbara Goodstein**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: 2126499371;  Email: bgoodstein@llgm.com
*Counsel for : Nomura Babcock & Brown Co., Ltd.*

**Robert P. Gordon**
Deloitte & Touche LLP
Two Prudential Plaza  180 North Stetson Avenue
Chicago, IL  60601-6779
Fax: 3122988959;  Email: robegordon@deloitte.com
*Counsel for : Deloitte & Touche*

**Bruce Gordon**
IBM Credit Corporation
Restructuring Group - MD NC317  North Castle Drive
Armonk, NY  10504
Fax: 8454913264;  Email: gordonbr@us.ibm.com
*Counsel for : IBM Credit Corporation*

**David B. Goroff**
Foley & Lardner
321 North Clark Street  Suite 2800
Chicago, IL  60610
Fax: 3126447528;  Email: dgoroff@foleylaw.com
*Counsel for : Port of Portland; Tucson Airport Auth*
*John Wayne Airport; Miami-Dade County, Florida*
*Detroit Metropolitan Wayne County Airport*
*Port of Oakland*
*Metropolitan Washington Airport Authority*

**Karen Gossman**
Holland & Knight LLP
131 S. Dearborn, 30th Floor
Chicago, IL  60603
Fax: 3125786666;  Email: karen.gossman@hklaw.com
*Counsel for : Gate Gourmet Inc.*

**William F. Govier**
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Fax: 3122402588;  Email: william.govier@bingham.com
*Counsel for : Debtor's 1990 V Equipment Trust*

**Jeffrey J. Graham**
Sommer Barnard Ackerson, PC
4000 Bank One Tower  111 Monument Circle
Indianapolis, IN  46204
Fax: (317) 236-9802;  Email: jgraham@sbalawyers.com
*Counsel for : City of Indianapolis*

**Brian M. Graham**
Shaw Gussis Fishman Glantz & Wolfson, Llc
321 N. Clark St.  Suite 800
Chicago, IL  60610
Fax: 3129803888;  Email: bgraham@shawgussis.com
*Counsel for : Atlantic Coast Airlines, Inc.*

**Christine Grawemeyer**
United Air Lines, Inc.
1200 East Algonquin Road
Elk Grove Village, IL  60007
Fax: 8477004683;  Email: christine.grawemeyer@ual.com
*Counsel for : Debtor*

**Paul A. Greco**
DiMonte & Lizak
216 W. Higgins Road
Park Ridge, IL  60068
Fax: 8476989623;  Email: pgreco@dimonteandlizak.com
*Counsel for : Advanced Roofing, Inc.*

**Jonathan S. Green**
Miller, Canfield, Paddock & Stone PLC
150 West Jefferson Avenue  Suite 2500
Detroit, MI  48226
Fax: 3134968450;  Email: greenj@millercanfield.com
*Counsel for : Retirement Systems of Alabama*

**Ira S. Greene**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY  10022
Fax: 2129183100;  Email: isgreene@hhlaw.com
*Counsel for : Discover Financial Services*

**Brian J. Grieco**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY  10022
Fax: 2129183100;  Email: bjgrieco@hhlaw.com
*Counsel for : Discover Financial Services*

**John Grossbart**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934;  Email: jgrossbart@sonnenschein.com
*Counsel for : Creditors Committee*

**Judy A. Groves**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA  02199-7613
Fax: (617) 227-4420;  Email: jgroves@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**Matthew J. Gryzlo**
Wallenstein & Wagner, Ltd.
311 South Wacker Drive  Suite 5300
Chicago, IL  60606
Fax: 3125543301; Email: mgryzlo@wwrfirm.com
*Counsel for : Pitney Bowes Credit Corporation*

**Elizabeth M. Guffy**
Dewey Ballantine LLP
700 Louisana  Suite 1900
Houston, TX  77002
Fax: (713) 445-1533; Email: ualservice@deweyballantine.com
*Counsel for : Verizon Capital Corporation*
  *Walt Disney Pictures & Television*
  *Morgan Stanley*
  *Intravock I, LLC*

**Deborah M. Gutfeld**
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle St., Suite 1800
Chicago, IL  60601-1293
Fax: (312) 630-5336; Email: deborah.gutfeld@piperrudnick.com
*Counsel for : Wachovia Bank, N.A.*
  *f/k/a First Union National Bank*
  *Michelin Aircraft Tire Corporation*

**Wendy L. Hagenau**
Powell Goldstein LLP
1201 W. Peachtree Street, N.W.
Atlanta, GA  30309-3488
Fax: 4045726999; Email: whagenau@pogolaw.com
*Counsel for : Internap Network Services Corporation*

**W. Thomas Halbleib**
Stites & Harbison, PLLC
400 West Market St.
Louisville, KY  40202
Fax: (502) 587-6391; Email: thalbleib@stites.com
*Counsel for : Regn'l Airport Auth of Louisville/Jefferson Cnty*
  *Lexington-Fayette Urban Airport Board*

**Judith A. Hall**
Babcock & Brown LP
2 Harrison St.
San Francisco, CA  94105
Fax: (415) 267-1500; Email: judith.hall@babcockbrown.com
*Counsel for : Babcock & Brown LP*

**William H. Hall**
U.S. Bank National Association
U.S. Bank Corporate Trust Services  One Federal Street, 3rd Floor  Mail S
Boston, MA  02110
Fax: 5032585991; Email: william.hall@usbank.com
*Counsel for : U.S. Bank N.A.*

**Jerry Hall**
Hunton & Williams LLP
1751 Pinnacle Drive  Suite 1700
McLean, VA  22102
Fax: 7037147410; Email: jhall@hunton.com
*Counsel for : Vie de France Yamazaki, Inc.*

**Aviva J. Halpern**
Salans
620 Fifth Avenue
New York, NY  10020
Fax: 2126325555; Email: ahalpern@salans.com
*Counsel for : Calyon, et al.*

**Ian Hammel**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: (617) 542-2241; Email: ihammel@mintz.com
*Counsel for : Fifth Third Bank, N.A.*
  *HSBC Bank USA*

**Aaron L. Hammer, Esq.**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: (312) 701-7711; Email: ahammer@mayerbrownrowe.com
*Counsel for : Philip Morris Capital Corp.*
  *General Foods Credit Investors No. 3 Corp.*

**Lawrence M. Handelsman**
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10039-4982
Fax: (212) 806-6006; Email: lhandelsman@stroock.com
*Counsel for : Delta Air Lines, Inc.*

**Jonathan C. Hantke**
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
Fax: 2819865321; Email: jhantke@aldine.k12.tx.us
*Counsel for : Aldine Independent School District*

**H. benjamin Hardy, Jr.**
4675 Sioux Dr.  Apartment # 208
Boulder, CO  80303
Fax: ; Email:
*Counsel for : Pro Se*

**David J. Harris**
Burch, Porter & Johnson
130 North Court Avenue
Memphis, TN  38103
Fax: 9015245024; Email: dharris@bpjlaw.com
*Counsel for : Hilton Hotels Corporation*

**Steven M. Hartmann**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606-6677
Fax: 3123606573; Email: shartmann@freebornpeters.com
*Counsel for : Chase Transportation*
  *Chase Terminal*
  *Motiva*
  *SOPUS*
  *Shell Pipeline*

**Ruth A. Harvey**
US Department of Justice
Civil Division  PO Box 875  Ben Franklin Station
Washington, DC  20044
Fax: (202) 514-9163; Email: ruth.harvey@usdoj.gov
*Counsel for : US Department of Justice*

**James F. Hayden**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: (212) 354-8113; Email: jhayden@whitecase.com
*Counsel for : UFJ Bank Limited, Chicago Branch*

**David Hayes, Chief Legal Officer**
Trans States Airlines, Inc.
11495 Natural Bridge Road
St. Louis, MO  63044
Fax: 3142224311; Email: dhayes@transstates.net
*Counsel for : Trans States Airlines, Inc.*

**Nathan Haynes**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: nathan.haynes@cwt.com
*Counsel for : Northwest Airlines*

**Thomas E. Healey**
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, DC  20007
Fax: 2022987570; Email: thomas.healey@kmzr.com
*Counsel for : Hypovereins Bank*

**John McL. Healy, Esq.**
IAE International Aero Engines AG
IAE Building  400 Main Street, M/S 121-10
East Hartford, CT  06108
Fax: (860) 565-5220; Email: jhealy@iaev2500.com
*Counsel for : IAE International Aero Engines AG*

**Paul E. Heath**
Vinson & Elkins LLP
3700 Trammell Crow Center  2001 Ross Avenue
Dallas, TX  75201-2975
Fax: (214) 999-7976; Email: pheath@velaw.com
*Counsel for : Dallas/Ft. Worth Int'l. Airport Board*

**Mark F. Hebbeln**
Gardner, Carton & Douglas
321 N. Clark Street  Suite 3400
Chicago, IL  60610
Fax: (312) 644-3381; Email: mhebbeln@gcd.com
*Counsel for : HSBC Bank USA*
  *Fifth Third Bank*

**Steven M. Hedberg**
Perkins Coie LLP
1201 Third Avenue  Suite 4800
Seattle, WA  98101-3099
Fax: 2065838500; Email: shedberg@perkinscoie.com
*Counsel for : The Boeing Company*
  *Boeing Capital Corp.*

**Steven Heim, Esq.**
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN  55402-1498
Fax: (612) 340-2643; Email: heim.steven@dorseylaw.com
*Counsel for : U.S. Bank National Association*

**David Heller**
Latham & Watkins
233 S. Wacker Drive  Suite 5800
Chicago, IL  60606
Fax: (312) 993-9767; Email: david.heller@lw.com
*Counsel for : Bank One*
  *Bank One Delaware, NA*

**Eric Henricks**
Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Fax: 6146772285; Email: henrice@nationwide.com
*Counsel for : Nationwide Life Insurance Company
Provident Nationwide Provident a/k/a Mutual
Life Insurance Company*

**Christine Heri**
United States Department of Labor
Office of the Solicitor  230 S. Dearborn, 8th Floor
Chicago, IL  60604
Fax: 3123531023; Email: heri-christine@dol.gov
*Counsel for : US Department of Labor*

**Jeffery D. Hermann**
Orrick, Herrington & Sutcliff, LLP
777 South Figueroa Street  Suite 3200
Los Angeles, CA  90017-5855
Fax: 2136122499; Email: jhermann@orrick.com
*Counsel for : WestLB AG*

**Robert W. Herrman**
Investment Management Advisors, LLC
800 E. Northwest Highway
Suite #203
Mt. Prospect, IL  60056
Fax: 8476705805; Email: rherrman@ima-advisors.com
*Counsel for : PSEG Resources, LLC*

**Cathy Hershcopf**
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036
Fax: (212) 479-6275; Email: chershcopf@kronishlieb.com
*Counsel for : UAL ESOP*

**Neil H. Herskowitz**
Riverside Contracting LLC
P.O. Box 626  Planetarium Station
New York, NY  10024-0540
Fax: 2125017088; Email:
*Counsel for : Regen Capital I, Inc.*

**Gregory G. Hesse**
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, TX  75202-2799
Fax: 2148554300; Email: ghesse@jenkens.com
*Counsel for : Beal Capital Markets*

**Richard Hiersteiner**
Palmer & Dodge, LLP
111 Huntington Ave.  Prudential Center
Boston, MA  02199-7613
Fax: (617) 227-4420; Email: rhiersteiner@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut*

**Ken Higman**
Hewlett-Packard Company
2125 E. Katella Avenue
Anaheim, CA  92806
Fax: (714) 940-7539; Email: ken.higman@hp.com
*Counsel for : Hewlett-Packard Company*

**Barbara M. Hill, Asst. County Atty.**
Broward County Aviation Department
320 Terminal Drive
Fort Lauderdale, FL  33315
Fax: (954) 359-1292; Email: bahill@broward.org
*Counsel for : Broward County*

**Barbara J. Hillman**
Cornfield & Feldman
25 E. Washington St.  Suite 1400
Chicago, IL  60602
Fax: (312) 236-6686; Email: bhillman@cornfieldandfeldman.com
*Counsel for : Association of Flight Attendants*

**Michael Hoggan**
Wells Fargo Bank Northwest, NA
Corporate Trust Services  299 S. Main Street  12th Floor
Salt Lake City, UT  84111
Fax: (801) 246-5053; Email: michael.hoggan@wellsfargo.com
*Counsel for : Wells Fargo Bank Northwest, NA*

**Margaret A. Holland**
New Jersey Attorney General's Office
Division of Law  R.J. Hughes Justice Complex  P.O. Box 106; 25 Market S
Trenton, NJ  08625
Fax: (609) 292-6007; Email: hollamar@law.dol.lps.state.nj.us
*Counsel for : New Jersey Director, Div. Of Taxation*

**Brian L. Holman**
White & Case LLP
633 West Fifth Street #1900
Los Angeles, CA  90071-2007
Fax: (213) 687-0758; Email: bholman@whitecase.com
*Counsel for : AT&T Credit Holdings, Inc., et al.
ank of America (vendor & leasing and cap)
DFO Partnership
Lone Star Air Partners LLC
USWFS Intermediary Trust*

**James D. Holzhauer**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: 3127069165; Email: jholzhauer@mayerbrownrowe.com
*Counsel for : Glenn F. Tilton*

**Edward B. Hopper**
Stewart & Irwin, P.C.
251 E. Ohio Street  Suite 1100
Indianapolis, IN  46204
Fax: 3176321319; Email: ehopper@stewart-irwin.com
*Counsel for : Ike Williamson, et al.*

**John D. Horenstein**
Condon & Forsyth LLP
7 Times Square  Times Square Tower  18th Floor
New York, NY  10036
Fax: 2123704453; Email: jhorenstein@condonlaw.com
*Counsel for : Mitsubishi Heavy Industries, Ltd.*

**Alan Horowitz**
Buchalter, Newmer, Fields & Younger
895 Dove Street  Suite 400
Newport Beach, CA  92658-8129
Fax: 9497200182; Email: ahorowitz@buchalter.com
*Counsel for : Oracle Corporation*

**Tami Horton**
Sperling & Slater
55 West Monroe St.  Suite 3200
Chicago, IL  60603
Fax: ; Email: thorton@sperling-law.com
*Counsel for : Official Committee of Unsecured Creditors*

**Miles Hughes**
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
Fax: 3129847700; Email: mwhughes@mwe.com
*Counsel for : Bank of New York*

**John D. Huige**
Unisys Corporation
695 Blairmoor Court
Grosse Pointe Woods, MI  48236
Fax: 3133439441; Email: john.huige@unisys.com
*Counsel for : Unisys Corporation*

**Chad Husnick**
Kirkland & Ellis
200 East Randolph
Chicago, IL  60601
Fax: 3128469171; Email: chusnick@kirkland.com
*Counsel for : UAL Corp.*

**Cassandra Ingram**
Wells Fargo Investment, LLC
MAC N9303-089  608 Second Ave South, 8th Floor
Minneapolis, MN  55402
Fax: 6126672516; Email: cassandra.I.ingram@wellsfargo.com
*Counsel for : Wells Fargo*

**Kenneth W. Irvin**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2028870763; Email: wmccarron@mofo.com
*Counsel for : San Diego County Regional Airport Authority*

**Peter A. Ivanick**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: (212) 424-8500; Email: pivanick@llgm.com
*Counsel for : Wachovia Bank, N.A.
f/k/a First Union National Bank*

**Paula K. Jacobi**
Sugar, Friedberg & Felsenthal
30 North LaSalle St., Suite 3000
Chicago, IL  60602
Fax: (312) 372-7951; Email: pjacobi@sff-law.com
*Counsel for : Suntrust Bank
Vanguard Municipal Bond Funds*

**David Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934; Email: djacobson@sonnenschein.com
*Counsel for : Creditors Committee*

**Fruman Jacobson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower 233 S. Wacker Drive
Chicago, IL 60606
Fax: (312) 876-7934; Email: fjacobson@sonnenschein.com
*Counsel for : Creditors Committee*

**Richard J. Jacobson**
Flahery & Jacobson, PC
134 North LaSalle Street Suite 1600
Chicago, IL 60602
Fax: (312) 782-4725; Email: rjacobson@fjlaw.com
*Counsel for : Goodrich Corporation*

**Steven R. Jakubowski**
Robert F. Coleman & Associates
77 West Wacker Drive Suite 4800
Chicago, IL 60601
Fax: (312) 444-1028; Email: sjakubowski@colemanlawfirm.com
*Counsel for : Quantum Partners LDC*

**Kim Y. Jefferson**
Tennessee Attorney General's Office
Office of the Attorney General Bankruptcy Division PO Box 20207
Nashville, TN 37202
Fax: (615) 741-3334; Email: icillinois@state.tn.us
*Counsel for : Tennessee Attorney General's Office*

**William S. Jenkins**
Myers & Jenkins
3003 North Central Avenue Suite 1900
Phoenix, AZ 85012
Fax: (602) 200-7910; Email: wsj@mjlegal.com
*Counsel for : City of Des Moines, IA Dept of Aviation*

**Brian A. Jennings**
Perkins Coie LLP
1201 Third Avenue 48th Floor
Seattle, WA 98101-3099
Fax: 2065838500; Email: bjennings@perkinscoie.com
*Counsel for : The Boeing Company
Boeing Capital Corp.*

**Steven D. Jerome**
Snell & Wilmer LLP
One Arizona Center 400 E. Van Buren St.
Phoenix, AZ 85004-2202
Fax: 6023826070; Email: sjerome@swlaw.com
*Counsel for : Tucson Airport Authority ("TAA")*

**Douglas W. Jessop**
Jessop & Co., PC
303 E. 17th Ave. Suite 930
Denver, CO 80203
Fax: (303) 860-7233; Email: dwjessop@jessopco.com
*Counsel for : Denver International Airport
City and County of San Francisco,
acting in and through San Francisco Airport Comm.*

**Thomas L. Johns**
Oiltest, Inc.
111 Broadway 9th Floor
New York, NY 10006
Fax : ; Email: tljohnsesq@aol.com
*Counsel for : Oiltest, Inc.*

**David P. Johnson**
Hamilton-Sundstrand
4747 Harrison Avenue Mail Stop 255-6
Rockford, IL 61108
Fax: (815) 394-2439; Email: davidp.johnson@hs.utc.com
*Counsel for : Hamilton-Sundstrand*

**Russell R. Johnson, III**
Attorney at Law
3734 Byfield Place
Richmond, VA 23233
Fax: ; Email: russj4478@aol.com
*Counsel for : Public Service Electric & Gas Co.
Commonwealth Edison Company
Michigan Consolidated Gas Company*

**Cindy R. Johnson**
Imperial County Treasurer
940 West Main Street Suite 106
El Centro, CA 92243
Fax: 7603527883; Email: cindyjohnson@imperialcounty.net
*Counsel for : County of Imperial, California*

**James O. Johnston**
Hennigan, Bennett & Dorman LLP
601 S. Figueroa St. Suite 3300
Los Angeles, CA 90017
Fax: (213) 694-1234; Email: johnstonj@hbdlawyers.com
*Counsel for : Franklin Advisors, Inc.
Oaktree Capital Management LLC*

**Laura D. Jones**
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market St. Suite 1600
Wilmington, DE 19801
Fax: (302) 652-4400; Email: ljones@pszyj.com
*Counsel for :*

**Gregory J. Jordan**
Dykema, Gossett, Rooks, Pitts, PLLC
10 S. Wacker Drive Suite 2300
Chicago, IL 60606
Fax: 8666980830; Email: gjordan@dykema.com
*Counsel for : John D. Steuart
John H. Fullmer
Layton S. Han
Craig S. Stevens*

**Danni L. Jorenby, Deputy**
State of Wisconsin
Department of Workforce Development Unemployment Insurance P.O. E
Madison, WI 53708
Fax: 6082666692; Email: danni.jorenby@dwd.state.wi.us
*Counsel for : State of Wisconsin*

**David Kane**
Freebom & Peters
311 S. Wacker Drive Suite 3000
Chicago, IL 60606
Fax: 3123606572; Email: dkane@freebornpeters.com
*Counsel for : OurHouse, Inc.*

**William W. Kannel, Esq.**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Fax: (617) 542-2241; Email: wkannel@mintz.com
*Counsel for : Fifth Third Bank, N.A.*

**Harold L. Kaplan**
Gardner, Carton & Douglas
321 N. Clark Street Suite 3400
Chicago, IL 60610-4795
Fax: (312) 644-3381; Email: hkaplan@gcd.com
*Counsel for : HSBC Bank USA
Fifth Third Bank*

**James Katchadurian**
Poorman-Douglass Corporation
49 Todd Hill Circle
Goldens Bridge, NY 10526
Fax: (914) 206-4800; Email: james.katchadurian@poorman-douglas.com
*Counsel for : Poorman-Douglass Corporation*

**Harold A. Katz**
Katz, Friedman, Eagle, Eisenstein & Johnson
77 West Washington Street 20th Floor
Chicago, IL 60602
Fax: (312) 372-5555; Email: hkatz@kfeej.com
*Counsel for : Air Line Pilots Association, Int'l.*

**Andrew S. Kelley**
Arnold & Porter LLP
370 Seventeenth Street Suite 4500
Denver, CO 80202-1370
Fax: 3038320428; Email: andrew.kelley@aporter.com
*Counsel for : Gate Gourmet Inc.*

**Wesley G. Kennedy**
Allison, Slutsky & Kennedy, PC
230 West Monroe Street Suite 2600
Chicago, IL 60606
Fax: (312) 364-9410; Email: kennedy@ask-attorneys.com
*Counsel for : Professional Airline Flight Controller Association - UAL*

**Anne Marie Kennelly**
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304
Fax: (650) 852-8617; Email: anne.kennelly@hp.com
*Counsel for : Hewlett-Packard Company*

**Alexander D. Kerr, Jr.**
Tishler & Wald, Ltd.
200 South Wacker Dr. Suite 2600
Chicago, IL 60606
Fax: (312) 876-3816; Email: akerr@tishlerandwald.com
*Counsel for : City of Des Moines, IA Dept of Aviation*

**Marc Kieselstein**
Kirkland & Ellis
200 E. Randolph Drive Suite 6500
Chicago, IL 60601
Fax: (312) 861-2200; Email: marc_kieselstein@chicago.kirkland.com
*Counsel for : UAL Corporation*

**Irving M. King**
P.O. Box 497262
Chicago, IL 60649-7262
Fax: 7733747789; Email: imking10@ameritech.net
*Counsel for : Transport Workers Union of America - AFL-CIO*

**Janice L. Kiraly**
LSG Sky Chefs
Global Credit and Collections  6191 North State Highway 161
Irving, TX  75038
Fax: 9727930008; Email: janice.kiraly@lsgskychefs.com
    Counsel for : LSG Sky Chefs

**Michael S. Kogan**
Ervin, Cohen & Jessup LLP
9401 Wilshire Boulevard  9th Floor
Beverly Hills, CA  90212
Fax: 3108592325; Email: mkogan@ecjlaw.com
    Counsel for : Ronald A. Katz Technology Licensing, L.P.

**Michelle L. Kopf**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934; Email: mkopf@sonnenschein.com
    Counsel for : Creditors Committee

**Stuart Kovensky**
John A. Levin & Co.
1 Rockefeller Plaza  19th Floor
New York, NY  10020
Fax: (212) 332-8402; Email: skovensky@levinco.com
    Counsel for :

**Richard P. Krasnow**
Weil, Gotshal & Manges, LLP
767 Fifth Ave.
New York, NY  10153
Fax: (212) 310-8007; Email: richard.krasnow@weil.com
    Counsel for : General Electric Capital Corporation
    and certain of its affiliates

**Richard M. Kremen, Esq.**
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD  21209-3600
Fax: (410) 580-3001; Email: richard.kremen@piperrudnick.com
    Counsel for : Wachovia Bank, N.A.
    f/k/a First Union National Bank
    Michelin Aircraft Tire Corporation

**Connie A. Lahn**
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center  775 Prairie Center Drive
Eden Prairie, MN  55344
Fax: 9529959577; Email: connie.lahn@fmjlaw.com
    Counsel for : Metropolitan Airports Commission

**Timothy J. Langella**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: 6175422241; Email: tlangella@mintz.com
    Counsel for : Fifth Third Bank

**Lon P. LeClair**
Wells Fargo
Sixth & Marquette  N9303-120
Minneapolis, MN  55479
Fax: ; Email: bankruptcy@goodwin.com
    Counsel for : Wells Fargo Bank, National Association

**Brian Leitch**
Arnold & Porter LLP
370 Seventeenth Street  Suite 4500
Denver, CO  80202-1370
Fax: 3038320428; Email: brian_leitch@aporter.com
    Counsel for : Gate Gourmet Inc.

**Ryan Kitchell**
State of Indiana
One North Capitol  Suite 900
Indianapolis, IN  46204
Fax: 3172326786; Email: rkitchell@idfa.in.us
    Counsel for : Indiana Department of Commerce
    Indiana Transportation Finance Authority

**Joe Kohanski**
Geffner & Bush
3500 W. Olive Ave.  Suite 1100
Burbank, CA  91505
Fax: (818) 973-3201; Email: jkohanski@geffner-bush.com
    Counsel for : Int'l Assoc. of Machinists and Aerospace Workers

**Sharon Kopman**
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA  90017-5800
Fax: 2136808500; Email: skopman@kirkland.com
    Counsel for : UAL Corp.

**Michael Kramer**
West LB AG, Tokyo Branch
Roppongi Hills Mori Tower  6-10-1, Robbongi, Minato-ku
Tokyo  106-6137,    Japan
Fax: ; Email: michael_kramer@westlb.co.jp
    Counsel for :

**Ken Kraus**
Schopf & Weiss LLP
312 West Randolph  Suite 300
Chicago, IL  60606
Fax: 3127019335; Email: kraus@sw.com
    Counsel for : ORIC Capital Markets, LLC

**Jonathan D. Kron, Esq.**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: (312) 701-7711; Email: jkron@mayerbrownrowe.com
    Counsel for : Philip Morris Capital Corp.
    General Foods Credit Investors No. 3 Corp.

**John Lakosil**
United Air Lines, Inc.
WHQLD  1200 E. Algonquin Rd.
Elk Grove Village, IL  60007
Fax: (847) 700-4683; Email: John.Lakosil@ual.com
    Counsel for : UAL Corporation

**Joseph G. LaRusso, Assistant Corporation Couns**
City of Boston
City Hall Room M-5  One City Hall Square
Boston, MA  02201
Fax: 6176354702; Email: joseph.larusso@ci.boston.ma.us
    Counsel for : City of Boston

**Michael D. Lee**
Schuyler, Roche & Zimer, P.C.
One Prudential Plaza  Suite 3800
Chicago, IL  60601
Fax: (312) 565-8300; Email: mlee@srzlaw.com
    Counsel for : Verizon Capital Corporation
    Walt Disney Pictures & Television
    Morgan Stanley
    Intrarock I, LLC

**David LeMay**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
Fax: 6467105112; Email: dlemay@chadbourne.com
    Counsel for : Citibank Privatkunden AG

**Roy S. Kobert, P.A.**
Broad & Cassel
390 N. Orange Ave.  Suite 1100
Orlando, FL  32801
Fax: (407) 650-0927; Email: rkobert@broadandcassel.com
    Counsel for : Greater Orlando Aviation Authority

**Vincent A. Kolber**
Residco
Three First National Plaza  Suite 777
Chicago, IL  60602
Fax: (312) 726-3690; Email: kolber@residco.com
    Counsel for : Vincent A. Kolber

**Eugene J. Kottenstette**
City & County of Denver
201 W. Colfax Avenue  Department 1207
Denver, CO  80202-5332
Fax: ; Email: bankruptcy.gene@ci.denver.co.us
    Counsel for : City & County of Denver

**Michael Kramer**
Greenhill
300 Park Ave.  23rd Fl.
New York, NY  10022
Fax: (212) 389-1700; Email: mkramer@greenhill-co.com
    Counsel for :

**John P. Kreis**
Law Offices of John P. Kreis
515 S. Flower St.  Suite 3600
Los Angeles, CA  90071-2203
Fax: 2133300258; Email: jkreis@atglobal.net
    Counsel for : Meggitt Safety Systems, Inc.

**Robert Labate**
Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL  60603
Fax: 3125786666; Email: robert.labate@hklaw.com
    Counsel for : Gate Gourmet Inc.

**Kathleen M. LaManna**
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Fax: ; Email: bankruptcy@goodwin.com
    Counsel for : Wells Fargo Bank, National Association

**Linda S. Law**
City of Portland - City Attorney's Office
1221 SW 4th Avenue  Room 430
Portland, OR  97204
Fax: ; Email: llaw@ci.portland.or.us
    Counsel for : City of Portland

**Mark E. Leipold**
Gould & Ratner
222 North LaSalle Street  Suite 800
Chicago, IL  60601-1086
Fax: 3122363241; Email: mleipold@gouldratner.com
    Counsel for : U.S. Bank N.A.

**Heather Lennox**
Jones, Day, Reavis & Pogue
North Point  901 Lakeside Avenue
Cleveland, OH  44114
Fax: (216) 579-0212; Email: jdrpual@jonesday.com
    Counsel for : National Processing Company LLC
    National City Bank of Kentucky

**Edward J. Lesniak, Esq.**
Burke, Warren, MacKay & Serritella
330 N. Wabash Ave.  22nd Fl. IBM Plaza
Chicago, IL  60611-3607
Fax: (312) 840-7900;  Email: elesniak@burkelaw.com
*Counsel for : Aviall, Inc.*

**Charles B. Leuin**
Jenkens & Gilchrist
225 W. Washington St.  Suite 2600
Chicago, IL  60606
Fax: (312) 425-3909;  Email: cleuin@jenkens.com
*Counsel for : International Air Transport Association
Beal Capital Markets*

**Ira Levee**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: 9735972481;  Email: ilevee@lowenstein.com
*Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Sonya L. Levine**
United States Department of Labor
Office of the Solicitor, Plans Benefits Security Division  Suite N-4611 200
Washington, D.C.,  20210
Fax: 2026935610;  Email: levine.sonya@dol.gov
*Counsel for : US Department of Labor*

**James Levine, Chief Legal Counsel**
Air Transportation Stabilization Board
1120 Vermont Ave.  Suite 970
Washington, DC  20005
Fax: (202) 622-3420;  Email: atsb@do.treas.gov
*Counsel for : Air Transportation Stabilization Board*

**Seth A. Levine**
Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Fax: 5045363007;  Email: slevine@bakerdonelson.com
*Counsel for : New Orleans Aviation Board (NOAB)*

**Sharon L. Levine**
Lowenstein Sandler, PC
65 Livingston Ave.
Roseland, NJ  07068
Fax: (973) 597-2375;  Email: slevine@lowenstein.com
*Counsel for : Int'l Assoc. of Machinists and Aerospace Workers*

**Louis W. Levit, P.C.**
Ross & Hardies
150 North Michigan Avenue  Suite 2500
Chicago, IL  60601-7567
Fax: (312) 750-8600;  Email: louis.levit@rosshardies.com
*Counsel for : IAE International Aero Engines AG*

**Stephen Lew**
Office of the California Attorney General
300 So. Spring Street  Suite 1702
Los Angeles, CA  90013-1230
Fax: 2138975775;  Email: stephen.lew@doj.ca.gov
*Counsel for : California State Board of Equalization*

**Christopher Lhulier**
Mintz,Levin,Cohn,Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA  02111
Fax: 6175422241;  Email: clhulier@mintz.com
*Counsel for : Fifth Third Bank, N.A.
HSBC Bank USA*

**Michael C. Li**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: 2149536503;  Email: michael.li@bakerbotts.com
*Counsel for : Brierley & Partners*

**Carolyn Lievers, Asst. Atty. General**
Colorado Department of Revenue
1525 Sherman Street, 5th floor
Denver, CO  80203-1760
Fax: (303) 866-5671;  Email: janet.nuckles@state.co.us
*Counsel for : Colorado Department of Revenue*

**Douglas J. Lipke**
Vedder, Price, Kaufman & Kammholz
222 North LaSalle Street
Chicago, IL  60601-7500
Fax: (312) 609-5005;  Email: dlipke@vedderprice.com
*Counsel for : UAL Corporation*

**Bruce E. Lithgow**
Bell, Boyd and Lloyd LLC
70 W. Madison Street  Suite 3300
Chicago, IL  60602
Fax: 3128278118;  Email: blithgow@bellboyd.com
*Counsel for : Horace Edward Tolle*

**Daniel M. Litt**
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC  20037-1526
Fax: 2028870689;  Email: littd@dsmo.com
*Counsel for : Allied Capital Corporation*

**Leslie D. Locke**
Ross & Hardies
150 North Michigan Avenue  Suite 2500
Chicago, IL  60601-7567
Fax: (312) 750-8600;  Email: leslie.locke@rosshardies.com
*Counsel for : IAE International Aero Engines AG*

**Dana J. Lockhart**
Airbus North America Holdings, Inc.
198 Van Buren Street  Suite 300
Herndon, VA  22070
Fax: (703) 834-3547;  Email: dana.lockhart@airbus.com
*Counsel for : Airbus North America Holdings, Inc.*

**Sara E. Lorber**
Seyfarth Shaw LLP
56 E. Monroe St.  45th Floor
Chicago, IL  60603
Fax: 3122698869;  Email: slorber@seyfarth.com
*Counsel for : Gate Gourmet Inc.
Gate Safe, Inc.*

**James D. H. Loushin**
Faegre & Benson LLP
2200 Wells Fargo Center  90 South Seventh Street
Minneapolis, MN  55402-3901
Fax: (612) 766-1600;  Email: jloushin@faegre.com
*Counsel for : Frontier Airlines, Inc.*

**Frank Lucas**
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21118
Fax: 4107530943;  Email: frank.lucas@eulerhermes.com
*Counsel for : Euler Hermes ACI*

**Paul A. Lucey**
Michael Best & Friedrich LLC
100 E. Wisconsin Ave., Suite 3300
Milwaukee, WI  53202
Fax: 4142770858;  Email: palucey@mbf-law.com
*Counsel for : Ameriquest Capital Corp.*

**Timothy J. Lynes**
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson, N.W.
Washington, DC  20007
Fax: 2022987570;  Email: timothy.lynes@kmzr.com
*Counsel for : Societe Nationale D'Etude et de Construction
de Moteurs D'Aviaton*

**Joan MacDonald**
Public Service Resources Corp.
80 Park Plaza, T-22
Newark, NJ  07102-4194
Fax: 9734583569;  Email: joan.macdonald@pseg.com
*Counsel for : N654UA*

**Monika J. Machen, Esq.**
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL  60606
Fax: 3128767934;  Email: mmachen@sonnenschein.com
*Counsel for : Creditors Committee*

**Bret A. Maidman**
Lewis and Roca LLP
40 North Central Avenue  Suite 1900
Phoenix, AZ  85004-4429
Fax: (602) 734-3825;  Email: bmaidman@lrlaw.com
*Counsel for : America West Airlines, Inc.*

**George Malik**
Gate Gourmet Inc.
5100 Poplar Ave.
Memphis, TN  38137
Fax: (901) 766-3710;  Email: galverd@gategourmet.com
*Counsel for : Gate Gourmet Inc.*

**Terry John Malik**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: (312) 558-5700;  Email: tmalik@winston.com
*Counsel for : Fleet Capital Leasing; Northwestern Mutual Life
SBC Capital Services; Sempra Energy
Bank One Corporation; Metronational Corp.
MarCap Corporation; Sallie Mae; SITA
Pacific Harbor Capital, Inc.*

**James M. Malley**
Angelo, Gordon & Co.
245 Park Avenue  26th Floor
New York, NY  10167
Fax: (212) 867-6395;  Email: jmalley@angelogordon.com
*Counsel for : Angelo, Gordon & Co.*

**Jeanie Mar**
Wells Fargo
708 Wilshire Blvd., 17th Fl.  MAC: E2818-176
Los Angeles, CA  90017
Fax: (213) 614-3355;  Email: jeanie.mar@wellsfargo.com
*Counsel for : Wells Fargo*

**Lee Marable, Assistant City Attorney**
City & County of Denver
Airport Legal Services - DIA  201 W. Colfax Ave.  Dept. 1108
Denver, CO  80202
Fax: (720) 913-8420;  Email: marable@dia.denver.co.us
 *Counsel for : City & County of Denver*
 *Denver International Airport*

**Jeffrey Margolin**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Fax: 2124224726;  Email: margolin@hugheshubbard.com
 *Counsel for : Debis Financial Services, Inc.*

**Renee Martin-Nagle**
Airbus North America Holdings, Inc.
198 Van Buren Street  Suite 300
Herndon, VA  20170
Fax: (703) 834-3527;  Email: renee.martinnagle@airbus.com
 *Counsel for : Airbus North America Holdings, Inc.*

**Patrick Matanane**
Bank of New York Western Trust Company
550 Kearney Street  Suite 600
San Francisco, CA  94108
Fax: (415) 399-1647;  Email: pmatanane@bankofny.com
 *Counsel for : Bank of New York Western Trust Company*

**James J. Mazza, Jr.**
Kirkland & Ellis
200 East Randolph Dr.
Chicago, IL  60601
Fax: ;  Email: jmazza@kirkland.com
 *Counsel for : UAL Corp.*

**David L. McClenahan**
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building  535 Smithfield Street, #1500
Pittsburgh, PA  15222-2312
Fax: (412) 355-6501;  Email: dmcclenahan@kl.com
 *Counsel for : State Street Bank and Trust Co.*

**Paul McDonnell, Treasurer and Tax Collector**
County of Riverside
ATTN: Maria O'Neil  P.O. Box 12005
Riverside, CA  92502-2205
Fax: 9099553990;  Email: moneil@co.riverside.ca.us
 *Counsel for : County of Riverside, California*

**Timothy S. McFadden**
Lord Bissell & Brook
115 S. LaSalle Street  Suites 2600-3600
Chicago, IL  60613
Fax: (312) 443-0336;  Email: panderson@lordbissell.com
 *Counsel for : Societe Generale*
 *Societe Generale, Chicago Branch*
 *Societe Generale, Tokyo Branch*
 *Societe Anonyme De Credit AL Industrie Francaise*
 *Skylease 1; Blue Cross Blue Shield of Florida*

**Colleen E. McManus**
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle Suite 1800
Chicago, IL  60601-1293
Fax: 3122367516;  Email: colleen.mcmanus@piperrudnick.com
 *Counsel for : Citibank Privatkunden AG*

**Richard M. Meyers**
Albany County Airport Authority
Albany International Airport Authority  Administration Building  Suite 200
Albany, NY  12211-1057
Fax: ;  Email: rmeyers@albanyairport.com
 *Counsel for : Albany County Airport Authority*

**Ellen D. Marcus**
Debevoise & Plimpton LLP
555 13th Street, N.W.  Suite 1100E
Washington, DC  20004
Fax: (202) 383-8118;  Email: edmarcus@debevoise.com
 *Counsel for : John Hancock Life Insurance Co.*

**Andrew S. Marovitz**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: ;  Email: amarovitz@mayerbrownrowe.com
 *Counsel for : UAL Loyalty Services, Inc.*

**Philip V. Martino**
DLA Piper Rudnick Gray Cary US LLP
Suite 2000  101 East Kennedy Blvd.
Tampa, FL  33602-5149
Fax: 3126307334;  Email: philip.martino@piperrudnick.com
 *Counsel for : United as Special Labor Counsel*

**Brenda A. Mattar**
Mattar & D'Agostino, LLP
17 Court Street  Suite 920
Buffalo, NY  14202
Fax: 7165565814;  Email: bmattar2@mdg-law.com
 *Counsel for : Cargo Buffalo c/o Ciminelli Development Co., Inc.*

**Dan McAllister**
San Diego County Treasurer-Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA  92101
Fax: 6196852589;  Email:
 *Counsel for : San Diego County*

**Kathrine A. McClendon**
Simpson, Thatcher & Bartlett LLP
425 Lexington Ave.
New York, NY  10017
Fax: 3124552502;  Email: kmclendon@stblaw.com
 *Counsel for : Airbus North America Holdings, Inc.*

**C. Luckey McDowell**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: 2149536503;  Email: luckey.mcdowell@bakerbotts.com
 *Counsel for : Brierley & Partners*

**Lorraine McGowen**
Orrick, Herrington & Sutcliff, LLP
666 Fifth Avenue
New York, NY  10103
Fax: 2125065151;  Email: lmcgowen@orrick.com
 *Counsel for : Quantum Partners LDC*

**Robert Mead**
Gavin Anderson & Company
220 East 42nd Street  Suite 408
New York, NY  10017
Fax: (212) 515-1969;  Email: rmead@gavinanderson.com
 *Counsel for :*

**Kristin T. Mihelic, Esq.**
Fagelhaber LLP
55 E. Monroe  40th Fl.
Chicago, IL  60603
Fax: (312) 782-1826;  Email: kmihelic@fagelhaber.com
 *Counsel for : Airline Reporting Corp.*

**Rod D. Margo**
Condon & Forsyth LLP
1801 Avenue of the Stars  Suite 1450
Los Angeles, CA  90067-4486
Fax: 3105571299;  Email: rmargo@cfla.com
 *Counsel for : Air New Zealand, Ltd.*

**Phillip D. Martin**
Bank One, NA
1 Bank One Plaza  Mail Code IL1-0631
Mail Code IL1-0631
Chicago, IL  60670
Fax: (312) 732-1775;  Email: phil_martin@bankone.com
 *Counsel for : Bank One*

**Waren J. Marwedel**
Marwedel, Minichello & Reeb
10 S. Riverside Plaza, Suite 720
Chicago, IL  60606
Fax: (312) 902-9900;  Email: wmarwedel@mmr-law.com
 *Counsel for : Chromalloy Gas Turbine Corporation*

**Patrick C. Maxcy**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: (312) 876-7934;  Email: pmaxcy@sonnenschein.com
 *Counsel for : Creditors Committee*

**William McCarron, Jr.**
Morrison & Foerster LLP
2000 Pennsylvania Ave. N.W.  Suite 5500
Washington, DC  20006-1888
Fax: 2028870763;  Email: wmccarron@mofo.com
 *Counsel for : San Diego County Regional Airport Authority*

**James C. McCrea**
Philip Morris Capital Corporation
225 High Ridge Road  Suite 300W
Stamford, CT  06905
Fax: 9143358309;  Email: james.mccrea@us.pm.com
 *Counsel for : Philip Morris Capital Corp.*

**William McErlean**
Seidler & McErlean
One N. Wacker Drive  Suite 4125
Chicago, IL  60606
Fax: 3125160709;  Email: wmcerlean@ameritech.net
 *Counsel for : Debtor's 1990 V Equipment Trust*
 *Deloitte & Touche*

**Daniel J. McGuire**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: 3125585700;  Email: dmcguire@winston.com
 *Counsel for : Mizuho Corporate Bank, Ltd.*

**John A. Menke**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: menke.john@pbgc.gov
 *Counsel for : Pension Benefit Guaranty Corporation*

**Lawrence E. Miller**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Riverfront Plaza
Newark, NJ  07102-5490
Fax: (973) 643-6111;  Email: lmiller@llgm.com
 *Counsel for : Wachovia Bank, N.A.*
 *f/k/a First Union National Bank*

**Michael C. Miller**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC   20005-4026
Fax: (202) 326-4112;  Email: efile@pbgc.gov
*Counsel for : Pension Benefit Guaranty Corporation*

**Alan K. Mills**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN   46204
Fax: (317) 231-7433;  Email: alan.mills@btlaw.com
*Counsel for : Indiana Transportation Finance Authority*
*Indiana Department of Commerce*

**John J. Monaghan**
Holland & Knight LLP
10 St. James Avenue
Boston, MA   02116
Fax: 6175236850;  Email: jmonaghan@hklaw.com
*Counsel for : Gate Gourmet Inc.*

**John O. Morgan**
Attorney at Law
333 W. Vine Street  Suite 310
Lexington, KY   40507
Fax: 8592536508;  Email: court@johnomorganjr.com
*Counsel for : James D. Lyon, Trustee for the Computrex, Inc.*

**David Mueller**
Wayne Hummer Investments
300 S. Wacker Drive
Chicago, IL   60606
Fax: 3124316740;  Email: dmueller@whummer.com
*Counsel for : Wayne Hummer Investments*

**John F. Murtha**
Woodburn and Wedge
P.O. Box 2311
Reno, NV   89505
Fax: 7756883088;  Email: jmurtha@woodburnandwedge.com
*Counsel for : Airport Authority of Washoe County*

**Joel Nathan, Assistant United States Attorney**
United States Attorney
Everett M. Dirksen Bldg.  219 S. Dearborn St.  5th Fl.
Chicago, IL   60604
Fax: (312) 353-2067;  Email: joel.nathan@usdoj.gov
*Counsel for : United States*

**David M. Neff**
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St.  Suite 1800
Chicago, IL   60601-1293
Fax: (312) 630-2758;  Email: david.neff@piperrudnick.com
*Counsel for : Marriott International, Inc.*

**Carole Neville**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th Fl.
New York, NY   10020-1089
Fax: (212) 768-6800;  Email: cneville@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Eric E. Newman**
Meckler Bulger & Tilson
123 North Wacker Drive  Suite 1800
Chicago, IL   60606
Fax: 3124747898;  Email: eric.newman@mbtlaw.com
*Counsel for : United Retired Pilots Benefit Protection*
*Association, an Illinois not-for- profit Corp.*

**Robert B. Millner**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL   60606
Fax: (312) 876-7934;  Email: rmillner@sonnenschein.com
*Counsel for : Creditors' Committee*

**Nancy A. Mitchell**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL   60601
Fax: 3124568435;  Email: mitchelln@gtlaw.com
*Counsel for : City of Chicago*

**John A. Moore**
Powell Goldstein LLP
1201 W. Peachtree Street, N.W.
Atlanta, GA   30309-3488
Fax: 4045726999;  Email: jmoore@pogolaw.com
*Counsel for : Internap Network Services Corporation*

**Robert J Mrofka**
Schutte, Roth & Zabel
919 Third Ave.
New York, NY   10022
Fax: (212) 593-5955;  Email: robert.mrofka@srz.com
*Counsel for : CIT Group*

**D. Patrick Mullarkey**
Internal Revenue Service
Tax Division (DOJ)  P.O. Box 55  Ben Franklin Station
Washington , DC   20044
Fax: (202) 514-5238;  Email: northern.unitedairlines@usdoj.gov
*Counsel for : Department of Justice - Tax Division*

**Robert D. Nachman**
Schwartz Cooper Greenberger Krauss
180 North LaSalle Street  Suite 2700
Chicago, IL   60601
Fax: 3127828416;  Email: rnachman@scgk.com
*Counsel for : Allied Capital Corporation*

**Jeanne Naughton-Carr**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY   10036
Fax: 9174646528;  Email: jnaughtoncarr@pillsburywinthrop.com
*Counsel for : FEMIRA, FLAVIUS, GERARD, JORIS, FONTANO*
*GAMBIT, IDAHO, JASPIS, Otto Lilienthal, et al.*

**Kimberly L. Nelson**
Hunton & Williams LLP
1751 Pinnacle Drive
McLean, VA   22102
Fax: 7037147410;  Email: knelson@hunton.com
*Counsel for : Sabre Inc.*

**James D. Newbold**
Office of the Illinois Attorney General
100 West Randolph  Suite 13-222
Chicago, IL   60601
Fax: 3128142549;  Email: jnewbold@revenue.state.il.us
*Counsel for : California State Board of Equalization*

**Guyanne Nichols**
Brierley & Partners
8401 N. Central Expressway  Suite 1000, LB37
Dallas, TX   75225
Fax: (214) 651-7719;  Email: gnichols@brierley.com
*Counsel for : Brierley & Partners*

**Daniel B. Mills**
Pretzel & Stouffer, Chartered
One South Wacker Drive, Suite 2500
Chicago, IL   60606-4673
Fax: ;  Email: dmills@pretzel-stouffer.com
*Counsel for : American Airlines, Inc.*

**Michael L. Molinaro**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL   60602
Fax: (312) 269-1747;  Email: mmolinaro@ngelaw.com
*Counsel for : Anthem Blue Cross and Blue Shield*
*HMO Colorado*

**Eileen  Moran**
Public Services Resources Corp.
80 Park Plaza, T-22
Newark, NJ   07102-4194
Fax: 9734563569;  Email: eileen.moran@pseg.com
*Counsel for : N854UA*

**Kevin G. Mruk**
Bank One
1 Bank One Plaza  Mail Suite IL1-0286  11th Fl.
Chicago, IL   60670
Fax: (312) 732-9753;  Email: kevin_g_mruk@bankone.com
*Counsel for : Bank One*

**Gerald F. Munitz**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL   60603
Fax: (312) 332-2196;  Email: gfm@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co of Connecticut*

**Don  Nathan**
Robinson Lerer & Montgomery
75 Rockefeller Plaza  6th Floor
New York, NY   10019
Fax: 2122583129;  Email: dnathan@rlmnet.com
*Counsel for :*

**Jack  Nearing**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT   06484-4361
Fax: 4045725149;  Email: jack.nearing@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**Bradley P. Nelson**
Schopf & Weiss LLP
312 W. Randolph Street  Suite 300
Chicago, IL   60606
Fax: 3127019335;  Email: nelson@sw.com
*Counsel for : ORIX Capital Markets LLC*

**David A. Newby**
Johnson & Newby LLC
39 S. LaSalle St.  Suite 820
Chicago, IL   60603
Fax: 3123451308;  Email: dnewby@jnlegal.net
*Counsel for : IBM Corporation*
*IBM Credit Corporation*
*AMB Property Corporation*

**Robert M. Nicoud, Jr.**
Olson Nicoud & Gueck, LLP
2200 Ross Avenue  Suite 2525
Dallas, TX   75201
Fax: 2149797301;  Email: rmnicoud@dallas-law.com
*Counsel for : AirLiance Materials, LLC*

**Daniel Northrop**
Gardner, Carton & Douglas
191 North Wacker Drive  Suite 3700
Chicago, IL  60606-1698
Fax: 3125693000;  Email: dnorthrop@gcd.com
  Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.
  Diamond Lease (USA), Inc.
  Export Development Canada
  Hamburg Landesbank Girozentrale, Hypovereinsbank
  Hypo Vereins Bank

**Shannon L. Novey**
Pension Benefit Guaranty Corporation
Office of the General Counsel  1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: novey.shannon@pbgc.gov
  Counsel for : Pension Benefit Guaranty Corporation

**Lynne B. Nowak**
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
Fax: 6175236850;  Email: lxerras@hklaw.com
  Counsel for : Gate Gourmet Inc.

**D. Tyler Nurnberg**
Kaye Scholer, LLP
3 First National Plaza  70 W. Madison St.  Suite 4100
Chicago, IL  60602
Fax: (312) 583-2360;  Email: tnurnberg@kayescholer.com
  Counsel for : JP Morgan Chase Bank
  Citicorp USA, Inc.

**Eric Oesterle**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934;  Email: eoesterle@sonnenschein.com
  Counsel for : Creditors Committee

**Andrew J. Olins**
Sugar, Friedberg & Felsenthal
30 North LaSalle St., Suite 3000
Chicago, IL  60602
Fax: (312) 372-7951;  Email: aabrams@sff-law.com
  Counsel for : Suntrust Bank
  Vanguard Municipal Bond Funds
  Explorer Pipeline Company

**Matthew A. Olins**
Katten Muchin Zavis Rosenman
525 West Monroe Street  Suite 1600
Chicago, IL  60661-3693
Fax: 312902106l;  Email: matthew.olins@kmzr.com
  Counsel for : Examiner

**Michael A. Olsen**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: ;  Email: molsen@mayerbrownrowe.com
  Counsel for : UAL Loyalty Services, Inc.

**Susan K. Olsen**
Armstrong Teasdale LLP
Metropolitan Square  Suite 2600
St. Louis, MO  63102-2740
Fax: 3146215065;  Email: solsen@armstrongteasdale.com
  Counsel for : City of St. Louis
  Lambert St. Louis International Airport

**Michael P. O'Neil**
Sommer Barnard Ackerson, PC
One Indiana Saqure  Suite 3500
Indianapolis, IN  46204
Fax: (317) 263-3871;  Email: moneil@sbalawyers.com
  Counsel for : Galileo International

**Rosa Orenstein**
Orenstein & Associates, P.C.
325 North Saint Paul Street, Ste. 2340
Dallas, TX  75201
Fax: (214) 757-9080;  Email: rorenstein@orensteinlaw.net
  Counsel for : Dallas/Ft. Worth Int'l. Airport Board

**Cynthia Christian Orihuela**
Mission Funding Epsilon
Suite 1700  18101 Von Karman Avenue
Irvine, CA  92612
Fax: (949) 757-0141;  Email: cchristian@edcap.com
  Counsel for : Mission Funding Epsilon

**Neil J. Orleans**
Goins, Underkoffler, Crawford & Langdon
1201 Elm St.  Suite 4800
Dallas, TX  75270
Fax: (214) 969-5902;  Email: neilo@gucl.com
  Counsel for : Aviall, Inc.

**Kimberly W. Osenbaugh**
Preston Gates & Ellis LLP
701-5th Avenue, Suite 5000
Seattle, WA  98104-7078
Fax: (206) 623-7022;  Email: kimo@prestongates.com
  Counsel for : Maryland Aviation Administration
  Port of Seattle

**Karen Ostad, Esq.**
Lovells
900 Third Ave.  16th Fl.
New York, NY  10022
Fax: (212) 909-0668;  Email: karen.ostad@lovells.com
  Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l

**Kenneth J. Ottaviano**
Katten, Muchin, Zavis & Rosenman
Suite 1600  525 W. Monroe
Chicago, IL  60601
Fax: (312) 902-1061;  Email: kenneth.ottaviano@kmzr.com
  Counsel for : HypoVereinsbank

**Merritt A. Pardini**
Katten Muchin Zavis Rosenman
575 Madison Avenue
New York, NY  10022
Fax: (212) 940-8776;  Email: merritt.pardini@kmzr.com
  Counsel for : HypoVereinsbank

**James A. Pardo, Jr.**
King & Spalding LLP
191 Peachtree Street, N.E.  49th Floor
Atlanta, GA  30303
Fax: 4045725149;  Email: jpardo@kslaw.com
  Counsel for : Pitney Bowes Credit Corporation

**Ernie Z. Park**
Bewley Lassleben & Miller LLP
13215 E. Penn Street  Suite 510
Whittier, CA  90602-1797
Fax: 7149945131;  Email: ernie.park@bewleylaw.com
  Counsel for : Irvine Company

**Christopher W. Parker**
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA  02110
Fax: 6174399556;  Email: cparker@rubinrudman.com
  Counsel for : Tufts Associated Health Maintenance Org., Inc.

**Joel C. Paschke**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL  60606-1229
Fax: 3122012555;  Email: paschke@wildmanharrold.com
  Counsel for : New Jersey Self-Insurers Guaranty Assn.

**Donald C. Pasulka**
Ross & Hardies
150 North Michigan Avenue  Suite 2500
Chicago, IL  60601-7567
Fax: (312) 750-8600;  Email: donald.pasulka@rosshardies.com
  Counsel for : IAE International Aero Engines AG

**Robert Paul**
FTI Consulting, Inc.
125 E. John Carpenter Freeway
Irving, TX  75062
Fax: (214) 754-7921;  Email: robert.paul@fticonsulting.com
  Counsel for : FTI Consulting, Inc.

**Richard J. Pelliccio, Esq.**
Schnader Harrison Segal & Lewis LLP
140 Broadway  Suite 3100
New York, NY  10005-1101
Fax: (212) 972-8798;  Email: RPelliccio@Schnader.com
  Counsel for : C.I.T. Leasing

**David C. Petersen**
City of Austin
Department of Aviation  114 West 7th Street, Fifth Floor
Austin, TX  78701
Fax: (512) 974-2914;  Email: david.petersen@ci.austin.tx.us
  Counsel for : City of Austin Dept. of Aviation

**Ronald R. Petersen**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: 3125270484;  Email: rpeterson@jenner.com
  Counsel for : BA Leasing Parties

**Gregory M. Petrick**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666;  Email: gregory.petrick@cwt.com
  Counsel for : KBC Bank NV, Dresdner Bank AG New York,
  Landesbank Schleswig-Holstein, Bank Hapoalim,
  Bayerische Hypo-Undvereinsbank,
  Norddeutsche Landesbank, Sumitomo Trust, and
  Raiffeisen Zentralbank, Mitsubishi Trust Corp.

**Diane M. Pezanoski**
Deputy Corporation Counsel
City of Chicago  30 North LaSalle Street  Room 900
Chicago, IL  60602
Fax: (312) 744-6798;  Email: dpezanoski@cityofchicago.org
*Counsel for : City of Chicago*

**Alex Pirogovsky**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405;  Email: apirogovsky@uhlaw.com
*Counsel for : Healthcare Service Corp.*
*City & County of San Francisco*
*Denver International Airport*

**Alan W. Pope**
Moore & Van Allen PLLC
Bank of America Corporate Center  100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
Fax: 7043311159;  Email: alanpope@mvalaw.com
*Counsel for : KeyCorp Leasing, Ltd.*

**Paul V. Possinger**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 923-2729;  Email: ppossinger@jenner.com
*Counsel for : General Electric Capital Corporation*
*and certain of its affiliates*

**Daniel B. Prieto**
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL  60601
Fax: (312) 782-8585;  Email: jdbpual@jonesday.com
*Counsel for : National Processing Company LLC*
*National City Bank of Kentucky*

**Dennis E. Quaid, Esq.**
Fagelhaber LLC
55 E. Monroe  40th Fl.
Chicago, IL  60603
Fax: (312) 782-1826;  Email: dquaid@fagelhaber.com
*Counsel for : Airline Reporting Corp.*
*San Diego County Regional Airport Authority*

**Narayan Raj**
Delaware Bay Company, Inc.
680 Fifth Avenue  22nd Floor
New York, NY  10019
Fax: (212) 204-8583;  Email: rnarayan@delbay.com
*Counsel for : Delaware Bay Company, Inc.*

**Paul L. Ratelle**
Fabyanske, Westra & Hart
920 Second Avenue South  Suite 1100
Minneapolis, MN  55402
Fax: (612) 338-3857;  Email: pratelle@fwhlaw.com
*Counsel for : Bremer Business Finance Corporation*

**Craig E. Reimer**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: 3127017711;  Email: creimer@mayerbrownrowe.com
*Counsel for : Glenn F. Tilton*

**Paul H. Repp**
Verizon Capital Corp.
245 Park Avenue  40th Floor
New York, NY  10167
Fax: (212) 557-4571;  Email: paul.h.repp@verizon.com
*Counsel for : Verizon Capital Corporation*

**Andrew F. Pierce**
Pierce & Shearer LLP
2465 E. Bayshore Road  Suite 403
Palo Alto, CA  94303
Fax : ;  Email :
*Counsel for : Bredette C. Thomas*

**Steven D. Pohl**
Brown, Rudnick, Berlack, Israels, LLP
ONe Financial Center
Boston, MA  02111
Fax: 6178568201;  Email: spohl@brownrudnick.com
*Counsel for : Ad Hoc Committee*

**David E. Posner**
Gould & Ratner
222 North LaSalle Street  Suite 800
Chicago, IL  60601-1086
Fax: 3122363241;  Email: mabraham@gouldratner.com
*Counsel for : U.S. Bank N.A.*

**Matthew Poulter**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178-0060
Fax: 2123096001;  Email: mpoulter@morganlewis.com
*Counsel for : JP Morgan Chase*
*Citicorp USA, Inc.*

**Rachel Pusey**
Dolan Law Firm
333 Pine Street  4th Floor
San Francisco, CA  94104
Fax: 4154212830;  Email: rachel@cbdlaw.com
*Counsel for : Kenneth Scott Justel*

**Charles M. Quinn**
Newstart Factors, Inc.
2 Stamford Plaza
Stamford, CT  06901
Fax : ;  Email:
*Counsel for : Newstart Factors, Inc.*

**Ivan A. Ramos, Assistant Corporation Counsel**
City of Hartford
Office of the Corporation Counsel  550 Main Street
Hartford, CT  06103
Fax : ;  Email: iramos@cihartford.ct.us
*Counsel for : City of Hartford, Connecticut*

**Dennis Raterink**
Department of Attorney General
Workers' Compensation Division  P.O. Box 30217
Lansing, MI  48909
Fax: (517) 335-4879;  Email: raterinkd@michigan.gov
*Counsel for : State of Mich., Self-Insurers' Sec.Fund*
*State of Mich., Funds Administration*

**Sheree Reinbach, Esq.**
Arent Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway  25th Floor
New York, NY  10019
Fax: (212) 484-3990;  Email: dubrowd@arentfox.com
*Counsel for : Suntrust Bank*
*Vanguard Mucincipal Bond Funds*

**Joan E. Pilver**
Office of the Attorney General
55 Elm Street  5th Floor  P.O. Box 120
Hartford, CT  06141-0120
Fax: (860) 808-5383;  Email: joan.pilver@PO.STATE.CT.US
*Counsel for : State of Connecticut, Dept. of Rev.*

**Salvatore Polletta**
Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361
Fax: 2039224029;  Email: salvatore.polletta@pb.com
*Counsel for : Pitney Bowes Credit Corporation*

**David M. Posner**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY  10022
Fax: 2129183100;  Email: dmposner@hhlaw.com
*Counsel for : Discover Financial Services*

**Matthew F. Prewitt**
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2400
Chicago, IL  60601
Fax: 3124568435;  Email: prewittm@gtlaw.com
*Counsel for : City of Chicago*

**Shabana N. Qaiser**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: 2126971559;  Email: sqaiser@cm-p.com
*Counsel for : Air Transportation Stabilization Board*

**Trish Rademacher**
Coston & Lichtman
407 S. Dearborn St.,  Suite 600
Chicago, IL  60605
Fax: 3124277356;  Email: prademacher@costonlaw.com
*Counsel for : General Electric Capital Corporation*

**Tonya Ramsey**
Vinson & Elkins LLP
2001 Ross Avenue
Dallas, TX  75201
Fax: (214) 220-7716;  Email: tramsey@velaw.com
*Counsel for : Dallas/Ft. Worth Int'l. Airport Board*

**Carrie Marie Raver**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax : ;  Email: craver@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: (212) 697-1559;  Email: bankruptcy@cm-p.com
*Counsel for : Air Transportation Stabilization Board*

**Christopher L. Rexroat**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405;  Email: clrexroat@uhlaw.com
*Counsel for : Healthcare Service Corp.*
*City & County of San Francisco*
*Denver International Airport*

**Mark  Richard**
Phillips, Richard & Rind, P.A.
9360 SW 72nd Street  Suite 283
Miami, FL  33173
Fax: 3054128299;  Email: mrichard@phillipsrichard.com
*Counsel for : IFPTE*

**Robert E. Richards**
Sonnenschein, Nath & Rosenthal LLP
Suite 8000 Sears Tower  233 South Wacker Dr.
Chicago, IL  60606
Fax: (312) 876-7934;  Email: rer@sonnenschein.com
*Counsel for : Creditors Committee*

**Elizabeth E. Richert**
Robert F. Coleman & Associates
77 West Wacker Drive, Suite 4800
Chicago, IL  60601
Fax: 3124441028;  Email: erichert@colemanlawfirm.com
*Counsel for : Quantum Partners LDC*

**David  Roberts, Executive Director**
Indianapolis Airport Authority
2500 South High School Road  Box 100
Indianapolis, IN  46241
Fax: (317) 487-5034;  Email: droberts@baai.com
*Counsel for : Indianapolis Airport Authority*

**Terri A. Roberts, Deputy County Attorney**
Pima County, Arizona
32 N. Stone  Suite 2100
Tucson, AZ  85701
Fax: 5206208556;  Email:
*Counsel for : Pima County, Arizona*

**William J. Rochelle, III**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: (212) 318-3400;  Email: wrochelle@fulbright.com
*Counsel for : BNY Capital Resources Corp.*
*BNY Capital Funding LLC*
*certain affiliates of ORIX Corp.*
*certain affiliates of Fuyo General Lease Co.*

**Martha E. Romero**
Romero Law Firm
7743 South Painter Avenue  Suite E
Whittier, CA  90602
Fax: 5629076820;  Email: romero@dslextreme.com
*Counsel for : County of San Bernardino*

**Jack  Rose**
Salans
620 Fifth Avenue
New York, NY  10020
Fax: 2126325555;  Email: jrose@salans.com
*Counsel for : Calyon, et al.*

**Risa M. Rosenberg**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Fax: 2125305219;  Email: rrosenbe@milbank.com
*Counsel for : BNP Paribas, Calyon*
*Diamond Lease (USA), Inc., Diamond Airfinance Ltd.*
*HSH Nordbank AG*
*Kreditanstalt fur Wiederaufbau*
*Mitsubishi, Norddeutsche Landesbank Girozentrale*

**Robert J. Rosenberg**
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY  10022-4802
Fax: (212) 751-4864;  Email: robert.rosenberg@lw.com
*Counsel for : AOL Time Warner, Inc.*

**Andrew S. Rosenman**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: 3127017711;  Email: arosenman@mayerbrownrowe.com
*Counsel for : UAL Loyalty Services, Inc.*

**Jason A. Rosenthal**
Foley & Lardner
111 North Orange Avenue, Suite 1800
Orlando, FL  32801-2386
Fax: 4076481743;  Email: jrosenthal@foley.com
*Counsel for : Consortium of Airports*

**David A. Rosenzweig, Esq.**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: (212) 318-3400;  Email: drosenzweig@fulbright.com
*Counsel for : BNY Capital Resources Corp.*
*BNY Capital Funding LLC*
*ORIX*
*Fuyo General Lease Company*

**Nancy  Roth**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: ;  Email: nroth@whitecase.com
*Counsel for : Aircraft Finance Parties*

**Ryan  Routh**
Jones, Day, Reavis & Pogue
North Point  901 Lakeside Avenue
Cleveland, OH  44114
Fax: (216) 579-0212;  Email: rrouth@jonesday.com
*Counsel for : National Processing Company LLC*
*National City Bank of Kentucky*

**Sharon L. Royer, UC Tax Agent/Bankruptcy Repres**
Commonwealth of Pennsylvania DOLI
Harrisburg Bankruptcy & Compliance  1171 S Cameron St.  Rm 312
Harrisburg, PA  17104-2513
Fax: 7177720673;  Email: bhenry@state.pa.us
*Counsel for : Bureau of Employer Tax Operations (BETO)*
*Department of Labor and Industry*
*Commonwealth of Pennsylvania*

**Michael C. Rupe**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 527-0484;  Email: mrupe@jenner.com
*Counsel for : General Electric Capital Corporation*
*General Electric affiliates*

**Allyson B. Russo**
Vedder Price Kaufman & Kammholz
222 North LaSalle Street  Suite 2600
Chicago, IL  60601-1003
Fax: 3126095005;  Email: arusso@vedderprice.com
*Counsel for : UAL Corp.*

**Peter D. Rutherford**
Verizon Capital Corp.
245 Park Avenue  40th Floor
New York, NY  10167
Fax: (212) 557-4572;  Email: peter.d.rutherford@verizon.com
*Counsel for : Verizon Capital Corporation*

**Dennis M. Ryan**
Faegre & Benson LLP
2200 Wells Fargo Center
Minneapolis, MN  55402-3901
Fax: (612) 766-1600;  Email: dryan@faegre.com
*Counsel for : Frontier Airlines, Inc.*

**Thomas J. Salerno**
Squire, Sanders & Dempsey LLP
Two Renaissance Square  40 North Central Avenue  Suite 2700
Phoenix, AZ  85004-4498
Fax: ;  Email: tsalerno@ssd.com
*Counsel for : Sky Mall*

**Timothy J. Sandell**
US Bank National Association
180 E. 5th Street  4th Floor  Mail Station: EP-MN-T4CT
St. Paul, MN  55101
Fax: (651) 244-5847;  Email: timothy.sandell@usbank.com
*Counsel for : US Bank National Association*

**Robert G. Sanker**
Keating, Muething & Klekamp, PLL
1400 Provident Tower  One East Fourth Street
Cincinnati, OH  45202
Fax: 5135796457;  Email: rsanker@kmklaw.com
*Counsel for : SMS Acquisition, Inc.*

**Robert H. Scheibe**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001;  Email: rscheibe@morganlewis.com
*Counsel for : JP Morgan Chase Bank*
*Citibank USA, Inc.*
*Citicorp USA, Inc.*

**Andrew O. Schiff, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102
Fax: (215) 568-6603;  Email: aschiff@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**Eric  Schmalzbach**
Galileo International
1 Campus Drive
Parsippany, NJ  07054
Fax: (973) 490-7001;  Email: eric.schmalzbach@cendant.com
*Counsel for : Galileo International*

**Peter J. Schmidt**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive  Suite 2300
Chicago, IL  60606
Fax: 8666980831;  Email: pschmidt@dykema.com
*Counsel for : NOVA Delivery, Inc.*
*John D. Steuart, John H. Fullmer*
*Layton S. Han*
*Craig S. Stevens*

**Kimberly  Schmidt**
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
Fax: 4045725149;  Email: kschmid@kslaw.com
*Counsel for : Pitney Bowes Credit Corporation*

**S. Robert Schrager**
Bondy & Schloss LLP
60 East 42nd Street
New York, NY  10165
Fax: (212) 972-1677;  Email: rschrager@bschloss.com
*Counsel for : Chromalloy Gas Turbine Corporation*

**Charles P. Schulman**
Sachnoff & Weaver, Ltd.
30 Wacker Drive  29th Floor
Chicago, IL  60606
Fax: (312) 207-6400;  Email: cschulman@sachnoff.com
*Counsel for : AT&T*

**Charles P. Schulman**
Sachnoff & Weaver, Ltd.
10 S. Wacker Drive  40th Floor
Chicago, IL  60606
Fax: (312) 207-6400;  Email: cschulman@sachnoff.com
*Counsel for : City of Los Angeles, Dept. of Airports*

**Saul  Schultz**
City of Atlanta
Suite 4100, City Hall Tower  68 Mitchell Street, S.W.
Atlanta, GA  30335-0332
Fax: 4046587980;  Email: schultz@atlantaga.com
*Counsel for : City of Atlanta*

**Jeffrey M. Schwartz**
Gardner, Carton & Douglas
321 North Clark St., Suite 3400
Chicago, IL  60610
Fax: (312) 644-3381;  Email: jschwartz@gcd.com
*Counsel for : BNP Paribas, Credit Agricole Indosuez S.A.*
*Diamond Lease (USA), Inc.*
*Export Development Canada*
*Hamburg Landesbank Girozentrale, Hypovereinsbank*
*Luxembourg Societe Anonyme, et al.*

**Sean T. Scott, Esq.**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: (312) 701-7711;  Email: stscott@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**Stephen Searl**
Sidley, Austin, Brown & Wood LLP
787 Seventh Avenue
New York, NY  10019
Fax: (212) 839-5599;  Email:
*Counsel for : Boeing Company*
*Boeing Capital Corp. and their affiliates*

**Jay A. Selcov, Esq.**
The Port Authority of NY & NJ
Office of Milton H. Pachter  Law Department  225 Park Ave. South, 13th F
New York, NY  10003
Fax: (212) 435-3584;  Email: jselcov@panynj.gov
*Counsel for : Port Authority of NY & NJ*

**David R. Seligman**
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL  60601
Fax: (312) 861-2200;  Email: david_seligman@kirkland.com
*Counsel for : UAL Corporation*

**Robert A. Seltzer**
Cornfield & Feldman
25 E. Washington St.  Suite 1400
Chicago, IL  60602
Fax: (312) 236-6686;  Email: rseitzer@cornfieldandfeldman.com
*Counsel for : Association of Flight Attendants*

**Keith J. Shapiro**
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 2400
Chicago, IL  60601
Fax: (312) 456-8435;  Email: shapirok@gtlaw.com
*Counsel for : City of Chicago*

**Anne  Shean**
Calyon Corporate and Investment Bank
1301 Avenue of the Americas
New York, NY  10019-6022
Fax: (212) 261-3259;  Email: anne.shean@us.calyon.com
*Counsel for : Calyon, et al.*

**Christopher T. Sheean**
Kelley, Drye & Warren, LLP
333 West Wacker Drive
Chicago, IL  60606
Fax: (312) 857-7095;  Email: csheean@kelleydrye.com
*Counsel for : Pension Benefit Guaranty Corporation*

**Beverly H. Shideler**
IBM Corporation
2707 Butterfield Road
Oakbrook, IL  60523
Fax: (800) 969-4561;  Email: bhshide@us.ibm.com
*Counsel for : IBM Corporation*

**Leslie Shigaki**
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
Fax: 2126581500;  Email: lshigaki@pillsburywinthrop.com
*Counsel for : Verwaltungsgesellschaft MBH & Co. et al.*
*Otto Lilienthal*
*PBG Capital Partners LLC*
*Mitsui & Co. (USA), Inc.*
*Cooperatieve Centrale Raiffeisen-Boerenleenbank*

**Mark  Shinderman**
Munger, Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA  90071-1560
Fax: (213) 683-4010;  Email: shindermanm@mto.com
*Counsel for : Mission Funding Epsilon*

**J. Christopher  Shore**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Fax: 2123548113;  Email: cshore@whitecase.com
*Counsel for : Societe General*

**Carren  Shulman**
Heller Ehrman White & McAuliffe
120 West 45th Street
New York, NY  10036-4041
Fax: 2127637600;  Email: cshulman@hewm.com
*Counsel for : Goodrich Corporation*

**Terry A. Shulsky**
Klett Rooney Lieber & Schorling
One Oxford Centre, 40th Floor
Pittsburgh, PA  15219-6498
Fax: 4123922128;  Email: tashulsky@klettrooney.com
*Counsel for : PNC Bank, National Association*
*PNC Leasing, LLC*

**Mike  Sigal, Jr.**
Simpson, Thatcher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954
Fax: (212) 455-2502;  Email: msigal@stblaw.com
*Counsel for : Airbus North America Holdings, Inc.*

**Thomas P. Silber**
Miami-Dade County Attorney's Office
Assistant County Attorney's Office  P.O. Box 592075 AMF
Miami, FL  33159
Fax: 3058767294;  Email: tabbott@miami-airport.com
*Counsel for : Miami-Dade County, Florida*

**Mayer  Silber**
SB/SE Counsel, IRS
200 W. Adams St.  Suite 2300
Chicago, IL  60606-5208
Fax: (312) 886-9244;  Email: mayer.y.silber@irscounsel.treas.gov
*Counsel for : Internal Revenue Service*

**Adam P. Silverman**
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd;  Ste 1050
Chicago, IL  60604
Fax: 3124351059;  Email: aps@agmbc.com
*Counsel for : Mitsui & Co. Ltd.; Sumitomo Corp.*
*Verwaltungsgesellschaft MBH & Co. et al.*
*Mitsui & Co. International (Europe)*
*Marubeni America Corporation; UGT Kumiai*
*Wells Fargo Bank Northwest, NA*

**Bruce H. Simon**
Cohen, Weiss and Simon LLP
330 West 42nd Street  25th Floor
New York, NY  10036-6976
Fax: (646) 473-8231;  Email: bsimon@cwsny.com
*Counsel for : ALPA*

**Paul S. Singerman**
Berger Singerman, P.A.
200 S. Biscayne Blvd.  Suite 1000
Miami, FL  33131
Fax: (305) 714-4340;  Email: singerman@bergersingerman.com
*Counsel for : Timco Aviation Services, Inc.*

**Gigi G. Skipper, General Counsel, Legal Affairs De**
Hillsborough County Aviation Authority
Tampa International Airport  P.O. Box 22287
Tampa, FL  33622
Fax: 8138707868; Email: gskipper@tampaairport.com
*Counsel for : Hillsborough County Aviation Auth of Tampe, FL*

**Carol A. Slocum, Esq.**
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad St.
Philadelphia, PA  19102
Fax: (856) 486-4675; Email: cslocum@klehr.com
*Counsel for : Philadelphia Department of Commerce*

**William P. Smith**
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096
Fax: (312) 984-7700; Email: wsmith@mwe.com
*Counsel for : Bank of New York*

**Thomas C. Smith**
Ice Miller
135 S. LaSalle St.  Suite 4100
Chicago, IL  60603
Fax: (312) 641-6263; Email: tom.smith@icemiller.com
*Counsel for : Indianapolis Airport Authority*
*Citizens Gas & Coke Utility*

**Michael W. Smith**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Fax: (212) 354-8113; Email: msmith@whitecase.com
*Counsel for : IAE International Aero Engines AG*

**Tracy  Smith**
Atlantic Coast Airlines
45200 Business Ct.
Dulles, VA  20166-9102
Fax: (703) 650-6299; Email: tracy_smith@acaicorp.com
*Counsel for : Atlantic Coast Airlines*

**Elizabeth Page  Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019-5389
Fax: (212) 424-8500; Email: esmith@llgm.com
*Counsel for : Wachovia Bank, N.A.*
*f/k/a First Union National Bank*

**Gerald K. Smith**
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ  85004-4429
Fax: (602) 734-3834; Email: gsmith@lrlaw.com
*Counsel for : Alaska Airlines, Inc.*

**Steven C. Solazzo**
Carpenter, Bennett & Morrissey
3 Gateway Center
Newark, NJ  07102
Fax: 9736225314; Email: ssolazzo@mdmc-law.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Beth  Solomon, Esq.**
Discover Financial Services, Inc.
2500 Lake Cook Rd.
Riverwood, IL  60015
Fax: (847) 405-4972; Email: bethsolomon@discoverfinancial.com
*Counsel for : Discover Financial Services*

**Sheldon L. Solow**
Kaye Scholer, LLP
Three First National Plaza  70 W. Madison St.  Suite 4100
Chicago, IL  60602
Fax: (312) 583-2360; Email: ssolow@kayescholer.com
*Counsel for : JP Morgan Chase Bank*
*Citicorp USA, Inc.*

**Michael B. Solow**
Kaye Scholer, LLP
3 First National Plaza, Suite 4100  70 West Madison Street
Chicago, IL  60602
Fax: (312) 583-2360; Email: msolow@kayescholer.com
*Counsel for : JP Morgan Chase Bank*
*Citicorp USA, Inc.*

**Alan P. Solow**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2196; Email: alan.solow@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.*
*State Street Bank & Trust Co. of Connecticut*

**James  Spiotto**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361; Email: spiotto@chapman.com
*Counsel for : Wells Fargo*
*Pacific Investment Management Co.*
*Reams Asset Management Co. LLC*
*Metropolitan Washington Airport Authority*

**Robert  Sprague**
Law Offices of Robert Sprague
3701 Sacramento Street, Suite 292
San Francisco, CA  94118-1705
Fax: ; Email: spraguelaw@yahoo.com
*Counsel for : Shareholder of UAL Corporation*

**James H. Sprayregen, Esq.**
Kirkland & Ellis
200 E. Randolph Drive  Suite 6500
Chicago, IL  60601
Fax: (312) 861-2200; Email: james_sprayregen@chicago.kirkland.com
*Counsel for : UAL Corporation*

**Nicolas P. Stable**
White & Case LLP
1155 Avenue of the Americas
New York, NY  10011
Fax: 2123548113; Email: nstable@whitecase.com
*Counsel for : Societe General*

**Anthony G. Stamato, Esq.**
Baker & McKenzie
One Prudential Plaza  130 E. Randolph Street
Chicago, IL  60601
Fax: (312) 861-2899; Email: anthony.g.stamato@bakernet.com
*Counsel for : Driessen Services, Inc.*

**Karen J. Stapleton**
County of Loudoun, Virginia
One Harrison Street, S.E., 5th floor
Leesburg, VA  20175
Fax: (703) 771-5025; Email: kstaplet@loudoun.gov
*Counsel for : County of Loudoun, Virginia*

**Catherine  Steege**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 840-7352; Email: csteege@jenner.com
*Counsel for : AT&T Credit Holdings, Inc., et al.*
*Calyon, et al.*
*UFJ Bank Limited, et al.*
*WestLB AG; KBC Bank NB*
*JL Mami Lease Co., Ltd., et al.*

**Michael R. Stewart**
Faegre & Benson LLP
2200 Wells Fargo Center  90 S. Seventh St.
Minneapolis, MN  55402-3901
Fax: (612) 766-1600; Email: mstewart@faegre.com
*Counsel for : US Bancorp Equipment Finance, Inc.*

**Dirk Stock**
Transamerica Aviation LLC
5080 Spectrum Drive  Suite 1100 West
Addison, TX  75001
Fax: ; Email: dirk.stock@transamerica.com
*Counsel for : Transamerica Aviation LLC*

**Daphnee Surpris**
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas  24th floor
New York, NY  10020
Fax: (212) 768-6800; Email: dsurpris@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Cynthia Surrisi**
Marr Hipp Jones & Wang
Pauahi Tower  1001 Bishop Street, Suite 1550
Honolulu, HI  96813
Fax: 8085366700; Email: csurrisi@marrhipp.com
*Counsel for :*

**Ronald R. Sussman**
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY  10036
Fax: (212) 479-6275; Email: rsussman@kronishlieb.com
*Counsel for : UAL ESOP*

**Andrew W. Swain, Assistant Attorney General**
Colorado Attorney General's Office
Colorado Dept. of Local Affairs  1525 Sherman Street, 5th floor
Denver, CO  80203-1760
Fax: (303) 866-5671; Email: andrew.swain@state.co.us
*Counsel for : Colorado Department of Local Affairs,*
*Property Tax Division*

**Sidney K. Swinson**
Gable & Gotwals
1100 ONEOK Plaza  100 W. Fifth Street
Tulsa, OK  74103-4217
Fax: 9185954990; Email: sswinson@gablelaw.com
*Counsel for : Explorer Pipeline Company*

**Gregg E. Szilagyi**
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL  60602
Fax: (312) 977-4405; Email: geszilagyi@uhlaw.com
*Counsel for : Denver International Airport*
*City & County of San Francisco*
*Healthcare Service Corp.*

**Jay Teitelbaum**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001; Email: jteitelbaum@morganlewis.com
*Counsel for : JP Morgan Chase Bank*
*Citibank USA, Inc.*
*Citicorp USA, Inc.*

**Mark K. Thomas**
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611
Fax: (312) 366-3092; Email: mthomas@jenner.com
*Counsel for : GECC*

**Deborah L. Thorne**
Barnes & Thornburg
One North Wacker Drive  Suite 4400
Chicago, IL  60606
Fax: (312) 759-5646; Email: deborah.thorne@btlaw.com
*Counsel for : Indiana Department of Commerce*
*Indiana Transportation Finance Authority*

**Franklin H. Top, III**
Chapman and Cutler
111 W. Monroe Street
Chicago, IL  60603
Fax: (312) 701-2361; Email: specid@chapman.com
*Counsel for : Wells Fargo*
*Pacific Investment Management Co.*
*Reams Asset Management Co.*
*Metropolitan Washington Airport Authority*

**Katherine A. Traxler**
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street  25th Floor
Los Angeles, CA  90071-2228
Fax: 2136270705; Email: katietraxler@paulhastings.com
*Counsel for : UAL Corp.*

**James D. Tussing**
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY  10103
Fax: 2123183400; Email: jtussing@fulbright.com
*Counsel for : Mizuho Corporate Bank, Ltd.*
*NIB Capital Bank, N.V.*
*ORIX*
*Fuyo General Lease Company*
*BNY Capital Funding LLC*

**Daniel J. Voelker**
Freeborn & Peters
311 S. Wacker Drive  Suite 3000
Chicago, IL  60606-6677
Fax: 3123606573; Email: dvoelker@freebornpeters.com
*Counsel for : OurHouse, Inc.*

**Diane E. Vuocolo**
Duane Morris, LLC
One Liberty Place
Philadelphia, PA  19103-7396
Fax: 2159791020; Email: vuocolo@duanemorris.com
*Counsel for : Bank of Hawaii*

**Joshua R. Taylor**
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Fax: 2022610658; Email: jrtaylor@steptoe.com
*Counsel for : Independent Fiduciary Services, Inc.*

**Esther E. Tryban Telser**
City of Chicago - Department of Law
30 N. LaSalle, Room 900
Chicago, IL  60602
Fax: (312) 744-6798; Email: etrybantelser@cityofchicago.org
*Counsel for : City of Chicago*

**Pia Thompson**
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934; Email: pthompson@sonnenschein.com
*Counsel for : Creditors Committee*

**Richard S. Toder**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY  10178
Fax: (212) 309-6001; Email: rtoder@morganlewis.com
*Counsel for : DIP - JP Morgan Chase*

**Jason M. Torf, Esq.**
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473
Fax: (312) 258-5700; Email: jtorf@schiffhardin.com
*Counsel for : Pratt & Whitney*
*Hamilton Sundstrand Corporation*
*Crew Marketing*

**Stephen M. Tumblin**
Mabey & Murray LC
136 South Main Street #1000
Salt Lake City, UT  84101
Fax: (801) 359-8256; Email: stephen.tumblin@mabeymurray.com
*Counsel for : SkyWest, Inc.*

**Craig H. Ulman**
Hogan & Hartson LLP
555 13th St., NW
Washington, DC  20004-1109
Fax: (202) 637-5910; Email: chulman@hhlaw.com
*Counsel for : Air Transport Association of America, Inc.*
*Airlines Clearinghouse, Inc.*
*Universal Air Travel Plan, Inc.*
*Air Cargo, Inc.*

**Gary Vogt**
Kirkland & Ellis
200 E. Randolph Dr.
Chicago, IL  60601-6636
Fax: (312) 861-2200; Email: gvogt@kirkland.com
*Counsel for : UAL Corporation*

**Scott F. Walker**
Kirkland & Ellis
200 East Randolph
Chicago, IL  60601
Fax: 3126609759; Email: walkers@kirkland.com
*Counsel for : UAL Corp.*

**Samuel J. Teele**
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
Fax: (973) 597-2347; Email: steele@lowenstein.com
*Counsel for : IAM*

**Brigitte Thieme**
West LB AG
1211 Avenue of the Americas
New York, NY  10036
Fax: 2125975419; Email: brigitte_thieme@westlb.com
*Counsel for : WestLB AG*

**John C. Thomure**
Michael Best & Friedrich LLC
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202
Fax: 4142770858; Email: jcthomure@mbf-law.com
*Counsel for : Ameriquest Capital Corp.*

**L. Judson Todhunter**
Defrees & Fiske
200 South Michigan Avenue  Suite 1100
Chicago, IL  60604
Fax: 3129395617; Email: ljf@defrees.com
*Counsel for : City & County of Denver*

**Steven B. Towbin**
Shaw Gussis Fishman Glantz & Wolfson, Llc
321 N. Clark St.  Suite 800
Chicago, IL  60610
Fax: 3122750569; Email: stowbin@shawgussis.com
*Counsel for : Babcock & Brown LP*

**Steve Turner, Esq.**
McGinnis, Lochridge & Kilgore, LLP
919 Congress Avenue  Suite 1300
Austin, TX  78701
Fax: (512) 495-6093; Email: sturner@mcginnislaw.com
*Counsel for : Prologis*

**James Varsel**
International Association of Machinists
9000 Machinists Place
9000 Machinists Place  Suite 118-B
Upper Marlboro, MD  20772
Fax: (301) 967-4591; Email: jvarsel@iamaw.org
*Counsel for : IAM*

**John J. Voorhees, Jr.**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: (312) 701-7711; Email: jvoorhees@mayerbrownrowe.com
*Counsel for : Union Bank of California*

**Pamela H. Walters**
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
Fax: 2819856321; Email: pwalters@aldine.k12.tx.us
*Counsel for : Aldine Independent School District*

**William Walthall**
Goodrich Corporation
2730 W. Tyvola Road
Charlotte, NC  28277
Fax: 7044233491; Email: bill.walthall@goodrich.com
*Counsel for : Goodrich Corporation*

**Lori A. Ward**
Sonnenschein, Nath & Rosenthal
8000 Sewers Tower  233 S. Wacker Drive
Chicago, IL  60606
Fax: 3128767934; Email: lward@sonnenschein.com
*Counsel for : Official Committee of Unsecured Creditors*

**Matthew M. Wawrzyn**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Fax: (312) 558-5700; Email: mwawrzyn@winston.com
*Counsel for : Fleet Capital Leasing
SBC Capital Services; Sempra Energy
Bank One Corporation; Metronational Corp.
The Northwestern Mutual Life Insurance Company
Sallie Mae, Inc.*

**Richard B. Webber, II**
Richard Blackston Webber II, P.A.
320 Maitland Avenue
Altamonte Springs, FL  32701
Fax: (407) 260-5133; Email: rbwipa@aol.com
*Counsel for : Blue Cross and Blue Shield of Florida, Inc.*

**Michael Weininger**
Katz Randall Weininger & Richmond
333 W. Wacker Dr.  Suite 1800
Chicago, IL  60606
Fax: 3128073903; Email: mweininger@krw.com
*Counsel for : CenterPoint Properties Trust
CenterPoint Realty Services, Inc.
Port Authority of New York and New Jersey
Metropolitan Airports Commission*

**Michael Weinstock**
Quadrangle Group LLC
375 Park Avenue  14th Floor
New York, NY  10152
Fax: 8667412506; Email: michael.weinstock@quadranglegroup.com
*Counsel for : Quadrangle Group LLC*

**Edward S. Weisfelner**
Brown, Rudnick, Berlack, Israels, LLP
120 West 45th Street
New York, NY  10036
Fax: (212) 704-0196; Email: eweisfelner@brbilaw.com
*Counsel for : Ad Hoc Committee of Bondholders
R2 Investments. LDC*

**Andrew E. Weissman**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz
55 E. Monroe St.  Suite 3700
Chicago, IL  60603
Fax: (312) 332-2196; Email: Andrew.Weissman@goldbergkohn.com
*Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut*

**David Weitman**
Hughes & Luce, LLP
1717 Main Street  Suite 2800
Dallas, TX  75201
Fax: 2149396100; Email: dweitman@hughesluce.com
*Counsel for : The Varde Fund, L.P.*

**Heidi Weller, Assistant State's Attorney**
Rock Island County State's Attorney's Office
Rock Island County Courthouse - 4th Floor  210 - 15th Street
Rock Island, IL  61201
Fax: 3097865052; Email: wellerh@co.rock-island.il.us
*Counsel for : County of Rock Island, Illinois*

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street  1720 Univision Center
Dallas, TX  75201-2644
Fax: 2142532611; Email: rdallas.bankruptcy@publicans.com
*Counsel for : Dallas County
Tarrant County*

**Courtney Welshimer**
Simpson, Thatcher & Bartlett
425 Lexington Avenue
New York, NY  10017
Fax: (212) 455-2502; Email: cwelshimer@stblaw.com
*Counsel for : Airbus North America Holdings, Inc.*

**John M. Werlich**
City of Los Angeles, Dept. of Airports
1 World Way  PO Box 92216
Los Angeles, CA  90009
Fax: (310) 646-9617; Email: jmwerlich@airports.ci.la.ca.us
*Counsel for : City of Los Angeles, Dept. of Airports*

**Tina Wheeler**
Poorman-Douglas Corp.
10300 S.W. Allen Blvd.
Beaverton, OR  97005
Fax: 5033505230; Email: tina.wheelon@poorman-douglas.com
*Counsel for : Poorman-Douglas Corporation*

**Jason White**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666; Email: jason.white@cwt.com
*Counsel for : KBC Bank NV, Dresdner Bank AG New York,
Landesbank Schleswig-Holstein, Bank Hapoalim,
Bayerische Hypo-Undvereinsbank,
Norddeutsche Landesbank, Sumitomo Trust, and
Raiffeisen Zentralbank, Mitsubishi Trust Corp.*

**William Douglas White**
McCarthy & White PLLC
8180 Greensboro Drive  Suite 875
McLean, VA  22102
Fax: (703) 770-9266; Email: wdw@mccarthywhite.com
*Counsel for : Florida Power and Light*

**John L. Whitlock**
Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA  02199-7613
Fax: (617) 227-4420; Email: jwhitlock@palmerdodge.com
*Counsel for : State Street Bank & Trust Co.
State Street Bank & Trust Co. of Connecticut*

**Keith R. Whittaker**
Resurgence Asset Management
10 New King St.
White Plains, NY  10604
Fax: (914) 683-3610; Email: kwhittaker@resurgencellc.com
*Counsel for : Resurgence Asset Management*

**Stephanie Wickouski, Esq.**
Gardner, Carton & Douglas
1301 K Street, N.W.  Suite 900, East Tower
Washington, DC  20005-3317
Fax: (202) 289-1504; Email: swickouski@gcd.com
*Counsel for : HSBC Bank USA*

**Daniel Wikel, Director**
Huron Consulting Services, LLC
550 W. Van Buren
Chicago, IL  60607
Fax: (312) 583-8701; Email: dwikel@huronconsultinggroup.com
*Counsel for : UAL Corporation*

**Vanessa R. Wilkins**
Department of Transportation
Office of the Secretary  400 Seventh St., SW  Room 6401
Washington , DC  20590
Fax: (202) 366-7638; Email: vanessa.wilkins@ost.dot.gov
*Counsel for : Department of Transportation*

**MaryBeth Wilkinson, Esq.**
Lovells
One IBM Plaza  330 N. Wabash Ave.  Suite 1900
Chicago, IL  60611
Fax: (312) 832-4444; Email: marybeth.wilkinson@lovells.com
*Counsel for : Helaba Dublin Landes Bank Hessen-Thuringen Int'l*

**Roderick B. Williams**
Foley & Lardner
3000 K Street, N.W.  Suite 500
Washington, DC  20007-5101
Fax: 2026725399; Email: rwilliams@foleylaw.com
*Counsel for : Consortium of Airports*

**F. Scott Wilson**
Pratt & Whitney
400 Main Street  M/S 133-54
East Hartford, CT  06108
Fax: (860) 557-9946; Email: f.scott.wilson@pw.utc.com
*Counsel for : Pratt & Whitney*

**Kimberly S. Winick, Esq.**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive  25th Floor
Los Angeles, CA  60606
Fax: (213) 576-8155; Email: kwinick@mayerbrownrowe.com
*Counsel for : Union Bank of California*

**Keith H. Wofford**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Fax: (212) 808-7897; Email: kwofford@kelleydrye.com
*Counsel for : BP Energy Company*

**Stephen G. Wolfe, Esq.**
Office of the United States Trustee
227 W. Monroe St.  Suite 3350
Chicago, IL  60606
Fax: (312) 886-5794; Email: Steve.G.Wolfe@usdoj.gov
*Counsel for : Office of the United States Trustee*

**Jacques F.G.M. Wolfhagen**
Cooperatieve Centrale Raiffeisen-Boerenleenbank BA
Croeselaan 18
Utrecht,  3251  The Netherlands
Fax: ;  Email: Jacques.Wolfhagen@rabobank.com
*Counsel for : N509UA*
*N172UA*
*N517UA*

**Thomas C. Wolford**
Neal, Gerber & Eisenberg
Two North LaSalle Street  Suite 2200
Chicago, IL  60602-3801
Fax: (312) 269-1747;  Email: twolford@ngelaw.com
*Counsel for : Citigroup, Inc.*
*United States Tennis Association*

**Donald A. Workman**
Foley & Lardner
3000 K Street, N.W.  Suite 500
Washington, DC  20007-5101
Fax: 2026725399;  Email: dworkman@foleylaw.com
*Counsel for : Port of Portland; Port of Oakland*
*John Wayne/Detroit Met Wayne Cnty Airport*
*Metropolitan Washington Airport Authority*
*Burlington Int'l Airport*
*City of Austin*

**J. Wallace Wortham**
City & County of Denver
201 W. Colfax Avenue  Department 1207
Denver, CO  80202-5332
Fax: ;  Email: bankruptcy.gene@ci.denver.co.us
*Counsel for : City & County of Denver*

**Derek L. Wright**
Foley & Lardner
321 North Clark Street, Suite 2800
Chicago, IL  60610
Fax: 3128324700;  Email: dlwright@foley.com
*Counsel for : Consortium of Airports*

**Karon Y. Wright**
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
Fax: 5128544808;  Email: karon.wright@co.travis.tx.us
*Counsel for : Travis County, Texas*

**Craig  Yamaoka**
Pension Benefit Guaranty Corp.
1200 K Street, N.W.  Suite 340
Washington, DC  20005-4026
Fax: (202) 326-4112;  Email: yamaoka.craig@PBGC.Gov
*Counsel for : Pension Benefit Guaranty Corporation*

**Barbara L. Yong**
Field & Golan
70 W. Madison, Suite 1500
Chicago, IL  60602
Fax: (312) 263-0939;  Email: blyong@fieldgolan.com
*Counsel for : UAL ESOP*

**Aaron G. York**
Gibson, Dunn & Crutcher, LLP
2100 McKinney Ave.  Suite 1100
Dallas, TX  75201
Fax: (214) 698-3400;  Email: ayork@gibsondunn.com
*Counsel for : Atlantic Coast Airlines, Inc.*

**Jonathan W. Young**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL  60606-1229
Fax: 3122012555;  Email: young@wildmanharrold.com
*Counsel for : New Jersey Self-Insurers Guaranty Assn.*

**Nick  Zaccagnini**
Huron Consulting Group, LLC
550 W. Van Buren St.
Chicago, IL  60607
Fax: 3125838701;  Email: nzaccagnini@huronconsultinggroup.com
*Counsel for : UAL Corporation*

**Richard G. Ziegler**
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
Fax: (312) 706-8114;  Email: rziegler@mayerbrownrowe.com
*Counsel for : ABN-AMRO Bank, NV*

**Bruce R. Zirinsky**
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Fax: (212) 504-6666;  Email: bruce.zirinsky@cwt.com
*Counsel for : Northwest Airlines*

**Edward P. Zujkowski**
Emmet, Marvin & Martin LLP
120 Broadway  32nd Floor
New York, NY  10271
Fax: (212) 238-3100;  Email: ezujkowski@emmetmarvin.com
*Counsel for : Bank of New York*