IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| UAL CORPORATION, et al., ) | Case No. 02 B 48191 |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | Honorable Eugene R. Wedoff |
| ) | |

ORDER GRANTING IN PART, AND DENYING IN PART, THE RELIEF SOUGHT IN THE DEBTORS' OMNIBUS OBJECTION TO AIRCRAFT AND TAX INDEMNITY CLAIMS [DOCKET NO. 13441], AND THE REORGANIZED DEBTORS' OBJECTION TO GFCC AMENDED AIRCRAFT AND TAX INDEMNITY CLAIM NO. 44909 [DOCKET NO. 15223]

Upon the Debtors' Omnibus Objection to Aircraft and Tax Indemnity Claims seeking an order, inter alia, reducing the General Foods Credit Corporation ("GFCC") Claim. No. 43010, together with the Reorganized Debtors' Objection to GFCC Amended Aircraft and Tax Indemnity Claim No. 44909[1] seeking entry of an order reducing the GFCC Amended TIA Claim [Docket No. 15223] (collectively, the "GFCC TIA Objection"); and no previous applications for such relief having been made; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice has been given and no other notice need be given; and after due deliberation and sufficient cause appearing therefore; it is HEREBY ORDERED:

---

[1]  All capitalized terms not defined herein shall have the meaning ascribed to them in the Reorganized Debtors' Objection to GFCC Amended Aircraft and Tax Indemnity Claim No. 44909.

10970779_2.DOC

1. For the reasons set forth in the Memorandum of Decision entered by this Court on June 23, 2006 [Docket No. 16189] (the "Memorandum of Decision"), the GFCC TIA Objection is sustained in part and overruled in part with respect to the Amended TIA Claim.

2. The Amended TIA Claim is reduced and allowed as a $20,990,878.92 general unsecured claim, which amount consists of: (i) $20,145,728.92 in aggregate claims arising under Tax Indemnity Agreements between GFCC and United Air Lines, Inc. in connection with Tail Nos. N567UA, N568UA, N569UA, N570UA, N571UA, and N572UA calculated in accordance with the Memorandum of Decision and pursuant to the chart attached hereto as Exhibit A; and (ii) $845,150.00 in connection with GFCC's General Indemnity Assertion, as that term is used and defined in the Stipulation and Agreed Order regarding General Indemnity Assertion Set Forth in the PMCC Parties' Claim Number 44909 [Docket No. 15979] (the "Stipulated Order"), which $845,150.00 amount was previously compromised and allowed as a general unsecured claim pursuant to the Stipulated Order.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10970779_2.DOC

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Chicago, Illinois
Dated: July 6, 2006

_____
Eugene R. Wedoff
United States Bankruptcy Judge

# EXHIBIT A

EXHIBIT A

**UAL et al.**
**Tax Indemnity Agreement Damage Calculations**
**General Foods Credit Corp**

| Tail Number | Claimed TIA Damages | Calculated TIA Damages |
|---|---|---|
| N567UA | $ 15,824,883.75 | $ 3,344,410.94 |
| N568UA | $ 15,824,883.75 | $ 3,344,410.94 |
| N569UA | $ 15,824,883.75 | $ 3,344,410.94 |
| N570UA | $ 15,824,883.75 | $ 3,344,410.94 |
| N571UA | $ 15,849,993.87 | $ 3,384,042.59 |
| N572UA | $ 15,849,993.87 | $ 3,384,042.59 |
| Totals | $ 94,999,522.74 | $ 20,145,728.94 |

UAL et al
TIA Damage Calculations

**Aircraft:** N567UA

**General Assumptions**

| | |
|---|---:|
| Tax Rate for Tax Liability on Foreclosure: | 34.67% |
| Tax Rate for Gross-Up Calculation: | 35.65% |
| Discount Rate: | 10% |
| Distribution Rate on Unsecured Claims: | $ 1.000 |

**Aircraft-Specific Assumptions**

| | |
|---|---:|
| Assumed Foreclosure Year: | 2006 |
| Outstanding Debt at Foreclosure: | $ 27,211,667.43 |
| FSC Aircraft? (Yes/No): | NO |
| FSC Tax Deduction on Debt Payments: (1) | N/A |
| FSC/ETI Tax Deduction at Foreclosure: (1) | N/A |

| Year | Contractual Debt Payments | Contractual Debt Payments, net of FSC Deduction (1) | Tax on Debt Payments | Discount Factor (2) | Tax Payments, Discounted to Foreclosure Year |
|---|---:|---:|---:|---:|---:|
| 2003 | $ 877,653.30 | $ 877,653.30 | $ 304,282.40 | 1.0000 | $ 304,282.40 |
| 2004 | 1,408,519.96 | 1,408,519.96 | 488,333.87 | 1.0000 | 488,333.87 |
| 2005 | 1,745,024.55 | 1,745,024.55 | 605,000.01 | 1.0000 | 605,000.01 |
| 2006 | 1,777,835.17 | 1,777,835.17 | 616,375.45 | 1.0000 | 616,375.45 |
| 2007 | 2,387,666.26 | 2,387,666.26 | 827,803.89 | 1.1000 | 752,548.99 |
| 2008 | 2,572,612.34 | 2,572,612.34 | 891,924.70 | 1.2100 | 737,127.85 |
| 2009 | 3,463,062.86 | 3,463,062.86 | 1,200,643.89 | 1.3310 | 902,061.53 |
| 2010 | 3,824,425.94 | 3,824,425.94 | 1,325,928.47 | 1.4641 | 905,626.99 |
| 2011 | 9,154,867.05 | 9,154,867.05 | 3,173,992.41 | 1.6105 | 1,970,799.56 |
| 2012 | - | - | - | 0.0000 | - |
| 2013 | - | - | - | 0.0000 | - |
| 2014 | - | - | - | 0.0000 | - |
| 2015 | - | - | - | 0.0000 | - |
| 2016 | - | - | - | 0.0000 | - |
| 2017 | - | - | - | 0.0000 | - |
| 2018 | - | - | - | 0.0000 | - |
| 2019 | - | - | - | 0.0000 | - |
| 2020 | - | - | - | 0.0000 | - |
| Total | $ 27,211,667.43 | $ 27,211,667.43 | $ 9,434,285.10 | | $ 7,282,156.66 |

**TIA Damage Calculation**

| | | |
|---|---:|---|
| Outstanding Debt at Foreclosure: | $ 27,211,667.43 | A |
| Tax Liability on Foreclosure: | $ 9,434,285.10 | B = A * Tax Rate |
| Less PV of Expected Tax Payments Over Time: | $ (7,282,156.66) | C = PV(Debt Payments * Tax Rate) |
| Estimated TIA Damages: | $ 2,152,128.44 | D = B - C |
| Estimated Gross Up on TIA Damages: | $ 1,192,282.50 | E = ( D / (1 - Tax Rate) ) - D |
| **Unsecured TIA Damage with Gross-Up:** | **$ 3,344,410.94** | F = D + E |

**Notes**
1. FSC and ETI tax benefits apply to Foreign Service Corporation aircraft only.
2. Tax payments prior to and including the assumed foreclosure year are not discounted. Tax payments that would have occurred after the assumed foreclosure year are discounted back to the foreclosure year.

UAL et al
TIA Damage Calculations

**Aircraft:** N568UA

**General Assumptions**
| | |
|---|---|
| Tax Rate for Tax Liability on Foreclosure: | 34.67% |
| Tax Rate for Gross-Up Calculation: | 35.65% |
| Discount Rate: | 10% |
| Distribution Rate on Unsecured Claims: | $ 1.000 |

**Aircraft-Specific Assumptions**
| | |
|---|---|
| Assumed Foreclosure Year: | 2006 |
| Outstanding Debt at Foreclosure: | $ 27,211,667.43 |
| FSC Aircraft? (Yes/No): | NO |
| FSC Tax Deduction on Debt Payments: (1) | N/A |
| FSC/ETI Tax Deduction at Foreclosure: (1) | N/A |

| Year | Contractual Debt Payments | Contractual Debt Payments, net of FSC Deduction (1) | Tax on Debt Payments | Discount Factor (2) | Tax Payments, Discounted to Foreclosure Year |
|---|---|---|---|---|---|
| 2003 | $ 877,653.30 | $ 877,653.30 | $ 304,282.40 | 1.0000 | $ 304,282.40 |
| 2004 | 1,408,519.96 | 1,408,519.96 | 488,333.87 | 1.0000 | 488,333.87 |
| 2005 | 1,745,024.55 | 1,745,024.55 | 605,000.01 | 1.0000 | 605,000.01 |
| 2006 | 1,777,835.17 | 1,777,835.17 | 616,375.45 | 1.0000 | 616,375.45 |
| 2007 | 2,387,666.26 | 2,387,666.26 | 827,803.89 | 1.1000 | 752,548.99 |
| 2008 | 2,572,612.34 | 2,572,612.34 | 891,924.70 | 1.2100 | 737,127.85 |
| 2009 | 3,463,062.86 | 3,463,062.86 | 1,200,643.69 | 1.3310 | 902,061.53 |
| 2010 | 3,824,425.94 | 3,824,425.94 | 1,325,928.47 | 1.4641 | 905,626.99 |
| 2011 | 9,154,867.05 | 9,154,867.05 | 3,173,992.41 | 1.6105 | 1,970,799.56 |
| 2012 | - | - | - | 0.0000 | - |
| 2013 | - | - | - | 0.0000 | - |
| 2014 | - | - | - | 0.0000 | - |
| 2015 | - | - | - | 0.0000 | - |
| 2016 | - | - | - | 0.0000 | - |
| 2017 | - | - | - | 0.0000 | - |
| 2018 | - | - | - | 0.0000 | - |
| 2019 | - | - | - | 0.0000 | - |
| 2020 | - | - | - | 0.0000 | - |
| Total | $ 27,211,667.43 | $ 27,211,667.43 | $ 9,434,285.10 | | $ 7,282,156.66 |

**TIA Damage Calculation**

| | | |
|---|---|---|
| Outstanding Debt at Foreclosure: | $ 27,211,667.43 | A |
| Tax Liability on Foreclosure: | $ 9,434,285.10 | B = A * Tax Rate |
| Less PV of Expected Tax Payments Over Time: | $ (7,282,156.66) | C = PV(Debt Payments * Tax Rate) |
| Estimated TIA Damages: | $ 2,152,128.44 | D = B - C |
| Estimated Gross Up on TIA Damages: | $ 1,192,282.50 | E = ( D / (1 - Tax Rate) ) - D |
| **Unsecured TIA Damage with Gross-Up:** | **$ 3,344,410.94** | F = D + E |

**Notes**
1. FSC and ETI tax benefits apply to Foreign Service Corporation aircraft only.
2. Tax payments prior to and including the assumed foreclosure year are not discounted. Tax payments that would have occurred after the assumed foreclosure year are discounted back to the foreclosure year.

UAL et al
TIA Damage Calculations

Aircraft: N569UA

### General Assumptions

| | |
|---|---|
| Tax Rate for Tax Liability on Foreclosure: | 34.67% |
| Tax Rate for Gross-Up Calculation: | 35.65% |
| Discount Rate: | 10% |
| Distribution Rate on Unsecured Claims: | $ 1.000 |

### Aircraft-Specific Assumptions

| | |
|---|---|
| Assumed Foreclosure Year: | 2006 |
| Outstanding Debt at Foreclosure: | $ 27,211,667.43 |
| FSC Aircraft? (Yes/No): | NO |
| FSC Tax Deduction on Debt Payments: (1) | N/A |
| FSC/ETI Tax Deduction at Foreclosure: (1) | N/A |

| Year | Contractual Debt Payments | Contractual Debt Payments, net of FSC Deduction (1) | Tax on Debt Payments | Discount Factor (2) | Tax Payments, Discounted to Foreclosure Year |
|---|---|---|---|---|---|
| 2003 | $ 877,653.30 | $ 877,653.30 | $ 304,282.40 | 1.0000 | $ 304,282.40 |
| 2004 | 1,408,519.96 | 1,408,519.96 | 488,333.87 | 1.0000 | 488,333.87 |
| 2005 | 1,745,024.55 | 1,745,024.55 | 605,000.01 | 1.0000 | 605,000.01 |
| 2006 | 1,777,835.17 | 1,777,835.17 | 616,375.45 | 1.0000 | 616,375.45 |
| 2007 | 2,387,666.26 | 2,387,666.26 | 827,803.89 | 1.1000 | 752,548.99 |
| 2008 | 2,572,612.34 | 2,572,612.34 | 891,924.70 | 1.2100 | 737,127.85 |
| 2009 | 3,463,062.86 | 3,463,062.86 | 1,200,643.89 | 1.3310 | 902,061.53 |
| 2010 | 3,824,425.94 | 3,824,425.94 | 1,325,928.47 | 1.4641 | 905,626.99 |
| 2011 | 9,154,867.05 | 9,154,867.05 | 3,173,992.41 | 1.6105 | 1,970,799.56 |
| 2012 | - | - | - | 0.0000 | - |
| 2013 | - | - | - | 0.0000 | - |
| 2014 | - | - | - | 0.0000 | - |
| 2015 | - | - | - | 0.0000 | - |
| 2016 | - | - | - | 0.0000 | - |
| 2017 | - | - | - | 0.0000 | - |
| 2018 | - | - | - | 0.0000 | - |
| 2019 | - | - | - | 0.0000 | - |
| 2020 | - | - | - | 0.0000 | - |
| Total | $ 27,211,667.43 | $ 27,211,667.43 | $ 9,434,285.10 | | $ 7,282,156.66 |

### TIA Damage Calculation

| | | |
|---|---|---|
| Outstanding Debt at Foreclosure: | $ 27,211,667.43 | A |
| Tax Liability on Foreclosure: | $ 9,434,285.10 | B = A * Tax Rate |
| Less PV of Expected Tax Payments Over Time: | $ (7,282,156.66) | C = PV(Debt Payments * Tax Rate) |
| Estimated TIA Damages: | $ 2,152,128.44 | D = B - C |
| Estimated Gross Up on TIA Damages: | $ 1,192,282.50 | E = ( D / (1 - Tax Rate) ) - D |
| **Unsecured TIA Damage with Gross-Up:** | $ 3,344,410.94 | F = D + E |

Notes
1. FSC and ETI tax benefits apply to Foreign Service Corporation aircraft only.
2. Tax payments prior to and including the assumed foreclosure year are not discounted. Tax payments that would have occurred after the assumed foreclosure year are discounted back to the foreclosure year.

UAL et al
TIA Damage Calculations

Aircraft: **N570UA**

### General Assumptions

| | |
|---|---:|
| Tax Rate for Tax Liability on Foreclosure: | 34.67% |
| Tax Rate for Gross-Up Calculation: | 35.65% |
| Discount Rate: | 10% |
| Distribution Rate on Unsecured Claims: | $ 1.000 |

### Aircraft-Specific Assumptions

| | |
|---|---:|
| Assumed Foreclosure Year: | 2006 |
| Outstanding Debt at Foreclosure: | $ 27,211,667.43 |
| FSC Aircraft? (Yes/No): | NO |
| FSC Tax Deduction on Debt Payments: (1) | N/A |
| FSC/ETI Tax Deduction at Foreclosure: (1) | N/A |

| Year | Contractual Debt Payments | Contractual Debt Payments, net of FSC Deduction (1) | Tax on Debt Payments | Discount Factor (2) | Tax Payments, Discounted to Foreclosure Year |
|---|---:|---:|---:|---:|---:|
| 2003 | $ 877,653.30 | $ 877,653.30 | $ 304,282.40 | 1.0000 | $ 304,282.40 |
| 2004 | 1,408,519.96 | 1,408,519.96 | 488,333.87 | 1.0000 | 488,333.87 |
| 2005 | 1,745,024.55 | 1,745,024.55 | 605,000.01 | 1.0000 | 605,000.01 |
| 2006 | 1,777,835.17 | 1,777,835.17 | 616,375.45 | 1.0000 | 616,375.45 |
| 2007 | 2,387,666.26 | 2,387,666.26 | 827,803.89 | 1.1000 | 752,548.99 |
| 2008 | 2,572,612.34 | 2,572,612.34 | 891,924.70 | 1.2100 | 737,127.85 |
| 2009 | 3,463,062.86 | 3,463,062.86 | 1,200,643.89 | 1.3310 | 902,061.53 |
| 2010 | 3,824,425.94 | 3,824,425.94 | 1,325,928.47 | 1.4641 | 905,626.99 |
| 2011 | 9,154,867.05 | 9,154,867.05 | 3,173,992.41 | 1.6105 | 1,970,799.56 |
| 2012 | - | - | - | 0.0000 | - |
| 2013 | - | - | - | 0.0000 | - |
| 2014 | - | - | - | 0.0000 | - |
| 2015 | - | - | - | 0.0000 | - |
| 2016 | - | - | - | 0.0000 | - |
| 2017 | - | - | - | 0.0000 | - |
| 2018 | - | - | - | 0.0000 | - |
| 2019 | - | - | - | 0.0000 | - |
| 2020 | - | - | - | 0.0000 | - |
| Total | $ 27,211,667.43 | $ 27,211,667.43 | $ 9,434,285.10 | | $ 7,282,156.66 |

### TIA Damage Calculation

| | | | |
|---|---:|---|---|
| Outstanding Debt at Foreclosure: | $ 27,211,667.43 | A | |
| Tax Liability on Foreclosure: | $ 9,434,285.10 | B = A * Tax Rate | |
| Less PV of Expected Tax Payments Over Time: | $ (7,282,156.66) | C = PV(Debt Payments * Tax Rate) | |
| Estimated TIA Damages: | $ 2,152,128.44 | D = B - C | |
| Estimated Gross Up on TIA Damages: | $ 1,192,282.50 | E = ( D / (1 - Tax Rate) ) - D | |
| **Unsecured TIA Damage with Gross-Up:** | **$ 3,344,410.94** | **F = D + E** | |

**Notes**
1. FSC and ETI tax benefits apply to Foreign Service Corporation aircraft only.
2. Tax payments prior to and including the assumed foreclosure year are not discounted. Tax payments that would have occurred after the assumed foreclosure year are discounted back to the foreclosure year.

UAL et al
TIA Damage Calculations

Aircraft:  **N671UA**

**General Assumptions**
Tax Rate for Tax Liability on Foreclosure: 34.67%
Tax Rate for Gross-Up Calculation: 35.65%
Discount Rate: 10%
Distribution Rate on Unsecured Claims: $ 1.000

**Aircraft-Specific Assumptions**
Assumed Foreclosure Year: 2006
Outstanding Debt at Foreclosure: $ 27,254,845.48
FSC Aircraft? (Yes/No): NO
FSC Tax Deduction on Debt Payments: (1) N/A
FSC/ETI Tax Deduction at Foreclosure: (1) N/A

| | Contractual Debt Payments | Contractual Debt Payments, net of FSC Deduction (1) | Tax on Debt Payments | Discount Factor (2) | Tax Payments, Discounted to Foreclosure Year |
|---|---|---|---|---|---|
| 2003 | $ 877,238.82 | $ 877,238.82 | $ 304,138.70 | 1.0000 | $ 304,138.70 |
| 2004 | 1,297,310.79 | 1,297,310.79 | 449,777.65 | 1.0000 | 449,777.65 |
| 2005 | 1,764,021.26 | 1,764,021.26 | 611,586.17 | 1.0000 | 611,586.17 |
| 2006 | 1,773,629.08 | 1,773,629.08 | 614,917.20 | 1.0000 | 614,917.20 |
| 2007 | 1,927,380.04 | 1,927,380.04 | 668,222.66 | 1.1000 | 607,475.15 |
| 2008 | 3,107,060.22 | 3,107,060.22 | 1,077,217.78 | 1.2100 | 890,262.63 |
| 2009 | 3,474,265.92 | 3,474,265.92 | 1,204,527.99 | 1.3310 | 904,979.71 |
| 2010 | 3,838,169.25 | 3,838,169.25 | 1,330,693.28 | 1.4641 | 908,881.41 |
| 2011 | 9,195,770.10 | 9,195,770.10 | 3,188,173.49 | 1.6105 | 1,979,604.90 |
| 2012 | - | - | - | 0.0000 | - |
| 2013 | - | - | - | 0.0000 | - |
| 2014 | - | - | - | 0.0000 | - |
| 2015 | - | - | - | 0.0000 | - |
| 2016 | - | - | - | 0.0000 | - |
| 2017 | - | - | - | 0.0000 | - |
| 2018 | - | - | - | 0.0000 | - |
| 2019 | - | - | - | 0.0000 | - |
| 2020 | - | - | - | 0.0000 | - |
| Total | $ 27,254,845.48 | $ 27,254,845.48 | $ 9,449,254.93 | | $ 7,271,623.52 |

**TIA Damage Calculation**

| | | |
|---|---|---|
| Outstanding Debt at Foreclosure: | $ 27,254,845.48 | A |
| Tax Liability on Foreclosure: | $ 9,449,254.93 | B = A * Tax Rate |
| Less PV of Expected Tax Payments Over Time: | $ (7,271,623.52) | C = PV(Debt Payments * Tax Rate) |
| Estimated TIA Damages: | $ 2,177,631.40 | D = B - C |
| Estimated Gross Up on TIA Damages: | $ 1,206,411.18 | E = ( D / (1 - Tax Rate) ) - D |
| **Unsecured TIA Damage with Gross-Up:** | **$ 3,384,042.59** | F = D + E |

**Notes**
1. FSC and ETI tax benefits apply to Foreign Service Corporation aircraft only.
2. Tax payments prior to and including the assumed foreclosure year are not discounted. Tax payments that would have occurred after the assumed foreclosure year are discounted back to the foreclosure year.

UAL et al
TIA Damage Calculations

**Aircraft:** N572UA

### General Assumptions

| | |
|---|---|
| Tax Rate for Tax Liability on Foreclosure: | 34.67% |
| Tax Rate for Gross-Up Calculation: | 35.65% |
| Discount Rate: | 10% |
| Distribution Rate on Unsecured Claims: | $ 1.000 |

### Aircraft-Specific Assumptions

| | |
|---|---|
| Assumed Foreclosure Year: | 2006 |
| Outstanding Debt at Foreclosure: | $ 27,254,845.48 |
| FSC Aircraft? (Yes/No): | NO |
| FSC Tax Deduction on Debt Payments: (1) | N/A |
| FSC/ETI Tax Deduction at Foreclosure: (1) | N/A |

| Year | Contractual Debt Payments | Contractual Debt Payments, net of FSC Deduction (1) | Tax on Debt Payments | Discount Factor (2) | Tax Payments, Discounted to Foreclosure Year |
|---|---|---|---|---|---|
| 2003 | $ 877,238.82 | $ 877,238.82 | $ 304,138.70 | 1.0000 | $ 304,138.70 |
| 2004 | 1,297,310.79 | 1,297,310.79 | 449,777.65 | 1.0000 | 449,777.65 |
| 2005 | 1,764,021.26 | 1,764,021.26 | 611,586.17 | 1.0000 | 611,586.17 |
| 2006 | 1,773,629.08 | 1,773,629.08 | 614,917.20 | 1.0000 | 614,917.20 |
| 2007 | 1,927,380.04 | 1,927,380.04 | 668,222.66 | 1.1000 | 607,475.15 |
| 2008 | 3,107,060.22 | 3,107,060.22 | 1,077,217.78 | 1.2100 | 890,262.63 |
| 2009 | 3,474,265.92 | 3,474,265.92 | 1,204,527.99 | 1.3310 | 904,979.71 |
| 2010 | 3,838,169.25 | 3,838,169.25 | 1,330,693.28 | 1.4641 | 908,881.41 |
| 2011 | 9,195,770.10 | 9,195,770.10 | 3,188,173.49 | 1.6105 | 1,979,604.90 |
| 2012 | - | - | - | 0.0000 | - |
| 2013 | - | - | - | 0.0000 | - |
| 2014 | - | - | - | 0.0000 | - |
| 2015 | - | - | - | 0.0000 | - |
| 2016 | - | - | - | 0.0000 | - |
| 2017 | - | - | - | 0.0000 | - |
| 2018 | - | - | - | 0.0000 | - |
| 2019 | - | - | - | 0.0000 | - |
| 2020 | - | - | - | 0.0000 | - |
| **Total** | **$ 27,254,845.48** | **$ 27,254,845.48** | **$ 9,449,254.93** | | **$ 7,271,623.52** |

### TIA Damage Calculation

| | | |
|---|---|---|
| Outstanding Debt at Foreclosure: | $ 27,254,845.48 | A |
| Tax Liability on Foreclosure: | $ 9,449,254.93 | B = A * Tax Rate |
| Less PV of Expected Tax Payments Over Time: | $ (7,271,623.52) | C = PV(Debt Payments * Tax Rate) |
| Estimated TIA Damages: | $ 2,177,631.40 | D = B - C |
| Estimated Gross Up on TIA Damages: | $ 1,206,411.18 | E = ( D / (1 - Tax Rate) ) - D |
| Unsecured TIA Damage with Gross-Up: | $ 3,384,042.59 | F = D + E |

### Notes

1. FSC and ETI tax benefits apply to Foreign Service Corporation aircraft only.
2. Tax payments prior to and including the assumed foreclosure year are not discounted. Tax payments that would have occurred after the assumed foreclosure year are discounted back to the foreclosure year.

Confidential
For Discussion Purposes Only
Subject to Rule 408 of Federal Rules of Evidence
Not Admissible in Any Court Proceedings         Page 8 of 8         7/5/2006